| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF OREGON |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SeaPort Airlines, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Wings of Alaska** **FKA Alaska Juneau Aeronautics, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-0099059** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **7505 NE Airport Way** **Portland, OR 97218** Number, Street, City, State & ZIP Code **Multnomah** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.seaportair.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ | |

Debtor  **SeaPort Airlines, Inc.**  Case number (*if known*) _____
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

| Debtor | SeaPort Airlines, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☒ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | SeaPort Airlines, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 4, 2016**
MM / DD / YYYY

**X /s/ Timothy F. Sieber**          **Timothy F. Sieber**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Robert J Vanden Bos**          Date **February 4, 2016**
Signature of attorney for debtor          MM / DD / YYYY

**Robert J Vanden Bos**
Printed name

**Vanden Bos & Chapman, LLP**
Firm name

**319 SW Washington**
**Suite 520**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone **503-241-4869**          Email address

**78100**
Bar number and State

# United States Bankruptcy Court
## District of Oregon

In re  **SeaPort Airlines, Inc.**                                  Case No.
                                             Debtor(s)             Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly*** |
   | Prior to the filing of this statement I have received | $ **$50,000.00** |
   | Balance Due | $ **Unknown** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):     John Beardsley Building Development

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   ***Debtor has agreed to pay an hourly rate for all pre and post-petition services. Minimum fee of $50,000.00, inclusive of filing fee of $1,717.00. See Rule 2014 Statement for additional details, incorporated by reference.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                          **Robert J Vanden Bos 78100**
Date                                             *Signature of Attorney*
                                                 **Vanden Bos & Chapman, LLP**
                                                 **319 SW Washington**
                                                 **Suite 520**
                                                 **Portland, OR 97204**
                                                 **503-241-4869**
                                                 *Name of law firm*

---

Fill in this information to identify the case:
Debtor name: **SeaPort Airlines, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 154 West Aviation Enterprises, Inc. c/o Kirk A. Hoopingarner Attorney Partner Quarles & Brady LLP 300 N LaSalle St, # 4000 Chicago, IL 60654 | Kirk Hoopingarner, Esq. kirk.hoopingarner@quarles.com 312-715-5251 | Note Payable to Estate of Rick Haskins | | | | $102,650.57 |
| Accounting Principals 10151 Deerwood Park Blvd Bldg 200 Suite 400 Jacksonville, FL 32256 | Jonathon Schussler jonathan.schussler@adeccona.com 503-228-0300 | Temp Services | | | | $17,080.32 |
| Aero Services 1890 Renshaw Way Juneau, AK 99801 | Brooke Walker Brooke.Walker@atlanticaviation.com 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 | Mail hauling sub-contractor | | | | $18,397.01 |
| Airline Maintenance Service Inc 1 Terminal Way Suite 302 Nashville, TN 37214 | Erick Larson erick.larson@airlinems.com 662-840-1112 | Aircraft maintenance services | | | | $17,291.09 |
| American Express PO Box 53852 Phoenix, AZ 85072 | Carley Lehr Carley.Lehr@aexp.com 855-531-4236 | Credit Card | | | | $126,804.30 |
| Atlantic Burbank PO Box 79648 City of Industry, CA 91716 | LaVonne Sears lavonne.sears@atlanticaviation.com 818-841-2966 | Fuel delivery services | | | | $14,675.00 |

| Debtor | SeaPort Airlines, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aviall Services, Inc.<br>P.O. BOX 842267<br>Dallas, TX 75284 | Allison McCullough<br><br>amccullough@aviall.com<br>972-586-1713 | Aircraft parts supplier | | | | $33,291.92 |
| City of Memphis Treasurer<br>Box 185<br>Memphis, TN 38101 | Angela Washington<br><br>angelaw@mscaa.com<br>760-489-4851 | Landing Fees | | | | $59,942.03 |
| DASH CA, Inc<br>250 St Andrews Way<br>Lompock, CA 93436 | Pat Kerrigan<br><br>patkdashca@aol.com<br>415-602-5711 | Web-based revenue accounting software | | | | $30,000.00 |
| Executive Express Aviation, LLC<br>43W700 Us Highway 30<br>Sugar Grove, IL 60554 | Keith Sisson<br><br>k.sisson@iflysouthern.com<br>228-313-9920 | Airlines sub-service | | | | $165,458.50 |
| Hill Fuel LLC<br>Box 808<br>Hoonah, AK 99829 | Aldwin Harder<br><br>hillfuel12@gmail.com<br>907-945-3125 | Fuel Supplier | | | | $28,933.72 |
| Kenyon International Emergency Svcs Inc<br>5180 Grand Point Drive<br>Houston, TX 77090 | William C. Boyd, Esq.<br><br>wbody@pattersonboyd.com<br>713-222-0351 | Lawsuit - Professional services to comply with NTSB Part 830 | | | | $214,930.07 |
| Lane Powell<br>1420 Fifth Avenue Suite 4200<br>Seattle, WA 98111 | David Hosenpud<br><br>HosenbpudD@lanePowell.com<br>503-778-2141 | Legal Fees | | | | $33,679.04 |
| Memphis Propeller Service, Inc.<br>11098 Willow Ridge Drive<br>Olive Branch, MS 38654 | Leslie Davis<br><br>leslie@memphispropeller.com<br>662-895-5282 | Aircraft maintenance services | | | | $27,788.42 |
| Olson Brooskby PC<br>200 Pacific Building<br>520 SW Yamhill Street<br>Portland, OR 97204 | Scott Brooksby<br><br>sbrooksby@olsonbrooksby.com<br>503-290-2420 | Legal Fees | | | | $55,676.09 |

| Debtor | SeaPort Airlines, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Petro Marine Services/Alaska Oil Sales<br>Box 396<br>Skagway, AK 99840 | Aaron Sperbeck, Esq.<br><br>asperbeck@bhb.com<br>907-276-1550 | Fuel Supplier | | | | $143,048.69 |
| Prime Turbines<br>PO Box 956<br>Hyannis, MA 02601 | Robert W. Coleman<br><br>rcoleman@primeturbines.com<br>817-721-7976 | Aircraft maintenance services | | | | $70,559.26 |
| Sabre Group, Inc.<br>7285 Collection Center Dr.<br>Chicago, IL 60693 | Russ Perkins<br><br>russ.perkins@sabre.com<br>682-605-2683 | Reservation system provider | | | | $59,455.81 |
| Tom's Aircraft Maintenance<br>2641 E. Spring Street<br>Long Beach, CA 90806 | Tom Jacobson<br><br>tom@tomsaircraft.com<br>562-426-5331 | Aircraft parts supplier | | | | $60,978.81 |
| Travelport, LP BV c/o Bank of America Lockbox<br>PO Box 402395<br>Atlanta, GA 30384 | Rhonda Shultes<br><br>Rhonda.Shultes@travelport.com<br>770-563-5253 | Reservation system provider | | | | $29,000.08 |

Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. _____ |
|---|---|---|
| | ) | |
| SeaPort Airlines, Inc., | ) | CERTIFICATE OF SERVICE |
| | ) | RE U.S. TRUSTEE |
| Debtor-in-Possession. | ) | |

    I hereby certify that on February 5, 2016, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof. I further certify that this office prepared labels addressed to Debtor, Debtor's Attorney and each contact person for each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

    I hereby certify that I served the above on the U.S. Trustee, 620 SW Main Street, Rm. 213, Portland, OR 97205, by U.S. Mail on February 5, 2016, a copy of the above-named document and the aforementioned labels to the U.S. Trustee in a sealed envelope, addressed to the U.S. Trustee at the U.S. Trustee's last known address.

    Dated: February 5, 2016

                      Respectfully submitted;

                      VANDEN BOS & CHAPMAN, LLP

                      By:/s/Robert J Vanden Bos
                         Robert J Vanden Bos, OSB #78100
                         Douglas R. Ricks, OSB #044026
                         Christopher N. Coyle, OSB #07350
                         Of Attorneys for Debtor-in Possession

Page 1 of 1 - CERTIFICATE OF SERVICE RE U.S. TRUSTEE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-30406-rld11    Doc 1    Filed 02/05/16

# United States Bankruptcy Court
## District of Oregon

In re **SeaPort Airlines, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SeaPort Airlines, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 4, 2016** | **/s/ Robert J Vanden Bos** |
| Date | **Robert J Vanden Bos 78100** |
| | Signature of Attorney or Litigant |
| | Counsel for **SeaPort Airlines, Inc.** |
| | **Vanden Bos & Chapman, LLP** |
| | **319 SW Washington** |
| | **Suite 520** |
| | **Portland, OR 97204** |
| | **503-241-4869** |