# United States Bankruptcy Court
## District of Oregon

In re  **SeaPort Airlines, Inc.**                                   Case No. 16-30406-rld11
                            Debtor(s)                                Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SeaPort Airlines, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 4, 2016** | **/s/ Robert J Vanden Bos** |
| Date | **Robert J Vanden Bos 78100** |
| | Signature of Attorney or Litigant |
| | Counsel for   **SeaPort Airlines, Inc.** |
| | **Vanden Bos & Chapman, LLP** |
| | **319 SW Washington** |
| | **Suite 520** |
| | **Portland, OR 97204** |
| | **503-241-4869** |