| 02/05/2016 | FRIDAY | Judge Randall L. Dunn |
|---|---|---|

**11:00  16-30406 rld 11 bk     SeaPort Airlines, Inc.**

**Expedited Motion for an Order Authorizing Payment or Honoring of Prepetition Obligations to Ticket Holders, Travel Agents and Interline Sales Partners and Obligations for Bank Charges i /i Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (6)**

*sign in sheet attached*

SeaPort Airlines, Inc. - db          ROBERT J VANDEN BOS
US Trustee, Portland - ust

**Debtor s Motion for Order Authorizing Maintenance of Cash Management Systems and for Continued Use of Certain Existing Bank Accounts - Expedited Hearing Requested i /i Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (9)**

SeaPort Airlines, Inc. - db          ROBERT J VANDEN BOS
US Trustee, Portland - ust

**Expedited Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums, And Workers Compensation Insurance Premiums and Other Employee Expenses - Expedited Hearing Requested i /i Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (5)**

SeaPort Airlines, Inc. - db          ROBERT J VANDEN BOS
US Trustee, Portland - ust

**Debtor s Motion for an Order Authorizing Debtor to Assume a Certain Credit Card Processing Agreement with Gravity Payments, Inc. Effective as of the Petition Date i /i Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (7)**

SeaPort Airlines, Inc. - db          ROBERT J VANDEN BOS
US Trustee, Portland - ust

**Debtor s Motion for an Order Authorizing Debtor to Assume a Certain Credit Card Processing Agreement With American Express Company Effective as of the Petition Date i /i Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (8)**

SeaPort Airlines, Inc. - db          ROBERT J VANDEN BOS
US Trustee, Portland - ust

Evidentiary Hearing:          Yes: ☒          No: ☐

_____

witness: Timothy Seiber

_____

(Continued)

Run Date:     02/05/16

Case 16-30406-rld11    Doc 19    Filed 02/05/16

Following testimony, argument and discussion, the Court outlined some changes to be made to the Orders approving the Motions. When the changes are made and the UST has approved them as to form, orders may be submitted to the Court for signature.

Mr. Vanden Bos will file a Motion to Incur Credit and he will send notice of a hearing to be held on 2/10/16 at 9:00am in courtroom #3.
(Out-of-town parties may appear by telephone.)

Further/Final Hearing to be held on 3/9/16 at 1:30pm in courtroom #3.
( Out-of-town parties may appear by telephone.)

In Re: ） Case # 16-30406-rld11
）
Sea Port Airlines, Inc. ）
）
）
Debtor

# List of Persons Attending

Date of Hearing 2/5/16

**PRINT YOUR NAME** | **PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT**

Robert Vanden Bos | Seaport Airlines
Doug Ricks | Seaport Airlines
Timothy F. Sieber | Seaport Airlines, Inc
Carla McClurg | UST

by telephone
Kathryn Perkins | UST/Seattle
Michael Edelman |
Scott Brooksby | atty
Brooke Walker | Aero Services
Mark Matthews |
Aaron Sperbeck | atty for Petro Marine Svcs (Alaska Oil Sales)