Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| | ) | ORDER AUTHORIZING DEBTOR TO PAY |
| SeaPort Airlines, Inc., | ) | PREPETITION PAYROLL, PAYROLL TAXES, |
| | ) | EMPLOYEE HEALTH INSURANCE PREMIUMS, |
| | ) | AND WORKERS' COMPENSATION INSURANCE |
| | ) | PREMIUMS AND OTHER EMPLOYEE |
| Debtor-in-Possession. | ) | EXPENSES |

Based on the Debtor-in-Possession's Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers' Compensation Premiums (Docket No. 5), and the Court finding good cause exists for granting the Motion,

IT IS HEREBY ORDERED that the "Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers' Compensation Insurance Premiums" (Docket No. 5) is granted. The Debtor-in-Possession is authorized to pay its employees their full paychecks for the pay period from February 1, 2016 through and including February 15, 2016, which includes prepetition amounts for wages earned

Page 1 of 3 - ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 22    Filed 02/05/16

between February 1 and February 5, 2016, to be paid on the February 19, 2016 payday. In no event shall the Debtor be authorized to pay an employee an amount greater than the limit set forth in 11 U.S.C. § 507(a)(4) on account of prepetition wages or commissions. Attached as **Exhibit A** is a summary of the payroll obligations (including accrued sick and vacation pay earned within 180 days of the Petition Date), both pre-petition and post-petition, for all employees of the Debtor during the current pay period. None of the amounts listed in the column entitled "Total Priority Amount" exceed the statutory maximum in 11 U.S.C. § 507(a)(4).

IT IS FURTHER ORDERED that Debtor is authorized to pay other compensation, employee benefits (including the expense reimbursements shown on **Exhibit A**) due to its employees pre-petition, including allowing employees to take paid vacation time and/or sick leave in the ordinary course of business; provided, however, that such authority is limited to the priority amount of 11 U.S.C. § 507(a)(4)-(5) and is limited to benefits accrued during the 180-day period preceding the Petition Date.

IT IS FURTHER ORDERED that Debtor is authorized to pay uncleared prepetition payroll checks as of the Petition Date as shown on **Exhibit A**, and no other uncleared prepetition payroll checks, and further provided that the aggregate amount paid to the employee shall not exceed the priority cap set forth in Section 507(a)(4).

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

///

///

///

Page 2 of 3 - ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 22    Filed 02/05/16

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 3 of 3 - ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 22    Filed 02/05/16

SeaPort Airlines, Inc.
PAYROLL SUMMARY

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation | | | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time | | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vac. Accrued Before: 8/9/15 | Vac. Accrued After: 8/9/15 | | | Sick Accrued Before: 8/9/15 | Sick Accrued On or After: 8/9/15 | | | | | | |
| 1 | RM | $ 2,013.88 | $ 10,874.59 | $ 5,855.55 | $ 5,019.04 | | $ - | $ - | | $ 110.00 | | | $ 13,048.47 | $ 7,192.92 | $ 5,855.55 |
| 2 | NM | $ 1,319.44 | $ 8,038.16 | $ 4,384.45 | $ 3,653.71 | | $ - | $ - | | | $ 50.00 | | $ 9,407.60 | $ 5,023.15 | $ 4,384.45 |
| 3 | TS | $ 1,444.44 | $ 7,899.71 | $ 4,899.82 | $ 2,999.89 | | $ - | $ - | | $ 168.48 | $ 50.00 | | $ 9,562.63 | $ 4,662.81 | $ 4,899.82 |
| 4 | DP | $ 1,072.91 | $ 4,308.01 | $ 2,525.37 | $ 1,782.62 | | $ - | $ - | | $ 826.67 | $ 50.00 | | $ 6,257.57 | $ 3,732.20 | $ 2,525.37 |
| 5 | WJ | $ 1,388.88 | $ 1,009.58 | $ - | $ 1,009.58 | | $ - | $ - | | $ 1,191.97 | $ 50.00 | | $ 3,640.43 | $ 3,640.43 | $ - |
| 6 | RC | $ 539.04 | $ 4,267.96 | $ 1,496.56 | $ 2,771.40 | | $ - | $ - | | | $ 50.00 | | $ 4,857.00 | $ 3,360.44 | $ 1,496.56 |
| 7 | HT | $ - | $ 4,394.40 | $ 1,263.00 | $ 3,131.40 | | $ - | $ - | | | $ 50.00 | | $ 4,444.40 | $ 3,181.40 | $ 1,263.00 |
| 8 | SH | $ 833.33 | $ 3,634.48 | $ 1,557.64 | $ 2,076.84 | | $ 449.69 | $ 449.69 | | $ 179.62 | $ 50.00 | | $ 5,147.12 | $ 3,139.79 | $ 2,007.33 |
| 9 | JB | $ 908.49 | $ 2,305.06 | $ 418.25 | $ 1,886.81 | | $ - | $ - | | $ 135.00 | $ 50.00 | | $ 3,398.55 | $ 2,980.30 | $ 418.25 |
| 10 | BC | $ 538.58 | $ 4,175.58 | $ 1,958.46 | $ 2,217.22 | | $ - | $ - | | | $ 50.00 | | $ 4,764.26 | $ 2,805.80 | $ 1,958.46 |
| 11 | HO | $ 694.44 | $ 2,716.25 | $ 793.24 | $ 1,923.01 | | $ - | $ - | | | $ 50.00 | | $ 3,460.69 | $ 2,667.45 | $ 793.24 |
| 12 | TM | $ 902.77 | $ 1,687.44 | $ - | $ 1,687.44 | | $ - | $ - | | | $ 50.00 | | $ 2,640.21 | $ 2,640.21 | $ - |
| 13 | JP | $ 573.55 | $ 1,829.87 | $ - | $ 1,829.87 | | $ - | $ - | | | $ 50.00 | | $ 2,453.42 | $ 2,453.42 | $ - |
| 14 | GD | $ - | $ - | $ - | $ - | | $ - | $ - | | $ 2,241.00 | $ 50.00 | | $ 2,291.00 | $ 2,291.00 | $ - |
| 15 | MO | $ - | $ 4,206.70 | $ 2,133.58 | $ 2,073.12 | | $ - | $ - | | | $ 50.00 | | $ 4,256.70 | $ 2,123.12 | $ 2,133.58 |
| 16 | CJ | $ 702.77 | $ 1,216.30 | $ - | $ 1,216.30 | | $ - | $ - | | | $ 50.00 | | $ 1,969.07 | $ 1,969.07 | $ - |
| 17 | PB | $ 1,041.66 | $ 757.18 | $ - | $ 757.18 | | $ - | $ - | | | $ 50.00 | | $ 1,848.84 | $ 1,848.84 | $ - |
| 18 | MK | $ 880.00 | $ 880.00 | $ - | $ 880.00 | | $ - | $ - | | | $ 50.00 | | $ 1,810.00 | $ 1,810.00 | $ - |
| 19 | LC | $ 624.99 | $ 1,211.49 | $ 86.52 | $ 1,124.97 | | $ - | $ - | | | $ 50.00 | | $ 1,886.48 | $ 1,799.96 | $ 86.52 |
| 20 | CN | $ 728.00 | $ 1,765.40 | $ 746.20 | $ 1,019.20 | | $ - | $ - | | | $ 50.00 | | $ 2,543.40 | $ 1,797.20 | $ 746.20 |
| 21 | NR | $ 743.05 | $ 1,054.53 | $ 128.60 | $ 925.93 | | $ - | $ - | | | $ 50.00 | | $ 1,847.58 | $ 1,718.98 | $ 128.60 |
| 22 | JB | $ 555.55 | $ 1,659.55 | $ 736.51 | $ 923.04 | | $ - | $ - | | $ 50.00 | $ 50.00 | | $ 2,315.10 | $ 1,578.59 | $ 736.51 |
| 23 | KS | $ 555.55 | $ 1,723.59 | $ 800.55 | $ 923.04 | | $ - | $ - | | | $ 50.00 | $ 1,042.66 | $ 3,296.66 | $ 2,426.66 | $ 800.55 |
| 24 | RP | $ 880.00 | $ 594.00 | $ - | $ 594.00 | | $ - | $ - | | | $ 50.00 | | $ 1,524.00 | $ 1,524.00 | $ - |
| 25 | MF | $ 520.00 | $ - | $ - | $ 897.00 | | $ - | $ - | | | $ 50.00 | | $ 1,519.00 | $ 1,467.00 | $ 52.00 |
| 26 | PK | $ 740.00 | $ 814.00 | $ 148.00 | $ 666.00 | | $ - | $ - | | | $ 50.00 | | $ 1,604.00 | $ 1,456.00 | $ 148.00 |
| 27 | RS | $ 720.00 | $ 378.00 | $ - | $ 378.00 | | $ - | $ - | | $ 307.39 | $ 50.00 | | $ 1,455.39 | $ 1,455.39 | $ - |
| 28 | PW | $ 560.00 | $ 1,008.00 | $ 168.00 | $ 840.00 | | $ - | $ - | | | $ 50.00 | | $ 1,618.00 | $ 1,450.00 | $ 168.00 |
| 29 | JJ | $ 560.00 | $ 896.00 | $ 112.00 | $ 784.00 | | $ - | $ - | | | $ 50.00 | | $ 1,506.00 | $ 1,394.00 | $ 112.00 |
| 30 | HC | $ 580.00 | $ 1,624.00 | $ 870.00 | $ 754.00 | | $ - | $ - | | | $ 50.00 | | $ 1,506.00 | $ 2,426.66 | $ 870.00 |
| 31 | AG | $ 540.80 | $ 1,581.84 | $ 824.72 | $ 757.12 | | $ - | $ - | | | $ 50.00 | | $ 2,172.64 | $ 1,347.92 | $ 824.72 |
| 32 | KL | $ 251.74 | $ 939.17 | $ 75.57 | $ 863.60 | | $ - | $ - | | | $ 50.00 | | $ 1,415.91 | $ 1,340.34 | $ 75.57 |
| 33 | MH | $ 763.88 | $ 475.94 | $ - | $ 475.94 | | $ - | $ - | | | $ 50.00 | | $ 1,289.82 | $ 1,289.82 | $ - |
| 34 | EO | $ 260.00 | $ 715.00 | $ - | $ 715.00 | | $ 520.00 | $ 260.00 | $ 260.00 | $ 175.00 | $ 50.00 | | $ 1,545.00 | $ 1,285.00 | $ 260.00 |
| 35 | WA | $ 468.62 | $ 735.48 | $ - | $ 735.48 | | $ - | $ - | | | $ 50.00 | | $ 1,254.10 | $ 1,254.10 | $ - |
| 36 | KH | $ 251.74 | $ 1,314.83 | $ 364.87 | $ 949.96 | | $ - | $ - | | | $ 50.00 | | $ 1,616.57 | $ 1,251.70 | $ 364.87 |
| 37 | DG | $ 520.00 | $ 663.00 | $ - | $ 663.00 | | $ - | $ - | | | $ 50.00 | | $ 1,233.00 | $ 1,233.00 | $ - |
| 38 | CB | $ - | $ 1,173.55 | $ - | $ 1,173.55 | | $ - | $ - | | | $ 50.00 | | $ 1,223.55 | $ 1,223.55 | $ - |

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation ||| Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time || Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vac. Accrued Before: 8/9/15 | Vac. Accrued After: 8/9/15 | | | Sick Accrued Before: 8/9/15 | Sick Accrued On or After: 8/9/15 | | | | | | |
| 39 | AD | $ 480.00 | $ 672.00 | $ 48.00 | $ 624.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,202.00 | $ 1,154.00 | $ 48.00 |
| 40 | PM | $ 520.00 | $ 624.00 | $ 52.00 | $ 572.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,194.00 | $ 1,142.00 | $ 52.00 |
| 41 | DM | $ 469.02 | $ 602.85 | $ - | $ 602.85 | $ - | $ - | $ - | | $ 50.00 | | $ 1,121.87 | $ 1,121.87 | $ - |
| 42 | LO | $ - | $ 1,454.80 | $ 384.88 | $ 1,069.92 | $ - | $ - | $ - | | $ 50.00 | | $ 1,504.80 | $ 1,119.92 | $ 384.88 |
| 43 | SH | $ 540.80 | $ 635.44 | $ 108.16 | $ 527.28 | $ - | $ - | $ - | | $ 50.00 | | $ 1,226.24 | $ 1,118.08 | $ 108.16 |
| 44 | BZ | $ 720.00 | $ 252.00 | $ - | $ 252.00 | $ - | $ - | $ - | $ 70.68 | $ 50.00 | | $ 1,092.68 | $ 1,092.68 | $ - |
| 45 | KA | $ 240.08 | $ 803.01 | $ 61.77 | $ 741.24 | $ - | $ - | $ - | | $ 50.00 | | $ 1,093.09 | $ 1,031.32 | $ 61.77 |
| 46 | RM | $ 240.08 | $ 803.01 | $ 61.77 | $ 741.24 | $ - | $ - | $ - | | $ 50.00 | | $ 1,093.09 | $ 1,031.32 | $ 61.77 |
| 47 | JT | $ 800.00 | $ 180.00 | $ - | $ 180.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,030.00 | $ 1,030.00 | $ - |
| 48 | CD | $ 469.02 | $ 482.28 | $ - | $ 482.28 | $ - | $ - | $ - | | $ 50.00 | | $ 1,001.30 | $ 1,001.30 | $ - |
| 49 | CL | $ 468.62 | $ 482.25 | $ - | $ 482.25 | $ - | $ - | $ - | | $ 50.00 | $ 504.02 | $ 1,504.89 | $ 1,504.89 | $ - |
| 50 | KB | $ 580.00 | $ 362.50 | $ - | $ 362.50 | $ - | $ - | $ - | | $ 50.00 | | $ 992.50 | $ 992.50 | $ - |
| 51 | AS | $ 240.08 | $ 803.01 | $ 247.08 | $ 555.93 | $ - | $ - | $ - | $ 140.00 | $ 50.00 | | $ 1,233.09 | $ 986.01 | $ 247.08 |
| 52 | RW | $ 468.62 | $ 442.09 | $ - | $ 442.09 | $ - | $ - | $ - | | $ 50.00 | | $ 960.71 | $ 960.71 | $ - |
| 53 | JB | $ 468.62 | $ 281.33 | $ - | $ 281.33 | $ - | $ - | $ - | $ 140.00 | $ 50.00 | | $ 939.95 | $ 939.95 | $ - |
| 54 | AG | $ 680.00 | $ 204.00 | $ - | $ 204.00 | $ - | $ - | $ - | | $ 50.00 | | $ 934.00 | $ 934.00 | $ - |
| 55 | SM | $ 540.00 | $ 324.00 | $ - | $ 324.00 | $ - | $ - | $ - | | $ 50.00 | | $ 914.00 | $ 914.00 | $ - |
| 56 | MG | $ 240.08 | $ 605.35 | $ - | $ 605.35 | $ - | $ - | $ - | | $ 50.00 | | $ 895.43 | $ 895.43 | $ - |
| 57 | KB | $ 640.00 | $ 160.00 | $ - | $ 160.00 | $ - | $ - | $ - | $ 33.46 | $ 50.00 | | $ 883.46 | $ 883.46 | $ - |
| 58 | MJ | $ 720.00 | $ 108.00 | $ - | $ 108.00 | $ - | $ - | $ - | | $ 50.00 | | $ 878.00 | $ 878.00 | $ - |
| 59 | AF | $ 580.00 | $ 246.50 | $ - | $ 246.50 | $ - | $ - | $ - | | $ 50.00 | | $ 876.50 | $ 876.50 | $ - |
| 60 | FT | $ 280.80 | $ 645.84 | $ 112.32 | $ 533.52 | $ - | $ - | $ - | | $ 50.00 | | $ 976.64 | $ 864.32 | $ 112.32 |
| 61 | JN | $ 561.60 | $ 238.68 | $ - | $ 238.68 | $ - | $ - | $ - | | $ 50.00 | | $ 850.28 | $ 850.28 | $ - |
| 62 | KD | $ 220.00 | $ 374.00 | $ 44.00 | $ 330.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 1,084.00 | $ 820.00 | $ 264.00 |
| 63 | SB | $ 468.62 | $ 241.14 | $ - | $ 241.14 | $ - | $ - | $ - | | $ 50.00 | | $ 759.76 | $ 759.76 | $ - |
| 64 | JM | $ 400.00 | $ 440.00 | $ 440.00 | $ - | $ 400.00 | $ 100.00 | $ 300.00 | | $ 50.00 | | $ 1,290.00 | $ 750.00 | $ 540.00 |
| 65 | TS | $ 220.00 | $ 253.00 | $ - | $ 253.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 963.00 | $ 743.00 | $ 220.00 |
| 66 | ME | $ - | $ 679.47 | $ - | $ 679.47 | $ - | $ - | $ - | | $ 50.00 | | $ 729.47 | $ 729.47 | $ - |
| 67 | JD | $ 290.00 | $ 58.00 | $ - | $ 58.00 | $ 290.00 | $ - | $ 290.00 | | $ 50.00 | | $ 688.00 | $ 688.00 | $ - |
| 68 | RC | $ 250.00 | $ 175.00 | $ 50.00 | $ 125.00 | $ 500.00 | $ 250.00 | $ 250.00 | | $ 50.00 | | $ 975.00 | $ 675.00 | $ 300.00 |
| 69 | JF | $ 240.08 | $ 370.62 | $ - | $ 370.62 | $ - | $ - | $ - | | $ 50.00 | $ 329.97 | $ 990.67 | $ 990.67 | $ - |
| 70 | RH | $ 240.08 | $ 370.62 | $ - | $ 370.62 | $ - | $ - | $ - | | $ 50.00 | | $ 660.70 | $ 660.70 | $ - |
| 71 | DW | $ 468.62 | $ 120.57 | $ - | $ 120.57 | $ - | $ - | $ - | | $ 50.00 | | $ 639.19 | $ 639.19 | $ - |
| 72 | SK | $ 540.00 | $ 40.50 | $ - | $ 40.50 | $ - | $ - | $ - | | $ 50.00 | | $ 630.50 | $ 630.50 | $ - |
| 73 | JL | $ 460.00 | $ 92.00 | $ - | $ 92.00 | $ - | $ - | $ - | | $ 50.00 | | $ 602.00 | $ 602.00 | $ - |
| 74 | TC | $ 240.08 | $ 304.73 | $ - | $ 304.73 | $ - | $ - | $ - | | $ 50.00 | | $ 594.81 | $ 594.81 | $ - |
| 75 | MW | $ 220.00 | $ 99.00 | $ - | $ 99.00 | $ 330.00 | $ 110.00 | $ 220.00 | | $ 50.00 | | $ 699.00 | $ 589.00 | $ 110.00 |
| 76 | HN | $ 535.60 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | $ 606.24 | $ 1,191.84 | $ 1,191.84 | $ - |

SeaPort Airlines, Inc.
PAYROLL SUMMARY

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation - Vac Accrued Before: 8/9/15 | Breakout Total Vacation - Vac Accrued After: 8/9/15 | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time - Sick Accrued Before: 8/9/15 | Breakout Total Sick Time - Sick Accrued On or After: 8/9/15 | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | EA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 396.00 | $ 132.00 | $ 264.00 | | $ 50.00 | | $ 710.00 | $ 578.00 | $ 132.00 |
| 78 | SM | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 396.00 | $ 132.00 | $ 264.00 | | $ 50.00 | | $ 710.00 | $ 578.00 | $ 132.00 |
| 79 | AM | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 396.00 | $ 132.00 | $ 264.00 | | $ 50.00 | | $ 710.00 | $ 578.00 | $ 132.00 |
| 80 | GA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | | $ 666.00 | $ 578.00 | $ 88.00 |
| 81 | JB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | | $ 666.00 | $ 578.00 | $ 88.00 |
| 82 | RB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | | $ 666.00 | $ 578.00 | $ 88.00 |
| 83 | SB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | | $ 666.00 | $ 578.00 | $ 88.00 |
| 84 | JH | $ 220.00 | $ 213.00 | $ 169.00 | $ 44.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 923.00 | $ 534.00 | $ 389.00 |
| 85 | PL | $ 220.00 | $ 88.00 | $ 44.00 | $ 44.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 798.00 | $ 534.00 | $ 264.00 |
| 86 | CM | $ 220.00 | $ 88.00 | $ 44.00 | $ 44.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 798.00 | $ 534.00 | $ 264.00 |
| 87 | MK | $ 215.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 255.72 | $ 50.00 | | $ 520.72 | $ 520.72 | $ - |
| 88 | KE | $ 220.00 | $ 27.50 | $ - | $ 27.50 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 737.50 | $ 517.50 | $ 220.00 |
| 89 | AS | $ - | $ 704.18 | $ 247.08 | $ 457.10 | $ - | $ - | $ - | | $ 50.00 | | $ 754.18 | $ 507.10 | $ 247.08 |
| 90 | AF | $ 240.08 | $ 197.66 | $ - | $ 197.66 | $ - | $ - | $ - | | $ 50.00 | | $ 487.74 | $ 487.74 | $ - |
| 91 | CS | $ 240.08 | $ 185.31 | $ - | $ 185.31 | $ - | $ - | $ - | | $ 50.00 | | $ 475.39 | $ 475.39 | $ - |
| 92 | KK | $ - | $ 241.28 | $ 120.64 | $ 120.64 | $ 301.60 | $ - | $ 301.60 | | $ 50.00 | | $ 592.88 | $ 472.24 | $ 120.64 |
| 93 | LK | $ 215.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 201.15 | $ 50.00 | | $ 466.15 | $ 466.15 | $ - |
| 94 | VB | $ 220.00 | $ - | $ - | $ - | $ 176.00 | $ - | $ 176.00 | | $ 50.00 | $ 442.27 | $ 888.27 | $ 888.27 | $ - |
| 95 | CK | $ 220.00 | $ - | $ - | $ - | $ 176.00 | $ - | $ 176.00 | | $ 50.00 | | $ 446.00 | $ 446.00 | $ - |
| 96 | KJ | $ 215.00 | $ - | $ - | $ - | $ 172.00 | $ - | $ 172.00 | | $ 50.00 | | $ 437.00 | $ 437.00 | $ - |
| 97 | SC | $ 215.00 | $ - | $ - | $ - | $ 44.00 | $ - | $ 44.00 | $ 120.21 | $ 50.00 | | $ 429.21 | $ 429.21 | $ - |
| 98 | DT | $ - | $ 370.62 | $ - | $ 370.62 | $ - | $ - | $ - | | $ 50.00 | | $ 420.62 | $ 420.62 | $ - |
| 99 | RP | $ 215.00 | $ - | $ - | $ - | $ 44.00 | $ - | $ 44.00 | $ 87.55 | $ 50.00 | | $ 396.55 | $ 396.55 | $ - |
| 100 | EM | $ 215.00 | $ - | $ - | $ - | $ 129.00 | $ - | $ 129.00 | | $ 50.00 | | $ 394.00 | $ 394.00 | $ - |
| 101 | HM | $ 215.00 | $ - | $ - | $ - | $ 129.00 | $ - | $ 129.00 | | $ 50.00 | | $ 394.00 | $ 394.00 | $ - |
| 102 | LP | $ 215.00 | $ - | $ - | $ - | $ 129.00 | $ - | $ 129.00 | | $ 50.00 | | $ 394.00 | $ 394.00 | $ - |
| 103 | CC | $ 249.60 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 387.60 | $ 387.60 | $ - |
| 104 | JL | $ - | $ 392.00 | $ 56.00 | $ 336.00 | $ - | $ - | $ - | | $ 50.00 | | $ 442.00 | $ 386.00 | $ 56.00 |
| 105 | SS | $ 228.80 | $ 91.52 | $ 45.76 | $ 45.76 | $ 45.76 | $ - | $ 45.76 | | $ 50.00 | | $ 416.08 | $ 370.32 | $ 45.76 |
| 106 | TT | $ 228.80 | $ 91.52 | $ 45.76 | $ 45.76 | $ 45.76 | $ - | $ 45.76 | | $ 50.00 | | $ 416.08 | $ 370.32 | $ 45.76 |
| 107 | DS | $ - | $ 1,250.00 | $ 937.50 | $ 312.50 | $ - | $ - | $ - | | $ 50.00 | | $ 1,300.00 | $ 362.50 | $ 937.50 |
| 108 | PM | $ 220.00 | $ 88.00 | $ 44.00 | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 402.00 | $ 358.00 | $ 44.00 |
| 109 | AA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 110 | JA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 111 | KB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 112 | TS | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 113 | MW | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 114 | GG | $ 240.08 | $ 61.77 | $ - | $ 61.77 | $ - | $ - | $ - | | $ 50.00 | | $ 351.85 | $ 351.85 | $ - |

SeaPort Airlines, Inc.
PAYROLL SUMMARY

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation — Vac Accrued Before: 8/9/15 | Breakout Total Vacation — Vac Accrued After: 8/9/15 | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time — Sick Accrued Before: 8/9/15 | Breakout Total Sick Time — Sick Accrued On or After: 8/9/15 | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | BM | $ 215.00 | $ - | $ - | $ - | $ 86.00 | $ - | $ 86.00 | | $ 50.00 | $ 268.65 | $ 619.65 | $ 619.65 | $ - |
| 116 | CT | $ 215.00 | $ - | $ - | $ - | $ 64.50 | $ - | $ 64.50 | | $ 50.00 | | $ 329.50 | $ 329.50 | $ - |
| 117 | AB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ - | $ - | $ - | | $ 50.00 | | $ 314.00 | $ 314.00 | $ - |
| 118 | SD | $ 218.40 | $ 87.36 | $ 43.68 | $ 43.68 | $ - | $ - | $ - | | $ 50.00 | | $ 355.76 | $ 312.08 | $ 43.68 |
| 119 | KL | $ 218.40 | $ 87.36 | $ 43.68 | $ 43.68 | $ - | $ - | $ - | | $ 50.00 | | $ 355.76 | $ 312.08 | $ 43.68 |
| 120 | JS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 258.61 | $ 50.00 | | $ 308.61 | $ 308.61 | $ - |
| 121 | JG | $ 215.00 | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | | $ 50.00 | | $ 308.00 | $ 308.00 | $ - |
| 122 | JS | $ 215.00 | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | | $ 50.00 | | $ 308.00 | $ 308.00 | $ - |
| 123 | CS | $ 215.00 | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | | $ 50.00 | | $ 308.00 | $ 308.00 | $ - |
| 124 | TF | $ 210.00 | $ 84.00 | $ 42.00 | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 344.00 | $ 302.00 | $ 42.00 |
| 125 | PL | $ 210.00 | $ 84.00 | $ 42.00 | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 344.00 | $ 302.00 | $ 42.00 |
| 126 | DM | $ 210.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 302.00 | $ 302.00 | $ - |
| 127 | SS | $ 210.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 302.00 | $ 302.00 | $ - |
| 128 | JD | $ 251.74 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 301.74 | $ 301.74 | $ - |
| 129 | HD | $ 208.00 | $ 83.20 | $ 41.60 | $ 41.60 | $ - | $ - | $ - | | $ 50.00 | | $ 341.20 | $ 299.60 | $ 41.60 |
| 130 | CS | $ 247.20 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 297.20 | $ 297.20 | $ - |
| 131 | EA | $ 205.00 | $ 82.00 | $ 41.00 | $ 41.00 | $ - | $ - | $ - | | $ 50.00 | | $ 337.00 | $ 296.00 | $ 41.00 |
| 132 | JM | $ 205.00 | $ 41.00 | $ - | $ 41.00 | $ - | $ - | $ - | | $ 50.00 | | $ 296.00 | $ 296.00 | $ - |
| 133 | CO | $ 204.00 | $ 81.60 | $ 40.80 | $ 40.80 | $ - | $ - | $ - | | $ 50.00 | | $ 335.60 | $ 294.80 | $ 40.80 |
| 134 | CK | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 244.37 | $ 50.00 | $ 75.06 | $ 369.43 | $ 369.43 | $ - |
| 135 | WS | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 41.91 | $ 50.00 | | $ 291.91 | $ 291.91 | $ - |
| 136 | PM | $ 240.08 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | $ 422.62 | $ 712.70 | $ 712.70 | $ - |
| 137 | JT | $ 200.00 | $ 40.00 | $ - | $ 40.00 | $ - | $ - | $ - | | $ 50.00 | | $ 290.00 | $ 290.00 | $ - |
| 138 | DM | $ 218.40 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 268.40 | $ 268.40 | $ - |
| 139 | LB | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 140 | KM | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 141 | SR | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 142 | ST | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 143 | JW | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 144 | CB | $ - | $ 210.00 | $ - | $ 210.00 | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 145 | SA | $ 205.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 255.00 | $ 255.00 | $ - |
| 146 | RF | $ 205.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | $ 428.03 | $ 683.03 | $ 683.03 | $ - |
| 147 | SW | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 250.00 | $ 250.00 | $ - |
| 148 | MB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 114.16 | $ 50.00 | | $ 164.16 | $ 164.16 | $ - |
| 149 | NM | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 70.00 | $ 50.00 | | $ 120.00 | $ 120.00 | $ - |
| 150 | MM | $ - | $ 64.00 | $ - | $ 64.00 | $ - | $ - | $ - | | $ 50.00 | | $ 114.00 | $ 114.00 | $ - |
| 151 | DB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 53.50 | $ 50.00 | | $ 103.50 | $ 103.50 | $ - |
| 152 | KC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 44.25 | $ 50.00 | | $ 94.25 | $ 94.25 | $ - |

Exhibit A Page 4 of 5     2/4/2016 12:20 PM

Case 16-30406-rld11    Doc 22    Filed 02/05/16

SeaPort Airlines, Inc.
PAYROLL SUMMARY

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation | | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time | | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vac Accrued Before: 8/9/15 | Vac Accrued After: 8/9/15 | | Sick Accrued Before: 8/9/15 | Sick Accrued On or After: 8/9/15 | | | | | | |
| 153 | CJ | $ - | $ 83.20 | $ 41.60 | $ 41.60 | $ - | $ - | $ - | | | | $ 133.20 | $ 91.60 | $ 41.60 |
| 154 | JT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 23.00 | $ 50.00 | | $ 73.00 | $ 73.00 | $ - |
| 155 | MB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ - | $ - | $ - |
| 156 | MC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 157 | KD | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 158 | JE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 159 | AE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 160 | MG | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 161 | JG | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 162 | EH | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 163 | MN | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 164 | CS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 165 | BS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 166 | CW | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 167 | AW | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 168 | GW | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| FORMER EMPLOYEES | | | | | | | | | | | | | | |
| 169 | BC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 71.47 | $ 71.47 | $ 71.47 | $ - |
| 170 | CB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 62.88 | $ 62.88 | $ 62.88 | $ - |
| 171 | JP | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 255.26 | $ 255.26 | $ 255.26 | $ - |
| 172 | LS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 310.76 | $ 310.76 | $ 310.76 | $ - |
| | Totals: | $ 55,157.26 | $105,507.31 | $36,099.54 | $ 70,356.85 | $ 9,576.31 | $ 3,237.69 | $ 6,338.62 | $ 7,283.70 | $7,700.00 | $ 4,819.89 | $190,993.55 | $151,656.32 | $ 39,337.23 |

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail and via email or fax as indicated for each party:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

**Largest 20 Unsecured Creditors:**

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL 60654
**VIA EMAIL:**
**Kirk.Hoopingarner@quarles.com**

Accounting Principals
Attn: Jonathon Schussler
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL 32256
**VIA EMAIL:**
**Jonathan.Schussler@Adeccona.com**

Aero Services
Attn: Brooke Walker
1890 Renshaw Way
Juneau, AK 99801
**VIA EMAIL:**
**Brooke.Walker@atlanticaviation.com**

Airline Maintenance Service Inc.
Attn: Erick Larson
1 Terminal Way Suite 302
Nashville, TN 37214
**VIA EMAIL:**
**erick.larson@airlinems.com**

American Express
Attn: Carley Lehr
PO Box 53852
Phoenix, AZ 85072
**VIA EMAIL: Carley.Lehr@aexp.com**

Atlantic Burbank
Attn: LaVonne Sears
PO Box 79648
City of Industry, CA 91716
**VIA EMAIL:**
**lavonne.sears@atlanticaviation.com**

Aviall Services, Inc.
Attn: Allison McCullough
P.O. BOX 842267
Dallas, TX 75284
**VIA EMAIL:**
**amccullough@aviall.com**

City of Memphis, Treasurer
Attn: Angela Washington
Box 185
Memphis, TN 38101
**VIA EMAIL:**
**angelaw@mscaa.com**

DASH CA, Inc.
Attn: Pat Kerrigan
250 St Andrews Way
Lompock, CA 93436
**VIA EMAIL:**
**patkdashca@aol.com**

Executive Express Aviation, LLC
Attn: Keith Sisson
43W700 US Highway 30
Sugar Grove, IL 60554
**VIA EMAIL:**
**k.sisson@iflysouthern.com**

Hill Fuel LLC
Attn: Aldwin Harder
Box 808
Hoonah, AK 99829
**VIA EMAIL:**
**hillfuel12@gmail.com**

Kenyon International
  Emergency Svcs Inc.
Attn: Aldwin Harder
5180 Grand Point Drive
Houston, TX 77090
**VIA EMAIL:**
**wbody@pattersonboyd.com**

Lane Powell
Attn: David Hosenpud
1420 Fifth Avenue Suite 4200
Seattle, WA 98111
**VIA EMAIL:**
**HosenpudD@LanePowell.com**

Memphis Propeller Service, Inc.
Attn: Leslie Davis
11098 Willow Ridge Drive
Olive Branch, MS 38654
**VIA EMAIL:**
**Leslie@memphispropeller.com**

Olson Brooksby PC
Attn: Scott Brooksby
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204
**VIA EMAIL:**
**sbrooksby@olsonbrooksby.com**

Petro Marine Services/Alaska
  Oil Sales
Attn: Aaron Sperbeck, Esq.
Box 396
Skagway, AK 99840
**VIA EMAIL: asperbeck@bhb.com**

Prime Turbines
Attn: Robert W. Coleman
PO Box 956
Hyannis, MA 02601
**VIA EMAIL:**
**rcoleman@primeturbines.com**

Sabre Group, Inc.
Attn: Russ Perkins
7285 Collection Center Dr.
Chicago, IL 60693
**VIA EMAIL: russ.perkins@sabre.com**

Tom's Aircraft Maintenance
Attn: Tom Jacobson
2641 E. Spring Street
Long Beach, CA 90806
**VIA EMAIL: tom@tomsaircraft.com**

Travelport, LP
BV c/o Bank of America Lockbox
Attn: Rhonda Shultes
PO Box 402395
Atlanta, GA 30384
**VIA EMAIL:**
**Rhonda.Shultes@travelport.com**

**U.S. Trustee's Office:**

Carla McClurg
US Trustee's Office
620 SW Main Street, Rm 213
Portland, OR 97205
**VIA EMAIL:**
**Carla.McClurg@usdoj.gov**

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.