**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

In re                                          ) Case No. _____
                                               )
                                               ) NOTICE OF *PRELIMINARY*
                                               ) HEARING ON MOTION
                                               )    FOR USE OF CASH COLLATERAL
                                               )    TO OBTAIN CREDIT
Debtor(s)                                      ) *(Check One)*

YOU ARE NOTIFIED THAT:

1.    The undersigned moving party, _____, filed a Motion    For Use of Cash Collateral    To Obtain Credit *(check one)*. A copy of the motion is attached; and it includes (i) the statement required by Local Form #541.5, and (ii) the following allegations:

        a.  The immediate and irreparable harm that will come to the estate pending a final hearing is _____.

        b.  The amount of    cash collateral    credit *(check one)* necessary to avoid the harm detailed above prior to the final hearing is _____.

2.    The name and service address of the moving party's attorney (or moving party, if no attorney) are: _____.

3.    A *PRELIMINARY* HEARING on the motion WILL BE HELD ON _____ AT _____ IN _____.
Testimony will be received if offered and admissible.

4.    If you wish to object to the motion, you must do one or both of the following: (1) attend the preliminary hearing; and/or (2) file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), a written response, which states the facts upon which you will rely and, if the response is filed within three business days before the hearing, notify the judge's chambers by telephone immediately after filing the document, as required by LBR 9004-1(b).

5.    On _____ copies of  this notice  and the motion were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; any trustee; any trustee's attorney; members of any committee elected pursuant to 11 U.S.C. §705; any creditors' committee chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; any creditors' committee attorney; the U.S. Trustee; and all affected lien holders whose names and addresses used for service are as follows:

_____
Signature of Moving Party or Attorney                                          OSB #
_____
(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

541.1 (6/1/15)

Label Matrix for local noticing
0979-3
Case 16-30406-rld11
District of Oregon
Portland
Fri Feb  5 13:14:49 PST 2016

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL 60654-5427

A.E.R.O., Inc.
3701 Hwy. 162
Granite City, IL 62040-6628

ADP Commercial Leasing LLC
3726 Solutions Center
Chicago, IL 60677-3007

AEL&P
5601 Tonsgard Ct
Juneau, AK 99801-7201

AIX Inc
5220 Riverton Avenue
Anchorage, AK 99516-4230

API
3778 Distriplex Drive North
Memphis, TN 38118-7299

ARINC
P.O. BOX 951273
Dallas, TS  75395-1273

ASIG Portland
PO Box 402458
Atlanta, GA 30384-2458

ASIG San Diego
PO Box 402458
Atlanta, GA 30384-2458

AT&T
PO BOX 5014
Carol Stream, IL 60197-5014

AT&T
PO BOX 5025
Carol Stream, IL 60197-5025

AT&T Phone
PO Box 105414
Atlanta, GA 30348-5414

AT&T Phone
PO Box 105414
Atlantia, GA 30348-5414

AT&T Phone
PO Box 5001
Carol Stream, IL 60197-5001

AT&T Phone
PO Box 5014
Carol Stream, IL 60197-5014

AT&T Phone
PO Box 5025
Carol Stream, IL 60197-5025

ATP Aircraft Technical Publishers
101 South Hill Drive
Brisbane, CA 94005-1251

AUM
PO Box 60068
Los Angeles, CA 90060-0068

Aaron Smith
11671 Spruse Run Dr
San Diego, CA 92131-3723

Accounting Principals
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL 32256-0566

Adam Enders
1266 Glassboro Road
Williamstown, NJ 08094-8924

Aero Services
1890 Renshaw Way
Juneau, AK 99801-9388

Air Maintenance Service, Inc.
120 Lemons Drive
Tupelo, MS 38801-7024

Airborne Flying Service, Inc.
525 Airport Road
Hot Springs, AR 71913-4713

Aircraft Lease Finance III, Inc.
Residual Based Finance Corp. aka RESIDCO
Three First National Plaza
70 W Madison, Ste 2340
Chicaco, IL 60602-4919

Aircraft Lease Finance III, Inc.
c/o Michael J. Edelman, Esq.
1633 Broadway, 4th Fl
New York, NY 10019-6708

Aircraft Mechanical Services
9519 Airport Drive
Visalia, CA 93277-9501

Airline Maintenance Service Inc
1 Terminal Way Suite 302
Nashville, TN 37214-4110

Airline Tariff Publishing Co.
45005 Aviation Drive
Dulles, VA 20166-7546

Airlines for America
1301 Pennsylvania Avenue NW
Suite 1100
Wanshington, DC 20004-1738

Aklitho
8420 Airport Blvd
Juneau, AK 99801-8069

Alaska Communications Systems
P.O. Box 196666
Anchorage, Ak 99519-6666

Alaska Forest Association
111 Stedman Street, Suite 200
Ketchikan, AK 99901-6599

Alaska Laundry
1114 Glacier Ave.
Juneau, AK 99801-1540

Alaska Marine Lines Inc
PO Box 34026
Seattle, WA 98124-1026

Alaska Pacific Environmental
5211 Stark Street
Juneau, AK 99801-9521

Alaska Seaplanes
1873 Shell Simmons Dr #110
Juneau, AK 99801-7001

Alaska Technical Solutions
Box 34136
Juneau, AK 99803-4136

Alec Wheeler
7252 55th Ave
Salem, OR 97305-9586

Alere eScree (frm. Pembrooke Ocup.)
PO Box 654092
Dallas, TX 75265-4092

Alexander Anderson
723 SW 257th Ave Apt 67
Troutdale, OR 97060-7423

Alexander Groves
117 N Harris
Pearcy, AR 71964-9459

Alexander Miller
2909 SE Pine St
Portland, OR 97214-1839

Alisa Knott & Arthur Knott
c/o SeaPort Airlines
7505 NE Airport Way
Portland, OR 97218-1021

Ally - 36148
PO Box 9001948
Louiseville, KY 40290-1948

American Eagle Airlines, Inc
Box 619616 MD 5494 DFW Airport
Dallas, TX 75261-9616

American Express
PO Box 53852
Phoenix, AZ 85072-3852

Andrew Fish
4636 Wendover St
Eugene, OR 97404-1348

Andrew Sims
8365 Charleston Dr
Southhaven, MS 38671-3423

Anthony Faiola
9165 Germantown Road
Portland, OR 97231-2798

Arshadi Brown
7301 Alma Dr #1526
Plano, TX 75025-3524

Ashleigh Davis
2051 W Orange Ave
El Centro, CA 92243-5506

Ashley Gass
14856 SE Taylor Ct
Portland, OR 97233-2964

Atlantic Aviation
P.O. Box 951883
Dallas, TX 75395-1883

Atlantic Burbank
PO Box 79648
City of Industry, CA 91716-9648

Av-Base Systems
120 Bessemer Road
London, ON NE 1R2 Canada
CANADA

Aviall Services, Inc.
P.O. BOX 842267
Dallas, TX 75284-2267

Avion Capital Corporation
PO Box 1739
Denver, CO 80201-1739

Axis Capital
308 N Locust St
Grand Island, NE 68801-5985

| | | |
|---|---|---|
| Bandon by the Sea<br>Chamber of Commerce<br>Box 1515<br>Bandon, OR 97411-1515 | Bank of America VISA<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | Bay Area Chamber of Commerce<br>145 Central<br>Coos Bay, OR 97420-2301 |
| BearCom, Inc.<br>PO Box 670354<br>Dallas, TX 75267-0354 | BenefitHelp Solutions<br>P O Box 5817<br>Portland, OR 97228-5817 | Berry<br>PO Box 790250<br>St. Louis, MO 63179-0250 |
| Bianca Carter<br>6633 Tracy Ave<br>Kansas City, MO 64131-1419 | Bianca Malone<br>13808 NE 89th Circle<br>Vancouver, WA 98682-2595 | Big River Broadcasting<br>624 Sam Phillips St.<br>Florence, AL 35630-5859 |
| Black Box Network Services<br>PO Box 86<br>Minneapolis, MN 55486-0086 | Boone County Airport<br>P.O. Box 1114<br>Harrison, AR 72602-1114 | Breeze In<br>P.O. Box 32318<br>Juneau, AK 99803-2318 |
| Brett Spencer<br>1886 Lake Rd<br>Ridgeway, SC 29130-9657 | Brian Zeigler<br>186 Gilt Edge Rd<br>Munford, TN 38058-6010 | Bruce Cherven<br>1007 Don Blair Dr<br>Smvrna, TN 37167-9337 |
| Burbank Airport Authority<br>2627 Hollywood Way<br>Burbank, CA 91505-5017 | CFO Selections LLC<br>11225 SE 6th Street Suite #110<br>Bellevue, WA 98004-6478 | Cale Buchanan<br>3095 Cuba Millington Rd<br>Millington, TN 38053-5257 |
| Candace Lynn<br>7164 164th St E<br>Puyallup, WA 98375 | Caravan Air, LLC<br>5 Juliano Drive<br>Oxford, CT 06478-1042 | Carissa Marson<br>1060 9th St apt 3<br>Washougal, WA 98671-1142 |
| Cascade Natural Gas Corp.<br>Box 990065<br>Boise, ID 83799-0065 | Catherine Abercrombie<br>2617 W Borderlinks Dr.<br>Visalia, CA 93291-4311 | Cathy Swift-Tutwiler<br>1116 Corona Pl<br>Cordova, TN 38018-6975 |
| CenturyLink Phone<br>Box 91155<br>Seattle, WA 98111-9255 | CenturyLink Phone<br>P.O. Box 2961<br>Phoenix, AZ 85062-2961 | Cessna Aircraft Company<br>2326 Network place<br>Chicago, IL 60673-1023 |
| Chandrea Smith<br>13030 Northborough RD Apt 518<br>Houston, TX 77067-2531 | Charles Dodge<br>710 Buttermilk Dr.<br>Nesbit, MS 38651-7013 | Charter Communications - OTH<br>PO Box 60188<br>Los Angeles, CA 90060-0188 |

Chem-Dry of Oregon
9595 SE Tualatin Sherwood Rd.
Tualatin, OR 97062

Chemsearchfe
23261 Network Place
Chicago, IL 60673-1232

Chemstation Mid-South
1213 ESI Drive
Springdale, AR 72764-1100

Cheyenne Scale Company, Inc.
P.O. Box 47041
Seattle, WA 98146-7041

Chrisopher Nilsen
501 Se 123rd Ave Y178
Vancouver, WA 98683-4044

Christi Templer
1005 SE Coffey Rd
Washougal, OR 98671-9249

Christine Olson
4646 Olson Ranch Dr
Harrison, AR 72601-9749

Christine Schwab
29 Jackson Ave
South Glen Falls, NY 12803-5116

Christopher Banks
4525 Twain Ave #8
San Diego, CA 92120-4135

Christopher Barth
4006 Ingraham St Apt 4
San Diego, CA 92109-5948

Christopher Downs
2613 Amadeus Dr
Modesto, CA 95358-8851

Christopher Jones
110 Half Mile Alley
Hot Springs, AR 71901-7478

Christopher Snodgrass
2862 SE 18th Cir
Gresham, OR 97080-5102

Chun Kerr LLP
PO Box 29729 H
Honolulu, HI 96820-2129

Cintas Corportation
PO Box 630921
Cincinnati, OH 45263-0921

City & Borough of Juneau
155 S Seward St.
Juneau, AK 99801-1397

City & Borough of Juneau
155 South Seward Street
Juneau, AK 99801-1397

City & Borough of Juneau
1873 Shell Simmons Drive Suite 200
Juneau, AK 99801-7005

(p)CITY OF DALLAS
C O CITY SECRETARYS OFFICE
DALLAS CITY HALL
1500 MARILLA STREET ROOM 5D SOUTH
DALLAS TX 75201-6390

City of El Dorado
PO Box 2170
El Dorado, AR 71731-2170

City of Great Bend
1209 Williams
Great Bend, KS 67530-4446

City of Hoonah
P.O. Box 360
Hoonah, AK 99829-0360

City of Kansas City
PO Box 844124
Kansas City, MO 64184-4124

City of Memphis
Treasurer
Box 185
Memphis, TN 38101-0185

City of Pendleton
500 SW Dorion Ave.
Pendleton, OR 97801-2035

City of Pendleton - Airport
2016 Airport Road
Pendleton, OR 97801-4597

City of Visalia
City Hall West
PO Box 5078
Visalia, CA 93278-5078

City of Visalia (Licensing & Fees)
315 E Acequia PO Box 4002
Visalia, CA 93278-4002

Claire James
301 SE 177th Ave E53
Vancouver, WA 98683-4222

Clay Warren
809 Chappells Dr
The Villages, FL 32162-3710

Cody Cimmiyoti
2425 SW Olson Ave
Pendleton, OR 97801-4376

Comcast
PO Box 105257
Atlanta, GA 30348-5257

Comcast - Telephone
P.O. Box 3 34227
Seattle, WA 98111-0003

Comcast - Telephone
PO Box 105184
Atlanta, GA 30348-5184

Computer Forms, Inc
PO Box 23456
Portland, OR 97281-3456

Connie Konzem
2300 Franklin
Great Bend, KS 67530-2629

Contract Aircraft Maintenance, Inc.
16395 NW 136th.
St. Platte City, MO 64079-9266

Coos Aviation Fuel, OTH
1210 E Airport Way
North Bend, OR 97459-2026

Coos County Airport
1100 Airport Lane
North Bend, OR 97459-2006

Coos County Tax Office
PO Box 4368
Portland, OR 97208-4368

Courtyard by Marriott
7225 Sleepy Hollow Dr.
Southaven, MS 38671-5148

Cox Communications
PO Box 248871
Oklahoma City, OK 73124-8871

Crownair Aviation
3753 John J. Montgomery Dr
San Diego, CA 92123-1732

Curtis Knight
4718 NE Multnomah St
Portland, OR 97213-2116

DASH CA, Inc
250 St Andrews Way
Lompock, CA 93436-1317

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-9066

Dan Maranaise
961 Green Oaks Dr
Memphis, TN 38117-5608

Daniel Green
69729 Delview Rd
North Bend, OR 97459-7781

Darryl Mitchell
7369 Red River
Memphis, TN 38125-4731

Dash Group Inc
1083 N Collier Blvd
Marco Island, FL 34145-2539

David Jones
3439 NE Sandy Blvd. PMB 635
Portland, OR 97232-1959

David Mitchell
1387 Central Ave Apt 711
Memphis, TN 38104-4894

David Perlitz
817 15th St Apt E
Santa Monica, CA 90403-1828

David Sandberg
10965 Glacier Hwy
Juneau, AK 99801-8589

David Tittle
457 Westbourne St
La Jolla, CA 92037-5348

David Volmut
233 Bell Bottom Rd.
Sequim, WA 98382-6606

Dell
PO Box 802816
Chicago, IL 60680-2816

Delta Western
P.O. Box 94356
Seattle, WA 98124-6656

Dennis Electric, Inc.
7560 Bartlett Corporate Drive
Bartlett, TN 38133-8953

Desser Tire & Rubber Co
Box 1028
Montebello, CA 90640-1028

Diio LLC
PO Box 146
Mt. Vernon, VA 22121-0146

Donna Blake (Board member)
10219 NE 82nd Ave
Vancouver, WA 98662-1360

Douglas Wheeler
7252 55th Ave
Salem, OR 97305-9586

Duncan Aviation
PO Box 956153 S
St. Louis, MO 63195-6153

Earthlink Business
1058 PO Box 2252
Birmingham, AL 35246-0031

East Oregonian Pub. Co., Inc.
211 SE Byers Ave
Pendleton, OR 97801-2346

Edward Almada
13021 SE Morrison St
Portland, OR 97233-1640

El Dorado Chamber of Commerce
111 West Main
El Dorado, AR 71730-5602

Elijah Hoyt
4220 5th Ave N Apt
Grand Forks, ND 58203-1955

Elite Taxis, Inc.
332 SE Dorion
Pendleton, OR 97801-2530

Eric Alderson
171C Pinehill Rd
Hot Springs, AR 71913-9711

Erika Martinez
4619 NE 112th Ave C203
Vancouver, WA 98682-5430

Erin O'Connor
7835 SE 92nd Ave #15
Portland, OR 97266-6244

Estate of Fariah Peterson
c/o Christpher McNutt, Esq
Hollis Wright Clay & Vail PC
2201 Morris Ave
Birmingham, AL 35203-4211

Executive Express Aviation, LLC
43W700 Us Highway 30
Sugar Grove, IL 60554-9512

FAA - Penalty #4
AMK-322-NM
PO Box 25770
Oklahoma City, OK 73125-0770

FedEx Freight
P.O. BOX 7221
Pasadena, CA 91109-7321

Federal Aviation Administration
PO Box 25770
Oklahoma City, OK 73125-0770

Fidelity Title Agency of Alaska, LLC
re: Notice of Default - 2016-000397-0
3150 C St #220
Anchorage, AK 99503-3979

Flight Line Maintenance, LLC
6910 Santa Teresa Blvd.
San Jose, CA 95119-1339

Fountain Village Development
115 SW Ash St #500
Portland, OR 97204-3575

Frances Texiera
PO Box 8811
St Joseph, MO 64508-8811

Frankie Feldman
515 East Mill Ave.
Porterviller, CA 93257-4117

GAT Airline Ground Support
P.O. Box 36608
Mobile, AL 36608

Geoff Dale
1790 Canon Dr
Imperial, CA 92251-9561

Geoshine George
7687 Roundleaf Dr
Memphis, TN 38125-5054

Glacier Auto Parts
9110 Mendenhall Mall Rd.
Juneau, AK 99801-7159

Grainger, Inc.
PO Box 419267
Kansas City, MO 64141-6267

Grant Abrams
11301 NE 7th St FF7
Vancouver, WA 98684-4984

Gravitate
1012 Washington St
Vancouver, WA 98660-3115

Gray Line of Tennessee
186 North First Street
Nashville, TN 37213-1102

Great Bend Chamber of Commerce
1125 Williams
Great Bend, KS 67530-4445

Great Bend Tribune
2012 Forest Ave
Great Bend, KS 67530-4014

Gregory Willett
27065 NE 143rd Pl
Duvall, WA 98019-8393

Hailey Orosco
4516 NE 93rd St
Vancouver, WA 98665-5353

Haines Borough
P.O. Box 1209
Haines, AK 99827-1209

Haines Chamber of Commerce
P.O. Box 1449
Haines, AK 99827-1449

Haines Home Building Supply
1003 Haines Hi Box 1169
Haines, AK 99827-1169

Heath Day
1909 Mountain Valley Apt 27
Harrison, AR 72601-6499

Heather Murray
4341 NE 78th Ave
Portland, OR 97218-3929

Heather Nobles
315 N Alberta Apt 79
Portland, OR 97217-2851

Henry Chi
1996 NE 51st Ave
Hillsboro, OR 97124-6181

Heritage Coffee Co.
538 W Willoughby Ave J
Juneau, AK 99801-1730

Hill Fuel LLC
Box 808
Hoonah, AK 99829-0808

Hogan & Lovells
555 Thirteenth Street, NW
Washington, DC 20004-1109

Hoonah Trading Company
P.O. Box 117
Hoonah, AK 99829-0117

Houston Airport System
P.O. Box 204172
Houston, TX 77216-4172

Howard Taylor
Po box 2344
Temecula, CA 92593-2344

Huntleigh USA Corp.
3600 Presidential Blvd # 211
Austin, TX 78719-2365

Huser Integrated Technologies
1313 NW 17th Ave.
Portland, OR 97209-2412

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
Attn: Civil Process Clerk
U.S. Attorney, District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936

IRS
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Icy Strait Point, LLC
9301 Glacier Highway, #220
Juneau, AK 99801-9380

Imperial County - Airport Office
Office 1099 Airport Rd
Imperial, CA 92251-1827

Imperial County Department of Weights
PO Box 806
El Centro, CA 92244-0806

Imperial County Office of Education
Luis Wong -Pax)
1398 Sperber Road
El Centro, CA 92243-9621

Inland Industrial Scale
P.O. Box 70235
Riverside, CA 92513-0235

(p)INTEGRA TELECOM
1201 NE LLOYD BLVD
SUITE 500
PORTLAND OR 97232-1259

InterCall
PO Box 281866
Atlanta, GA 30384-1866

J and V Janitorial Service
PO Box 493
Hermiston, OR 97838-0493

J.A. Aero, Inc.
43W730 U.S. Route 30
Sugar Grove, IL 60554-9837

J.A. Flight Services, Inc.
43W700 U.S. Route 30
Sugar Grove, IL 60554-9512

JS Firm, LLC
8205 Camp Bowie W Blvd
Fort Worth, TX 76116-6328

James Bantz
4439 SE Pennywood Dr
Milwaukie, OR 97222-3117

James Beebe
801 Elm St
Smackover, AR 71762-1712

James Dean
765 SE Mt Hood Hwy Apt 114
Gresham, OR 97080-7135

James Gardner
11485 N Farley Rd.
Plate City, MO 64079-8201

James Lammers
753 N Evergreen
Memphis, TN 38107-5037

James Taylor
6364 Whispering Pine Road
Harrison, AR 72601-7046

Jamison Ells
15517 NE 83rd St
Vancouver, WA 98682-9477

Janair, LLC
c/o Thomas Carrollo, Reg. Agnt
115 SW Ash St  #500
Portland, OR 97204-3575

Jane McKinney
9502 NE 144th Ct
Vancouver, WA 98682-2600

Jane Neal
518 NW 7th
Pendleton, OR 97801-1328

Janessa Halupo
8292 NE Snowberry
Vancouver, WA 98664-1081

Jarrod Franklin
4227 SE Holgate Blvd
Portland, OR 97206-4117

Jeanene Williams
239 Iron Ivy 105
Memphis, TN 38105-3671

Jennifer Tomko
39236 Stratford Pl
Sandy, OR 97055-5312

Jeppesen Sanderson Inc.
P.O. Box 840864
Dallas, TX 75284-0864

Jeremy Groth
6333 Dodge Rd
Lafayette, NY 13084-9547

Jessica Arnold
522 NW 14th St
Pendleton, OR 97801-1129

Jessica Sazo
21039 Bryant St Unit 101
Canago Park, CA 91304-2868

Joan Callender
PO Box 9011, PMB 317
Calexico, CA 92232-9011

John Borges
456 Parker Dr
Folsom, CA 95630-7956

John P.  and Janet N. Beardsley
115 SW Ash Street, Ste 500
Portland, OR 97204-3575

John P. Beardsley
115 SW Ash Street, Ste 500
Portland, OR 97204-3575

John Platt
c/o State of Alaska Dept. of Labor &
Workforce Div./Wage & Hour Admin.
PO Box 111149
Juneau, AK 99811-1149

John Preece
4823 68th St. #34
San Diego, CA 92115-3011

Jonathan Burt
8365 Charleston Dr
South Haven, MS 38671-3423

Jonathan Dornfeld
2639 SW 17th Place
Gresham, OR 97080-9756

Jonathan Garza
8234 Bonner Dr
Houston, TX 77017-4704

Jose Tovar
13020 Crowley St
Arleta, CA 91331-4912

Josenie Sanchez
411 S Bender Ave Apt 3701
Humble, TX 77338-4348

Joshua Burke
1285 Andrews Ave
Lakewood, OH 44107-2403

Joshua Melton
3355 Pankins Park Pl
Nesbit, MS 38651-7312

Joyce Volmut
233 Bell Bottom Rd.
Sequim, WA 98382-6606

Julia Johnson
29229 NE 60th
Camas, WA 98607-8707

Julie Leonard
3520 Curtis St
San Diego, CA 92106-1306

Juneau Empire
3100 Channel Drive J
Juneau, AK 99801-7837

Justin Peterson
60080 E Marmot Rd
Sandy, OR 97055-8757

Kai Johnson
7451 Delaware Lane
Vancouver, WA 98664-1407

(p)KANSAS DEPARTMENT OF REVENUE
PO BOX 12005
TOPEKA KS 66601-3005

Karen Evans
2075 NW 147th Trc
Beaverton, OR 97006-5644

Karen Lair
PO BOX 66
Harrison, AR 72602-0066

Kathleen Carrillo
PO Box 3103
El Centro, CA 92244-3103

Kathleen Frisbie
2511 Flor De Sol
Salina, KS 67401-7147

Kaylene Breeding
1660 NE 169th Ave Apt 102
Portland, OR 97230-6088

Keilon Morton
420 Buntyn St
Memphis, TN 38111-1604

Keith Scharer
7931 NE Loowit Lp #9
Vancouver, WA 98662-6454

Kellie Duran
706 Marshall Ave
Coos Bay, OR 97420-6815

Kelner  - Lease & Eng Res
201 Kelner Place
Thunder Bay, ON P7K0A1
CANADA

Kenneth Lannon
210 Quad Oak Dr
Mt Juliet, Tn 37122-6128

Kenyon International Emergency Svcs Inc
5180 Grand Point Drive
Houston, TX 77090

Kenyon International Emergency Svcs Inc
c/o Willaim C. Boyd, Esq
2101 Louisiana St.
Houston, TX 77002-8623

Kevin Accomazzo
8415 Lilybet Ln
Charlotte, NC 28278-9704

Kevin's Aifcraft Cleaning
629 Truslow Rd.
Sarah, MS 38665-4008

Kirsten Day
8927 SE Harrison
Portland, OR 97216-1938

Kristen Ball
2109 SW Quinney Dr
Pendleton, OR 97801-4439

Kristen Beggs
981 Parkhaven Ln
Memphis, TN 38111-5629

Krzysztof Kochan
2347 NW 3rd Ave
Hillsboro, OR 97124-1548

Kyle Evans
9181 Hwy 41
Lemoore, CA 93245-9604

Kyle Hayes
1014 Deer Trail
Bourbonnais, IL 60914-9338

LPSL Corporate Services, Inc.
c/o Brewster H. Jamieson, Reg. Agt
301 W Northern Lights Blvd #301
Anchorage, AK 99503-2648

La Quinta Inn & Suites Portland Airport
11207 NE Holman Street
Portland, OR 97220-1019

La'Queena Patterson
2916 SE 125th Ave #33
Portland, OR 97236-3179

LaShasta Knighton
4642 Early Autumn Ct
Humble, TX 77396-1908

Lane Powell
1420 Fifth Avenue Suite 4200
Seattle, WA 98101-2375

Lauren Camero
513 SE Marion St
Portland, OR 97202-7094

Lenda Brown
8124 Waterford Cir Apt 203
Memphis, TN 38125-5143

Lien Diep
Salina Regional Neurosciences, 501 S San
Salina, KS 67401

LightPoint Corporation
6020 SW Artic Dr., Ste B
Beaverton, OR 97005-9404

Lisa Seesee
9515 Reverie Rd
Tujunga, CA 91042-3025

Lisa Taylor
2615 Brooke Dr.
Anchorage, AK 99517-1278

Lufthansa German Airlines
1640 Hempstead Tpke
East Meadow, NY 11554-1096

Luis Olvera
1910 Marquis Ct
Chula Vista, CA 91913-3136

Lutak Lumber & Supply, Inc.
P.O. Box 329
Haines, AK 99827-0329

MCB Consulting LLC
2515 Amber Hill ln
Euless, TX 76039-8004

Magellan Behavioral Health
PO Box 785341
Philadelphia, PA 19178-5341

Mariah Tumbaga
PO Box 598
Hotville, CA 92250-0598

Marica Jelic
4405 NE 126th Ave
Vancouver, WA 98682-6469

Marilyn Peterson
1413 SW 40th
Pendleton, OR 97801-4205

Marjorie Spillman
28 Manhan St
Northampton, MA 01060-4214

Mark Overholtzer
2290 Wintercreek Way SE
Salem, OR 97306-9671

Mary Herrington
8928 SE Woodstock
Portland, OR 97266-5320

Mathew Elston
733 Angelina Dr
Conroe, TX 77302-3803

Matthew Franklin
2225 E Kirwin Ave
Salina, KS 67401

Max Griffin
2263 Young Ave #110
Memphis, TN 38104-5766

Memphis Avionics
2488 Winchester Rd Suite 1
Memphis, TN 38116-3814

Memphis International Airport
2491 Winchester Rd. Suite 113
Memphis, TN 38116-3856

Memphis Propeller Service, Inc.
11098 Willow Ridge Drive
Olive Branch, MS 38654-4002

Mercfuel Inc
3808 World Houston Pkwy # B,
Houston, TX 77032-2475

Metal Innovations, Inc.
22255 Yellow Gate Ln. NE
Aurora, OR 97002-8432

Metro Nashville Airport Authority
PO Box 440302
Nashville, TN 37244-0302

Michael Chivers
169 Horizon View Dr
Sequim, WA 98382-9312

Michael Gallagher
1241 Highbluff Ave
San Marcos, CA 92078-1051

Michael Kline
3820 Kennings Dr
Memphis, TN 38125-2135

Michael L Larson Co, PC
Ste 310 5665 SW Meadows Rd
Lake Oswego, OR 97035-3192

Michael Miskel
5318 Wightman St
San Diego, CA 92105-3247

Michael Newton
6461 Shadow Cross Ln
Horn Lake, MS 38637-7362

Michael Rogers
18264 Fisher Dr
Visalia, CA 93292-9717

Mid Columbia Bus Company, Inc.
P.O. Box 1108
Pendleton, OR 97801-0720

Mikal Wright
422 NE 40th St
Pendleton, OR 97801-3503

Mike's Airport Express
9190 Glacier Hwy.
Jueanu, AK 99801-8032

Mirza Baig
7500 Branford Pl Apt 3408
Sugar Land, TX 77479-3743

Monica Kumar
16935 Landham Heights
Houston, TX 77084-6925

Monica West
4618 NE 122nd
Vancouver, WA 98682-6840

Morris James, LLP
500 Delaware Ave. Suite 1500
P.O. Box 2306
Wilmingtion, DE 19899-2306

Morris Pub Grp
Capital City Weekly
699 road St, Ste 800
Augusta, GA 30901-1447

Most Valuable Publications
5120 East Hwy 6
Riesel, TX 76682-3792

Multnomah County Assessment
Recording & Taxation
POB 2716
Portland, OR 97208-2716

Multnomah County Tax Assessor
Attn Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716

Mustafa Betker
1400 Blue Bell Rd Apt 806
Houston, TX 77038-3040

Mutual of Omaha Insurance
PO Box 2147
Omaha, NE 68103-2147

Nashville International Airport
PO Box 440302
Nashville, TN 37244-0302

National Retirement Services, Inc.
5832 Bolsa Avenue, Suite 100
Huntington Beach, CA 92649-1181

Neal Aviation, LLC.
1860 Joe Crosson Dr Hanger I
Cajon, CA 92020-1263

New South Parking
PO Box 60751
Houston, TX 77205-0751

NexAir
PO box 125
Memphis, TN 38101-0125

Nicole McCall
707 N Hayden Island unit 419
Portland, OR 97217-8156

Noel McDermott
19533 Hummingbird Loop
Oregon City, OR 97045-6843

Nolan Robinson
885 Echles St
Memphis, TN 38111-6641

Nova Healthcare
PO Box 840066
Dallas, TX 75284-0066

ODR
ATTN: Bankruptcy Unit
955 Center St NE
Salem, OR 97301-2555

ODR
c/o Ellen Rosenblum, Attorney General
Oregon Department of Justice
1162 Court St, NE
Salem, OR 97301-4096

Olson Brooksby PC
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204-1335

Oregon Department of Motor Vehicles
1905 Lana Ave NE
Salem, OR 97314-0001

KATHYRN EVANS PERKINS
DOJ-Ust
700 Stewart Street
Suite 5103
Seattle, WA 98101-4438

Pacific Golf & Turf
PO Box 16758
Portland, OR 97292-0758

Pacific Office Automation
14747 NW Greenbrier Pkwy
Beaverton, OR 97006-5601

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Pamela Lee
9855 Maggie Woods Ln
Arlington, TN 38002-6118

Patricia Kilpatrick
2396 Oak Springs Dr
Cordova, TN 38016-5279

Pearl Monroe
6333 College Grove Way Unit 1114
San Diego, CA 92115-7211

Peggy Weightman
1000 N 8th Street
Reedsport, OR 97467-1467

Pendleton Chamber of Commerce
501 S. Main
Pendleton, OR 97801-2261

Penny Allen
Po Box 1278
Bandon, OR 97411-1278

Peter A. Scully, Esq.
Atkinson Conway & Gagnon
420 L Street, #500
Anchorage, AK 99501-1968

Peter Baker
45 NW Wilson Ave
Gresham, OR 97030-7033

Peter Matefi
2403 S Atlantic Ave Apt 410
Daytona Beach, FL 32118-5443

Petro Marine Services/Alaska Oil Sales
Box 396
Skagway, AK 99840-0396

Pitney Bowes Inc
Box 371896
Pittsburgh, PA 15250-7896

Platte County Tax
415 Third St. Room 212
Platte City, CA 92563

Porschae Lazenby
17036 NE Oregon St
Portland, OR 97230-6140

Port of Bellingham
PO Box 1677
Bellingham, WA 98227-1677

Port of Portland
Portland International Airport
P.O. Box 5095
Portland, OR 97208-5095

Portland Airline Consortium
Ste 3108 7000 NE Airport Way
Portland, OR 97218-1041

Prime Turbines
PO Box 956
Hyannis, MA 02601-0956

Printing Trade Company
10002 Crazy Horse Dr
Juneau, AK 99801-8529

Profectus, Inc.
11851 NE Glenn Widing Dr.
Portland, OR 97220-9057

Purchase Power - Pitney Bowes
PO Box 856042
Louiseville, KY 40285-6042

R2 Tech Systems
25 West Middle Lane
Rockville, MD 20850-2214

Randy Coburn
373 S 660 Circle
St George, UT 84770

Reach Incorporated
213 Third Street
Juneau, AK 99801-1220


Real Alfa Flight Aviation Services
Rinconada del Huerto No. 7
Fraccionamiento Hacienda San Jos
C.P. 50210, Toluca, Estado de Mexico
MEXICO

Rebecca Castro
2561 SE Evergreen St
Milwaukie, OR 97222-7970

Red Lion Hotel - Coos Bay
1313 N. Bayshore Drive
Coos Bay, OR 97420-3197


Richard Fabian
3738 Davies Manor Dr
Bartlett, TN 38133-0950

Richard Perry
7277 Green Ash Dr
Olive Branch, MS 38654-4401

Richard Preciado
2371 Desert Garden Dr
El Centro, CA 92243-9404


Richard Preciado
2371 Dessert Garden Dr.
El Centro, CA 92243-9404

Rob McKinney
9502 NE 144th Ct
Vancouver, WA 98682-2600

Robert Hubble
1700 127th Ave NE
Lake Stevens, WA 98258


Robert N. Jacobsen and Darlene F.
Jacobsen Living Trust
845 Goldbelt Ave
Juneau, AK 99801-1631

Robert R. Redwitz & Co.
1 Almaden Blvd., Suite 950
San Jose, CA 95113-2215

Ronald Sweeney
31848 Blanca Ct
Murrieta, CA 92563


Ronald Wilson
10398 Princess Marie Dr
Santee, CA 92071-1243

Rose City Solutions
901 Brutscher Street Suite D, PMB 225
Newberg, OR 97132-6096

Ross Phinney
3308 SW Kirk Ave
Pendleton, OR 97801-3639


Ryan Bennett
126 SE 119th Ave
Portland, OR 97216-3704

Ryan Miele
695 Walnut Woods cv
Cordova, TN 38018-6373

SANCO
300 N. Continental Blvd. Suite 625
El Segundo, CA 90245-5042


Sabre Group, Inc.
7285 Collection Center Dr.
Chicago, IL 60693-0072

Sacramento County Airport System
6900 Airport Blvd
Sacramento, Ca 95837

Safety Kleen Systems
PO Box 382066
Pittsburgh, PA 15250-0001


Salima McRae
8530 N Smith St
Portland, OR 97203-2243

Salina Airport Authority
3237 Arnold Avenue
Salina, KS 67401-8163

Salina Area Chamber of Commerce
120 W Ash PO Box 586
Salina, KS 67402-0586


Salina Scale Sales & Service, Inc.
PO Box 3261
Salina, KS 67402-3261

San Diego County Regional Airport Auth
PO Box 81323
San Diego, CA 92138-1323

San Diego County Treasurer
Tax Collector
P.O. Box 129009
San Diego, CA 92112-9009

| | | |
|---|---|---|
| Sandra Hughes<br>801 W Bunn<br>Harrison, AR 72601-2751 | SeaPort Airlines, Inc.<br>7505 NE Airport Way<br>Portland, OR 97218-1021 | Seiz Sign Company<br>1231 Central Ave.<br>Jhot Springs, AR 71901-6037 |
| Select Communications<br>6836 Bee Cave Rd Building 3, #205<br>Austin, TX 78746-5863 | Shanda McDaniel<br>114 E Monroe St<br>El Dorado, AR 71730 | Shanda Thomas<br>906 Liberty<br>El Dorado, AR 71730-4322 |
| Shane Brown<br>810 Washington Ave Apt 410<br>Memphis, TN 38105-4535 | Shannamar Dewey<br>40077 Pierce Dr.<br>Three Rivers, CA 93271-9640 | Sharon Davis<br>10201 Cypress Knee Dr<br>Olive Branch, MS 38654-9136 |
| Sharonda Sangster<br>505 Melody Dr<br>Holly Springs, MS 38635-1712 | Shaub-Ellison Co., Inc.<br>8555 Airport Blvd.<br>Juneau, AK 99801-8065 | Shaun Hewitt<br>6270 SW 179th Ave<br>Beaverton, OR 97007-4640 |
| Sheacarla Williams<br>550 Beverly Dr Apt 508<br>El Dorado, AR 71730-6862 | Sheila Hagbom<br>8522 S. River Rd.<br>Olathe, CO 81425-9364 | Shelby County Trustee<br>Shelby County Trustee<br>Box 2751<br>Memphis, TN 38101-2751 |
| Shelia Anderson<br>840 Dolan Rd<br>Memphis, TN 38116-4008 | Shelly Courtade<br>303 NW Bailey Ave<br>Pendleton, OR 97801-1604 | Shirene Braim<br>11562 SE Aquila St<br>Happy Valley, OR 97086-7673 |
| Signature Flight Support - MEM<br>P O Box 402458<br>Atlanta, GA 30384-2458 | Sir Speedy<br>6318 6th Avenue South<br>Seattle, WA 98108-3436 | SkyNet DataCom, LLC<br>Ste B1 200 N Jefferson<br>El Dorado, AR 71730-5852 |
| Skylar Robertson<br>16810 Wildcat Lane<br>Trumann, AR 72472-8073 | State of Arkansas<br>PO Box 896, Room 2340<br>Little Rock, AR 72203-0896 | Stephanie Skallerud<br>83531 Sunnyvale Lane<br>Coos Bay, OR 97420 |
| Steven L. Graff, Inc.<br>43399 Calle DeVelardo<br>Temecula, CA 92592-2625 | Suddenlink - ELD<br>PO Box 660365<br>Dallas, TX 75266-0365 | Super Bear IGA<br>PO Box 1170<br>Clinton, WA 98236-1170 |
| SurveyMonkey<br>101 Lytton Avenue<br>Palo Alto, CA 94301-1045 | Susana Montano<br>1850 Lincoln Ave. #97<br>El Centro, CA 92243-1251 | Sydney Peterson<br>378 W Spring Lane<br>Lemoore, CA 93245-1972 |

Sylvia Knight
7850 FM 1960 Rd E apt 1206
Humble, TX 77346-2236

System Scale Corp.
332 Hill Ave
Nashville, TN 37210-4786

T & S Welding
8401 Airport Blvd.
Juneau, AK 99801-8065

(p)C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Tammye Marks
333 S State V103
Lake Oswego, OR 97034-3932

TecInfo Communications
601 N Deer Creek Dr E
Leland, MS 38756-3015

Terri Lutts
7320 Hwy 161 N Apt6b
Walls, MS 38680

Terry Franseen
1025 Lakeview Drive
Collierville, TN 38017-4217

Terry Houger
7919 S Strawberry St
Cheney, WA 99004-8718

Thomas Shannon
1284 NW Wonderview
Gresham, OR 97030-4995

Timothy Cutler
22115 NW Imbrie Dr Ste 180
Hillsboro, OR 97124-6988

Timothy Sieber
8949 North McKenna Ave
Portland, OR 97203-2621

Tom's Aircraft Maintenance
2641 E. Spring Street
Long Beach, CA 90806-2218

Tonkon Torp LLP Attorneys
1600 Pioneer Tower 888 SW 5th Ave
Portland, OR 97204

Tori Shelton
2376 Marion St
North Bend, OR 97459-2638

Total Air Group, LLC
2456 Winchester Rd., Hgr 14
Memphis, TN 38116-3814

Trade-A-Plane
P.O. Box 509
Crossville, TN 38557-0509

Travelport, LP
BV c/o Bank of America Lockbox
PO Box 402395
Atlanta, GA 30384-2395

Tristan Tyree
932 Noble Ave
Coos Bay, OR 97420-3129

Tulare County Tax Collector
P.O. Box 30329
Los Angeles, CA 90030-0329

U.S. Bank Equipment Finance
PO Box 230789
Portland, OR 97281-0789

US Trustee, Portland
620 SW Main St #213
Portland, OR 97205-3026

Uline
PO Box 88741
Chicago, IL 60680-1741

Umatilla County
216 SE 4th. St
Pendelton, OR 97801-2699

United Rentals
100 First Stamford Place, Ste 700
Stamford, CT 06902-9200

ROBERT J VANDEN BOS
319 SW Washington #520
Portland, OR 97204-2620

Valley Paint Center
P.O. Box 100760 A
Anchorage, AK 99510-0760

VanderHouwen & Associates, Inc.
6342 SW Macadam Ave.
Portland, OR 97239-3623

Vasile Benta
2373 NW Stanley Ave
Gresham, OR 97030-2586

Verizon
PO Bix 660108
Dallas, TX 75266-0108

```
Vortex Industries, Inc.          WSI Corp                        Wayne Ayars
File 1095                        PO Box 101332                   1270 SW Spring St
1801 W.Olympic Blvd.             Atlanta, GA 30392-1332          Mill City, OR 97360-2302
Pasadena, CA 91199-0001


Wellness First, Inc.             Wells Fargo                     Westar Energy
5180 Park Ave. Suite 250         c/o Patrick B. Gilmore, Esq.    PO Box 758500
Memphis, TN 38119-3535           Atkinson Conway & Gagnon        Topeka, KS 66675-8500
                                 420 L Street, Ste 500
                                 Anchorage, AK 99501-1968


Wichita Airport Authority        William C. Castleberry          William Johnson
2173 Air Cargo Road              2919 Gateland Square            4741 Alden Lake Dr
Witchita, KS 67209-1992          Marietta, GA 30062-8358         Horn Lake, MS 38637-9143


William Stewart                  Willis of Seattle, Inc.         Wilmington Trust Company
502 Prospect Ave Apt 210         PO Box 100252                   c/o Michael J. Edelman, Esq.
Hot Springs, AR 71901-5101       Pasadena, CA 91189-0003         1633 Broadway, 4th Fl
                                                                 New York, NY 10019-6708


Windstream                       Wings Airline Services, Inc.    Wings Airline Services, Inc.
PO Box 9001908                   Attn: Bob Jacobsen              Attn: Robert Jacobsen
Louiseville, KY 40290-1908       8421 Livingston Way             845 Gold Belt Ave
                                 Juneau, AK 99801-8098           Juneau, AK 99801-1631


Wings Airline Services, Inc.     Wings Airways, Inc.             Wings on the Ground, LLC
Attn: Robert Jacobsen            c/o John L. Lucas, CFO          c/o Richard Cole
845 GoldBelt Ave                 2 Marine Way, Ste 175           8721 North Loop Way
Juneau, AK 99801-1631            Juneau, AK 99801-1256           Juneau, AK 99801-9260


Workplace Answers                World Fuel Services, Inc.       Wtechlink Inc.
PO Box 670230                    2458 Paysphere Circle           404 SE Dorion Ave STE 205
Dallas, TX 75267-0230            Chicago, IL 60674-0024          Pendleton, OR 97801-2572


X5 Solutions                     Yellow Cab Taxi
PO Box 84768                     2700 Woodland Drive
Seattle, WA 98124-6068           Coos Bay, OR 97420-2052
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bankr.P. 2002 (g)(4).

```
City of Dallas                   IRS                             Integra Telecom
8008 Cedar Springs Rd. LB16      Attn: Attorney General of United States   PO Box 2966
Dallas, TX 75235                 10th Constitution NW #4400      Milwuakie, WI 53201
                                 Washington, DC 20530
```

```
Kansas Department of Revenue        Pacific Power              T-MOBILE
915 SW Harrison St                  PO Box 26000               PO Box 660252
Topeka, KS 66612                    Portland, OR 97256         Dallas, TX 75266
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)CenturyLink Phone                (d)CenturyLink Phone       End of Label Matrix
PO Box 2961                         PO Box 91155               Mailable recipients   472
Phoenix, AZ 85062-2961             Seattle, WA 98111-9255     Bypassed recipients     2
                                                               Total                 474
```

Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

      Of Attorneys for Debtor-in-Possession


IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | DEBTOR'S MOTION FOR INTERIM AND FINAL |
| | ) | ORDERS AUTHORIZING DEBTOR TO OBTAIN |
| | ) | UNSECURED CREDIT |
| Debtor-in-Possession. | ) | **Expedited Hearing Requested** |

      Pursuant to 11 U.S.C. § 364(b) and Bankruptcy Rule 4001(c), SeaPort Airlines, Inc.

("Debtor") moves this Court for interim and final orders substantially in the form attached

hereto as **Exhibit 1** (the "Interim Order") (a) authorizing Debtor to obtain postpetition

financing pursuant to Section 365(b) of the Bankruptcy Code; and (b) scheduling an interim

and final hearing (the "Motion"). In support of this Motion, Debtor respectfully represents

as follows:

      1.    Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United

States Code on February 5, 2016 (the "Petition Date").

      2.    Debtor remains in possession of its assets and continues to operate its

business as Debtor-in-Possession.

      3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory bases for the relief requested by this Motion are Sections 364(b) of Chapter 11 of Title 11 of the United States Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure.

6. By this Motion, Debtor requests entry of interim and final orders pursuant to 11 U.S.C. § 364(b) authorizing Debtor to (a) enter into the Loan Agreement ("Loan Agreement") substantially in the form attached to the Interim Order which is attached hereto as **Exhibit 1,** and (b) obtain postpetition financing consisting of loans and advances from Fountain Village Development, LLC ("FVD") on an unsecured basis allowable under 11 U.S.C. §§ 364(b) and 503(b)(1) as an administrative expense.

7. Debtor has an immediate need to obtain additional working capital in order to meet its obligations and operate its business.

8. Pursuant to the Loan Agreement, FVD has agreed to make optional advances in amounts totaling up to $1,000,000; provided that no more than $500,000 will be advanced until entry of a Final Order granting this Motion.

9. All loans made by FVD shall be treated as loans under the Loan Agreement, will be added to the Optional Advance Note (a copy of which is an exhibit to the Loan Agreement), will accrue interest at 9% per annum, and will be payable on the earlier of the (a) Effective Date of any plan of reorganization confirmed in the Bankruptcy Case, (b) date of the entry of an order converting this Bankruptcy Case to a case under Chapter 7, (c) date of the entry of an order appointing a trustee under Chapter 11, or (d) August 31, 2016.

10. FVD's unsecured administrative claim under Section 364(b) of the Bankruptcy Code shall be subject and subordinate to (a) unpaid fees of the U.S. Trustee pursuant to

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

28 U.S.C. § 1930(a) and (b) unpaid administrative expense claims in a total amount not to exceed $100,000 for professional fees and expenses allowed pursuant to 11 U.S.C. § 330 and incurred prior to the entry of any order converting this case to a case under Chapter 7 of the Bankruptcy Code.

11.  It is in the best interests of Debtor and its estate to be authorized to obtain credit from FVD on an unsecured basis pursuant to the terms set forth in the Loan Agreement because it will assist Debtor in continuing the operation of its business in the ordinary course and preserving the going concern value of Debtor for the benefit of its creditors.

12.  This Motion does not contain any of the "Discouraged Provisions" listed in LBF 541.5, as it seeks approval under section 364(b) and not under 364(c)

WHEREFORE, Debtor requests the entry of an order granting the relief requested herein, and such other and further relief as the Court may deem proper.

DATED this 5th day of February, 2016.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

In re  SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

# EXHIBIT 1

# INTERIM ORDER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | INTERIM ORDER AUTHORIZING DEBTOR TO |
| | ) | OBTAIN UNSECURED CREDIT AND SETTING |
| | ) | FINAL HEARING PURSUANT TO |
| Debtor-in-Possession. | ) | BANKRUPTCY RULE 4001 |

THIS MATTER having come before the Court on February _____, 2016 upon

Debtor's Motion for Interim and Final Orders Authorizing Debtor to Obtain Unsecured

Credit (the "Motion"); notice of the Motion having been given pursuant to Bankruptcy

Rule 4001(c) and LBR 4001 1.D; the Court having heard and considered the arguments

of counsel and all relevant pleadings, exhibits, and documents of record in this case,

and the representation of counsel at the time of hearing; now, therefore,

## FINDINGS

The Court finds as follows:

A.    On February 5, 2016 (the "Petition Date"), Debtor filed a Voluntary Petition

for relief under Chapter 11 of Title 11 of the United States Code.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

**Exhibit 1 - Page 1 of 4**

Case 16-30406-rld11    Doc 34    Filed 02/06/16

B.     Debtor continues in possession of its property and is continuing to operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

C.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

D.     Fountain Village Development, LLC ("FVD") has agreed to extend postpetition loans to Debtor on an unsecured basis pursuant to 11 U.S.C. § 364(b) on the terms set forth in the Loan Agreement attached hereto as **Exhibit A** (the "Loan Agreement").

E.     Debtor requires financing in order to enable Debtor to maintain business operations and otherwise meet immediate financial demands.  Without such financing, Debtor will be unable to pay wages, salaries, employee benefits, and operating expenses, and the enterprise value of Debtor's business will be diminished.  Debtor's ability to maintain and preserve its assets and effect an orderly and efficient reorganization will be seriously jeopardized, to the substantial detriment of creditors, employees and other parties in interest.

F.     Debtor has concluded it will not be able to adequately finance its business operations by using only cash flow from operations, and Debtor has concluded it needs to obtain additional capital in order to finance its operations.

G.     Debtor is unable to obtain adequate financing on equal or more favorable terms than those offered by FVD.

H.     Debtor believes the proposed terms and conditions of the financial accommodations provided in the Loan Agreement are fair and equitable, and in the best interest of Debtor's estate.

Page 2 of 4 - INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN UNSECURED CREDIT AND SETTING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

**Exhibit 1 - Page 2 of 4**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

I.     An immediate need exists for Debtor to obtain credit in order to enable

Debtor to operate its business pending a final hearing on the Motion and to avoid

immediate and irreparable harm to Debtor, its estate and its creditors.

Based on the foregoing, good causes exist to grant the Motion on an interim basis and

to enter this Interim Order.  Now, therefore,

IT IS HEREBY ORDERED as follows:

1.     The Loan Agreement is approved in its entirety for the interim period

pending further hearing.

2.     Debtor is authorized to execute, if not previously executed, and deliver to

FVD the Loan Agreement and the Optional Advance Note.

3.     Debtor is authorized and directed to incur indebtedness under the terms of

the Loan Agreement and otherwise make such payments and perform such obligations

as required or permitted under the terms of the Loan Agreement.

4.     FVD is granted, pursuant to Section 364(b) of the Bankruptcy Code,

administrative expense priority allowable under Section 503(b)(1) of the Bankruptcy

Code with respect to all loans and advances made pursuant to the Loan Agreement;

provided that Debtor shall not borrow more than $500,000 during the term of this

Interim Order.

5.     FVD's unsecured administrative expense claim under Sections 364(b) and

503(b)(1) of the Bankruptcy Code shall be subject and subordinate to (a) unpaid fees of

the U.S. Trustee pursuant to 11 U.S.C. § 1930(a) and (b) unpaid administrative

expense claims in an amount not to exceed $100,000 for professional fees and

expenses incurred prior to entry of any order converting this case to a case under

Chapter 7 of the Bankruptcy Code and allowed pursuant to 11 U.S.C. § 330.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

**Exhibit 1 - Page 3 of 4**

6.      If any or all provisions of this Order are hereafter reversed, modified, vacated or stayed by any subsequent order of this Court, such reversal, modification, vacation or stay shall not affect the validity of any obligation to FVD that is or was incurred by Debtor pursuant to this Order, and that is or was incurred prior to the Effective Date of such reversal, modification, vacation or stay.  Such reversal, modification, vacation or stay shall not affect the validity and enforceability of any priority authorized or granted by this Order.

7.      The final hearing on the Motion shall be held by the Court in Courtroom _____ of the United States Bankruptcy Court for the District of Oregon, 1001 SW Fifth Avenue, Portland, Oregon 97204, on _____, 2016 at _____ __.m., or as soon thereafter as counsel may be heard.  Within three business days after the entry hereof, Debtor shall mail or otherwise serve a copy of this Order, together with a notice of the final hearing, pursuant to LBR 4001-1.D and LBF 541.50.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
Telephone:  (503) 241-4869
Fax: (503) 241-3731

Of Attorneys for Debtor-in-Possession

**First Class Mail:**

SeaPort Airlines, Inc.
7505 NE Airport Way
Portland, OR  97218

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 4 of 4 - INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN UNSECURED CREDIT AND SETTING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

Exhibit 1 - Page 4 of 4

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 34    Filed 02/06/16

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

# EXHIBIT A

# LOAN AGREEMENT

# LOAN AGREEMENT

This Loan Agreement ("Agreement") is made and entered into as of February _____, 2016 by and between Fountain Village Development, LLC ("FVD") and SeaPort Airlines, Inc.("Borrower").

## R E C I T A L S:

A.       Borrower is a Debtor and Debtor-in-Possession in a bankruptcy case pending in the United States Bankruptcy Court for the District of Oregon (the "Bankruptcy Court") as Case No. 16-30406-rld11 (the "Bankruptcy Case").

B.       Borrower has filed Debtor's Motion for Interim and Final Orders Authorizing Debtor to Obtain Unsecured Credit (the "Motion").  The Motion seeks interim and final authorization for Borrower to execute this Agreement and obtain financing pursuant to 11 USC § 364(b).

C.       FVD is an affiliate of Borrower as that term is defined in 11 U.S.C. § 101(2)(B).

D.       FVD is committed to support the recapitalization of Borrower and the development and confirmation of a plan of reorganization in the Bankruptcy Case.  FVD wishes to make postpetition loans and advances to Borrower and to otherwise support the reorganization of Borrower.

## A G R E E M E N T:

NOW, THEREFORE, the parties hereto agree as follows:

1.       This Agreement will be effective upon the entry by the Bankruptcy Court in the Bankruptcy Case of an order authorizing the execution, delivery and performance of this Agreement and granting to FVD an administrative expense priority under 11 U.S.C. §§ 503(b)(1) and 364(b) for all advances made pursuant to this Agreement (the "Effective Date").

2.       On the Effective Date, Borrower shall execute and deliver to FVD the Optional Advance Note attached hereto as **Exhibit A-1** (the "Optional Advance Note"). FVD may make advances to Borrower in a principal amount totaling up to $1,000,000 hereinafter provided.

3.       All loans and advances made by FVD to Borrower shall be deemed advances under the Optional Advance Note and shall be endorsed on Annex A to the Optional Advance Note.

4.       The entire balance of all indebtedness, including all principal and interest, owed on the Optional Advance Note shall be due and payable in full on the earlier of (a)

the Effective Date of any plan of reorganization confirmed in the Bankruptcy Case; (b) the date of the entry of an order by the Bankruptcy Court converting either of the Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code; (c) the date of entry of an order of the Bankruptcy Court appointing a trustee under Chapter 11 of the Bankruptcy Code; or (d) August 31, 2016 (the "Termination Date").

5.      FVD's unsecured administration claim under Section 364(b) of the Bankruptcy Code shall be subject and subordinate to (a) unpaid fees of the U.S. Trustee pursuant to 11 U.S.C. § 1930(a) and (b) unpaid administrative expense claims in a total amount not to exceed $100,000 for professional fees and expenses allowed pursuant to 11 U.S.C. § 330 and incurred prior to the entry of any order converting this case to a case under Chapter 7 of the Bankruptcy Code.

FOUNTAIN VILLAGE DEVELOPMENT LLC


By:_____
Its:_____

SEAPORT AIRLINES, INC.


By:_____
Its:_____

# EXHIBIT A-1

# OPTIONAL ADVANCE NOTE

# OPTIONAL ADVANCE NOTE

February _____, 2016                                          Portland, Oregon

FOR VALUABLE CONSIDERATION, the receipt and sufficiency of which are hereby acknowledged, SeaPort Airlines, Inc. ("Borrower"), promises to pay to the order of Fountain Village Development, LLC ("Lender") at 115 SW Ash Street, Suite 500, Portland, Oregon 97204, or such other address as Lender may designate, the amount of all loans, advances or other extensions of credit made by Lender to Borrower from time to time, together with all interest accrued thereon.

Borrower is a debtor and debtor-in-possession in a bankruptcy case pending in the United States Bankruptcy Court for the District of Oregon (the "Bankruptcy Court") as Case No. 16-30406-rld11 (the "Bankruptcy Case"). The execution, delivery and performance of this Optional Advance Note have been authorized pursuant to an Order of the Bankruptcy Court entered in the Bankruptcy Case.
Borrower may obtain loans or advances under this Optional Advance Note for general operating purposes.

Borrower promises to pay interest on the unpaid principal outstanding under this Optional Advance Note from the date each sum is loaned or advanced to Borrower through the date of payment to Lender at the rate of 9% per annum. Interest shall be calculated on the basis of a year deemed to consist of 365 days.

A schedule for recording advances by Lender, and payments of principal and interest by Borrower, is attached as Annex A. Lender is authorized to endorse the date and amount of each advance and each payment of the indebtedness reflected by this Note on Annex A, or on any continuation of Annex A, or on any ledger or other record customarily maintained by Lender. That endorsement, in the absence of manifest error, shall constitute prima facie evidence of the accuracy of the information so endorsed. This Note and all indebtedness owing on this Note shall be due and payable in full on the earlier of (a) the date on which any Plan of Reorganization confirmed in the Bankruptcy Case becomes effective; (b) the date of entry of an Order by the Bankruptcy Court converting the Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code; (c) the date of entry of an order of the Bankruptcy Court in the Bankruptcy Case appointing a trustee under Chapter 11 of the Bankruptcy Code; or (c) August 31, 2016.

Borrower may prepay all or any portion of this Optional Advance Note at any time without premium or penalty.

No delay or omission on the part of Lender in the exercise of any right or remedy, whether before or after any event of default, shall operate as a waiver or impair Lender's right to fully and strictly enforce such right or remedy and every other provision of this Optional Advance Note.

Borrower hereby waives presentment, demand, notice of nonpayment, and all other notices and acts to which Borrower might otherwise be entitled under applicable law.

SEAPORT AIRLINES, INC.


By:_____

Its:_____

**ANNEX A**

**SCHEDULE OF ADVANCES AND PAYMENTS**
**All Amounts in U.S. Dollars**

| DATE | PRINCIPAL ADVANCE | INTEREST | PAYMENT | CUMULATIVE BALANCE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

IF " DOCVARIABLE "SWDocIDLocation" 5" = "5" "080000/02013/7000420v1 " "" 080000/02013/7000420v1