United States Bankruptcy Court
District of Oregon

In re:                                                                    Case No. 16-30406-rld
SeaPort Airlines, Inc.                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3          User: Admin.              Page 1 of 8              Date Rcvd: Feb 05, 2016
                              Form ID: 309F             Total Noticed: 473

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2016.
```
db         +SeaPort Airlines, Inc.,    7505 NE Airport Way,    Portland, OR 97218-1021
aty        +KATHYRN EVANS PERKINS,    DOJ-Ust,   700 Stewart Street,    Suite 5103,    Seattle, WA 98101-4438
smg        +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
             Salem, OR 97309-5013
smg        +US Attorney General,    Department of Justice,    10th & Constitution NW,
             Washington, DC 20530-0001
101155559  +154 West Aviation Enterprises, Inc.,    c/o Kirk A. Hoopingarner Attorney,
             Partner Quarles & Brady LLP,    300 N LaSalle St, # 4000,    Chicago, IL 60654-5427
101155560  +A.E.R.O., Inc.,    3701 Hwy. 162,   Granite City, IL 62040-6628
101155564  +ADP Commercial Leasing LLC,    3726 Solutions Center,    Chicago, IL 60677-3007
101155575  +AIX Inc,    5220 Riverton Avenue,    Anchorage, AK 99516-4230
101155596  +API,    3778 Distriplex Drive North,    Memphis, TN 38118-7299
101155597  +ARINC,    P.O. BOX 951273,    Dallas, TS 75395-1273
101155601  +ASIG Portland,    PO Box 402458,    Atlanta, GA 30384-2458
101155602  +ASIG San Diego,    PO Box 402458,    Atlanta, GA 30384-2458
101155606  +AT&T Phone,    PO Box 105414,    Atlanta, GA 30348-5414
101155607  +AT&T Phone,    PO Box 105414,    Atlantia, GA 30348-5414
101155608  +AT&T Phone,    PO Box 5025,    Carol Stream, IL 60197-5025
101155609  +AT&T Phone,    PO Box 5001,    Carol Stream, IL 60197-5001
101155605  +AT&T Phone,    PO Box 5014,    Carol Stream, IL 60197-5014
101155612  +ATP Aircraft Technical Publishers,    101 South Hill Drive,    Brisbane, CA 94005-1251
101155613  +AUM,   PO Box 60068,    Los Angeles, CA 90060-0068
101155561  +Aaron Smith,    11671 Spruce Run Dr,    San Diego, CA 92131-3723
101155562  +Accounting Principals,    10151 Deerwood Park Blvd,    Bldg 200 Suite 400,
             Jacksonville, FL 32256-0566
101155563  +Adam Enders,    1266 Glassboro Road,    Williamstown, NJ 08094-8924
101155566  +Aero Services,    1890 Renshaw Way,    Juneau, AK 99801-9388
101155567  +Air Maintenance Service, Inc.,    120 Lemons Drive,    Tupelo, MS 38801-7024
101155568  +Airborne Flying Service, Inc.,    525 Airport Road,    Hot Springs, AR 71913-4713
101155570  +Aircraft Lease Finance III, Inc.,    Residual Based Finance Corp. aka RESIDCO,
             Three First National Plaza,    70 W Madison, Ste 2340,    Chicaco, IL 60602-4919
101155569  +Aircraft Lease Finance III, Inc.,    c/o Michael J. Edelman, Esq.,    1633 Broadway, 4th Fl,
             New York, NY 10019-6708
101155571  +Aircraft Mechanical Services,    9519 Airport Drive,    Visalia, CA 93277-9501
101155572  +Airline Maintenance Service Inc,    1 Terminal Way Suite 302,    Nashville, TN 37214-4110
101155573  +Airline Tariff Publishing Co.,    45005 Aviation Drive,    Dulles, VA 20166-7546
101155574  #+Airlines for America,    1301 Pennsylvania Avenue NW,    Suite 1100,    Wanshington, DC 20004-1738
101155576  +Aklitho,   8420 Airport Blvd,    Juneau, AK 99801-8069
101155578  +Alaska Forest Association,    111 Stedman Street, Suite 200,    Ketchikan, AK 99901-6599
101155579  +Alaska Laundry,    1114 Glacier Ave.,    Juneau, AK 99801-1540
101155581  +Alaska Pacific Environmental,    5211 Stark Street,    Juneau, AK 99801-9521
101155583  +Alaska Technical Solutions,    Box 34136,    Juneau, AK 99803-4136
101155584  +Alec Wheeler,    7252 55th Ave,    Salem, OR 97305-9586
101155585  +Alere eScree (frm. Pembrooke Ocup.),    PO Box 654092,    Dallas, TX 75265-4092
101155586  +Alexander Anderson,    723 SW 257th Ave Apt 67,    Troutdale, OR 97060-7423
101155587  +Alexander Groves,    117 N Harris,    Pearcy, AR 71964-9459
101155588  +Alexander Miller,    2909 SE Pine St,    Portland, OR 97214-1839
101155589  +Alisa Knott & Arthur Knott,    c/o SeaPort Airlines,    7505 NE Airport Way,
             Portland, OR 97218-1021
101155590  +Ally - 36148,    PO Box 9001948,    Louiseville, KY 40290-1948
101155591  +American Eagle Airlines, Inc,    Box 619616 MD 5494 DFW Airport,    Dallas, TX 75261-9616
101155592  +American Express,    PO Box 53852,    Phoenix, AZ 85072-3852
101155593  +Andrew Fish,    4636 Wendover St,    Eugene, OR 97404-1348
101155594  +Andrew Sims,    8365 Charleston Dr,    Southhaven, MS 38671-3423
101155595  +Anthony Faiola,    9165 Germantown Road,    Portland, OR 97231-2798
101155598  +Arshadi Brown,    7301 Alma Dr #1526,    Plano, TX 75025-3524
101155599  +Ashleigh Davis,    2051 W Orange Ave,    El Centro, CA 92243-5506
101155600  +Ashley Gass,    14856 SE Taylor Ct,    Portland, OR 97233-2964
101155610  +Atlantic Aviation,    P.O. Box 951883,    Dallas, TX 75395-1883
101155611  +Atlantic Burbank,    PO Box 79648,    City of Industry, CA 91716-9648
101155614   Av-Base Systems,    120 Bessemer Road,    London, ON NE 1R2 Canada,    CANADA
101155615  +Aviall Services, Inc.,    P.O. BOX 842267,    Dallas, TX 75284-2267
101155616  +Avion Capital Corporation,    PO Box 1739,    Denver, CO 80201-1739
101155617  +Axis Capital,    308 N Locust St,    Grand Island, NE 68801-5985
101155618  +Bandon by the Sea,    Chamber of Commerce,    Box 1515,    Bandon, OR 97411-1515
101155619  +Bank of America VISA,    100 North Tryon Street,    Charlotte, NC 28255-0001
101155620  +Bay Area Chamber of Commerce,    145 Central,    Coos Bay, OR 97420-2301
101155621  +BearCom, Inc.,    PO Box 670354,    Dallas, TX 75267-0354
101155622  +BenefitHelp Solutions,    P O Box 5817,    Portland, OR 97228-5817
101155623  +Berry,   PO Box 790250,    St. Louis, MO 63179-0250
101155624  +Bianca Carter,    6633 Tracy Ave,    Kansas City, MO 64131-1419
101155625  +Bianca Malone,    13808 NE 89th Circle,    Vancouver, WA 98682-2595
101155626  +Big River Broadcasting,    624 Sam Phillips St.,    Florence, AL 35630-5859
101155627  +Black Box Network Services,    PO Box 86,    Minneapolis, MN 55486-0086
101155628  +Boone County Airport,    P.O. Box 1114,    Harrison, AR 72602-1114
```

```
101155629          +Breeze In,    P.O. Box 32318,    Juneau, AK 99803-2318
101155630          +Brett Spencer,    1886 Lake Rd,    Ridgeway, SC 29130-9657
101155631          +Brian Zeigler,    186 Gilt Edge Rd,    Munford, TN 38058-6010
101155632          +Bruce Cherven,    1007 Don Blair Dr,    Smvrna, TN 37167-9337
101155633          +Burbank Airport Authority,    2627 Hollywood Way,    Burbank, CA 91505-5017
101155981         ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                  (address filed with court: T-MOBILE,    PO Box 660252,    Dallas, TX 75266)
101155646          +CFO Selections LLC,    11225 SE 6th Street Suite #110,    Bellevue, WA 98004-6478
101155668         ++CITY OF DALLAS,    C O CITY SECRETARYS OFFICE,    DALLAS CITY HALL,
                    1500 MARILLA STREET ROOM 5D SOUTH,    DALLAS TX 75201-6390
                  (address filed with court: City of Dallas,    8008 Cedar Springs Rd. LB16,    Dallas, TX 75235)
101155634          +Cale Buchanan,    3095 Cuba Millington Rd,    Millington, TN 38053-5257
101155635           Candace Lynn,    7164 164th St E,    Puyallup, WA 98375
101155636          +Caravan Air, LLC,    5 Juliano Drive,    Oxford, CT 06478-1042
101155637          +Carissa Marson,    1060 9th St apt 3,    Washougal, WA 98671-1142
101155639          +Catherine Abercrombie,    2617 W Borderlinks Dr.,    Visalia, CA 93291-4311
101155640          +Cathy Swift-Tutwiler,    1116 Corona Pl,    Cordova, TN 38018-6975
101155642          +CenturyLink Phone,    P.O. Box 2961,    Phoenix, AZ 85062-2961
101155641          +CenturyLink Phone,    PO Box 91155,    Seattle, WA 98111-9255
101155645          +Cessna Aircraft Company,    2326 Network place,    Chicago, IL 60673-1023
101155647          +Chandrea Smith,    13030 Northborough RD Apt 518,    Houston, TX 77067-2531
101155648          +Charles Dodge,    710 Buttermilk Dr.,    Nesbit, MS 38651-7013
101155649          +Charter Communications - OTH,    PO Box 60188,    Los Angeles, CA 90060-0188
101155650           Chem-Dry of Oregon,    9595 SE Tualatin Sherwood Rd.,    Tualatin, OR 97062
101155651          +Chemsearchfe,    23261 Network Place,    Chicago, IL 60673-1232
101155652          +Chemstation Mid-South,    1213 ESI Drive,    Springdale, AR 72764-1100
101155653          +Cheyenne Scale Company, Inc.,    P.O. Box 47041,    Seattle, WA 98146-7041
101155654          +Chrisopher Nilsen,    501 Se 123rd Ave Y178,    Vancouver, WA 98683-4044
101155655          +Christi Templer,    1005 SE Coffey Rd,    Washougal, OR 98671-9249
101155656          +Christine Olson,    4646 Olson Ranch Dr,    Harrison, AR 72601-9749
101155657          +Christine Schwab,    29 Jackson Ave,    South Glen Falls, NY 12803-5116
101155658          +Christopher Banks,    4525 Twain Ave #8,    San Diego, CA 92120-4135
101155659         #+Christopher Barth,    4006 Ingraham St Apt 4,    San Diego, CA 92109-5948
101155660          +Christopher Downs,    2613 Amadeus Dr,    Modesto, CA 95358-8851
101155661          +Christopher Jones,    110 Half Mile Alley,    Hot Springs, AR 71901-7478
101155662          +Christopher Snodgrass,    2862 SE 18th Cir,    Gresham, OR 97080-5102
101155663          +Chun Kerr LLP,    PO Box 29729 H,    Honolulu, HI 96820-2129
101155664          +Cintas Corportation,    PO Box 630921,    Cincinnati, OH 45263-0921
101155667          +City & Borough of Juneau,    155 S Seward St.,    Juneau, AK 99801-1397
101155666          +City & Borough of Juneau,    155 South Seward Street,    Juneau, AK 99801-1397
101155665          +City & Borough of Juneau,    1873 Shell Simmons Drive Suite 200,    Juneau, AK 99801-7005
101155669          +City of El Dorado,    PO Box 2170,    El Dorado, AR 71731-2170
101155670          +City of Great Bend,    1209 Williams,    Great Bend, KS 67530-4446
101155671          +City of Hoonah,    P.O. Box 360,    Hoonah, AK 99829-0360
101155672          +City of Kansas City,    PO Box 844124,    Kansas City, MO 64184-4124
101155673          +City of Memphis,    Treasurer,    Box 185,    Memphis, TN 38101-0185
101155674          +City of Pendleton,    500 SW Dorion Ave.,    Pendleton, OR 97801-2035
101155675          +City of Pendleton - Airport,    2016 Airport Road,    Pendleton, OR 97801-4597
101155677          +City of Visalia (Licensing & Fees),    315 E Acequia PO Box 4002,    Visalia, CA 93278-4002
101155678          +Claire James,    301 SE 177th Ave E53,    Vancouver, WA 98683-4222
101155679          +Clay Warren,    809 Chappells Dr,    The Villages, FL 32162-3710
101155680          +Cody Cimmiyoti,    2425 SW Olson Ave,    Pendleton, OR 97801-4376
101155682          +Comcast - Telephone,    PO Box 105184,    Atlanta, GA 30348-5184
101155683          +Comcast - Telephone,    P.O. Box 3 34227,    Seattle, WA 98111-0003
101155684          +Computer Forms, Inc,    PO Box 23456,    Portland, OR 97281-3456
101155685          +Connie Konzem,    2300 Franklin,    Great Bend, KS 67530-2629
101155686          +Contract Aircraft Maintenance, Inc.,    16395 NW 136th.,    St. Platte City, MO 64079-9266
101155687          +Coos Aviation Fuel, OTH,    1210 E Airport Way,    North Bend, OR 97459-2026
101155688          +Coos County Airport,    1100 Airport Lane,    North Bend, OR 97459-2006
101155690          +Courtyard by Marriott,    7225 Sleepy Hollow Dr.,    Southaven, MS 38671-5148
101155692          +Crownair Aviation,    3753 John J. Montgomery Dr,    San Diego, CA 92123-1732
101155693          +Curtis Knight,    4718 NE Multnomah St,    Portland, OR 97213-2116
101155698          +DASH CA, Inc,    250 St Andrews Way,    Lompock, CA 93436-1317
101155694          +Dallas County Tax Office,    PO Box 139066,    Dallas, TX 75313-9066
101155695          +Dan Maranaise,    961 Green Oaks Dr,    Memphis, TN 38117-5608
101155696          +Daniel Green,    69729 Delview Rd,    North Bend, OR 97459-7781
101155697          +Darryl Mitchell,    7369 Red River,    Memphis, TN 38125-4731
101155699          +Dash Group Inc,    1083 N Collier Blvd,    Marco Island, FL 34145-2539
101155700          +David Jones,    3439 NE Sandy Blvd. PMB 635,    Portland, OR 97232-1959
101155701          +David Mitchell,    1387 Central Ave Apt 711,    Memphis, TN 38104-4894
101155702          +David Perlitz,    817 15th St Apt E,    Santa Monica, CA 90403-1828
101155703          +David Sandberg,    10965 Glacier Hwy,    Juneau, AK 99801-8589
101155704          +David Tittle,    457 Westbourne St,    La Jolla, CA 92037-5348
101155705          +David Volmut,    233 Bell Bottom Rd.,    Sequim, WA 98382-6606
101155706          +Dell,   PO Box 802816,    Chicago, IL 60680-2816
101155707          +Delta Western,    P.O. Box 94356,    Seattle, WA 98124-6656
101155708          +Dennis Electric, Inc.,    7560 Bartlett Corporate Drive,    Bartlett, TN 38133-8953
101155709          +Desser Tire & Rubber Co,    Box 1028,    Montebello, CA 90640-1028
101155710          +Diio LLC,    PO Box 146,    Mt. Vernon, VA 22121-0146
101155711          +Donna Blake (Board member),    10219 NE 82nd Ave,    Vancouver, WA 98662-1360
```

```
101155712      +Douglas Wheeler,    7252 55th Ave,    Salem, OR 97305-9586
101155713      +Duncan Aviation,    PO Box 956153 S,    St. Louis, MO 63195-6153
101155714      +Earthlink Business,    1058 PO Box 2252,    Birmingham, AL 35246-0031
101155715      +East Oregonian Pub. Co., Inc.,    211 SE Byers Ave,    Pendleton, OR 97801-2346
101155716      +Edward Almada,    13021 SE Morrison St,    Portland, OR 97233-1640
101155717      +El Dorado Chamber of Commerce,    111 West Main,    El Dorado, AR 71730-5602
101155718      +Elijah Hoyt,    4220 5th Ave N Apt,    Grand Forks, ND 58203-1955
101155719      +Elite Taxis, Inc.,    332 SE Dorion,    Pendleton, OR 97801-2530
101155720      +Eric Alderson,    171C Pinehill Rd,    Hot Springs, AR 71913-9711
101155721      +Erika Martinez,    4619 NE 112th Ave C203,    Vancouver, WA 98682-5430
101155722      +Erin O'Connor,    7835 SE 92nd Ave #15,    Portland, OR 97266-6244
101155723      +Estate of Fariah Peterson,    c/o Christopher McNutt, Esq,    Hollis Wright Clay & Vail PC,
                 2201 Morris Ave,    Birmingham, AL 35203-4211
101155724      +Executive Express Aviation, LLC,    43W700 Us Highway 30,    Sugar Grove, IL 60554-9512
101155725      +FAA - Penalty #4,    AMK-322-NM,    PO Box 25770,    Oklahoma City, OK 73125-0770
101155727      +FedEx Freight,    P.O. BOX 7221,    Pasadena, CA 91109-7321
101155726      +Federal Aviation Administration,    PO Box 25770,    Oklahoma City, OK 73125-0770
101155728      +Fidelity Title Agency of Alaska, LLC,    re: Notice of Default - 2016-000397-0,    3150 C St #220,
                 Anchorage, AK 99503-3979
101155729      +Flight Line Maintenance, LLC,    6910 Santa Teresa Blvd.,    San Jose, CA 95119-1339
101155730      +Fountain Village Development,    115 SW Ash St #500,    Portland, OR 97204-3575
101155731      +Frances Texiera,    PO Box 8811,    St Joseph, MO 64508-8811
101155732      +Frankie Feldman,    515 East Mill Ave.,    Porterville, CA 93257-4117
101155733       GAT Airline Ground Support,    P.O. Box 36608,    Mobile, AL 36608
101155734      +Geoff Dale,    1790 Canon Dr,    Imperial, CA 92251-9561
101155735      +Geoshine George,    7687 Roundleaf Dr,    Memphis, TN 38125-5054
101155736      +Glacier Auto Parts,    9110 Mendenhall Mall Rd.,    Juneau, AK 99801-7159
101155738      #+Grant Abrams,    11301 NE 7th St FF7,    Vancouver, WA 98684-4984
101155739      +Gravitate,    1012 Washington St,    Vancouver, WA 98660-3115
101155740      +Gray Line of Tennessee,    186 North First Street,    Nashville, TN 37213-1102
101155741      +Great Bend Chamber of Commerce,    1125 Williams,    Great Bend, KS 67530-4445
101155742      +Great Bend Tribune,    2012 Forest Ave,    Great Bend, KS 67530-4014
101155743      +Gregory Willett,    27065 NE 143rd Pl,    Duvall, WA 98019-8393
101155744      +Hailey Orosco,    4516 NE 93rd St,    Vancouver, WA 98665-5353
101155745      +Haines Borough,    P.O. Box 1209,    Haines, AK 99827-1209
101155746      +Haines Chamber of Commerce,    P.O. Box 1449,    Haines, AK 99827-1449
101155747      +Haines Home Building Supply,    1003 Haines Hi Box 1169,    Haines, AK 99827-1169
101155748      +Heath Day,    1909 Mountain Valley Apt 27,    Harrison, AR 72601-6499
101155749      +Heather Murray,    4341 NE 78th Ave,    Portland, OR 97218-3929
101155750      +Heather Nobles,    315 N Alberta Apt 79,    Portland, OR 97217-2851
101155751      +Henry Chi,    1996 NE 51st Ave,    Hillsboro, OR 97124-6181
101155752      +Heritage Coffee Co.,    538 W Willoughby Ave J,    Juneau, AK 99801-1730
101155753      +Hill Fuel LLC,    Box 808,    Hoonah, AK 99829-0808
101155754      +Hogan & Lovells,    555 Thirteenth Street, NW,    Washington, DC 20004-1109
101155755      +Hoonah Trading Company,    P.O. Box 117,    Hoonah, AK 99829-0117
101155756      +Houston Airport System,    P.O. Box 204172,    Houston, TX 77216-4172
101155757      +Howard Taylor,    Po box 2344,    Temecula, CA 92593-2344
101155758      +Huntleigh USA Corp.,    3600 Presidential Blvd # 211,    Austin, TX 78719-2365
101155759      +Huser Integrated Technologies,    1313 NW 17th Ave.,    Portland, OR 97209-2412
101155765      ++INTEGRA TELECOM,    1201 NE LLOYD BLVD,    SUITE 500,    PORTLAND OR 97232-1259
                 (address filed with court: Integra Telecom,      PO Box 2966,    Milwuakie, WI 53201)
101155768       IRS,    Attn: Civil Process Clerk,    U.S. Attorney, District of Oregon,    1000 SW 3rd, #600,
                 Portland, OR 97204-2936
101155760      +Icy Strait Point, LLC,    9301 Glacier Highway, #220,    Juneau, AK 99801-9380
101155761      +Imperial County - Airport Office,    Office 1099 Airport Rd,    Imperial, CA 92251-1827
101155762      +Imperial County Department of Weights,    PO Box 806,    El Centro, CA 92244-0806
101155763      +Imperial County Office of Education,    Luis Wong -Pax),    1398 Sperber Road,
                 El Centro, CA 92243-9621
101155764      +Inland Industrial Scale,    P.O. Box 70235,    Riverside, CA 92513-0235
101155766      +InterCall,    PO Box 281866,    Atlanta, GA 30384-1866
101155770      +J and V Janitorial Service,    PO Box 493,    Hermiston, OR 97838-0493
101155771      +J.A. Aero, Inc.,    43W730 U.S. Route 30,    Sugar Grove, IL 60554-9837
101155772      +J.A. Flight Services, Inc.,    43W700 U.S. Route 30,    Sugar Grove, IL 60554-9512
101155773      +James Bantz,    4439 SE Pennywood Dr,    Milwaukie, OR 97222-3117
101155774      +James Beebe,    801 Elm St,    Smackover, AR 71762-1712
101155775      +James Dean,    765 SE Mt Hood Hwy Apt 114,    Gresham, OR 97080-7135
101155776      +James Gardner,    11485 N Farley Rd.,    Plate City, MO 64079-8201
101155777      +James Lammers,    753 N Evergreen,    Memphis, TN 38107-5037
101155778      +James Taylor,    6364 Whispering Pine Road,    Harrison, AR 72601-7046
101155779      +Jamison Ells,    15517 NE 83rd St,    Vancouver, WA 98682-9477
101155780      +Janair, LLC,    c/o Thomas Carrollo, Reg. Agnt,    115 SW Ash St  #500,    Portland, OR 97204-3575
101155781      +Jane McKinney,    9502 NE 144th Ct,    Vancouver, WA 98682-2600
101155782      +Jane Neal,    518 NW 7th,    Pendleton, OR 97801-1328
101155783      +Janessa Halupo,    8292 NE Snowberry,    Vancouver, WA 98664-1081
101155784      +Jarrod Franklin,    4227 SE Holgate Blvd,    Portland, OR 97206-4117
101155785      +Jeanene Williams,    239 Iron Ivy 105,    Memphis, TN 38105-3671
101155786      +Jennifer Tomko,    39236 Stratford Pl,    Sandy, OR 97055-5312
101155787      +Jeremy Groth,    6333 Dodge Rd,    Lafayette, NY 13084-9547
101155789      +Jessica Arnold,    522 NW 14th St,    Pendleton, OR 97801-1129
101155790      +Jessica Sazo,    21039 Bryant St Unit 101,    Canago Park, CA 91304-2868
```

```
101155791       +Joan Callender,    PO Box 9011, PMB 317,    Calexico, CA 92232-9011
101155792       +John Borges,    456 Parker Dr,    Folsom, CA 95630-7956
101155793       +John P. and Janet N. Beardsley,    115 SW Ash Street, Ste 500,    Portland, OR 97204-3575
101155794       +John P. Beardsley,    115 SW Ash Street, Ste 500,    Portland, OR 97204-3575
101155795       +John Platt,    c/o State of Alaska Dept. of Labor &,    Workforce Div./Wage & Hour Admin.,
                  PO Box 111149,    Juneau, AK 99811-1149
101155796       +John Preece,    4823 68th St. #34,    San Diego, CA 92115-3011
101155797       +Jonathan Burt,    8365 Charleston Dr,    South Haven, MS 38671-3423
101155798      #+Jonathan Dornfeld,    2639 SW 17th Place,    Gresham, OR 97080-9756
101155799       +Jonathan Garza,    8234 Bonner Dr,    Houston, TX 77017-4704
101155800      #+Jose Tovar,    13020 Crowley St,    Arleta, CA 91331-4912
101155801       +Josenie Sanchez,    411 S Bender Ave Apt 3701,    Humble, TX 77338-4348
101155802       +Joshua Burke,    1285 Andrews Ave,    Lakewood, OH 44107-2403
101155803       +Joshua Melton,    3355 Pankins Park Pl,    Nesbit, MS 38651-7312
101155804       +Joyce Volmut,    233 Bell Bottom Rd.,    Sequim, WA 98382-6606
101155806       +Julia Johnson,    29229 NE 60th,    Camas, WA 98607-8707
101155807       +Julie Leonard,    3520 Curtis St,    San Diego, CA 92106-1306
101155808       +Juneau Empire,    3100 Channel Drive J,    Juneau, AK 99801-7837
101155809       +Justin Peterson,    60080 E Marmot Rd,    Sandy, OR 97055-8757
101155810       +Kai Johnson,    7451 Delaware Lane,    Vancouver, WA 98664-1407
101155812       +Karen Evans,    2075 NW 147th Trc,    Beaverton, OR 97006-5644
101155813       +Karen Lair,    PO BOX 66,    Harrison, AR 72602-0066
101155814       +Kathleen Carrillo,    PO Box 3103,    El Centro, CA 92244-3103
101155815       +Kathleen Frisbie,    2511 Flor De Sol,    Salina, KS 67401-7147
101155816       +Kaylene Breeding,    1660 NE 169th Ave Apt 102,    Portland, OR 97230-6088
101155817       +Keilon Morton,    420 Buntyn St,    Memphis, TN 38111-1604
101155818       +Keith Scharer,    7931 NE Loowit Lp #9,    Vancouver, WA 98662-6454
101155819       +Kellie Duran,    706 Marshall Ave,    Coos Bay, OR 97420-6815
101155820        Kelner  - Lease & Eng Res,    201 Kelner Place,    Thunder Bay, ON P7K0A1,    CANADA
101155821       +Kenneth Lannon,    210 Quad Oak Dr,    Mt Juliet, Tn 37122-6128
101155823       +Kenyon International Emergency Svcs Inc,    c/o Willaim C. Boyd, Esq,    2101 Louisiana St.,
                  Houston, TX 77002-8623
101155822        Kenyon International Emergency Svcs Inc,    5180 Grand Point Drive,    Houston, TX 77090
101155824       +Kevin Accomazzo,    8415 Lilybet Ln,    Charlotte, NC 28278-9704
101155825       +Kevin's Aifcraft Cleaning,    629 Truslow Rd.,    Sarah, MS 38665-4008
101155826       +Kirsten Day,    8927 SE Harrison,    Portland, OR 97216-1938
101155827       +Kristen Ball,    2109 SW Quinney Dr,    Pendleton, OR 97801-4439
101155828       +Kristen Beggs,    981 Parkhaven Ln,    Memphis, TN 38111-5629
101155829       +Krzysztof Kochan,    2347 NW 3rd Ave,    Hillsboro, OR 97124-1548
101155830       +Kyle Evans,    9181 Hwy 41,    Lemoore, CA 93245-9604
101155831       +Kyle Hayes,    1014 Deer Trail,    Bourbonnais, IL 60914-9338
101155842       +LPSL Corporate Services, Inc.,    c/o Brewster H. Jamieson, Reg. Agt,
                  301 W Northern Lights Blvd #301,    Anchorage, AK 99503-2648
101155832       +La Quinta Inn & Suites Portland Airport,    11207 NE Holman Street,    Portland, OR 97220-1019
101155833       +La'Queena Patterson,    2916 SE 125th Ave #33,    Portland, OR 97236-3179
101155835       +LaShasta Knighton,    4642 Early Autumn Ct,    Humble, TX 77396-1908
101155834       +Lane Powell,    1420 Fifth Avenue Suite 4200,    Seattle, WA 98101-2375
101155836       +Lauren Camero,    513 SE Marion St,    Portland, OR 97202-7094
101155837       +Lenda Brown,    8124 Waterford Cir Apt 203,    Memphis, TN 38125-5143
101155838        Lien Diep,    Salina Regional Neurosciences, 501 S San,    Salina, KS 67401
101155839       +LightPoint Corporation,    6020 SW Artic Dr., Ste B,    Beaverton, OR 97005-9404
101155840       +Lisa Seesee,    9515 Reverie Rd,    Tujunga, CA 91042-3025
101155841       +Lisa Taylor,    2615 Brooke Dr.,    Anchorage, AK 99517-1278
101155843       +Lufthansa German Airlines,    1640 Hempstead Tpke,    East Meadow, NY 11554-1096
101155844       +Luis Olvera,    1910 Marquis Ct,    Chula Vista, CA 91913-3136
101155845       +Lutak Lumber & Supply, Inc.,    P.O. Box 329,    Haines, AK 99827-0329
101155856       +MCB Consulting LLC,    2515 Amber Hill ln,    Euless, TX 76039-8004
101155846       +Magellan Behavioral Health,    PO Box 785341,    Philadelphia, PA 19178-5341
101155847       +Mariah Tumbaga,    PO Box 598,    Hotville, CA 92250-0598
101155848       +Marica Jelic,    4405 NE 126th Ave,    Vancouver, WA 98682-6469
101155849       +Marilyn Peterson,    1413 SW 40th,    Pendleton, OR 97801-4205
101155850       +Marjorie Spillman,    28 Manhan St,    Northampton, MA 01060-4214
101155851       +Mark Overholtzer,    2290 Wintercreek Way SE,    Salem, OR 97306-9671
101155852       +Mary Herrington,    8928 SE Woodstock,    Portland, OR 97266-5320
101155853       +Mathew Elston,    733 Angelina Dr,    Conroe, TX 77302-3803
101155854        Matthew Franklin,    2225 E Kirwin Ave,    Salina, KS 67401
101155855       +Max Griffin,    2263 Young Ave #110,    Memphis, TN 38104-5766
101155857       +Memphis Avionics,    2488 Winchester Rd Suite 1,    Memphis, TN 38116-3814
101155858       +Memphis International Airport,    2491 Winchester Rd. Suite 113,    Memphis, TN 38116-3856
101155859       +Memphis Propeller Service, Inc.,    11098 Willow Ridge Drive,    Olive Branch, MS 38654-4002
101155860       +Mercfuel Inc,    3808 World Houston Pkwy # B,,    Houston, TX 77032-2475
101155861       +Metal Innovations, Inc.,    22255 Yellow Gate Ln. NE,    Aurora, OR 97002-8432
101155862       +Metro Nashville Airport Authority,    PO Box 440302,    Nashville, TN 37244-0302
101155863       +Michael Chivers,    169 Horizon View Dr,    Sequim, WA 98382-9312
101155864       +Michael Gallagher,    1241 Highbluff Ave,    San Marcos, CA 92078-1051
101155865       +Michael Kline,    3820 Kennings Dr,    Memphis, TN 38125-2135
101155866       +Michael L Larson Co, PC,    Ste 310 5665 SW Meadows Rd,    Lake Oswego, OR 97035-3192
101155867       +Michael Miskel,    5318 Wightman St,    San Diego, CA 92105-3247
101155868       +Michael Newton,    6461 Shadow Cross Ln,    Horn Lake, MS 38637-7362
101155869       +Michael Rogers,    18264 Fisher Dr,    Visalia, CA 93292-9717
```

```
101155870        +Mid Columbia Bus Company, Inc.,    P.O. Box 1108,    Pendleton, OR 97801-0720
101155871        +Mikal Wright,    422 NE 40th St,    Pendleton, OR 97801-3503
101155872        +Mike's Airport Express,    9190 Glacier Hwy.,    Jueanu, AK 99801-8032
101155873        +Mirza Baig,    7500 Branford Pl Apt 3408,    Sugar Land, TX 77479-3743
101155874        +Monica Kumar,    16935 Landham Heights,    Houston, TX 77084-6925
101155875        +Monica West,    4618 NE 122nd,    Vancouver, WA 98682-6840
101155876        +Morris James, LLP,    500 Delaware Ave. Suite 1500,    P.O. Box 2306,
                   Wilmingtion, DE 19899-2306
101155877        +Morris Pub Grp,    Capital City Weekly,    699 road St, Ste 800,    Augusta, GA 30901-1447
101155878        +Most Valuable Publications,    5120 East Hwy 6,    Riesel, TX 76682-3792
101155879        +Multnomah County Assessment,    Recording & Taxation,    POB 2716,    Portland, OR 97208-2716
101155880         Multnomah County Tax Assessor,    Attn Angelika Loomis, Agent,    PO Box 2716,
                   Portland, OR 97208-2716
101155881        +Mustafa Betker,    1400 Blue Bell Rd Apt 806,    Houston, TX 77038-3040
101155883        +Nashville International Airport,    PO Box 440302,    Nashville, TN 37244-0302
101155884        +National Retirement Services, Inc.,    5832 Bolsa Avenue, Suite 100,
                   Huntington Beach, CA 92649-1181
101155885        +Neal Aviation, LLC.,    1860 Joe Crosson Dr Hanger I,    Cajon, CA 92020-1263
101155886        +New South Parking,    PO Box 60751,    Houston, TX 77205-0751
101155887        +NexAir,    PO box 125,    Memphis, TN 38101-0125
101155888        +Nicole McCall,    707 N Hayden Island unit 419,    Portland, OR 97217-8156
101155889        +Noel McDermott,    19533 Hummingbird Loop,    Oregon City, OR 97045-6843
101155890        +Nolan Robinson,    885 Echles St,    Memphis, TN 38111-6641
101155891        +Nova Healthcare,    PO Box 840066,    Dallas, TX 75284-0066
101155893         ODR,    c/o Ellen Rosenblum, Attorney General,    Oregon Department of Justice,
                   1162 Court St, NE,    Salem, OR 97301-4096
101155894        +Olson Broosky PC,    200 Pacific Building,    520 SW Yamhill Street,    Portland, OR 97204-1335
101155895        +Oregon Department of Motor Vehicles,    1905 Lana Ave NE,    Salem, OR 97314-0001
101155898       ++PACIFICORP,    ATTN BANKRUPTCY,    PO BOX 25308,    SALT LAKE CITY UT 84125-0308
                  (address filed with court: Pacific Power,    PO Box 26000,    Portland, OR 97256)
101155896        +Pacific Golf & Turf,    PO Box 16758,    Portland, OR 97292-0758
101155897        +Pacific Office Automation,    14747 NW Greenbrier Pkwy,    Beaverton, OR 97006-5601
101155899        +Pamela Lee,    9855 Maggie Woods Ln,    Arlington, TN 38002-6118
101155900        +Patricia Kilpatrick,    2396 Oak Springs Dr,    Cordova, TN 38016-5279
101155901        +Pearl Monroe,    6333 College Grove Way Unit 1114,    San Diego, CA 92115-7211
101155902        +Peggy Weightman,    1000 N 8th Street,    Reedsport, OR 97467-1467
101155903        +Pendleton Chamber of Commerce,    501 S. Main,    Pendleton, OR 97801-2261
101155904        +Penny Allen,    Po Box 1278,    Bandon, OR 97411-1278
101155905        +Peter A. Scully, Esq.,    Atkinson Conway & Gagnon,    420 L Street, #500,
                   Anchorage, AK 99501-1968
101155906        +Peter Baker,    45 NW Wilson Ave,    Gresham, OR 97030-7033
101155907        +Peter Matefi,    2403 S Atlantic Ave Apt 410,    Daytona Beach, FL 32118-5443
101155908        +Petro Marine Services/Alaska Oil Sales,    Box 396,    Skagway, AK 99840-0396
101155909        +Pitney Bowes Inc,    Box 371896,    Pittsburgh, PA 15250-7896
101155910         Platte County Tax,    415 Third St. Room 212,    Platte City, CA 92563
101155911        +Porschae Lazenby,    17036 NE Oregon St,    Portland, OR 97230-6140
101155912        +Port of Bellingham,    PO Box 1677,    Bellingham, WA 98227-1677
101155913        +Port of Portland,    Portland International Airport,    P.O. Box 5095,    Portland, OR 97208-5095
101155914        +Portland Airline Consortium,    Ste 3108 7000 NE Airport Way,    Portland, OR 97218-1041
101155915        +Prime Turbines,    PO Box 956,    Hyannis, MA 02601-0956
101155916        +Printing Trade Company,    10002 Crazy Horse Dr,    Juneau, AK 99801-8529
101155917        +Profectus, Inc.,    11851 NE Glenn Widing Dr.,    Portland, OR 97220-9057
101155919        +R2 Tech Systems,    25 West Middle Lane,    Rockville, MD 20850-2214
101155920         Randy Coburn,    373 S 660 Circle,    St George, UT 84770
101155921        +Reach Incorporated,    213 Third Street,    Juneau, AK 99801-1220
101155922         Real Alfa Flight Aviation Services,    Rinconada del Huerto No. 7,
                   Fraccionamiento Hacienda San Jos,    C.P. 50210, Toluca, Estado de Mexico,    MEXICO
101155923        +Rebecca Castro,    2561 SE Evergreen St,    Milwaukie, OR 97222-7970
101155924        +Red Lion Hotel - Coos Bay,    1313 N. Bayshore Drive,    Coos Bay, OR 97420-3197
101155925        +Richard Fabian,    3738 Davies Manor Dr,    Bartlett, TN 38133-0950
101155926        +Richard Perry,    7277 Green Ash Dr,    Olive Branch, MS 38654-4401
101155928        +Richard Preciado,    2371 Desert Garden Dr,    El Centro, CA 92243-9404
101155927        +Richard Preciado,    2371 Dessert Garden Dr.,    El Centro, CA 92243-9404
101155929        +Rob McKinney,    9502 NE 144th Ct,    Vancouver, WA 98682-2600
101155930         Robert Hubble,    1700 127th Ave NE,    Lake Stevens, WA 98258
101155931        +Robert N. Jacobsen and Darlene F.,    Jacobsen Living Trust,    845 Goldbelt Ave,
                   Juneau, AK 99801-1631
101155932        +Robert R. Redwitz & Co.,    1 Almaden Blvd., Suite 950,    San Jose, CA 95113-2215
101155933         Ronald Sweeney,    31848 Blanca Ct,    Murrieta, CA 92563
101155934        +Ronald Wilson,    10398 Princess Marie Dr,    Santee, CA 92071-1243
101155935        +Rose City Solutions,    901 Brutscher Street Suite D, PMB 225,    Newberg, OR 97132-6096
101155936        +Ross Phinney,    3308 SW Kirk Ave,    Pendleton, OR 97801-3639
101155937        +Ryan Bennett,    126 SE 119th Ave,    Portland, OR 97216-3704
101155938        +Ryan Miele,    695 Walnut Woods cv,    Cordova, TN 38018-6373
101155948        +SANCO,    300 N. Continental Blvd. Suite 625,    El Segundo, CA 90245-5042
101155939        +Sabre Group, Inc.,    7285 Collection Center Dr.,    Chicago, IL 60693-0072
101155940         Sacramento County Airport System,    6900 Airport Blvd,    Sacramento, Ca 95837
101155942       #+Salima McRae,    8530 N Smith St,    Portland, OR 97203-2243
101155943        +Salina Airport Authority,    3237 Arnold Avenue,    Salina, KS 67401-8163
101155944        +Salina Area Chamber of Commerce,    120 W Ash PO Box 586,    Salina, KS 67402-0586
```

```
101155945      +Salina Scale Sales & Service, Inc.,    PO Box 3261,    Salina, KS 67402-3261
101155946      +San Diego County Regional Airport Auth,    PO Box 81323,    San Diego, CA 92138-1323
101155947      +San Diego County Treasurer,    Tax Collector,    P.O. Box 129009,    San Diego, CA 92112-9009
101155949      +Sandra Hughes,    801 W Bunn,    Harrison, AR 72601-2751
101155950      +Seiz Sign Company,    1231 Central Ave.,    Jhot Springs, AR 71901-6037
101155951      +Select Communications,    6836 Bee Cave Rd Building 3, #205,    Austin, TX 78746-5863
101155952       Shanda McDaniel,    114 E Monroe St,    El Dorado, AR 71730
101155953      +Shanda Thomas,    906 Liberty,    El Dorado, AR 71730-4322
101155954      +Shane Brown,    810 Washington Ave Apt 410,    Memphis, TN 38105-4535
101155955      +Shannamar Dewey,    40077 Pierce Dr.,    Three Rivers, CA 93271-9640
101155956      +Sharon Davis,    10201 Cypress Knee Dr,    Olive Branch, MS 38654-9136
101155957      +Sharonda Sangster,    505 Melody Dr,    Holly Springs, MS 38635-1712
101155958      +Shaub-Ellison Co., Inc.,    8555 Airport Blvd.,    Juneau, AK 99801-8065
101155959      +Shaun Hewitt,    6270 SW 179th Ave,    Beaverton, OR 97007-4640
101155960      +Sheacarla Williams,    550 Beverly Dr Apt 508,    El Dorado, AR 71730-6862
101155961      +Sheila Hagbom,    8522 S. River Rd.,    Olathe, CO 81425-9364
101155963      +Shelia Anderson,    840 Dolan Rd,    Memphis, TN 38116-4008
101155964      +Shelly Courtade,    303 NW Bailey Ave,    Pendleton, OR 97801-1604
101155965      +Shirene Braim,    11562 SE Aquila St,    Happy Valley, OR 97086-7673
101155966      +Signature Flight Support - MEM,    P O Box 402458,    Atlanta, GA 30384-2458
101155967      +Sir Speedy,    6318 6th Avenue South,    Seattle, WA 98108-3436
101155969      +SkyNet DataCom, LLC,    Ste B1 200 N Jefferson,    El Dorado, AR 71730-5852
101155968      +Skylar Robertson,    16810 Wildcat Lane,    Trumann, AR 72472-8073
101155971       Stephanie Skallerud,    83531 Sunnyvale Lane,    Coos Bay, OR 97420
101155972      +Steven L. Graff, Inc.,    43399 Calle DeVelardo,    Temecula, CA 92592-2625
101155973      +Suddenlink - ELD,    PO Box 660365,    Dallas, TX 75266-0365
101155974      +Super Bear IGA,    PO Box 1170,    Clinton, WA 98236-1170
101155975      +SurveyMonkey,    101 Lytton Avenue,    Palo Alto, CA 94301-1045
101155976      +Susana Montano,    1850 Lincoln Ave. #97,    El Centro, CA 92243-1251
101155977      +Sydney Peterson,    378 W Spring Lane,    Lemoore, CA 93245-1972
101155978      +Sylvia Knight,    7850 FM 1960 Rd E apt 1206,    Humble, TX 77346-2236
101155980      +T & S Welding,    8401 Airport Blvd.,    Juneau, AK 99801-8065
101155982      +Tammye Marks,    333 S State V103,    Lake Oswego, OR 97034-3932
101155983      +TecInfo Communications,    601 N Deer Creek Dr E,    Leland, MS 38756-3015
101155984       Terri Lutts,    7320 Hwy 161 N Apt6b,    Walls, MS 38680
101155985      +Terry Franseen,    1025 Lakeview Drive,    Collierville, TN 38017-4217
101155986      +Terry Houger,    7919 S Strawberry St,    Cheney, WA 99004-8718
101155987      +Thomas Shannon,    1284 NW Wonderview,    Gresham, OR 97030-4995
101155988      +Timothy Cutler,    22115 NW Imbrie Dr Ste 180,    Hillsboro, OR 97124-6988
101155989      +Timothy Sieber,    8949 North McKenna Ave,    Portland, OR 97203-2621
101155990      +Tom's Aircraft Maintenance,    2641 E. Spring Street,    Long Beach, CA 90806-2218
101155991       Tonkon Torp LLP Attorneys,    1600 Pioneer Tower 888 SW 5th Ave,    Portland, OR 97204
101155992      +Tori Shelton,    2376 Marion St,    North Bend, OR 97459-2638
101155993      +Total Air Group, LLC,    2456 Winchester Rd., Hgr 14,    Memphis, TN 38116-3814
101155994      +Trade-A-Plane,    P.O. Box 509,    Crossville, TN 38557-0509
101155995      +Travelport, LP,    BV c/o Bank of America Lockbox,    PO Box 402395,    Atlanta, GA 30384-2395
101155996      +Tristan Tyree,    932 Noble Ave,    Coos Bay, OR 97420-3129
101155997      +Tulare County Tax Collector,    P.O. Box 30329,    Los Angeles, CA 90030-0329
101155998      +U.S. Bank Equipment Finance,    PO Box 230789,    Portland, OR 97281-0789
101156000      +Umatilla County,    216 SE 4th. St,    Pendleton, OR 97801-2699
101156001      +United Rentals,    100 First Stamford Place, Ste 700,    Stamford, CT 06902-9200
101156002      +Valley Paint Center,    P.O. Box 100760 A,    Anchorage, AK 99510-0760
101156003      +VanderHouwen & Associates, Inc.,    6342 SW Macadam Ave.,    Portland, OR 97239-3623
101156004      +Vasile Benta,    2373 NW Stanley Ave,    Gresham, OR 97030-2586
101156005      +Verizon,    PO Bix 660108,    Dallas, TX 75266-0108
101156006      +Vortex Industries, Inc.,    File 1095,    1801 W.Olympic Blvd.,    Pasadena, CA 91199-0001
101156025      +WSI Corp,    PO Box 101332,    Atlanta, GA 30392-1332
101156007      +Wayne Ayars,    1270 SW Spring St,    Mill City, OR 97360-2302
101156008      +Wellness First, Inc.,    5180 Park Ave. Suite 250,    Memphis, TN 38119-3535
101156009      +Wells Fargo,    c/o Patrick B. Gilmore, Esq.,    Atkinson Conway & Gagnon,
                 420 L Street, Ste 500,    Anchorage, AK 99501-1968
101156011      +Wichita Airport Authority,    2173 Air Cargo Road,    Witchita, KS 67209-1992
101156012      +William C. Castleberry,    2919 Gateland Square,    Marietta, GA 30062-8358
101156013      +William Johnson,    4741 Alden Lake Dr,    Horn Lake, MS 38637-9143
101156014      +William Stewart,    502 Prospect Ave Apt 210,    Hot Springs, AR 71901-5101
101156015      +Willis of Seattle, Inc.,    PO Box 100252,    Pasadena, CA 91189-0003
101156016      +Wilmington Trust Company,    c/o Michael J. Edelman, Esq.,    1633 Broadway, 4th Fl,
                 New York, NY 10019-6708
101156017      +Windstream,    PO Box 9001908,    Louiseville, KY 40290-1908
101156018      +Wings Airline Services, Inc.,    Attn: Robert Jacobsen,    845 Gold Belt Ave,
                 Juneau, AK 99801-1631
101156019      +Wings Airline Services, Inc.,    Attn: Robert Jacobsen,    845 GoldBelt Ave,
                 Juneau, AK 99801-1631
101156020      +Wings Airline Services, Inc.,    Attn: Bob Jacobsen,    8421 Livingston Way,
                 Juneau, AK 99801-8098
101156021       Wings Airways, Inc.,    c/o John L. Lucas, CFO,    2 Marine Way, Ste 175,    Juneau, AK 99801-1256
101156022      +Wings on the Ground, LLC,    c/o Richard Cole,    8721 North Loop Way,    Juneau, AK 99801-9260
101156023      +Workplace Answers,    PO Box 670230,    Dallas, TX 75267-0230
101156024      +World Fuel Services, Inc.,    2458 Paysphere Circle,    Chicago, IL 60674-0024
101156026      +Wtechlink Inc.,    404 SE Dorion Ave STE 205,    Pendleton, OR 97801-2572
```

```
101156027     +X5 Solutions,    PO Box 84768,    Seattle, WA 98124-6068
101156028     +Yellow Cab Taxi,    2700 Woodland Drive,    Coos Bay, OR 97420-2052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: vbcservice@yahoo.com Feb 06 2016 00:13:17      ROBERT J VANDEN BOS,
                 319 SW Washington #520,    Portland, OR  97204
smg            E-mail/Text: cio.bncmail@irs.gov Feb 06 2016 00:13:34      IRS,    IRS,    PO Box 7346,
                 Philadelphia, PA  19101-7346
smg            E-mail/Text: bankruptcy.revenue@oregon.gov Feb 06 2016 00:13:21      ODR Bkcy,
                 955 Center NE #353,    Salem, OR  97301-2555
smg           +E-mail/Text: usaor.bankruptcy@usdoj.gov Feb 06 2016 00:14:38      US Attorney,    US Attorney,
                 1000 SW 3rd Ave #600,    Portland, OR  97204-2936
ust           +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Feb 06 2016 00:13:56      US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR  97205-3026
101155565     +E-mail/Text: debbie.ferreira@aelp.com Feb 06 2016 00:13:40      AEL&P,    5601 Tonsgard Ct,
                 Juneau, AK 99801-7201
101155603     +E-mail/Text: g17768@att.com Feb 06 2016 00:13:25      AT&T,    PO BOX 5014,
                 Carol Stream, IL 60197-5014
101155604     +E-mail/Text: g17768@att.com Feb 06 2016 00:13:25      AT&T,    PO BOX 5025,
                 Carol Stream, IL 60197-5025
101155577     +E-mail/Text: courtnotices@acsalaska.com Feb 06 2016 00:14:06      Alaska Communications Systems,
                 P.O. Box 196666,    Anchorage, Ak 99519-6666
101155580     +E-mail/Text: tbuckley@lynden.com Feb 06 2016 00:14:30      Alaska Marine Lines Inc,
                 PO Box 34026,    Seattle, WA 98124-1026
101155638     +E-mail/Text: cng.credit@mdu.com Feb 06 2016 00:14:02      Cascade Natural Gas Corp.,
                 Box 990065,    Boise, ID 83799-0065
101155676     +E-mail/Text: mavalos@ci.visalia.ca.us Feb 06 2016 00:14:22      City of Visalia,
                 City Hall West,    PO Box 5078,    Visalia, CA 93278-5078
101155681     +E-mail/Text: CENBSR_Bankruptcy@cable.comcast.com Feb 06 2016 00:14:31      Comcast,
                 PO Box 105257,    Atlanta, GA 30348-5257
101155689     +E-mail/Text: coostax@co.coos.or.us Feb 06 2016 00:14:32      Coos County Tax Office,
                 PO Box 4368,    Portland, OR 97208-4368
101155691     +E-mail/Text: CCICollectionsGlobalForms@cox.com Feb 06 2016 00:14:29      Cox Communications,
                 PO Box 248871,    Oklahoma City, OK 73124-8871
101155737     +E-mail/Text: scd_bankruptcynotices@grainger.com Feb 06 2016 00:14:00      Grainger, Inc.,
                 PO Box 419267,    Kansas City, MO 64141-6267
101155787     +E-mail/Text: accounts.receivable@jeppesen.com Feb 06 2016 00:14:26      Jeppesen Sanderson Inc.,
                 P.O. Box 840864,    Dallas, TX 75284-0864
101155811      E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Feb 06 2016 00:14:49
                 Kansas Department of Revenue,    915 SW Harrison St,    Topeka, KS 66612
101155882     +E-mail/Text: bankruptcy.notice@mutualofomaha.com Feb 06 2016 00:14:19
                 Mutual of Omaha Insurance,    PO Box 2147,    Omaha, NE 68103-2147
101155892     +E-mail/Text: bankruptcy.revenue@oregon.gov Feb 06 2016 00:13:21      ODR,
                 ATTN: Bankruptcy Unit,    955 Center St NE,    Salem, OR 97301-2555
101155918     +E-mail/Text: bankruptcy@pb.com Feb 06 2016 00:14:33      Purchase Power - Pitney Bowes,
                 PO Box 856042,    Louiseville, KY 40285-6042
101155941     +E-mail/Text: bankruptcy@safety-kleen.com Feb 06 2016 00:13:41      Safety Kleen Systems,
                 PO Box 382066,    Pittsburgh, PA 15250-0001
101155962     +E-mail/Text: kmcclellan@shelbycountytrustee.com Feb 06 2016 00:13:51      Shelby County Trustee,
                 Shelby County Trustee,    Box 2751,    Memphis, TN 38101-2751
101155970     +E-mail/Text: dena.wood@dfa.arkansas.gov Feb 06 2016 00:13:21      State of Arkansas,
                 PO Box 896, Room 2340,    Little Rock, AR 72203-0896
101155979     +E-mail/Text: ssc-na@system-scale.com Feb 06 2016 00:13:30      System Scale Corp.,
                 332 Hill Ave,    Nashville, TN 37210-4786
101155999     +E-mail/Text: accounts.receivable@uline.com Feb 06 2016 00:14:18      Uline,    PO Box 88741,
                 Chicago, IL 60680-1741
101156010     +E-mail/Text: bkcompliance@westarenergy.com Feb 06 2016 00:13:51      Westar Energy,
                 PO Box 758500,    Topeka, KS 66675-8500
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101155643*    +CenturyLink Phone,    PO Box 2961,    Phoenix, AZ 85062-2961
101155644*    +CenturyLink Phone,    Box 91155,    Seattle, WA 98111-9255
101155767*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS,    Attn: Attorney General of United States,
                 10th Constitution NW #4400,    Washington, DC 20530)
101155769*    +IRS,    Centralized Insolvency Operation,    P. O. Box 7346,    Philadelphia, PA 19101-7346
101155582    ##+Alaska Seaplanes,    1873 Shell Simmons Dr #110,    Juneau, AK 99801-7001
101155805    ##+JS Firm, LLC,    8205 Camp Bowie W Blvd,    Fort Worth, TX 76116-6328
                                                                                   TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2016　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2016 at the address(es) listed below:
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

| | | | |
|---|---|---|---|
| Debtor | **SeaPort Airlines, Inc.**<br>Name | EIN | **92–0099059** |
| United States Bankruptcy Court **District of Oregon**<br>Case number: **16–30406–rld11** | | Date case filed for chapter **11** **2/5/16** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case 12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | SeaPort Airlines, Inc. | |
| 2. | **All other names used in the last 8 years** | fdba Wings of Alaska, fka Alaska Juneau Aeronautics, Inc. | |
| 3. | **Address** | 7505 NE Airport Way<br>Portland, OR 97218 | |
| 4. | **Debtor's attorney**<br>Name and address | ROBERT J VANDEN BOS<br>319 SW Washington #520<br>Portland, OR 97204 | Contact phone (503) 241–4869 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1001 SW 5th Ave #700<br>Portland, OR 97204 | Office Hours 9:00 a.m. – 4:30 p.m.<br><br>Contact phone 503–326–1500 |
| 6. | **Meeting of creditors**<br>The debtor's representative, as specified in Bankruptcy rule 9001(5), must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 15, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. | Location:<br><br>**US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 6/13/16**  For a governmental unit: **See Fed. Rule Bankr. Proc. 3002(c)(1)** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be completed and filed at www.orb.uscourts.gov or any bankruptcy clerk's office. **Please file proof of claim electronically at www.orb.uscourts.gov. No password or login required.** |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). <br><br> **Deadline for filing the complaint:**   **5/16/16** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline |
| 12. | **Court Information and Legal Advice** | Court information is available at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |