```
                          United States Bankruptcy Court
                               District of Oregon
In re:                                                            Case No. 16-30406-rld
SeaPort Airlines, Inc.                                            Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0979-3          User: Admin.              Page 1 of 1              Date Rcvd: Feb 05, 2016
                              Form ID: pdf018           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2016.
db             +SeaPort Airlines, Inc.,    7505 NE Airport Way,    Portland, OR 97218-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2016 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0
```

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | INTERIM ORDER RE MOTION FOR AN |
| | ) | ORDER AUTHORIZING PAYMENT OR |
| | ) | HONORING OF PREPETITION OBLIGATIONS |
| | ) | TO TICKET HOLDERS, TRAVEL AGENTS AND |
| | ) | INTERLINE SALES PARTNERS AND |
| Debtor-in-Possession. | ) | OBLIGATIONS FOR BANK CHARGES |

This matter came on for hearing before this Court upon the motion (the "Motion") of SeaPort Airlines, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned bankruptcy case (the "Case") for an order (i) authorizing Debtor to pay and honor, in its discretion, in the ordinary course of its business, (a) the Ticketholder Claims, (b) the Travel Agent Claims, (c) the Interline Sales Claims, and (d) the Bank Claims; (ii) authorizing ARC and SIS to continue to process Ticketholder Claims, Travel Agent Claims and Interline Sales Claims in the normal course and in accordance with its normal procedures; and it appearing that the relief requested is necessary to preserve the Debtor's ongoing operations, and is in the best interests of the Debtor's

Page 1 of 4 - ORDER RE MOTION FOR AN ORDER AUTHORIZING PAYMENT OR HONORING OF
PREPETITION OBLIGATIONS TO TICKET HOLDERS, TRAVEL AGENTS AND INTERLINE SALES
PARTNERS AND OBLIGATIONS FOR BANK CHARGES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 37    Filed 02/07/16

estates and their creditors and all parties in interest; and in light of the circumstances and the emergency nature of the relief requested and it appearing that sufficient notice has been given; and appearances having been noted as on the record; and the Court having determined that the relief requested is necessary to avert immediate and irreparable harm to the Debtor and a serious threat to the Debtor's efforts in this case; and after due deliberation and sufficient cause appearing,

NOW, THEREFORE, it is ORDERED as follows:

1. Debtor is hereby authorized to honor unused tickets which were purchased prepetition by providing the agreed upon air transportation service to holders of such unused tickets;

2. Debtor is hereby authorized to issue refunds for tickets purchased prior to the commencement of the Case for which flights were cancelled, in an amount not to exceed $56,000.00;

3. Debtor is authorized to (i) make payments on or (ii) provide travel credits to passengers and cargo shippers who have suffered losses as a result of any prepetition service deficiency, in an amount not to exceed $10,000;

4. Debtor is authorized to pay prepetition commissions to travel agents in the ordinary course of its business;

5. The stay imposed pursuant to section 362(a) of the Bankruptcy Code is modified to the extent necessary to permit Airline Reporting Corporation ("ARC") and Simplified Interline Systems ("SIS") to follow its normal setoff procedures;

6. The amounts under paragraphs 4 and 5 of this Order to be paid over the thirty (30) day period commencing on the Petition Date (as defined in the Motion) shall

Page 2 of 4 - ORDER RE MOTION FOR AN ORDER  AUTHORIZING PAYMENT OR HONORING OF PREPETITION OBLIGATIONS  TO TICKET HOLDERS, TRAVEL AGENTS AND INTERLINE SALES PARTNERS AND OBLIGATIONS FOR BANK CHARGES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 37    Filed 02/07/16

not exceed $15,000, and the total payments during the course of this proceeding shall not exceed $65,000;

7. ARC is authorized to follow its normal procedures with respect to the processing of net refunds;

8. Debtor is hereby authorized to pay the amounts owed to Alaska Airlines and/or Hawaiian Airlines for interline ticket sales in an amount not to exceed $6,300.00 for the thirty (30) day period commencing on the Petition Date (as defined in the Motion) and in an amount not to exceed $12,500.00 over the course of this proceeding;

9. Debtor is hereby authorized to pay the Bank Claims (as defined in the Motion) in an amount not to exceed $7,000.00 over the thirty (30) day period commencing on the Petition Date (as defined in the Motion);

10. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order;.

11. The final hearing on the Motion shall be held by the Court in Courtroom 3 of the United States Bankruptcy Court for the District of Oregon, 1001 SW Fifth Avenue, Portland, Oregon 97204, on March 9, 2016 at 1:30 p.m. Within three (3) business days of entry of this order, Counsel for the Debtor shall serve a copy of the order upon the U.S. Trustee, the 20 largest unsecured creditors, and any parties that have requested special notice.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

/ / /

Page 3 of 4 - ORDER RE MOTION FOR AN ORDER AUTHORIZING PAYMENT OR HONORING OF PREPETITION OBLIGATIONS TO TICKET HOLDERS, TRAVEL AGENTS AND INTERLINE SALES PARTNERS AND OBLIGATIONS FOR BANK CHARGES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 37    Filed 02/07/16

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 4 of 4 - ORDER RE MOTION FOR AN ORDER AUTHORIZING PAYMENT OR HONORING OF PREPETITION OBLIGATIONS TO TICKET HOLDERS, TRAVEL AGENTS AND INTERLINE SALES PARTNERS AND OBLIGATIONS FOR BANK CHARGES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 37    Filed 02/07/16

In re  SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn:  Timothy Sieber
7505 NE Airport Way
Portland, OR  97218

**Largest 20 Unsecured Creditors:**

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL  60654
**VIA EMAIL:
Kirk.Hoopingarner@quarles.com**

Accounting Principals
Attn:  Jonathon Schussler
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL  32256
**VIA EMAIL:
Jonathan.Schussler@Adeccona.com**

Aero Services
Attn:  Brooke Walker
1890 Renshaw Way
Juneau, AK  99801
**VIA EMAIL:
Brooke.Walker@atlanticaviation.com**

Airline Maintenance Service Inc.
Attn:  Erick Larson
1 Terminal Way Suite 302
Nashville, TN  37214
**VIA EMAIL:
erick.larson@airlinems.com**

American Express
Attn:  Carley Lehr
PO Box 53852
Phoenix, AZ  85072
**VIA EMAIL:  Carley.Lehr@aexp.com**

Atlantic Burbank
Attn:  LaVonne Sears
PO Box 79648
City of Industry, CA  91716
**VIA EMAIL:
lavonne.sears@atlanticaviation.com**

Aviall Services, Inc.
Attn:  Allison McCullough
P.O. BOX 842267
Dallas, TX  75284
**VIA EMAIL:
amccullough@aviall.com**

City of Memphis, Treasurer
Attn:  Angela Washington
Box 185
Memphis, TN  38101
**VIA EMAIL:
angelaw@mscaa.com**

DASH CA, Inc.
Attn:  Pat Kerrigan
250 St Andrews Way
Lompock, CA  93436
**VIA EMAIL:
patkdashca@aol.com**

Executive Express Aviation, LLC
Attn:  Keith Sisson
43W700 US Highway 30
Sugar Grove,  IL  60554
**VIA EMAIL:
k.sisson@iflysouthern.com**

Hill Fuel LLC
Attn:  Aldwin Harder
Box 808
Hoonah, AK  99829
**VIA EMAIL:
hillfuel12@gmail.com**

Kenyon International
  Emergency Svcs Inc.
Attn:  Aldwin Harder
5180 Grand Point Drive
Houston, TX  77090
**VIA EMAIL:
wbody@pattersonboyd.com**

Lane Powell
Attn:  David Hosenpud
1420 Fifth Avenue Suite 4200
Seattle, WA  98111
**VIA EMAIL:
HosenpudD@LanePowell.com**

Memphis Propeller Service, Inc.
Attn:  Leslie Davis
11098 Willow Ridge Drive
Olive Branch, MS  38654
**VIA EMAIL:
Leslie@memphispropeller.com**

Olson Brooksby PC
Attn:  Scott Brooksby
200 Pacific Building
520 SW Yamhill Street
Portland, OR  97204
**VIA EMAIL:
sbrooksby@olsonbrooksby.com**

Petro Marine Services/Alaska
  Oil Sales
Attn:  Aaron Sperbeck, Esq.
Box 396
Skagway, AK  99840
**VIA EMAIL: asperbeck@bhb.com**

Prime Turbines
Attn:  Robert W. Coleman
PO Box 956
Hyannis, MA  02601
**VIA EMAIL:
rcoleman@primeturbines.com**

Sabre Group, Inc.
Attn:  Russ Perkins
7285 Collection Center Dr.
Chicago, IL  60693
**VIA EMAIL: russ.perkins@sabre.com**

Tom's Aircraft Maintenance
Attn:  Tom Jacobson
2641 E. Spring Street
Long Beach, CA  90806
**VIA EMAIL: tom@tomsaircraft.com**

Travelport, LP
BV c/o Bank of America Lockbox
Attn:  Rhonda Shultes
PO Box 402395
Atlanta, GA  30384
**VIA EMAIL:
Rhonda.Shultes@travelport.com**

**U.S. Trustee's Office:**

Carla McClurg
US Trustee's Office
620 SW Main Street, Rm 213
Portland, OR 97205
**VIA EMAIL:
Carla.McClurg@usdoj.gov**

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.