**Motion For Authority to Obtain Credit
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (34)**

*sign in sheet attached*

| SeaPort Airlines, Inc. - db | ROBERT J VANDEN BOS |
| US Trustee, Portland - ust | KATHYRN EVANS PERKINS |

**Motion for Continuation of Utility Service.
Filed by Debtor SeaPort Airlines, Inc. (RICKS, DOUGLAS) (43)**

| SeaPort Airlines, Inc. - db | ROBERT J VANDEN BOS |
| US Trustee, Portland - ust | CARLA G MCCLURG |

Evidentiary Hearing:          Yes: ☒          No: ☐

---

## Motion for Continuation of Utility Service (43)

No objections filed.
Court granted the Motion for Continuation of Utility Service.
Mr. Ricks to prepare order, subject to approval as to form by UST.

## Motion for Authority to Obtain Credit (34)

SeaPort Airlines Exhibit 1 - admitted
Witnesses: Lauren Camero
            Timothy Sieber

Following the presentation of testimony, exhibits and argument, the Court granted the Motion for Authority to Obtain Credit. Mr. Ricks to prepare order, subject to approval as to form by UST. **Final Hearing set on Friday, 2/26/16 at 9:00am, Courtroom #3, Out-of-Town parties may appear by telephone.**

**An updated spreadsheet is due no later than on noon on 2/23/16.**

In Re: )
)
SeaPort AirLines, Inc. )
)
)
Debtor

Case # 16-30406-rld11

# List of Persons Attending

Date of Hearing 2/10/16

**PRINT YOUR NAME**

**PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT**

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
| --- | --- |
| Carla McClurg | UST |
| Heather Murray | Seaport |
| Joe Field | Avion Financial |
| Elle Hasimoto | " " |
| Doug Ricks | Debtor |
| Al Kennedy | Fountain Village Development |
| Timothy Sieb | SeaPort AirLines |
| Lauren Cameron | SeaPort AirLines |
| TEL: | |
| Kathryn Perkins | UST / Seattle |
| Michael Edelman | |
| Richard Cole | |
| Alduin Harder | |