IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | NOTICE OF HEARING |
| | ) | |
| Debtor-in-Possession. | ) | |

YOU ARE NOTIFIED THAT A HEARING to consider and act on the following:

**Motion to Supplement Nunc Pro Tunc the Interim Order Re Motion for an Order Authorizing Payment or Honoring of Prepetition Obligations to Ticket Holders, Travel Agents and Interline Sales Partners and Obligations for Bank Charges Entered on February 5, 2015 (Docket No. 25)**

WILL BE HELD ON **Tuesday, 02/16/2016** AT **1:30 p.m.** in hearing room number **#3**, U.S. Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, Oregon.

Testimony may be offered and received if admissible.

Any objections should be presented before or at time of the hearing. Parties wishing to appear at the hearing by telephone may call the Toll Free Call In No. (888) 684-8852; Access Code: 5870400. See attached Court's LBF 888 (Telephone Hearing Requirements). Each participant must also comply with each hearing requirement listed on LBF 888. [Note: If you have problems connecting, call the court at (503) 326-1500. Parties wishing to appear in person may appear in the Honorable Randall L. Dunn's courtroom at the U.S. Bankruptcy Court, Portland Division, 1001 SW 5th Ave., Suite 700, Portland, Oregon.

I certify that on February 10, 2016, a copy of the above notice was served on the Debtor, Chairperson of the Official Committee of Unsecured Creditors (if any), attorney(s) for the Chairperson of the Official Committee of Unsecured Creditors (if any) [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)], U.S. Trustee and parties requesting special notice.

See attached list. (**The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.**)

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession

Page 1 of 1 - NOTICE OF HEARING

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 51    Filed 02/10/16

## TELEPHONE HEARING REQUIREMENTS

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself. When the court calls your case, it's helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

888 (12/1/13)

<u>In re SeaPort Airlines, Inc.</u>;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

**20 Largest Unsecured Creditors:**

Kenyon International
  Emergency Svcs Inc.
5180 Grand Point Drive
Houston, TX 77090
**VIA EMAIL:
wbody@pattersonboyd.com**

Executive Express Aviation, LLC

43W700 US Highway 30
Sugar Grove, IL 60554
**VIA EMAIL:
k.sisson@iflysouthern.com**

Petro Marine Services/Alaska Oil
Sales
Box 396
Skagway, AK 99840
**VIA EMAIL: asperbeck@bhb.com**

American Express
PO Box 53852
Phoenix, AZ 85072
**VIA EMAIL: Carley.Lehr@aexp.com**

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL 60654
**VIA EMAIL:
Kirk.Hoopingarner@quarles.com**

Prime Turbines
PO Box 956
Hyannis, MA 02601
**VIA EMAIL:
rcoleman@primeturbines.com**

Tom's Aircraft Maintenance
2641 E. Spring Street
Long Beach, CA 90806
**VIA EMAIL: tom@tomsaircraft.com**

City of Memphis, Treasurer
Box 185
Memphis, TN 38101
**VIA EMAIL: angelaw@mscaa.com**

Sabre Group, Inc.
7285 Collection Center Dr.
Chicago, IL 60693
**VIA EMAIL:
russ.perkins@sabre.com**

Olson Brooskby PC
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204
**VIA EMAIL:
sbrooksby@olsonbrooksby.com**

Lane Powell
1420 Fifth Avenue Suite 4200
Seattle, WA 98111
**VIA EMAIL:
HosenpudD@LanePowell.com**

Aviall Services, Inc.
P.O. BOX 842267
Dallas, TX 75284
**VIA EMAIL:
amccullough@aviall.com**

DASH CA, Inc.
250 St Andrews Way
Lompock, CA 93436
**VIA EMAIL: patkdashca@aol.com**

Travelport, LP
BV c/o Bank of America Lockbox
Attn: William Evans. Sr. Comm Mgr.
 Air Commerce
PO Box 402395
Atlanta, GA 30384
**VIA EMAIL:
william.evans@travelport.com**

Hill Fuel LLC
Box 808
Hoonah, AK 99829
**VIA EMAIL: hillfuel12@gmail.com**

Memphis Propeller Service, Inc.
11098 Willow Ridge Drive
Olive Branch, MS 38654
**VIA EMAIL:
Leslie@memphispropeller.com**

Aero Services
1890 Renshaw Way
Juneau, AK 99801
**VIA EMAIL:
Brooke.Walker@atlanticaviation.com**

Airline Maintenance Service Inc.
1 Terminal Way Suite 302
Nashville, TN 37214
**VIA EMAIL:
erick.larson@airlinems.com**

Accounting Principals
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL 32256
**VIA EMAIL:
Jonathan.Schussler@Adeccona.com**

Atlantic Burbank
PO Box 79648
City of Industry, CA 91716
**VIA EMAIL:
lavonne.sears@atlanticaviation.com**

R2 Tech Systems
25 West Middle Lane
Rockville, MD 20850
**VIA EMAIL: ronie@r2tec.com**

Duncan Aviation
PO Box 956153 S
St. Louis, MO 63195
**VIA EMAIL:
Leslie.Bliss@duncanaviation.com**

Earthlink Business
1058 PO Box 2252
Birmingham, AL 35246
**VIA EMAIL: jpoverud@elnk.com**

**U.S. Trustee's Office:**
Carla McClurg
US Trustee's Office
851 SW Sixth Ave., Suite 1300
Portland, Oregon 97204
**VIA EMAIL:
Carla.McClurg@usdoj.gov**

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the Court's
Case Management/ Electronic Case File
system.