```
                          United States Bankruptcy Court
                                District of Oregon
In re:                                                                Case No. 16-30406-rld
SeaPort Airlines, Inc.                                                Chapter 11
         Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0979-3           User: Admin.              Page 1 of 1              Date Rcvd: Feb 08, 2016
                               Form ID: pdf018          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2016.
db              +SeaPort Airlines, Inc.,    7505 NE Airport Way,    Portland, OR 97218-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2016 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. 16-30406-rld11 |
|---|---|---|
| | ) | |
| SeaPort Airlines, Inc., | ) | ORDER GRANTING DEBTOR'S MOTION FOR |
| | ) | ORDER AUTHORIZING MAINTENANCE OF |
| | ) | CASH MANAGEMENT SYSTEMS AND FOR |
| | ) | CONTINUED USE OF CERTAIN EXISTING |
| Debtor-in-Possession. | ) | BANK ACCOUNTS |

THIS MATTER came before the Court on February 5, 2016, at 11:00 a.m. on SeaPort Airlines, Inc.'s ("Debtor") Debtor's Motion for Order Authorizing Maintenance of Cash Management Systems and for Continued Use of Certain Existing Bank Accounts (the "Motion"), due and adequate notice under the circumstanes having been given, and the Court otherwise being fully advised,

NOW, THEREFORE, it is ORDERED as follows:

1. Debtor is authorized to utilize the Accounts (a listing of which is attached hereto as **Exhibit A**) as described in the Motion at Bank of the West, First Republic Bank, U.S. Bank and Wells Fargo Bank ("Banks").

2. To the extent required to allow Debtors to continue to use the Accounts, Debtors are granted a waiver of those certain of the operating guidelines established by

Page 1 of 3 - ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING MAINTENANCE OF CASH MANAGEMENT SYSTEMS AND FOR CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS
VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 52    Filed 02/10/16

the Office of the U.S. Trustee for the District of Oregon that would otherwise require the Debtor to close all prepetition bank accounts, open new accounts designated as debtor-in-possession accounts, and provide for new business forms and stationary.  However, Debtor is still to close all other prepetition bank accounts, open new accounts designated as debtor-in-possession accounts, and take all reasonable steps to migrate Debtor's cash management into the new accounts designated as debtor-in-possession accounts.

3. The Banks at which the Accounts are maintained are hereby authorized to allow transfers to be made from, and deposits to be made into the Accounts in the same manner as transfers and deposits were made prior to the Petition Date.

4. Checks drawn on the Accounts dated prior to the Petition Date and the payment of other prepetition obligations shall be paid only upon authorization of this Court.  The Court authorizes that payroll checks issued prior to the Petition Date and drawn on the First Republic Account utilized as the payroll clearing account may be honored for the checks set forth on the attached **Exhibit B**.

5. Nothing contained herein shall prevent the Debtor from  open new accounts designated as debtor-in-possession accounts or closing such Accounts as the Debtor deems necessary.

6. Debtor shall implement appropriate accounting safeguards to ensure compliance with all other orders authorizing payments on prepetition obligations and to prevent any unauthorized payment on any prepetition obligations.

7. The 10 day stay of Bankruptcy Rule 6004(h) is hereby waived and this order shall be immediately effective.

/ / /

Page 2 of 3 - ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING MAINTENANCE OF CASH MANAGEMENT SYSTEMS AND FOR CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS
VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 52    Filed 02/10/16

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order. This Order shall be without prejudice to any party seeking to implement the UST Guidelines with respect to one or more of the Accounts.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

| PRESENTED BY: | First Class Mail: |
|---|---|
| | See Attached List |
| /s/Robert J Vanden Bos<br>Robert J Vanden Bos OSB #78100<br>Douglas R. Ricks, OSB #044026<br>Christopher N. Coyle, OSB #07350<br>VANDEN BOS & CHAPMAN, LLP<br>319 S.W. Washington, Suite 520<br>Portland, Oregon 97204<br>Telephone: (503) 241-4869<br>Fax: (503) 241-3731 | **Electronic Mail:**<br><br>The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system. |

Of Attorneys for Debtor-in-Possession

Page 3 of 3 - ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING MAINTENANCE OF CASH MANAGEMENT SYSTEMS AND FOR CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 52    Filed 02/10/16

In re SeaPort Airlines, Inc.
Chapter 11 Case No.

**Exhibit A**
SeaPort Airlines, Inc. Existing Accounts Sought to be Retained

| Bank | Account | Reason for Retention |
|---|---|---|
| Bank of the West | *-4243 | Account receives payments from Gravity Payments, Inc. (credit card processor) and Airline Reporting Corporation (third-party reservations). |
| Bank of the West | *-6248 | Account receives payments from Gravity Payments, Inc. and Airline Reporting Corporation. |
| First Republic Bank | *-0854 | Account received Essential Air Service payments. |
| First Republic Bank | *-1282 | Account serves as Payroll clearing account. |
| U.S. Bank | *-7725 | Account received payments from Simplified Interline Systems ("SIS"), a clearing house, and is required for participation in SIS. |
| Wells Fargo Bank | *-4435 | Account receives payments from American Express (credit card processor). |

SeaPort Airlines, INc.
Case No. 16-30406-rld11

Uncleared Payroll Checks

| Check # | Emp. Initial | Amount |
|---|---|---|
| 29143 | CB | $ 62.88 |
| 29144 | JP | $ 255.26 |
| 29145 | LS | $ 310.76 |
| 22536687 | JF | $329.97 |
| 22536688 | CL | $ 504.02 |
| 22536689 | PM | $ 422.62 |
| 22836691 | BM | $ 268.65 |
| 22536692 | HN | $ 606.24 |
| 22536693 | HC | $ 1,042.66 |
| 22536694 | RF | $ 428.03 |
| 22536695 | BC | $ 41.47 |
| 22536696 | CK | $ 75.06 |
|  |  |  |
|  |  | $ 4,347.62 |

EXHIBIT B - PAGE 1 OF 1

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

**Largest 20 Unsecured Creditors:**

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL 60654
**VIA EMAIL:**
**Kirk.Hoopingarner@quarles.com**

Accounting Principals
Attn: Jonathon Schussler
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL 32256
**VIA EMAIL:**
**Jonathan.Schussler@Adeccona.com**

Aero Services
Attn: Brooke Walker
1890 Renshaw Way
Juneau, AK 99801
**VIA EMAIL:**
**Brooke.Walker@atlanticaviation.com**

Airline Maintenance Service Inc.
Attn: Erick Larson
1 Terminal Way Suite 302
Nashville, TN 37214
**VIA EMAIL:**
**erick.larson@airlinems.com**

American Express
Attn: Carley Lehr
PO Box 53852
Phoenix, AZ 85072
**VIA EMAIL: Carley.Lehr@aexp.com**

Atlantic Burbank
Attn: LaVonne Sears
PO Box 79648
City of Industry, CA 91716
**VIA EMAIL:**
**lavonne.sears@atlanticaviation.com**

Aviall Services, Inc.
Attn: Allison McCullough
P.O. BOX 842267
Dallas, TX 75284
**VIA EMAIL:**
**amccullough@aviall.com**

City of Memphis, Treasurer
Attn: Angela Washington
Box 185
Memphis, TN 38101
**VIA EMAIL:**
**angelaw@mscaa.com**

DASH CA, Inc.
Attn: Pat Kerrigan
250 St Andrews Way
Lompock, CA 93436
**VIA EMAIL:**
**patkdashca@aol.com**

Executive Express Aviation, LLC
Attn: Keith Sisson
43W700 US Highway 30
Sugar Grove, IL 60554
**VIA EMAIL:**
**k.sisson@iflysouthern.com**

Hill Fuel LLC
Attn: Aldwin Harder
Box 808
Hoonah, AK 99829
**VIA EMAIL:**
**hillfuel12@gmail.com**

Kenyon International
   Emergency Svcs Inc.
Attn: Aldwin Harder
5180 Grand Point Drive
Houston, TX 77090
**VIA EMAIL:**
**wbody@pattersonboyd.com**

Lane Powell
Attn: David Hosenpud
1420 Fifth Avenue Suite 4200
Seattle, WA 98111
**VIA EMAIL:**
**HosenpudD@LanePowell.com**

Memphis Propeller Service, Inc.
Attn: Leslie Davis
11098 Willow Ridge Drive
Olive Branch, MS 38654
**VIA EMAIL:**
**Leslie@memphispropeller.com**

Olson Brooksby PC
Attn: Scott Brooksby
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204
**VIA EMAIL:**
**sbrooksby@olsonbrooksby.com**

Petro Marine Services/Alaska
   Oil Sales
Attn: Aaron Sperbeck, Esq.
Box 396
Skagway, AK 99840
**VIA EMAIL: asperbeck@bhb.com**

Prime Turbines
Attn: Robert W. Coleman
PO Box 956
Hyannis, MA 02601
**VIA EMAIL:**
**rcoleman@primeturbines.com**

Sabre Group, Inc.
Attn: Russ Perkins
7285 Collection Center Dr.
Chicago, IL 60693
**VIA EMAIL: russ.perkins@sabre.com**

Tom's Aircraft Maintenance
Attn: Tom Jacobson
2641 E. Spring Street
Long Beach, CA 90806
**VIA EMAIL: tom@tomsaircraft.com**

Travelport, LP
BV c/o Bank of America Lockbox
Attn: Rhonda Shultes
PO Box 402395
Atlanta, GA 30384
**VIA EMAIL:**
**Rhonda.Shultes@travelport.com**

**U.S. Trustee's Office:**

Carla McClurg
US Trustee's Office
620 SW Main Street, Rm 213
Portland, OR 97205
**VIA EMAIL:**
**Carla.McClurg@usdoj.gov**

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.