Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | ORDER DETERMINING ADEQUATE |
| | ) | ASSURANCE TO UTILITY COMPANIES |
| Debtor-in-Possession. | ) | |

THIS MATTER having come before the Court upon Debtor's Motion for Order Determining Adequate Assurance to Utility Companies filed by the Debtor-in-Possession, SeaPort Airlines, Inc. ("Debtor"), and the matter having come before the Court for hearing and the Court being duly advised in the premises and finding good cause therefor; now, therefore,

IT IS HEREBY ORDERED for each Utility Company that requests a deposit, payment of a deposit equal to one-month's average services to each Utility Company as set forth in **Exhibit 1** attached hereto constitutes adequate assurance of payment in accordance with 11 USC §366 unless and until further order of this Court and all utility companies (including, but not limited to, those utility companies listed on **Exhibit 1**) are hereby prohibited from altering, refusing, or discontinuing utility service without further

Page 1 of 2 -   ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Exhibit 2 - Page 1 of 3

Case 16-30406-rld11    Doc 56    Filed 02/11/16

order of this Court, provided, however, that this order is without prejudice to any utility company's right to seek additional or alternative assurance of payment upon further request of this Court.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

/s/Douglas R. Ricks
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

Of Attorneys for Debtor-in-Possession

**First Class Mail:**

**See Attached List**

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2of 2 - ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Exhibit 2 - Page 2 of 3

Case 16-30406-rld11    Doc 56    Filed 02/11/16

SEAPORT AIRLINES, INC.
UTILITY COMPANIES

| Name of Utility Company | Mailing Address | City, State Zip | Account # | Type of Service Provided | Total amount paid during last 12 months | Deposit Amount* (auto calculating) |
|---|---|---|---|---|---|---|
| Delta Western | P.O. Box 94356 | Seattle, WA 98124-6656 | | Diesel Heating Oil | $ 11,688.16 | $ 974.01 |
| City & Borough of Juneau | 1873 Shell Simmons Drive #200 | Juneau, AK 99801 | 736401 | Water and Sewer charge | $ 1,533.55 | $ 127.80 |
| Alaska Pacific Environmental dba Pacific Waste | 5211 Stark Street | Juneau, AK 99801 | | Dumster rental & weekly garbage | $ 3,351.62 | $ 279.30 |
| AEL&P | 5601 Tonsgard Ct. | Juneau, AK 99801 | 1033264 | Electric | $ 15,173.77 | $ 1,264.48 |
| Atlantic Aviation | PO Box 951186 | Dallas, TX 75395-1186 | | Flat rate utilities | $ 5,600.00 | $ 466.67 |
| Pacific Power | PO Box 26000 | Portland, OR 97256-0001 | 86708901-001 3 | Electric | $ 525.23 | $ 43.77 |
| City of Pendleton | 500 SW Dorion Ave. | Pendleton, OR 97801 | SEA0008 | Water Service | $ 676.30 | $ 56.36 |
| Cascade Natural Gas Corp. | Box 990065 | Boise, ID 83799-0065 | 29372200005 | Natural Gas | $ 345.21 | $ 28.77 |
| Suddenlink | PO Box 660365 | Dallas, TX 75266-0366 | 712107001 | Cable | $ 1,193.16 | $ 99.43 |
| Resort TV Cable Co. | PO Box 2153 | Birmingham, AL 35287-1228 | 280259-01 | Internet | $ 1,490.45 | $ 124.20 |

Exhibit 1 - Page 1 of 1

**Exhibit 2 - Page 3 of 3**

Case 16-30406-rld11    Doc 56    Filed 02/11/16

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR  97218

**Largest 20 Unsecured Creditors:**

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL  60654
**VIA EMAIL:**
**Kirk.Hoopingarner@quarles.com**

Accounting Principals
Attn: Jonathon Schussler
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL  32256
**VIA EMAIL:**
**Jonathan.Schussler@Adeccona.com**

Aero Services
Attn: Brooke Walker
1890 Renshaw Way
Juneau, AK  99801
**VIA EMAIL:**
**Brooke.Walker@atlanticaviation.com**

Airline Maintenance Service Inc.
Attn: Erick Larson
1 Terminal Way Suite 302
Nashville, TN  37214
**VIA EMAIL:**
**erick.larson@airlinems.com**

American Express
Attn: Carley Lehr
PO Box 53852
Phoenix, AZ  85072
**VIA EMAIL:  Carley.Lehr@aexp.com**

Atlantic Burbank
Attn: LaVonne Sears
PO Box 79648
City of Industry, CA  91716
**VIA EMAIL:**
**lavonne.sears@atlanticaviation.com**

Aviall Services, Inc.
Attn: Allison McCullough
P.O. BOX 842267
Dallas, TX  75284
**VIA EMAIL:**
**amccullough@aviall.com**

City of Memphis, Treasurer
Attn: Angela Washington
Box 185
Memphis, TN  38101
**VIA EMAIL:**
**angelaw@mscaa.com**

DASH CA, Inc.
Attn: Pat Kerrigan
250 St Andrews Way
Lompock, CA  93436
**VIA EMAIL:**
**patkdashca@aol.com**

Executive Express Aviation, LLC
Attn: Keith Sisson
43W700 US Highway 30
Sugar Grove,  IL  60554
**VIA EMAIL:**
**k.sisson@iflysouthern.com**

Hill Fuel LLC
Attn: Aldwin Harder
Box 808
Hoonah, AK  99829
**VIA EMAIL:**
**hillfuel12@gmail.com**

Kenyon International
  Emergency Svcs Inc.
Attn: Aldwin Harder
5180 Grand Point Drive
Houston, TX  77090
**VIA EMAIL:**
**wbody@pattersonboyd.com**

Lane Powell
Attn: David Hosenpud
1420 Fifth Avenue Suite 4200
Seattle, WA  98111
**VIA EMAIL:**
**HosenpudD@LanePowell.com**

Memphis Propeller Service, Inc.
Attn: Leslie Davis
11098 Willow Ridge Drive
Olive Branch, MS  38654
**VIA EMAIL:**
**Leslie@memphispropeller.com**

Olson Brooskby PC
Attn: Scott Brooksby
200 Pacific Building
520 SW Yamhill Street
Portland, OR  97204
**VIA EMAIL:**
**sbrooksby@olsonbrooksby.com**

Petro Marine Services/Alaska
  Oil Sales
Attn: Aaron Sperbeck, Esq.
Box 396
Skagway, AK  99840
**VIA EMAIL: asperbeck@bhb.com**

Prime Turbines
Attn: Robert W. Coleman
PO Box 956
Hyannis, MA  02601
**VIA EMAIL:**
**rcoleman@primeturbines.com**

Sabre Group, Inc.
Attn: Russ Perkins
7285 Collection Center Dr.
Chicago, IL  60693
**VIA EMAIL: russ.perkins@sabre.com**

Tom's Aircraft Maintenance
Attn: Tom Jacobson
2641 E. Spring Street
Long Beach, CA  90806
**VIA EMAIL: tom@tomsaircraft.com**

Travelport, LP
BV c/o Bank of America Lockbox
Attn: William Evans
PO Box 402395
Atlanta, GA  30384
**VIA EMAIL:**
**william.evans@travelport.com**

**U.S. Trustee's Office:**

Carla McClurg
US Trustee's Office
620 SW Main Street, Rm 213
Portland, OR 97205
**VIA EMAIL:**
**Carla.McClurg@usdoj.gov**

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**Utilities:**

AEL&P
5601 Tonsgard Ct.
Juneau, AK  99801
**VIA EMAIL: Service@aelp.com**

Alaska Pacific Environmental
dba Pacific Waste
5211 Stark Street
Juneau, AK  99801

Atlantic Aviation
PO Box 951186
Dallas, TX  75395-1186
**VIA EMAIL:
Kathleen.larsen@atlanticaviation.com**

Cascade Natural Gas Corp.
Box 990065
Boise, ID  83799-0065
**VIA EMAIL: Customerservice@cngc.com**

City & Borough of Juneau
1873 Shell Simmons Drive #200
Juneau, AK 99801

City of Pendleton
500 SW Dorion Ave.
Pendleton, OR 97801

Delta Western
P.O. Box 94356
Seattle, WA  98124-6656

Pacific Power
PO Box 26000
Portland, OR 97256-0001

Resort TV Cable Co.
PO Box 2153
Birmingham, AL 35287-1228

Suddenlink
PO Box 660365
Dallas, TX 75266-0366
**VIA EMAIL:
Rhonda.fielder@suddenlink.com**

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.