Carla G. McClurg, CSB# 227738
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.,<br><br>Debtor. | Case No. 16-30406-rld11<br><br>APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to sections 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

| | |
|---|---|
| JA Flight Services, LLC<br>c/o Bruce A. Jacobs, President<br>43W700 US Route 30<br>Sugar Grove, IL 60554<br><br>        Chair | Phone:  (312) 622-7200<br>Email:  bjacobs@jaair.com |
| Olson Brooksby PC<br>c/o Scott Brooksby, Esq.<br>200 Pacific Building<br>520 SW Yamhill Street<br>Portland, OR 97204 | Phone:  (503) 290-2420<br>Email:  sbrooksby@olsonbrooksby.com |
| Memphis Propeller Service, Inc.<br>c/o Mark Matthews, President<br>11098 Willow Ridge Drive<br>Olive Branch, MS 38654 | Phone:  (662) 895-5282<br>Email:  mark@memphispropeller.com |

DATED this 12th day of February, 2016.

                                       Respectfully submitted,
                                       GAIL BREHM GEIGER
                                       Acting U.S. Trustee for Region 18

                                       /s/ Carla G. McClurg
                                       Carla G. McClurg, CSB# 227738
                                       Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I served a copy of the foregoing APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS by mailing a copy of this document, by United States first-class mail, postage prepaid, addressed to the following:

SeaPort Airlines, Inc.
7505 NE Airport Way
Portland, OR 97218

I further certify that on February 12, 2016, I served a copy of the foregoing by sending a copy of this document by email to the committee members named herein.

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

  /s/ Carla G. McClurg
Carla G. McClurg, CSB# 227738
Trial Attorney