# VANDEN BOS & CHAPMAN, LLP

### ATTORNEYS AT LAW

ROBERT J VANDEN BOS
ANN K. CHAPMAN
_____
DOUGLAS R. RICKS *
CHRISTOPHER N. COYLE *

* Also Admitted in Washington

SUITE 520, THE SPALDING BUILDING
319 SW WASHINGTON STREET
PORTLAND, OREGON 97204-2690
Website: vbcattorneys.com

Sender's Email:
doug@vbcattorneys.com

TELEPHONE
(503) 241-4869
_____
FAX
(503) 241-3731

February 12, 2016

The Honorable Randall L. Dunn
US Bankruptcy Judge
US Bankruptcy Court
1001 SW Fifth Avenue, Suite 700
Portland, Oregon  97204

Re:    In re  SeaPort Airlines, Inc.;
        Chapter 11 Case No. 16-30406-rld11

1)   Authorizing Debtor to Pay Prepetition Payroll,
      Payroll Taxes, Employee Health Insurance
      Premiums, and Workers' Compensation Insurance
      Premiums and Other Employee Expenses
      (Dkt. No. 22); and

2)   Order Granting Debtor's Motion for Order
      Authorizing Maintenance of Cash Management
      Systems and for Continued Use of Certain Existing
      Bank Accounts (Dkt. No. 31)

Dear Judge Dunn:

Our office has uploaded to the Court an Amended Order Authorizing Debtor to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums, and Workers' Compensation Insurance Premiums and Other Employee Expenses ("Amended Payroll Order") and Order Granting Debtor's Motion for Order Authorizing Maintenance of Cash Management Systems and for Continued Use of Certain Existing Bank Accounts ("Amended Banking Order") (copies of which are attached hereto for your convenience).

The amendment to the Amended Payroll Order was made to **Exhibit A** and the amendment to the Amended Banking Order was made to **Exhibit B**. Two employee checks of employees that worked for Debtor.  One was returned by the employee's bank and the other was not paid due to an incomplete time sheet.  Debtor would like to reissue checks to the two employees, which are listed as Employee Nos. 83 and 173 on **Exhibit A** of the Amended Banking Order.  Debtor has amended each of the applicable Exhibits to include the two employees so the employees will receive their wages.  Payment to the two employees does not exceed the priority cap set forth in Section 507(a)(4).

In addition, the text of the Orders has been revised to address the prepetition employer tax obligations and the Certificate of Deposit account at First Republic Bank, which were discussed at the hearings held on Wednesday, February 10, 2016.

# VANDEN BOS & CHAPMAN

Carla McClurg of the U.S. Trustee's office has no objection to the Amended Payroll Order and the Amended Banking Order for the purpose of making payment to the two employees.

If you have any questions, please contact me.

Sincerely,

VANDEN BOS & CHAPMAN, LLP

/s/Douglas R. Ricks
Douglas R. Ricks

DRR:sp
Enc

cc:     SeaPort Airlines, Inc.
        Carla McClurg

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| | ) | **AMENDED** ORDER AUTHORIZING DEBTOR TO |
| SeaPort Airlines, Inc., | ) | PAY PREPETITION PAYROLL, PAYROLL |
| | ) | TAXES, EMPLOYEE HEALTH INSURANCE |
| | ) | PREMIUMS, AND WORKERS' COMPENSATION |
| | ) | INSURANCE PREMIUMS AND OTHER |
| Debtor-in-Possession. | ) | EMPLOYEE EXPENSES |

Based on the Debtor-in-Possession's Motion for Authority to Pay Prepetition

Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers'

Compensation Premiums (Docket No. 5), and the Court finding good cause exists for

granting the Motion,

IT IS HEREBY ORDERED that the "Motion for Authority to Pay Prepetition

Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers' Compensation

Insurance Premiums" (Docket No. 5) is granted. The Debtor-in-Possession is authorized to

pay its employees their full paychecks for the pay period from February 1, 2016 through

and including February 15, 2016, which includes prepetition amounts for wages earned

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

between February 1 and February 5, 2016, to be paid on the February 19, 2016 payday. In no event shall the Debtor be authorized to pay an employee an amount greater than the limit set forth in 11 U.S.C. § 507(a)(4) on account of prepetition wages or commissions. Attached as **Exhibit A** is a summary of the payroll obligations (including accrued sick and vacation pay earned within 180 days of the Petition Date), both pre-petition and post-petition, for all employees of the Debtor during the current pay period. None of the amounts listed in the column entitled "Total Priority Amount" exceed the statutory maximum in 11 U.S.C. § 507(a)(4).

IT IS FURTHER ORDERED that Debtor is authorized to pay other compensation, employee benefits (including the expense reimbursements shown on **Exhibit A**) due to its employees pre-petition, including allowing employees to take paid vacation time and/or sick leave in the ordinary course of business; provided, however, that such authority is limited to the priority amount of 11 U.S.C. § 507(a)(4)-(5) and is limited to benefits accrued during the 180-day period preceding the Petition Date.

IT IS FURTHER ORDERED that Debtor is authorized to pay uncleared prepetition payroll checks as of the Petition Date as shown on **Exhibit A**, and no other uncleared prepetition payroll checks, and further provided that the aggregate amount paid to the employee shall not exceed the priority cap set forth in Section 507(a)(4).

IT IS FURTHER ORDERED that Debtor is authorized to pay employer tax obligations incurred pre-petition for the payroll periods ending on February 5, 2016 and February 19, 2016.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

PRESENTED BY:


/s/Douglas R. Ricks
Robert J Vanden Bos, OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
Telephone:  (503) 241-4869
Fax: (503) 241-3731

      Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List.  (The original Service List
is attached to the original copy filed with the
Court only.  Creditors may request a copy of
the Service List by contacting Debtor's
attorney.)

**Electronic Mail:**

The foregoing was served on all CM/ECF
participants through the Court's Case
Management/Electronic Case File system.

Page 3 of 3 - **AMENDED** ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES,
EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS
AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 61    Filed 02/12/16

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation | | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time | | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Vac Accrued Before: 8/9/15 | Vac Accrued After: 8/9/15 | | Sick Accrued Before: 8/9/15 | Sick Accrued On or After: 8/9/15 | | | | | | |
| 1 | RM | $ 2,013.88 | $ 10,874.59 | $ 5,855.55 | $ 5,019.04 | $ - | $ - | $ - | $ 110.00 | $ 50.00 | | $ 13,048.47 | $ 7,192.92 | $ 5,855.55 |
| 2 | NM | $ 1,319.44 | $ 8,038.16 | $ 4,384.45 | $ 3,653.71 | $ - | $ - | $ - | | $ 50.00 | | $ 9,407.60 | $ 5,023.15 | $ 4,384.45 |
| 3 | TS | $ 1,444.44 | $ 7,899.71 | $ 4,899.82 | $ 2,999.89 | $ - | $ - | $ - | $ 168.48 | $ 50.00 | | $ 9,562.63 | $ 4,662.81 | $ 4,899.82 |
| 4 | DP | $ 1,072.91 | $ 4,308.01 | $ 2,525.37 | $ 1,782.62 | $ - | $ - | $ - | $ 826.67 | $ 50.00 | | $ 6,257.57 | $ 3,732.20 | $ 2,525.37 |
| 5 | WJ | $ 1,388.88 | $ 1,009.58 | $ - | $ 1,009.58 | $ - | $ - | $ - | $ 1,191.97 | $ 50.00 | | $ 3,640.43 | $ 3,640.43 | $ - |
| 6 | RC | $ 539.04 | $ 4,267.96 | $ 1,496.56 | $ 2,771.40 | $ - | $ - | $ - | | $ 50.00 | | $ 4,857.00 | $ 3,360.44 | $ 1,496.56 |
| 7 | HT | $ - | $ 4,394.40 | $ 1,263.00 | $ 3,131.40 | $ - | $ - | $ - | | $ 50.00 | | $ 4,444.40 | $ 3,181.40 | $ 1,263.00 |
| 8 | SH | $ 833.33 | $ 3,634.48 | $ 1,557.64 | $ 2,076.84 | 449.69 | 449.69 | $ - | $ 179.62 | $ 50.00 | | $ 5,147.12 | $ 3,139.79 | $ 2,007.33 |
| 9 | JB | $ 908.49 | $ 2,305.06 | $ 418.25 | $ 1,886.81 | $ - | $ - | $ - | $ 135.00 | $ 50.00 | | $ 3,398.55 | $ 2,980.30 | $ 418.25 |
| 10 | BC | $ 538.58 | $ 4,175.58 | $ 1,958.46 | $ 2,217.22 | $ - | $ - | $ - | | $ 50.00 | | $ 4,764.26 | $ 2,805.80 | $ 1,958.46 |
| 11 | HO | $ 694.44 | $ 2,716.25 | $ 793.24 | $ 1,923.01 | $ - | $ - | $ - | | $ 50.00 | | $ 3,460.69 | $ 2,667.45 | $ 793.24 |
| 12 | TM | $ 902.77 | $ 1,687.44 | $ - | $ 1,687.44 | $ - | $ - | $ - | | $ 50.00 | | $ 2,640.21 | $ 2,640.21 | $ - |
| 13 | JP | $ 573.55 | $ 1,829.87 | $ - | $ 1,829.87 | $ - | $ - | $ - | | $ 50.00 | | $ 2,453.42 | $ 2,453.42 | $ - |
| 14 | GD | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,241.00 | $ 50.00 | | $ 2,291.00 | $ 2,291.00 | $ - |
| 15 | MO | $ - | $ 4,206.70 | $ 2,133.58 | $ 2,073.12 | $ - | $ - | $ - | | $ 50.00 | | $ 4,256.70 | $ 2,123.12 | $ 2,133.58 |
| 16 | CJ | $ 702.77 | $ 1,216.30 | $ - | $ 1,216.30 | $ - | $ - | $ - | | $ 50.00 | | $ 1,969.07 | $ 1,969.07 | $ - |
| 17 | PB | $ 1,041.66 | $ 757.18 | $ - | $ 757.18 | $ - | $ - | $ - | | $ 50.00 | | $ 1,848.84 | $ 1,848.84 | $ - |
| 18 | MK | $ 880.00 | $ 880.00 | $ - | $ 880.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,810.00 | $ 1,810.00 | $ - |
| 19 | LC | $ 624.99 | $ 1,211.49 | $ 86.52 | $ 1,124.97 | $ - | $ - | $ - | | $ 50.00 | | $ 1,886.48 | $ 1,799.96 | $ 86.52 |
| 20 | CN | $ 728.00 | $ 1,765.40 | $ 746.20 | $ 1,019.20 | $ - | $ - | $ - | | $ 50.00 | | $ 2,543.40 | $ 1,797.20 | $ 746.20 |
| 21 | NR | $ 743.05 | $ 1,054.53 | $ 128.60 | $ 925.93 | $ - | $ - | $ - | | $ 50.00 | | $ 1,847.58 | $ 1,718.98 | $ 128.60 |
| 22 | JB | $ 555.55 | $ 1,659.55 | $ 736.51 | $ 923.04 | $ - | $ - | $ - | $ 50.00 | $ 50.00 | | $ 2,315.10 | $ 1,578.59 | $ 736.51 |
| 23 | KS | $ 555.55 | $ 1,723.59 | $ 800.55 | $ 923.04 | $ - | $ - | $ - | | $ 50.00 | | $ 2,329.14 | $ 1,528.59 | $ 800.55 |
| 24 | RP | $ 880.00 | $ 594.00 | $ - | $ 594.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,524.00 | $ 1,524.00 | $ - |
| 25 | MF | $ 520.00 | $ - | $ 52.00 | $ 897.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,519.00 | $ 1,467.00 | $ 52.00 |
| 26 | PK | $ 740.00 | $ 814.00 | $ 148.00 | $ 666.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,604.00 | $ 1,456.00 | $ 148.00 |
| 27 | RS | $ 720.00 | $ 378.00 | $ - | $ 378.00 | $ - | $ - | $ - | $ 307.39 | $ 50.00 | | $ 1,455.39 | $ 1,455.39 | $ - |
| 28 | PW | $ 560.00 | $ 1,008.00 | $ 168.00 | $ 840.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,618.00 | $ 1,450.00 | $ 168.00 |
| 29 | JJ | $ 560.00 | $ 896.00 | $ 112.00 | $ 784.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,506.00 | $ 1,394.00 | $ 112.00 |
| 30 | HC | $ 580.00 | $ 1,624.00 | $ 870.00 | $ 754.00 | $ - | $ - | $ - | | $ 50.00 | $ 1,042.66 | $ 3,296.66 | $ 2,426.66 | $ 870.00 |
| 31 | AG | $ 540.80 | $ 1,581.84 | $ 824.72 | $ 757.12 | $ - | $ - | $ - | | $ 50.00 | | $ 2,172.64 | $ 1,347.92 | $ 824.72 |
| 32 | KL | $ 251.74 | $ 939.17 | $ 75.57 | $ 863.60 | $ - | $ - | $ - | $ 175.00 | $ 50.00 | | $ 1,415.91 | $ 1,340.34 | $ 75.57 |
| 33 | MH | $ 763.88 | $ 475.94 | $ - | $ 475.94 | $ - | $ - | $ - | | $ 50.00 | | $ 1,289.82 | $ 1,289.82 | $ - |
| 34 | EO | $ 260.00 | $ 715.00 | $ - | $ 715.00 | 520.00 | 260.00 | 260.00 | | $ 50.00 | | $ 1,545.00 | $ 1,285.00 | $ 260.00 |
| 35 | WA | $ 468.62 | $ 735.48 | $ - | $ 735.48 | $ - | $ - | $ - | | $ 50.00 | | $ 1,254.10 | $ 1,254.10 | $ - |
| 36 | KH | $ 251.74 | $ 1,314.83 | $ 364.87 | $ 949.96 | $ - | $ - | $ - | | $ 50.00 | | $ 1,616.57 | $ 1,251.70 | $ 364.87 |
| 37 | DG | $ 520.00 | $ 663.00 | $ - | $ 663.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,233.00 | $ 1,233.00 | $ - |
| 38 | CB | $ - | $ 1,173.55 | $ - | $ 1,173.55 | $ - | $ - | $ - | | $ 50.00 | | $ 1,223.55 | $ 1,223.55 | $ - |
| 39 | AD | $ 480.00 | $ 672.00 | $ 48.00 | $ 624.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,202.00 | $ 1,154.00 | $ 48.00 |
| 40 | PM | $ 520.00 | $ 624.00 | $ 52.00 | $ 572.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,194.00 | $ 1,142.00 | $ 52.00 |

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation | | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time | | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vac Accrued Before: 8/9/15 | Vac Accrued After: 8/9/15 | | Sick Accrued Before: 8/9/15 | Sick Accrued On or After: 8/9/15 | | | | | | |
| 41 | DM | $ 469.02 | $ 602.85 | $ - | $ 602.85 | $ - | $ - | $ - | | $ 50.00 | | $ 1,121.87 | $ 1,121.87 | $ - |
| 42 | LO | $ - | $ 1,454.80 | $ 384.88 | $ 1,069.92 | $ - | $ - | $ - | | $ 50.00 | | $ 1,504.80 | $ 1,119.92 | $ 384.88 |
| 43 | SH | $ 540.80 | $ 635.44 | $ 108.16 | $ 527.28 | $ - | $ - | $ - | | $ 50.00 | | $ 1,226.24 | $ 1,118.08 | $ 108.16 |
| 44 | BZ | $ 720.00 | $ 252.00 | $ - | $ 252.00 | $ - | $ - | $ - | $ 70.68 | $ 50.00 | | $ 1,092.68 | $ 1,092.68 | $ - |
| 45 | KA | $ 240.08 | $ 803.01 | $ 61.77 | $ 741.24 | $ - | $ - | $ - | | $ 50.00 | | $ 1,093.09 | $ 1,031.32 | $ 61.77 |
| 46 | RM | $ 240.08 | $ 803.01 | $ 61.77 | $ 741.24 | $ - | $ - | $ - | | $ 50.00 | | $ 1,093.09 | $ 1,031.32 | $ 61.77 |
| 47 | JT | $ 800.00 | $ 180.00 | $ - | $ 180.00 | $ - | $ - | $ - | | $ 50.00 | | $ 1,030.00 | $ 1,030.00 | $ - |
| 48 | CD | $ 469.02 | $ 482.28 | $ - | $ 482.28 | $ - | $ - | $ - | | $ 50.00 | | $ 1,001.30 | $ 1,001.30 | $ - |
| 49 | CL | $ 468.62 | $ 482.25 | $ - | $ 482.25 | $ - | $ - | $ - | | $ 50.00 | $ 504.02 | $ 1,504.89 | $ 1,504.89 | $ - |
| 50 | KB | $ 580.00 | $ 362.50 | $ - | $ 362.50 | $ - | $ - | $ - | | $ 50.00 | | $ 992.50 | $ 992.50 | $ - |
| 51 | AS | $ 240.08 | $ 803.01 | $ 247.08 | $ 555.93 | $ - | $ - | $ - | $ 140.00 | $ 50.00 | | $ 1,233.09 | $ 986.01 | $ 247.08 |
| 52 | RW | $ 468.62 | $ 442.09 | $ - | $ 442.09 | $ - | $ - | $ - | | $ 50.00 | | $ 960.71 | $ 960.71 | $ - |
| 53 | JB | $ 468.62 | $ 281.33 | $ - | $ 281.33 | $ - | $ - | $ - | $ 140.00 | $ 50.00 | | $ 939.95 | $ 939.95 | $ - |
| 54 | AG | $ 680.00 | $ 204.00 | $ - | $ 204.00 | $ - | $ - | $ - | | $ 50.00 | | $ 934.00 | $ 934.00 | $ - |
| 55 | SM | $ 540.00 | $ 324.00 | $ - | $ 324.00 | $ - | $ - | $ - | | $ 50.00 | | $ 914.00 | $ 914.00 | $ - |
| 56 | MG | $ 240.08 | $ 605.35 | $ - | $ 605.35 | $ - | $ - | $ - | | $ 50.00 | | $ 895.43 | $ 895.43 | $ - |
| 57 | KB | $ 640.00 | $ 160.00 | $ - | $ 160.00 | $ - | $ - | $ - | $ 33.46 | $ 50.00 | | $ 883.46 | $ 883.46 | $ - |
| 58 | MJ | $ 720.00 | $ 108.00 | $ - | $ 108.00 | $ - | $ - | $ - | | $ 50.00 | | $ 878.00 | $ 878.00 | $ - |
| 59 | AF | $ 580.00 | $ 246.50 | $ - | $ 246.50 | $ - | $ - | $ - | | $ 50.00 | | $ 876.50 | $ 876.50 | $ - |
| 60 | FT | $ 280.80 | $ 645.84 | $ 112.32 | $ 533.52 | $ - | $ - | $ - | | $ 50.00 | | $ 976.64 | $ 864.32 | $ 112.32 |
| 61 | JN | $ 561.60 | $ 238.68 | $ - | $ 238.68 | $ - | $ - | $ - | | $ 50.00 | | $ 850.28 | $ 850.28 | $ - |
| 62 | KD | $ 220.00 | $ 374.00 | $ 44.00 | $ 330.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 1,084.00 | $ 820.00 | $ 264.00 |
| 63 | SB | $ 468.62 | $ 241.14 | $ - | $ 241.14 | $ - | $ - | $ - | | $ 50.00 | | $ 759.76 | $ 759.76 | $ - |
| 64 | JM | $ 400.00 | $ 440.00 | $ 440.00 | $ - | $ 400.00 | $ 100.00 | $ 300.00 | | $ 50.00 | | $ 1,290.00 | $ 750.00 | $ 540.00 |
| 65 | TS | $ 220.00 | $ 253.00 | $ - | $ 253.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 963.00 | $ 743.00 | $ 220.00 |
| 66 | ME | $ - | $ 679.47 | $ - | $ 679.47 | $ - | $ - | $ - | | $ 50.00 | | $ 729.47 | $ 729.47 | $ - |
| 67 | JD | $ 290.00 | $ 58.00 | $ - | $ 58.00 | $ 290.00 | $ - | $ 290.00 | | $ 50.00 | | $ 688.00 | $ 688.00 | $ - |
| 68 | RC | $ 250.00 | $ 175.00 | $ 50.00 | $ 125.00 | $ 500.00 | $ 250.00 | $ 250.00 | | $ 50.00 | | $ 975.00 | $ 675.00 | $ 300.00 |
| 69 | JF | $ 240.08 | $ 370.62 | $ - | $ 370.62 | $ - | $ - | $ - | | $ 50.00 | $ 329.97 | $ 990.67 | $ 990.67 | $ - |
| 70 | RH | $ 240.08 | $ 370.62 | $ - | $ 370.62 | $ - | $ - | $ - | | $ 50.00 | | $ 660.70 | $ 660.70 | $ - |
| 71 | DW | $ 468.62 | $ 120.57 | $ - | $ 120.57 | $ - | $ - | $ - | | $ 50.00 | | $ 639.19 | $ 639.19 | $ - |
| 72 | SK | $ 540.00 | $ 40.50 | $ - | $ 40.50 | $ - | $ - | $ - | | $ 50.00 | | $ 630.50 | $ 630.50 | $ - |
| 73 | JL | $ 460.00 | $ 92.00 | $ - | $ 92.00 | $ - | $ - | $ - | | $ 50.00 | | $ 602.00 | $ 602.00 | $ - |
| 74 | TC | $ 240.08 | $ 304.73 | $ - | $ 304.73 | $ - | $ - | $ - | | $ 50.00 | | $ 594.81 | $ 594.81 | $ - |
| 75 | MW | $ 220.00 | $ 99.00 | $ - | $ 99.00 | $ 330.00 | $ 110.00 | $ 220.00 | | $ 50.00 | | $ 699.00 | $ 589.00 | $ 110.00 |
| 76 | HN | $ 535.60 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | $ 606.24 | $ 1,191.84 | $ 1,191.84 | $ - |
| 77 | EA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 396.00 | $ 132.00 | $ 264.00 | | $ 50.00 | | $ 710.00 | $ 578.00 | $ 132.00 |
| 78 | SM | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 396.00 | $ 132.00 | $ 264.00 | | $ 50.00 | | $ 710.00 | $ 578.00 | $ 132.00 |
| 79 | AM | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 396.00 | $ 132.00 | $ 264.00 | | $ 50.00 | | $ 710.00 | $ 578.00 | $ 132.00 |
| 80 | GA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | | $ 666.00 | $ 578.00 | $ 88.00 |

Case 16-30406-rld11    Doc 61    Filed 02/12/16

| Employee # | Employee Initials | Wages Owed as of: | Total Accrued Vacation as of: | Breakout Total Vacation | | Total Accrued Sick as of: | Breakout Total Sick Time | | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vac Accrued Before: | Vac Accrued After: | | Sick Accrued Before: | Sick Accrued On or After: | | | | | | |
| | | 2/5/2016 | 2/5/2016 | 8/9/15 | 8/9/15 | 2/5/2016 | 8/9/15 | 8/9/15 | | | | | | |
| 81 | JB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | | $ 666.00 | $ 578.00 | $ 88.00 |
| 82 | RB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | | $ 666.00 | $ 578.00 | $ 88.00 |
| 83 | SB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 352.00 | $ 88.00 | $ 264.00 | | $ 50.00 | $ 661.73 | $ 1,327.73 | $ 1,239.73 | $ 88.00 |
| 84 | JH | $ 220.00 | $ 213.00 | $ 169.00 | $ 44.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 923.00 | $ 534.00 | $ 389.00 |
| 85 | PL | $ 220.00 | $ 88.00 | $ 44.00 | $ 44.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 798.00 | $ 534.00 | $ 264.00 |
| 86 | CM | $ 220.00 | $ 88.00 | $ 44.00 | $ 44.00 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 798.00 | $ 534.00 | $ 264.00 |
| 87 | MK | $ 215.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 255.72 | $ 50.00 | | $ 520.72 | $ 520.72 | $ - |
| 88 | KE | $ 220.00 | $ 27.50 | $ - | $ 27.50 | $ 440.00 | $ 220.00 | $ 220.00 | | $ 50.00 | | $ 737.50 | $ 517.50 | $ 220.00 |
| 89 | AS | $ - | $ 704.18 | $ 247.08 | $ 457.10 | $ - | $ - | $ - | | $ 50.00 | | $ 754.18 | $ 507.10 | $ 247.08 |
| 90 | AF | $ 240.08 | $ 197.66 | $ - | $ 197.66 | $ - | $ - | $ - | | $ 50.00 | | $ 487.74 | $ 487.74 | $ - |
| 91 | CS | $ 240.08 | $ 185.31 | $ - | $ 185.31 | $ - | $ - | $ - | | $ 50.00 | | $ 475.39 | $ 475.39 | $ - |
| 92 | KK | $ - | $ 241.28 | $ 120.64 | $ 120.64 | $ 301.60 | $ - | $ 301.60 | | $ 50.00 | | $ 592.88 | $ 472.24 | $ 120.64 |
| 93 | LK | $ 215.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 201.15 | $ 50.00 | | $ 466.15 | $ 466.15 | $ - |
| 94 | VB | $ 220.00 | $ - | $ - | $ - | $ 176.00 | $ - | $ 176.00 | | $ 50.00 | $ 442.27 | $ 888.27 | $ 888.27 | $ - |
| 95 | CK | $ 220.00 | $ - | $ - | $ - | $ 176.00 | $ - | $ 176.00 | | $ 50.00 | | $ 446.00 | $ 446.00 | $ - |
| 96 | KJ | $ 215.00 | $ - | $ - | $ - | $ 172.00 | $ - | $ 172.00 | | $ 50.00 | | $ 437.00 | $ 437.00 | $ - |
| 97 | SC | $ 215.00 | $ - | $ - | $ - | $ 44.00 | $ - | $ 44.00 | $ 120.21 | $ 50.00 | | $ 429.21 | $ 429.21 | $ - |
| 98 | DT | $ - | $ 370.62 | $ - | $ 370.62 | $ - | $ - | $ - | | $ 50.00 | | $ 420.62 | $ 420.62 | $ - |
| 99 | RP | $ 215.00 | $ - | $ - | $ - | $ 44.00 | $ - | $ 44.00 | $ 87.55 | $ 50.00 | | $ 396.55 | $ 396.55 | $ - |
| 100 | EM | $ 215.00 | $ - | $ - | $ - | $ 129.00 | $ - | $ 129.00 | | $ 50.00 | | $ 394.00 | $ 394.00 | $ - |
| 101 | HM | $ 215.00 | $ - | $ - | $ - | $ 129.00 | $ - | $ 129.00 | | $ 50.00 | | $ 394.00 | $ 394.00 | $ - |
| 102 | LP | $ 215.00 | $ - | $ - | $ - | $ 129.00 | $ - | $ 129.00 | | $ 50.00 | | $ 394.00 | $ 394.00 | $ - |
| 103 | CC | $ 249.60 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 387.60 | $ 387.60 | $ - |
| 104 | JL | $ - | $ 392.00 | $ 56.00 | $ 336.00 | $ - | $ - | $ - | | $ 50.00 | | $ 442.00 | $ 386.00 | $ 56.00 |
| 105 | SS | $ 228.80 | $ 91.52 | $ 45.76 | $ 45.76 | $ 45.76 | $ - | $ 45.76 | | $ 50.00 | | $ 416.08 | $ 370.32 | $ 45.76 |
| 106 | TT | $ 228.80 | $ 91.52 | $ 45.76 | $ 45.76 | $ 45.76 | $ - | $ 45.76 | | $ 50.00 | | $ 416.08 | $ 370.32 | $ 45.76 |
| 107 | DS | $ - | $ 1,250.00 | $ 937.50 | $ 312.50 | $ - | $ - | $ - | | $ 50.00 | | $ 1,300.00 | $ 362.50 | $ 937.50 |
| 108 | PM | $ 220.00 | $ 88.00 | $ 44.00 | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 402.00 | $ 358.00 | $ 44.00 |
| 109 | AA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 110 | JA | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 111 | KB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 112 | TS | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 113 | MW | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ 44.00 | $ - | $ 44.00 | | $ 50.00 | | $ 358.00 | $ 358.00 | $ - |
| 114 | GG | $ 240.08 | $ 61.77 | $ - | $ 61.77 | $ - | $ - | $ - | | $ 50.00 | | $ 351.85 | $ 351.85 | $ - |
| 115 | BM | $ 215.00 | $ - | $ - | $ - | $ 86.00 | $ - | $ 86.00 | | $ 50.00 | $ 268.65 | $ 619.65 | $ 619.65 | $ - |
| 116 | CT | $ 215.00 | $ - | $ - | $ - | $ 64.50 | $ - | $ 64.50 | | $ 50.00 | | $ 329.50 | $ 329.50 | $ - |
| 117 | AB | $ 220.00 | $ 44.00 | $ - | $ 44.00 | $ - | $ - | $ - | | $ 50.00 | | $ 314.00 | $ 314.00 | $ - |
| 118 | SD | $ 218.40 | $ 87.36 | $ 43.68 | $ 43.68 | $ - | $ - | $ - | | $ 50.00 | | $ 355.76 | $ 312.08 | $ 43.68 |
| 119 | KL | $ 218.40 | $ 87.36 | $ 43.68 | $ 43.68 | $ - | $ - | $ - | | $ 50.00 | | $ 355.76 | $ 312.08 | $ 43.68 |
| 120 | JS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 258.61 | $ 50.00 | | $ 308.61 | $ 308.61 | $ - |

Case 16-30406-rld11    Doc 61    Filed 02/12/16

2/12/2016 9:17 AM

SeaPort Airlines, Inc.
PAYROLL SUMMARY

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation | | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time | | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vac Accrued Before: 8/9/15 | Vac Accrued After: 8/9/15 | | Sick Accrued Before: 8/9/15 | Sick Accrued On or After: 8/9/15 | | | | | | |
| 121 | JG | $ 215.00 | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | | $ 50.00 | | $ 308.00 | $ 308.00 | $ - |
| 122 | JS | $ 215.00 | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | | $ 50.00 | | $ 308.00 | $ 308.00 | $ - |
| 123 | CS | $ 215.00 | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | | $ 50.00 | | $ 308.00 | $ 308.00 | $ - |
| 124 | TF | $ 210.00 | $ 84.00 | $ 42.00 | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 344.00 | $ 302.00 | $ 42.00 |
| 125 | PL | $ 210.00 | $ 84.00 | $ 42.00 | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 344.00 | $ 302.00 | $ 42.00 |
| 126 | DM | $ 210.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 302.00 | $ 302.00 | $ - |
| 127 | SS | $ 210.00 | $ 42.00 | $ - | $ 42.00 | $ - | $ - | $ - | | $ 50.00 | | $ 302.00 | $ 302.00 | $ - |
| 128 | JD | $ 251.74 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 301.74 | $ 301.74 | $ - |
| 129 | HD | $ 208.00 | $ 83.20 | $ 41.60 | $ 41.60 | $ - | $ - | $ - | | $ 50.00 | | $ 341.20 | $ 299.60 | $ 41.60 |
| 130 | CS | $ 247.20 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 297.20 | $ 297.20 | $ - |
| 131 | EA | $ 205.00 | $ 82.00 | $ 41.00 | $ 41.00 | $ - | $ - | $ - | | $ 50.00 | | $ 337.00 | $ 296.00 | $ 41.00 |
| 132 | JM | $ 205.00 | $ 41.00 | $ - | $ 41.00 | $ - | $ - | $ - | | $ 50.00 | | $ 296.00 | $ 296.00 | $ - |
| 133 | CO | $ 204.00 | $ 81.60 | $ 40.80 | $ 40.80 | $ - | $ - | $ - | | $ 50.00 | | $ 335.60 | $ 294.80 | $ 40.80 |
| 134 | CK | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 244.37 | $ 50.00 | $ 75.06 | $ 369.43 | $ 369.43 | $ - |
| 135 | WS | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 41.91 | $ 50.00 | | $ 291.91 | $ 291.91 | $ - |
| 136 | PM | $ 240.08 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | $ 422.62 | $ 712.70 | $ 712.70 | $ - |
| 137 | JT | $ 200.00 | $ 40.00 | $ - | $ 40.00 | $ - | $ - | $ - | | $ 50.00 | | $ 290.00 | $ 290.00 | $ - |
| 138 | DM | $ 218.40 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 268.40 | $ 268.40 | $ - |
| 139 | LB | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 140 | KM | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 141 | SR | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 142 | ST | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 143 | JW | $ 210.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 144 | CB | $ - | $ 210.00 | $ - | $ 210.00 | $ - | $ - | $ - | | $ 50.00 | | $ 260.00 | $ 260.00 | $ - |
| 145 | SA | $ 205.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 255.00 | $ 255.00 | $ - |
| 146 | RF | $ 205.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | $ 428.03 | $ 683.03 | $ 683.03 | $ - |
| 147 | SW | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 50.00 | | $ 250.00 | $ 250.00 | $ - |
| 148 | MB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 114.16 | $ 50.00 | | $ 164.16 | $ 164.16 | $ - |
| 149 | NM | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 70.00 | $ 50.00 | | $ 120.00 | $ 120.00 | $ - |
| 150 | MM | $ - | $ 64.00 | $ - | $ 64.00 | $ - | $ - | $ - | | $ 50.00 | | $ 114.00 | $ 114.00 | $ - |
| 151 | DB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 53.50 | $ 50.00 | | $ 103.50 | $ 103.50 | $ - |
| 152 | KC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 44.25 | $ 50.00 | | $ 94.25 | $ 94.25 | $ - |
| 153 | CJ | $ - | $ 83.20 | $ 41.60 | $ 41.60 | $ - | $ - | $ - | | $ 50.00 | | $ 133.20 | $ 91.60 | $ 41.60 |
| 154 | JT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 23.00 | $ 50.00 | | $ 73.00 | $ 73.00 | $ - |
| 155 | MB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 156 | MC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 157 | KD | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 158 | JE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 159 | AE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 160 | MG | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |

| Employee # | Employee Initials | Wages Owed as of: 2/5/2016 | Total Accrued Vacation as of: 2/5/2016 | Breakout Total Vacation | | Total Accrued Sick as of: 2/5/2016 | Breakout Total Sick Time | | Expense Reimb. | Health Insurance | Uncleared Employee Checks | Total Claim Amount | Total Priority Amount | Unsecured Total |
| | | | | Vac Accrued Before: 8/9/15 | Vac Accrued After: 8/9/15 | | Sick Accrued Before: 8/9/15 | Sick Accrued On or After: 8/9/15 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | JG | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 162 | EH | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 163 | MN | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 164 | CS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 165 | BS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 166 | CW | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 167 | AW | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| 168 | GW | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - |
| FORMER EMPLOYEES | | | | | | | | | | | | | | |
| 169 | BC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 71.47 | $ 71.47 | $ 71.47 | $ - |
| 170 | CB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 62.88 | $ 62.88 | $ 62.88 | $ - |
| 171 | JP | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 255.26 | $ 255.26 | $ 255.26 | $ - |
| 172 | LS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 310.76 | $ 310.76 | $ 310.76 | $ - |
| 173 | CN | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 179.12 | $ 179.12 | $ 179.12 | $ - |
| | Totals: | $ 55,157.26 | $105,507.31 | $ 36,099.54 | $ 70,356.85 | $ 9,576.31 | $ 3,237.69 | $ 6,338.62 | $ 7,283.70 | $ 7,700.00 | $ 5,660.74 | $ 191,834.40 | $ 152,497.17 | $ 39,337.23 |

In re  SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn:  Timothy Sieber
7505 NE Airport Way
Portland, OR  97218

**20 Largest Unsecured Creditors:**

Kenyon International
    Emergency Svcs Inc.
5180 Grand Point Drive
Houston, TX  77090
**VIA EMAIL:**
**wbody@pattersonboyd.com**

Executive Express Aviation, LLC

43W700 US Highway 30
Sugar Grove, IL  60554
**VIA EMAIL:**
**k.sisson@iflysouthern.com**

Petro Marine Services/Alaska Oil
Sales
Box 396
Skagway, AK  99840
**VIA EMAIL: asperbeck@bhb.com**

American Express
PO Box 53852
Phoenix, AZ  85072
**VIA EMAIL:  Carley.Lehr@aexp.com**

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL  60654
**VIA EMAIL:**
**Kirk.Hoopingarner@quarles.com**

Prime Turbines
PO Box 956
Hyannis, MA  02601
**VIA EMAIL:**
**rcoleman@primeturbines.com**

Tom's Aircraft Maintenance
2641 E. Spring Street
Long Beach, CA  90806
**VIA EMAIL: tom@tomsaircraft.com**

City of Memphis, Treasurer
Box 185
Memphis, TN  38101
**VIA EMAIL: angelaw@mscaa.com**

Sabre Group, Inc.
7285 Collection Center Dr.
Chicago, IL  60693
**VIA EMAIL:**
**russ.perkins@sabre.com**

Olson Brooskby PC
200 Pacific Building
520 SW Yamhill Street
Portland, OR  97204
**VIA EMAIL:**
**sbrooksby@olsonbrooksby.com**

Lane Powell
1420 Fifth Avenue Suite 4200
Seattle, WA  98111
**VIA EMAIL:**
**HosenpudD@LanePowell.com**

Aviall Services, Inc.
P.O. BOX 842267
Dallas, TX  75284
**VIA EMAIL:**
**amccullough@aviall.com**

DASH CA, Inc.
250 St Andrews Way
Lompock, CA  93436
**VIA EMAIL: patkdashca@aol.com**

Travelport, LP
BV c/o Bank of America Lockbox
Attn: William Evans. Sr. Comm Mgr.
    Air Commerce
PO Box 402395
Atlanta, GA  30384
**VIA EMAIL:**
**william.evans@travelport.com**

Hill Fuel LLC
Box 808
Hoonah, AK  99829
**VIA EMAIL: hillfuel12@gmail.com**

Memphis Propeller Service, Inc.
11098 Willow Ridge Drive
Olive Branch, MS  38654
**VIA EMAIL:**
**Leslie@memphispropeller.com**

Aero Services
1890 Renshaw Way
Juneau, AK  99801
**VIA EMAIL:**
**Brooke.Walker@atlanticaviation.com**

Airline Maintenance Service Inc.
1 Terminal Way Suite 302
Nashville, TN  37214
**VIA EMAIL:**
**erick.larson@airlinems.com**

Accounting Principals
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL  32256
**VIA EMAIL:**
**Jonathan.Schussler@Adeccona.com**

Atlantic Burbank
PO Box 79648
City of Industry, CA  91716
**VIA EMAIL:**
**lavonne.sears@atlanticaviation.com**

R2 Tech Systems
25 West Middle Lane
Rockville, MD  20850
**VIA EMAIL: ronie@r2tec.com**

Duncan Aviation
PO Box 956153 S
St. Louis, MO  63195
**VIA EMAIL:**
**Leslie.Bliss@duncanaviation.com**

Earthlink Business
1058 PO Box 2252
Birmingham, AL  35246
**VIA EMAIL:  jpoverud@elnk.com**

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the Court's
Case Management/ Electronic Case File
system.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | **AMENDED** ORDER GRANTING DEBTOR'S |
| | ) | MOTION FOR ORDER AUTHORIZING |
| | ) | MAINTENANCE OF CASH MANAGEMENT |
| | ) | SYSTEMS AND FOR CONTINUED USE OF |
| Debtor-in-Possession. | ) | CERTAIN EXISTING BANK ACCOUNTS |

THIS MATTER came before the Court on February 5, 2016, at 11:00 a.m. on

SeaPort Airlines, Inc.'s ("Debtor") Debtor's Motion for Order Authorizing Maintenance of

Cash Management Systems and for Continued Use of Certain Existing Bank Accounts

(the "Motion"), due and adequate notice under the circumstances having been given,

and the Court otherwise being fully advised,

NOW, THEREFORE, it is ORDERED as follows:

1.    Debtor is authorized to utilize the Accounts (a listing of which is attached hereto

as **Exhibit A**) as described in the Motion at Bank of the West, First Republic

Bank, U.S. Bank and Wells Fargo Bank ("Banks").

2.    To the extent required to allow Debtors to continue to use the Accounts, Debtors

are granted a waiver of those certain of the operating guidelines established by

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

the Office of the U.S. Trustee for the District of Oregon that would otherwise require the Debtor to close all prepetition bank accounts, open new accounts designated as debtor-in-possession accounts, and provide for new business forms and stationary.  However, Debtor is still to close all other prepetition bank accounts, open new accounts designated as debtor-in-possession accounts, and take all reasonable steps to migrate Debtor's cash management into the new accounts designated as debtor-in-possession accounts.

3.    The Banks at which the Accounts are maintained are hereby authorized to allow transfers to be made from, and deposits to be made into the Accounts in the same manner as transfers and deposits were made prior to the Petition Date.

4.    Checks drawn on the Accounts dated prior to the Petition Date and the payment of other prepetition obligations shall be paid only upon authorization of this Court.  The Court authorizes that payroll checks issued prior to the Petition Date and drawn on the First Republic Account utilized as the payroll clearing account may be honored for the checks set forth on the attached **Exhibit B**.

5.    Nothing contained herein shall prevent the Debtor from  open new accounts designated as debtor-in-possession accounts or closing such Accounts as the Debtor deems necessary.

6.    Debtor shall implement appropriate accounting safeguards to ensure compliance with all other orders authorizing payments on prepetition obligations and to prevent any unauthorized payment on any prepetition obligations.

7.    By no later than February 19, 2016, the Debtor shall close the certificate of deposit account at First Republic Bank identified on **Exhibit A** or shall request an

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Order excusing compliance with the requirements of 11 U.S.C. Section 345 until

such time as the Court rules on a motion for turnover, or similar motion, in order

to enable the Debtor to close the account.

8.    The 10-day stay of Bankruptcy Rule 6004(h) is hereby waived and this order

shall be immediately effective.

9.    This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.  This Order shall be without prejudice to any

party seeking to implement the UST Guidelines with respect to one or more of

the Accounts.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
Telephone:  (503) 241-4869
Fax: (503) 241-3731

        Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List.  (The original Service List is attached to the original copy filed with the Court only.  Creditors may request a copy of the Service List by contacting Debtor's attorney.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 3 of 3 - **AMENDED** ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING MAINTENANCE OF CASH MANAGEMENT SYSTEMS AND FOR CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 61    Filed 02/12/16

In re SeaPort Airlines, Inc.
Chapter 11 Case No.

## Exhibit A
SeaPort Airlines, Inc. Existing Accounts Sought to be Retained

| Bank | Account | Reason for Retention |
|------|---------|----------------------|
| Bank of the West | *-4243 | Account receives payments from Gravity Payments, Inc. (credit card processor) and Airline Reporting Corporation (third-party reservations). |
| Bank of the West | *-6248 | Account receives payments from Gravity Payments, Inc. and Airline Reporting Corporation. |
| First Republic Bank | *-0854 | Account received Essential Air Service payments. |
| First Republic Bank | *-1282 | Account serves as Payroll clearing account. |
| First Republic Bank | *-445-5 | Certificate of Deposit Account - Collateral for San Diego Airport. |
| U.S. Bank | *-7725 | Account received payments from Simplified Interline Systems ("SIS"), a clearing house, and is required for participation in SIS. |
| Wells Fargo Bank | *-4435 | Account receives payments from American Express (credit card processor). |

**Exhibit A - Page 1 of 1**

SeaPort Airlines, Inc.
Case No. 16-30406-rld11

Uncleared Payroll Checks

| Check # | Emp. Initial | Amount |
|---------|--------------|--------|
|         |              |        |
| 29143 | CB | $ 62.88 |
| 29144 | JP | $ 255.26 |
| 29145 | LS | $ 310.76 |
| 22536687 | JF | $329.97 |
| 22536688 | CL | $ 504.02 |
| 22536689 | PM | $ 422.62 |
| 22836691 | BM | $ 268.65 |
| 22536692 | HN | $ 606.24 |
| 22536693 | HC | $ 1,042.66 |
| 22536694 | RF | $ 428.03 |
| 22536695 | BC | $ 41.47 |
| 22536696 | CK | $ 75.06 |
| 2001 | SB | $ 661.73 |
| 2002 | CN | $ 179.12 |
|      |    | $ 5,188.47 |

In re  SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn:  Timothy Sieber
7505 NE Airport Way
Portland, OR  97218

**20 Largest Unsecured Creditors:**

Kenyon International
  Emergency Svcs Inc.
5180 Grand Point Drive
Houston, TX  77090
**VIA EMAIL:
wbody@pattersonboyd.com**

Executive Express Aviation, LLC

43W700 US Highway 30
Sugar Grove, IL  60554
**VIA EMAIL:
k.sisson@iflysouthern.com**

Petro Marine Services/Alaska Oil
Sales
Box 396
Skagway, AK  99840
**VIA EMAIL: asperbeck@bhb.com**

American Express
PO Box 53852
Phoenix, AZ  85072
**VIA EMAIL:  Carley.Lehr@aexp.com**

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL  60654
**VIA EMAIL:
Kirk.Hoopingarner@quarles.com**

Prime Turbines
PO Box 956
Hyannis, MA  02601
**VIA EMAIL:
rcoleman@primeturbines.com**

Tom's Aircraft Maintenance
2641 E. Spring Street
Long Beach, CA  90806
**VIA EMAIL: tom@tomsaircraft.com**

City of Memphis, Treasurer
Box 185
Memphis, TN  38101
**VIA EMAIL: angelaw@mscaa.com**

Sabre Group, Inc.
7285 Collection Center Dr.
Chicago, IL  60693
**VIA EMAIL:
russ.perkins@sabre.com**

Olson Brooskby PC
200 Pacific Building
520 SW Yamhill Street
Portland, OR  97204
**VIA EMAIL:
sbrooksby@olsonbrooksby.com**

Lane Powell
1420 Fifth Avenue Suite 4200
Seattle, WA  98111
**VIA EMAIL:
HosenpudD@LanePowell.com**

Aviall Services, Inc.
P.O. BOX 842267
Dallas, TX  75284
**VIA EMAIL:
amccullough@aviall.com**

DASH CA, Inc.
250 St Andrews Way
Lompock, CA  93436
**VIA EMAIL: patkdashca@aol.com**

Travelport, LP
BV c/o Bank of America Lockbox
Attn: William Evans. Sr. Comm Mgr.
  Air Commerce
PO Box 402395
Atlanta, GA  30384
**VIA EMAIL:
william.evans@travelport.com**

Hill Fuel LLC
Box 808
Hoonah, AK  99829
**VIA EMAIL: hillfuel12@gmail.com**

Memphis Propeller Service, Inc.
11098 Willow Ridge Drive
Olive Branch, MS  38654
**VIA EMAIL:
Leslie@memphispropeller.com**

Aero Services
1890 Renshaw Way
Juneau, AK  99801
**VIA EMAIL:
Brooke.Walker@atlanticaviation.com**

Airline Maintenance Service Inc.
1 Terminal Way Suite 302
Nashville, TN  37214
**VIA EMAIL:
erick.larson@airlinems.com**

Accounting Principals
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL  32256
**VIA EMAIL:
Jonathan.Schussler@Adeccona.com**

Atlantic Burbank
PO Box 79648
City of Industry, CA  91716
**VIA EMAIL:
lavonne.sears@atlanticaviation.com**

R2 Tech Systems
25 West Middle Lane
Rockville, MD  20850
**VIA EMAIL: ronie@r2tec.com**

Duncan Aviation
PO Box 956153 S
St. Louis, MO  63195
**VIA EMAIL:
Leslie.Bliss@duncanaviation.com**

Earthlink Business
1058 PO Box 2252
Birmingham, AL  35246
**VIA EMAIL:  jpoverud@elnk.com**

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the Court's
Case Management/ Electronic Case File
system.