| 03/09/2016 | WEDNESDAY | Judge Randall L. Dunn |
|---|---|---|
| 1:30 PM 16-30406 rld 11 bk | SeaPort Airlines, Inc. | |

**Motion to Assume A Certain Carrier Services Agreement with Airline Reporting Corporation Effective as of the Petition Date**
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (126)

| SeaPort Airlines, Inc. - db | ROBERT J VANDEN BOS |
|---|---|
| US Trustee, Portland - ust | CARLA G MCCLURG |

**Expedited Motion for an Order Authorizing Payment or Honoring of Prepetition Obligations to Ticket Holders, Travel Agents and Interline Sales Partners and Obligations for Bank Charges** Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (6)

SeaPort Airlines, Inc. - db     ROBERT J VANDEN BOS

**Motion for Order (A) Establishing Procedures Authorizing Debtor to Cure Defaults and to Enter into Agreements Extending the Period Specified in Section 1110(a) and (b) Authorizing the Filing of Agreements under Seal, Motion to Seal Document.**
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (103)

SeaPort Airlines, Inc. - db     ROBERT J VANDEN BOS

*sign in sheet attached*

Evidentiary Hearing:     Yes: ☐     No: ☒

Following discussion, the Court granted all three motions. Mr. Ricks to submit orders.

Mr. Ricks to notify CA when orders are filed so that they can be expedited to Chambers for signature.

Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ☒ Mr. Ricks

DOCKET ENTRY:

Run Date:     03/09/16

| In Re: | ) | Case # 16-30406-rld11 |
|---|---|---|
| SeaPort Airlines, Inc. | ) ) ) ) | |
| Debtor | | |

# List of Persons Attending

Date of Hearing 3/9/16

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Trandy Sargent | Aircraft lease Finance |
| Carla McClure | UST |
| Sonia Zaheer | " |
| Tim Siebe | SeaPort Airline |
| Lauren Camero | SeaPort Airlines |
| Doug Ricks | SeaPort |
| Doug Pahl | Committee |