IT IS ORDERED that the Application below is approved.

           _____
           RANDALL L. DUNN
           U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:                        )  Case No:_____
                             )
                             )  APPLICATION FOR SPECIAL
                             )  ADMISSION *PRO HAC VICE,*
Debtor(s)                  )  **AND ORDER THEREON**
                             )
                             )  Adv. Proc. No. (if applicable):_____
                             )
Plaintiff(s)               )
          v.               )
                             )
                             )
                             )
Defendant(s)            )

The undersigned, attorney for the following named party(s): _____
_____, moves for admission of the following attorney *pro hac vice:*

(a) **APPLICANT ATTORNEY INFORMATION**

    (1) **Personal Data**:

        (A)  Attorney's Name:

        (B)  Firm or Business Affiliation:

        (C)  Mailing Address:

        (D)  Business Telephone Number:

        (E)  Fax Telephone Number:

        (F)  E-Mail Address:

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

    (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number:

    (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:

(3) **Certification of Disciplinary Proceedings**:

    I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

    I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

    (A) Name and Oregon State Bar ID Number:

    (B) Firm or Business Affiliation:

    (C) Mailing Address:

    (D) Business Telephone Number:

    (E) Fax Telephone Number:

    (F) E-Mail Address:

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

_____     _____
Local Counsel                                                   Special Admissions Applicant
NAME:                                                           NAME:
ADDRESS:                                                 ADDRESS:

PHONE:                                                      PHONE:

# BAR ADMISSIONS INFORMATION

## Brian A. Jennings

**(2) (A)** State Bar, good standing:

    Washington State Bar, No. 32509, admitted 07/02/2002

    Missouri State Bar, No. 50099, admitted 10/02/1998

    Illinois State Bar (inactive), ARDC 6273970, admitted 05/10/2001

**(2) (B)** Federal Bar and Other Court Admissions:

    Washington State Supreme Court, admitted 7/02/2002

    U.S. District Court for the Western District of Washington, admitted 2002

    Missouri Supreme Court, admitted 10/02/1998

    U.S. District Court for the Western District of Missouri, admitted in 1998

    U.S. District Court for the Eastern District of Missouri, admitted in 2000

    U.S. Court of Appeals for the Eighth Circuit, admitted 2010

    Illinois Supreme Court (inactive), admitted 05/10/2001