| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **SeaPort Airlines, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | **16-30406-rld11** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **Schedule A/B**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 9, 2016**   X **/s/ Timothy F. Sieber**
Signature of individual signing on behalf of debtor

**Timothy F. Sieber**
Printed name

**President**
Position or relationship to debtor

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | SeaPort Airlines, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | 16-30406-rld11 |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **3,945,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ **2,397,067.17**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ **6,342,067.17**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................ $ **4,276,145.25**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................... $ **511,923.99**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............. +$ **5,973,973.98**

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b  $ **10,762,043.22**

Official Form 206Sum         Summary of Assets and Liabilities for Non-Individuals         page 1 of 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 16-30406-rld11    Doc 146    Filed 03/11/16

**Fill in this information to identify the case:**

Debtor name: **SeaPort Airlines, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known): **16-30406-rld11**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo (loan payments & cash deposits) | Checking | 4823 | $3,096.20 |
| 3.2. | Bank of the West (Gravity clearing, auto payments) | Checking | 4243 | $4,632.95 |
| 3.3. | First National Bank of Alaska (negative balance) | | 8825 | $0.00 |
| 3.4. | First Republic (operating account/Check clearing) | Checking | 0854 | $859.79 |
| 3.5. | US Bank (Airlines Clearing House Settlements) | Checking | 7725 | $2,170.87 |
| 3.6. | Wells Fargo (American Express clearing, ACH payments & cash deposits) | Checking | 4435 | $3,058.91 |

| Debtor | SeaPort Airlines, Inc. | | Case number (If known) 16-30406-rld11 | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.7. | Bank of the West (Petty Cash/Debit Card account) | Checking | 6230 | $20,982.43 |
| 3.8. | First Republic (Payroll) | Checking | 1282 | $600.20 |
| 3.9. | Bank of the West | Checking | 6248 | $23,915.15 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $59,316.50
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | AMENDED ENTRY - See Attached Continuation Statement | $439,381.18 |
   | --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** $439,381.18
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 8,081.93 | - | 0.00 | = .... | $8,081.93 |
    | --- | --- | --- | --- | --- | --- |
    | | face amount | | doubtful or uncollectible accounts | | |
    | 11a. 90 days old or less: | 689,859.00 | - | 0.00 | = .... | $689,859.00 |
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** $697,940.93
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

SeaPort Airlines, Inc.
16-30406-rld11
AMENDED
SCHEDULE A/B - CONTINUATION STATEMENT
Question #7 - Deposits

| Type of Deposit | Who With | Amount | Refundable | ** DESCRIPTION ** |
|---|---|---|---|---|
| Cashed Check | Memphis International Airport Authority | $ 10,000.00 | Yes | 3 months landing fees estimate |
| Cashed Check | Signature Flight Support - MEM | $ 7,400.00 | Yes | One month rent |
| Cashed Check | Avion Capital | $ 36,000.00 | Yes | 2 months lease payment |
| Cashed Check | Avion Capital | $ 12,000.00 | NO | One month rent on aircraft returned before end of lease |
| Cashed Check | Metro Nashville Airport Authority | $ 3,700.00 | Yes | 3 months landing fees estimate |
| Cashed Check | Chapel Ridge Salina | $ 265.00 | NO | Abandoned crew apartment in Salina, KS |
| Cashed Check | City of Houston | $ 12,531.00 | Yes | 3 months landing fees estimate |
| Cashed Check | Burbank Bob Hope Airport | $ 40,448.09 | NO | 3 months landings fees, hangar, and terminal rent |
| Escrow Account | San Diego International Airport | $ 28,000.00 | NO | 3 months landing fees and terminal rent |
| Cashed Check | Sacramento International Airport | $ 39,942.09 | NO | 3 months landing fees and terminal rent |
| Cashed Check | Port of Portland | $ 1,000.00 | Yes | Access permit to commercial vehicle lane |
| Cashed Check | Portland Airline Consortium | $ 3,825.00 | Yes | 3 months estimated fees for PDX baggage system contractor |
| Cashed Check | ACH | $ 5,000.00 | Yes | Participation deposit |
| Cashed Check | JA Aero | $ 70,000.00 | NO | deposits on aircraft turned back prior to lease expiration |
| Cashed Check | Avion Capital | $ 32,000.00 | NO | deposits on aircraft turned back prior to lease expiration |
| Cashed Check | Avion Capital | $ 32,000.00 | Yes | Aircraft still in fleet |
| Cashed Check | ARINC | $ 2,000.00 | Yes | Service deposit |
| Cashed Check | Av-Base Systems | $ 95.00 | Yes | Deposit for web-based software |
| Cashed Check | Port of Portland | $ 30,000.00 | Yes | Airport terminal and landing fees |
| Cashed Check | Atlantic Aviation | $ 1,200.00 | Yes | Security deposit for "K" Hangar at PDX |
| Cashed Check | RCLS-9942 (???) | $ 50,000.00 | ?? | Security deposit for Flightcraft (Atlantic) |
| Cashed Check | ADJ FY13-36 | $ 1,975.00 | No | Security deposit for aircraft 950PA (2010) |
| Cashed Check | ARC | $ 20,000.00 | Yes | (AMENDED ENTRY ) 4 weeks average sales |
| | Total | $ 439,381.18 | | |

Refundable - "YES" *assumes we are current when we end service, return aircraft, vacate premises, etc.*

Page 1 of 1                                                                                              3/9/2016

| Debtor | SeaPort Airlines, Inc. | Case number *(If known)* **16-30406-rld11** |
|---|---|---|
| | Name | |

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer Inventory (includes Dell, HP, Lenovo, Asus, Acer & Toshiba brands)** | $0.00 | N/A | $30,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**  $30,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ■ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| Debtor | SeaPort Airlines, Inc. | | Case number *(If known)* | 16-30406-rld11 |
| --- | --- | --- | --- | --- |

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. See Attached Continuation Sheet | $0.00 | | $67,482.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Cessna Caravan Flight Simulator | $175,000.00 | | $175,000.00 |
| | Tools Inventory (located at 2450 Winchester Rd., Memphis TN 38116) (estimated value) | $0.00 | N/A | $100,063.00 |
| | Parts Inventory (located at 2450 Winchester Rd., Memphis TN 38116) (estimated value) | $0.00 | N/A | $460,000.00 |
| | Tools Inventory (located at 7505 NE Airport Way, Portland, OR 97218) (estimated value) | $0.00 | N/A | $15,395.00 |
| | Equipment (located at 7505 NE Airport Way, Portland, OR 97218) (estimated value) | $0.00 | N/A | $8,705.00 |
| | Parts & Supplies Inventory (located at 7505 NE Airport Way, Portland, OR 97218) (estimated value) | $0.00 | N/A | $209,000.00 |
| | Bag Tag and Boarding Pass Printers (all Unimark/Epison brand) | $0.00 | N/A | $42,135.00 |

| 51. | **Total of Part 8.** | $1,077,780.00 |
| --- | --- | --- |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

SeaPort Airlines, Inc.
16-30406-rld11

SCHEDULE A/B - Question #47 - Vehicles

| Year | Make | Model | Style | Date of Purchase | Mileage | Debtor's Opinion of Value | Name(s) on Title |
|------|------|-------|-------|------------------|---------|---------------------------|------------------|
| 2009 | Chevy | HHR | 4DR FWD LT | 10/8/2009 | 52,399.00 | $3,260.00 | AJAA dba K5 |
| 2008 | Chrysler | PT Cruiser | 4DR FWD | 5/21/2009 | 22,770.00 | $3,597.00 | AJAA / K5 |
| 2008 | Chrysler | PT Cruiser | 4DR FWD | 5/21/2009 | 40,282.00 | $3,597.00 | AJAA / K5 |
| 2009 | Chev | HHR 1LT | 4DR FWD LT | 10/8/2009 | 51,643.00 | $3,260.00 | AJAA dba K5 |
| 2009 | Chev | HHR 1LT | 4DR FWD LT | 10/8/2009 | 61,856.00 | $3,260.00 | AJAA / K5 |
| 2008 | Ford | Econoline | VAN | 3/8/2010 | unk | $8,449.50 | AJAA / K5 |
| 2008 | Ford | Econoline | VAN | 3/13/2009 | 84,459.00 | $8,449.50 | AJAA / K5 |
| 2009 | Chevrolet | HHR LT | 4DR FWD LT | unk | 55,035.00 | $3,260.00 | AJAA / K6 |
| 2004 | Ford | Explorer | SUV | 11/12/2014 | 133,188.00 | $3,965.50 | SeaPort Airlines |
| 2013 | Ford | E-350 Van | VAN | 12/17/2014 | 44,607.00 | $14,817.00 | SeaPort Airlines |
| 2003 | Ford | Expedition | SUV | 2/20/2015 | 137,446.00 | $2,017.00 | SeaPort Airlines |
| 2008 | Chev | Express | VAN | 10/8/2009 | 104,026.00 | $8,139.50 | AJAA / K5 |
| 2003 | Chrysler | PT Cruiser | 4DR FWD | 5/19/2015 | 111,054.00 | $1,410.00 | SeaPort Airlines |
| | | | | | Total: | $67,482.00 | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Airplane Hangar Located at 8421 Livingston Way Juneau, AK 99801** | **Ground Lease (expiration date: 3/31/2039)** | **$3,500,000.00** | **Debtor's Opinion** | **$3,500,000.00** |
| 55.2. **Rental House Located at 39050 SE Gordon Creek Rd Corbett, OR 97019 (appraisal dated 11/5/15 by Portland Residential Appraisals Inc.)** | **Fee simple** | **$0.00** | **Appraisal** | **$445,000.00** |

56. **Total of Part 9.**                                                                                                              **$3,945,000.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                                                            **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

| Debtor | SeaPort Airlines, Inc. | Case number *(If known)* 16-30406-rld11 |
|---|---|---|
| | Name | |

| | Above It All, Inc. - Promissory Notes and Security Agreements dated 7/8/15 & 8/5/15; Above It All, Inc. is preparing to file Chapter 11 bankrupcy.  Face Value $60,000 - Deemed highly uncollectible. | 0.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | **Unknown** |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Claims against 34 former pilots for reimbursment of pilot training costs. (amount is approximate)**     $92,648.56
    Nature of claim
    Amount requested          $92,648.56

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                          $92,648.56

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **SeaPort Airlines, Inc.**
Name

Case number *(If known)* **16-30406-rld11**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $59,316.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $439,381.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $697,940.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,077,780.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $3,945,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $92,648.56 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,397,067.17 + 91b. | $3,945,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,342,067.17 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 7
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 16-30406-rld11    Doc 146    Filed 03/11/16

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

CERTIFICATE - TRUE COPY

DATE: March 9, 2016

DOCUMENT: Declaration, Amended Summary of Assets & Liabilities and Amended Schedule A/B - Real and Personal Property

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

Olson Brooksby PC
c/o Scott Brooksby, Esq.
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204

Memphis Propeller Service, Inc.
c/o Mark Matthews, President
11098 Willow Ridge Drive
Olive Branch, MS 38654

Michael J. Edelman
VEDDER PRICE
1633 Broadway
47th Floor
New York, New York 10019

Franklin C. Adams
POB 1025
Riverside, CA 92502-1028

Tulare County Tax Collector
Attn Jorge Garcia Depty Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: March 9, 2016

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession

PAGE 1 of 1 - CERTIFICATE OF SERVICE