| | | |
|---|---|---|
| 03/11/2016 | FRIDAY | Judge Randall L. Dunn |
| 10:00   16-30406 rld 11 bk | SeaPort Airlines, Inc. | |

Final Hearing re Motion For Authority to Use Cash Collateral Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (111)

*sign in sheet attached*

| | |
|---|---|
| SeaPort Airlines, Inc. - db | ROBERT J VANDEN BOS |
| US Trustee, Portland - ust | CARLA G MCCLURG |

Evidentiary Hearing:     Yes: ☐     No: ☒

No objections filed.

Interim funds received by debtor yesterday.

Parties still working on final order due to a new issue re funds due to debtor during the "gap period." (Approximately $102,000.)

Court will expect a stipulated order re cash collateral use to be submitted.

Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ☐

DOCKET ENTRY:

If problems arise, parties will file an expedited request for a hearing. (Parties have been advised of available dates for such a hearing.)

Run Date:     03/10/16

Case 16-30406-rld11    Doc 147    Filed 03/11/16

In Re: ) Case # 16-30406-rld11
)
Sea Port Airlines, Inc. )
)
)
Debtor

# List of Persons Attending

Date of Hearing 3/11/16

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Kathleen Bickers | IRS |
| Jason Ayres | Wells Fargo Bank |
| Brandy Sargent | Aircraft Lease Finance |
| Carla McClurg | UST |
| Sonia Zaneer | " |
| Doug Ricks | Sea Port |
| Bob Van den Bos | Sea Port |
| Timothy Sieber | Sea Port |
| Robert Vanden Bos | Seaport |
| Doug Pahl | Committee |
| Joe Field | |
| (TEL) Andrea Handel | DOJ |

Case 16-30406-rld11    Doc 147    Filed 03/11/16