Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re ) | Case No. 16-30406-rld11 |
| ) | |
| SeaPort Airlines, Inc., ) | FINAL ORDER RE MOTION FOR AN ORDER |
| ) | AUTHORIZING PAYMENT OR HONORING OF |
| ) | PREPETITION OBLIGATIONS TO TICKET |
| ) | HOLDERS, TRAVEL AGENTS AND INTERLINE |
| ) | SALES PARTNERS AND OBLIGATIONS FOR |
| Debtor-in-Possession. ) | BANK CHARGES |

This matter came for final hearing before this Court on March 9, 2016 upon the motion (the "Motion") of SeaPort Airlines, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned bankruptcy case (the "Case") for an order (i) authorizing Debtor to pay and honor, in its discretion, in the ordinary course of its business, (a) the Ticketholder Claims, (b) the Travel Agent Claims, (c) the Interline Sales Claims, and (d) the Bank Claims; (ii) authorizing ARC and SIS to continue to process Ticketholder Claims, Travel Agent Claims and Interline Sales Claims in the normal course and in accordance with its normal procedures; and the Court having approved interim relief under the Interim Order Re Motion Authorizing Payment or

Page 1 of 3 - ORDER RE MOTION FOR AN ORDER AUTHORIZING PAYMENT OR HONORING OF
PREPETITION OBLIGATIONS TO TICKET HOLDERS, TRAVEL AGENTS AND INTERLINE SALES
PARTNERS AND OBLIGATIONS FOR BANK CHARGES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Honoring of Prepetition Obligations to Ticket Holders, Travel Agents and Interline Sales Partners and Obligations for Bank Charges (Doc No 25) (the "Interim Order") and the Supplemental Interim Order *Nunc Pro Tunc* to Interim Order Re Motion Authorizing Payment or Honoring of Prepetition Obligations to Ticket Holders, Travel Agents and Interline Sales Partners and Obligations for Bank Charges (Doc No 76) (the "Supplemental Order"); and in light of the circumstances and the nature of the relief requested and it appearing that sufficient notice has been given; and appearances having been noted as on the record; and after due deliberation and sufficient cause appearing,

NOW, THEREFORE, it is ORDERED as follows:

1. The Motion is GRANTED;

2. As no objections to final authority under the Motion were made, final authority for the relief provided under the Interim Order and the Supplemental Order is allowed to the Debtor and all other interested parties to the Motion;

3. The terms of the Interim Order and the Supplemental Order are hereby incorporated into this Order as if fully set out herein; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

/ / /

/ / /

/ / /

/ / /

Page 2 of 3 - ORDER RE MOTION FOR AN ORDER AUTHORIZING PAYMENT OR HONORING OF PREPETITION OBLIGATIONS TO TICKET HOLDERS, TRAVEL AGENTS AND INTERLINE SALES PARTNERS AND OBLIGATIONS FOR BANK CHARGES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 3 of 3 - ORDER RE MOTION FOR AN ORDER AUTHORIZING PAYMENT OR HONORING OF PREPETITION OBLIGATIONS TO TICKET HOLDERS, TRAVEL AGENTS AND INTERLINE SALES PARTNERS AND OBLIGATIONS FOR BANK CHARGES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

<u>In re SeaPort Airlines, Inc.</u>;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

**COMMITTEE OF UNSECURED CREDITORS:**

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

Olson Brooksby PC
c/o Scott Brooksby, Esq.
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204

Memphis Propeller Service, Inc.
c/o Mark Matthews, President
11098 Willow Ridge Drive
Olive Branch, MS 38654

**SPECIAL NOTICE:**

Michael J. Edelman
VEDDER PRICE
1633 Broadway
47th Floor
New York, New York 10019

Franklin C. Adams
POB 1025
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Tulare County Tax Collector
Attn Jorge Garcia Deputy
Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.