UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )  Case No. _____
 )
 )  NOTICE OF DEBTOR'S
 )  AMENDMENT OF MAILING LIST
Debtor(s) )  OR SCHEDULES D, E, F, E/F, G AND/OR H

**I. FILING INSTRUCTIONS FOR DEBTOR(S):**
 A. File this form to add or delete creditors from the mailing list and/or Schedules D, E, F, E/F, G and/or H, or change the amount or classification of a debt listed on schedules D, E, F and/or E/F. An amendment filing fee is required.
 B. If filing in paper, you must also include a creditor mailing list with ONLY the NEW or DELETED creditors listed in the format set forth on Local Form 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
 C. If amending Schedules D, E, F, E/F, G and/or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
 D. If amending Schedules D, E, F and/or E/ F, you must also file Official Form 106Sum for individual debtors, or Official Form 206Sum for non-individual debtors.
 E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
 F. To file an address change for a previously listed creditor, use Local Form 101C instead of this form.

**II. SERVICE INSTRUCTIONS FOR DEBTOR(S):**
 A. **When adding creditors**: Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
  1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
  2. **(All chapters)** Each applicable amended schedule.
  3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
  4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
  5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and, in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
  6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
  7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
  8. (**Chapter 9 or 11**) The notice of any pending hearing on a proposed disclosure statement, with attachments.
 B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:** Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
  1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
  2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

**III. CERTIFICATE OF COMPLIANCE:**
 The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)].

Dated: _____  _____
                   Signature

                   _____
                   Type or Print Signer's Name **AND** Phone No.

                   _____
                   Debtor's Address & Taxpayer ID#(s) (last 4 digits)

728 (12/1/15)

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | SeaPort Airlines, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | 16-30406-rld11 |

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases — SUPPLEMENTAL    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR - IT Contract** | |
| | State the term remaining | **2 Years** | **24x7**<br>**2080 SE Oak Grove Blvd, Suite 2**<br>**Portland, OR 97267** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Contract for processing employee payroll** | |
| | State the term remaining | | **ADP Payroll Processing**<br>**One ADP Drive MS-100**<br>**Augusta, GA 30909** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft Lessor - See Plane Lease Continuation Statement** | |
| | State the term remaining | | **Aircraft Lease Finance III, Inc.**<br>**Residual Based Finance Corp. aka RESIDCO**<br>**Three First National Plaza**<br>**70 W Madison, Ste 2340**<br>**Chicaco, IL 60602** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **GDS** | |
| | State the term remaining | **Renewed Annually** | **Airlines Reporting Corporation**<br>**3000 Wilson Rd Blvd, Ste 30D**<br>**Arlington, VA 222201** |
| | List the contract number of any government contract | | |

| Debtor 1 | **SeaPort Airlines, Inc.** | | Case number (*if known*) | **16-30406-rld11** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

   **Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Interline agreement** | |
| | State the term remaining | N/A | **Alaska Airlines**<br>**PO Box 749877**<br>**Los Angeles, CA 90074** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR<br>-Reservation System** | |
| | State the term remaining | **8 years** | **Amadeus**<br>**Salvador de Madariaga 1**<br>**Madrid, Spain 28027**<br>**SPAIN** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR<br>-Revenue Accounting** | |
| | State the term remaining | **5 months** | **Amadeus Revenue Accounting**<br>**Salvador de Madariaga**<br>**Madrid Spain 28027**<br>**SPAIN** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR<br>-Travel Intelligence module of Amadeus** | |
| | State the term remaining | **3 years** | **Amadeus Travel Intelligence**<br>**Salvador de Madariaga 2**<br>**Madrid, Spain 28028**<br>**SPAIN** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Merchant Agreement** | |
| | State the term remaining | N/a | **American Express**<br>**PO Box 53852**<br>**Phoenix, AZ 85072** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR<br>-Maintenance Audit contract** | |
| | State the term remaining | **12/31/2018** | **AMS**<br>**1 Terminal Way Suite 302**<br>**Nashville, TN 37214** |
| | List the contract number of | | |

| | **Additional Page if You Have More Contracts or Leases** | | |
|---|---|---|---|
| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | any government contract | | |
| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Communication** | |
| | State the term remaining | N/A | **Arinc(Rockwell Collins)** |
| | List the contract number of any government contract | | **2551 Riva Road** |
| | | | **Annapolis, MD 21401** |
| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **HQ rent** | |
| | State the term remaining | **Renewed Anually in January** | **Atlantic Aviation -Portland** |
| | List the contract number of any government contract | | **7527 NE Airport Way,** |
| | | | **Portland, OR 97218** |
| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Fare Filing Distribution** | |
| | State the term remaining | N/A | **ATPco** |
| | List the contract number of any government contract | | **45005 Aviation Drive** |
| | | | **Dulles, VA 20166** |
| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Software** | |
| | State the term remaining | **1 year** | **AvBase Solutions** |
| | List the contract number of any government contract | | **120 Bessemer Road,** |
| | | | **London ON, Canada N6E 1R2** |
| | | | **CANADA** |
| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft Lessor - See Plane Lease Continuation Statement** | |
| | State the term remaining | | **Avion Capital Corporation** |
| | List the contract number of any government contract | | **PO Box 1739** |
| | | | **Denver, CO 80291** |
| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Redbird simulator financing** | **Axis Capital** |
| | | | **308 North Locut Street** |
| | | | **Grand Island, NE 68801** |

Case 16-30406-rld11    Doc 189    Filed 03/25/16

| Debtor 1 | **SeaPort Airlines, Inc.** | | | Case number (*if known*) | **16-30406-rld11** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| | State the term remaining | **35 months** | |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising** | |
| | State the term remaining | **N/A** | **Big River Broadcasting**<br>**624 Sam Phillips St**<br>**Florence, AL 35630** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **Boone County Airport**<br>**P.O. Box 1114**<br>**Harrison, AR 72602** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | **N/A** | **Burbank Airport Authority**<br>**2627 Hollywood Way**<br>**Burbank, CA 91505** |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft Lessor - Aircraft surrendered pre-petition; See Plane Lease Continuation Statement** | |
| | State the term remaining | | **Caravan Air, LLC**<br>**5 Juliano Drive**<br>**Oxford, CT 06478** |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Shop delivery** | |
| | State the term remaining | **4.5 Years** | **Cintas**<br>**5425 Mineral Wells Rd**<br>**Memphis, TN 38141** |
| | List the contract number of any government contract | | |

| Debtor 1 | **SeaPort Airlines, Inc.** | | Case number (*if known*) | **16-30406-rld11** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **City & Borough of Juneau** |
| | List the contract number of any government contract | | **1873 Shell Simmons Drive Suite 200** |
| | | | **Juneau, AK 99801** |
| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **City of Dallas** |
| | List the contract number of any government contract | | **8008 Cedar Springs Rd. LB16** |
| | | | **Dallas, TX 75235** |
| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **City of El Dorado** |
| | List the contract number of any government contract | | **PO Box 2170** |
| | | | **El Dorado, AR 71731** |
| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | **N/A** | **City of Great Bend** |
| | List the contract number of any government contract | | **1209 Williams** |
| | | | **Great Bend, KS 67530** |
| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR - Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **City of Hot Springs** |
| | List the contract number of any government contract | | **133 Convention Boulevard** |
| | | | **Hot Springs National Park, AR 71901** |

 **Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **City of Pendleton - Airport**<br>**2016 Airport Road**<br>**Pendleton, OR 97801** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport + fuel supplier - Lease cancelled & abandoned pre-petition** | |
| | State the term remaining | | **City of Visalia**<br>**City Hall West**<br>**PO Box 5078**<br>**Visalia, CA 93278** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Crew Apartment** | |
| | State the term remaining | **researching** | **Coco Palms Apartments**<br>**1507 Barbara Worth Dr.**<br>**El Centro, CA 92243** |
| | List the contract number of any government contract | | |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **Coos County Airport**<br>**1100 Airport Lane**<br>**North Bend, OR 97453** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -employee assistance program** | |
| | State the term remaining | **Expires 2/29/16** | **EAP / Magellan**<br>**PO Box 785341**<br>**Philadelphia, PA 19178** |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -GDS** | |
| | State the term remaining | **Renew yearly** | **Egencia, LLC(part of Expedia)**<br>**3150 139th Ave SE**<br>**Bellevue, WA 98005** |
| | List the contract number of | | |

| Debtor 1 | **SeaPort Airlines, Inc.** | | Case number (*if known*) | **16-30406-rld11** |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| | any government contract | |
| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | | **Executive Beechcraft- MCI/Kansas City** |
| | List the contract number of any government contract | | **201 South Orange Avenue, Suite 1290** |
| | | | **Orlando, FL 32801** |
| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -GDS** | |
| | State the term remaining | **Renew yearly** | **Expedia** |
| | List the contract number of any government contract | | **333 108th Ave NE** |
| | | | **Bellevue, WA 98004** |
| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -used for online application system** | |
| | State the term remaining | **42692** | **Fluid Review / Survey Monkey** |
| | List the contract number of any government contract | | **12 York Street - 2nd Floor** |
| | | | **Ottawa ON K1N 5S6** |
| | | | **CANADA** |
| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Credit Card Machine** | |
| | State the term remaining | **N/A** | **Gateway** |
| | List the contract number of any government contract | | **12800 Foster** |
| | | | **Overland Park, KA 66213** |
| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Website development, design and digital marekting services** | |
| | State the term remaining | **3 months; will renew annually unless discontinued in writing** | **Gravitate** |
| | List the contract number of any government contract | | **1012 Washington Street** |
| | | | **Vancouver, WA 98660** |

| Debtor 1 | **SeaPort Airlines, Inc.** | | Case number (*if known*) | **16-30406-rld11** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Website hosting** | |
| | State the term remaining | **Ongoing, renews quarterly** | **Gravitate**<br>**1012 Washington Street**<br>**Vancouver, WA 98660** |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Merchant Agreement** | |
| | State the term remaining | | **Gravity Payments**<br>**1455 NW Leary Way, Ste 200**<br>**Seattle, WA 98107** |
| | List the contract number of any government contract | | |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Interline agreement** | |
| | State the term remaining | **N/A** | **Hawaiian Airlines**<br>**3375 Koapaka St Ste G-350**<br>**Honolulu, HI 96819** |
| | List the contract number of any government contract | | |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Fuel Vendor** | |
| | State the term remaining | | **Hill Fuel**<br>**PO Box 808**<br>**Hoonah, AK 99829** |
| | List the contract number of any government contract | | |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **Houston Airport System**<br>**P.O. Box 204172**<br>**Houston, TX 77216** |
| | List the contract number of any government contract | | |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Integrated billing and settlement solution** | |
| | State the term remaining | **N/A** | **IATA - SIS Partiticipation**<br>**800 Place Victoria**<br>**PO Box 113**<br>**Montral, Quebec H4Z 1M1**<br>**CANADA** |
| | List the contract number of | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | any government contract | | |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | **N/A** | **Imperial County - Airport Office**<br>**Office 1099 Airport Rd**<br>**Imperial, CA 92251** |
| | List the contract number of any government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Monthly company email and docs maintenance** | |
| | State the term remaining | **N/A** | **IVWO**<br>**10801 National Blvd #410**<br>**Los Angeles Ca, CA 90064** |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **HQ Cleaning service** | |
| | State the term remaining | | **J and V Janitorial Service**<br>**PO Box 493**<br>**Herminston, OR 97838** |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft Lessor- Planes were returned pre-petition; See Plane Lease Continuation Statement** | |
| | State the term remaining | | **J.A. Flight Services, Inc.**<br>**43W700 U.S. Route 30**<br>**Sugar Grove, IL 60554** |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
| | State the term remaining | | **Memphis International Airport**<br>**2491 Winchester Rd. Suite 113**<br>**Memphis, TN 38116** |
| | List the contract number of any government contract | | |

Debtor 1 **SeaPort Airlines, Inc.**　　　　　　　　　　　　　　　Case number (*if known*) **16-30406-rld11**
First Name　　Middle Name　　Last Name

# Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Finance Office Rent** | |
| | State the term remaining | 31-Dec-16 | **Merchant Hotel Accounting Office**<br>**222 NW Davis**<br>**Portland, OR 97209** |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Station Vehicle** | |
| | State the term remaining | 35 | **Metro Ford Automobile Sale**<br>**1000 Barnes Crossing Road**<br>**Tupelo, MS38804** |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | N/A | **Metro Nashville Airport Authority**<br>**PO Box 440302**<br>**Nashville, TN 37244** |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Crew Apartment** | |
| | State the term remaining | | **Mill Creek Management**<br>**300 W School St.**<br>**Visalia, CA 93291** |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | **employee AD& D insurance** | |
| | State the term remaining | N/A | **Mutual of Omaha**<br>**PO Box 2147**<br>**Omaha, NE 68103** |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Travel software as employee benefit** | **MyIDtravel**<br>**Am Wheiher 24**<br>**D-65451 Kelsterbach**<br>**GERMANY** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | N/A | **Nashville International Airport**<br>**PO Box 440302**<br>**Nashville, TN 37244** |
| | List the contract number of any government contract | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **401K program** | |
| | State the term remaining | N/A | **National Retirement Services, Inc.**<br>**5832 Bolsa Ave., Suite 100**<br>**Huntington Beach, CA 92649** |
| | List the contract number of any government contract | | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -GDS** | |
| | State the term remaining | **Renew yearly** | **Orbitz (Part of Expedia)**<br>**333 108th Ave NE**<br>**Bellevue, WA 98004** |
| | List the contract number of any government contract | | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Crew Apartment** | |
| | State the term remaining | **September** | **Pendleton Crew Apartment**<br>**500 SW Dorian Ave**<br>**Pendleton, OR 97801** |
| | List the contract number of any government contract | | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **postage machine lease** | |
| | State the term remaining | **4.5 years** | **Pitney Bowes**<br>**PO Bpx 856042**<br>**Lousville, KY 40285** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - See Airport Lease Continuation Statement** | |
|---|---|---|---|
| | State the term remaining | | **Port of Portland**<br>**Portland International Airport**<br>**P.O. Box 5095**<br>**Portland, OR 97208** |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing** | |
|---|---|---|---|
| | State the term remaining | | **R2Tech**<br>**25 West Middle Lane**<br>**Rockville, MD 20850** |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -employee health insurance** | |
|---|---|---|---|
| | State the term remaining | **Expires 8/31/16** | **Regence**<br>**PO Box 35022**<br>**Seattle, WA 98124** |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | **Travel Agent** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **Sabre Goup, Inc**<br>**7285 Collection Centre Dr.**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Sacramento County Airport System**<br>**6900 Airport Blvd**<br>**Sacramento, Ca 95837** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | | **Salina Airport Authority**<br>**3237 Arnold Avenue**<br>**Salina, KS 67401** |
| | List the contract number of any government contract | | |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Leased space at airport - Lease cancelled & abandoned pre-petition; See Airport Lease Continuation Statement** | |
| | State the term remaining | **N/A** | **San Diego County Regional Airport Auth**<br>**PO Box 81323**<br>**San Diego, CA 92138** |
| | List the contract number of any government contract | | |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -Fuel, Hangar, space** | |
| | State the term remaining | **Amended and renewed annually** | **Signature Flight Support**<br>**2488 Winchester Rd,**<br>**Memphis, TN 38116** |
| | List the contract number of any government contract | | |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -outsourcing EAS flights** | |
| | State the term remaining | **2 months** | **Southern Airways Express**<br>**Executive Express Aviation, LLC**<br>**43W700 US Hwy 30**<br>**Sugar Grove, IL 60554** |
| | List the contract number of any government contract | | |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **8 cylinders lease** | |
| | State the term remaining | | **T & S Welding**<br>**8401 Airport Blvd.**<br>**Juneau, AK 99801** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **GDS** | |
| | State the term remaining | **3 Years (current?)** | **Travelport**<br>**PO Box 3064**<br>**2130 KB Hoofddorp** |
| | List the contract number of any government contract | | |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **NEW CREDITOR -safety data system from the FAA** | |
| | State the term remaining | **Renewed annually** | **UTRS**<br>**950 N. Kings Hwy. Suite 208**<br>**Cherry Hill, NJ 08034** |
| | List the contract number of any government contract | | |
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Broker** | |
| | State the term remaining | | **Willis**<br>**222 SW Columbia, Suite 600**<br>**Portland, OR 97201** |
| | List the contract number of any government contract | | |
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Weather Advisory** | |
| | State the term remaining | **Renewed Annually** | **WSI Fusion**<br>**PO Box 101332**<br>**Atlanta, GA 30392** |
| | List the contract number of any government contract | | |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **800 number** | |
| | State the term remaining | **N/A** | **X5 Solutions**<br>**1520 4th Ave Suite 500**<br>**Seattle, WA 98101** |
| | List the contract number of any government contract | | |

SeaPort Airlines, Inc.
Case #16-30406-rld11

Schedule G - Continuation Statement - Airport Leases

| Airport Name | Description of Property | Date of Lease | Vacate Date | Deposit | Lease Rate (monthly) |
|---|---|---|---|---|---|
| **CURRENT LEASES** | | | | | |
| Port of Portland | Portland International Airport - Ticket counter, office, shared use holdroom | 07/01/15 | N/A | $31,000 ($31,000 still owed) | $7.736.62 + per psgr charge for hold room |
| City of Hot Springs | Hot Springs Terminal Building - Ticket counter, office, holdroom | 09/01/09 | N/A | $0 | $400 |
| City of Pendleton | Eastern Oregon Regional Airport - Ticket counter, office, holdroom | 01/01/13 | N/A | $0 | $1,200 |
| Memphis - Signature Flight Support | Hangar 1A -includes lobby/counter, hangar/mx office space/office and training area upstairs | 10/26/09 | na | na | $7,970 |
| Harrison Boone County Airport | Counter and office space | 10/01/09 | na | na | $902 |
| Harrison Boone County Airport | Landing Fee | 10/01/09 | na | na | $300 |
| Houston - George Bush Intercontinental Airport | office/gate/counter space | 09/14/15 | na | na | $1,043 |
| El Dorado-South Arkansas Regional Airport | counter/office space | | na | na | $106 |
| Pendleton-East Oregon Regional Airport | counter/office space | 12/01/08 | na | na | $1,000 |
| Coos County Airport | counter/office space | | 03/22/16 | | $100 |
| | | | | | |
| **PREMISES VACATED PRE-PETITION** | | | | | |
| Metropolitan Nashville Airport Authority | Nashville International Airport - Ticket counter, office, holdroom | 10/13/15 | 10/23/15 | $9,001 | $4,500 |
| Metropolitan Nashville Airport Authority | Nashville International Airport - Airfield Operating Agreement | 01/15/12 | 10/23/15 | $3,500 | |
| City of Great Bend | Great Bend Municipal Airport - Ticket counter, office, holdroom | 06/06/14 | 01/16/16 | $0 | $670 |
| Executive Beechcraft- MCI/Kansas City | Signature Flight Support Terminal - 1800 Mexico City Avenue - Ticket counter, office, lounge | 11/01/11 | 01/16/16 | $12,000 | $1,240 + $210 per flight unless 40 gallons purchased |
| Burbank-Glendale-Pasadena Airport Authority | Bob Hope Airport - Pax Terminal - Exclusive use office space | 10/01/14 | 01/16/16 | $564 | $188 |
| Imperial County Airport | Imperial airport counter and office space. Passenger check point and secured waiting area | 03/14/14 | 01/16/16 | | $2,997 |
| Sacramento Int'l Airport | SMF counter/CUSE Gate/baggage various fees | 05/01/15 | 01/16/16 | $37,280 | $3,763 |
| Salina Airport | Counter and office space | 03/23/10 | 01/16/16 | na | $600 |
| San Diego International Airport | office space/counter/gate boarding | 07/01/13 | 01/16/16 | 28,000 SBLOC | $6,314 |
| Burbank-Glendale-Pasadena Airport Authority | Hangar A - Bob Hope Airport - Non-exclusive right to parking | 03/17/15 | 01/20/16 | | $6,500 |
| City of Visalia | counter/office space | Feb-15 | 1/15/2016 | | $3,381.15 |
| City of Dallas | counter/office space | | Sep-15 | | |
| City & Borough of Juneau | counter/office space | | Oct-15 | | |

SeaPort Airlines, Inc.
Case #16-30406-rld11
Schedule G - Continuation Statement - Airplane Leases

| Lease Companyy | AIRCRAFT U.S. FAA # | AIRCRAFT MANUFACTURER, MODEL AND SERIAL NUMBER | CURE AMOUNTS | Lease Amount | Terms of the Lease/ Contract | Term Remaining |
|---|---|---|---|---|---|---|
| **CURRENT PLANES** | | | | | | |
| Avion Capital Corporation | N1026V | Pratt & Whitney PT6A-114A SN PCE 19224 | $ 32,000.00 | $ 16,000.00 | 6/12/2018 | 2 years |
| Avion Capital Corporation | N29MG | Pratt & Whitney PT6A-114A SN PC-0745 | $ 32,000.00 | $ 16,000.00 | 4/19/2016 | 1 month |
| Wilmington Trust Company * | N957SP | Pratt & Whitney of Canada model PT6A-140 S/N 208B5165 | $ 88,500.00 | $ 29,500.00 | 12/1/2019 | 3 years |
| Wilmington Trust Company * | N958SP | Pratt & Whitney of Canada model PT6A-140 S/N 208B5132 | $ 88,500.00 | $ 29,500.00 | 12/2/2019 | 3 years |
| Wilmington Trust Company * | N932SP | Pratt & Whitney of Canada Model PT6A-140 S/N 208B5177 | $ 88,500.00 | $ 29,500.00 | 12/29/2019 | 3 years |
| * aka Residco & Aircraft Lease Finance III, Inc. | | | | | | |

| Lease Companyy | AIRCRAFT U.S. FAA # | AIRCRAFT MANUFACTURER, MODEL AND SERIAL NUMBER | Date of Lease | Lease Amount | Block hour fee | Plane Returned Date |
|---|---|---|---|---|---|---|
| **PLANES RETURNED PRE-PETITION** | | | | | | |
| JA Flight Services, LLC | N803JA | 1985 Cessna Caravan | 10/12/11 | $14,500 | $70 | 10/31/14 |
| | | S/N 2080016 | | | | |
| JA Flight Services, LLC | N809JA | 1985 Cessna Caravan | 1/11/14 | $13,500 | $70 | 02/04/16 |
| | | S/N 2080081 | | | | |
| JA Flight Services, LLC | N950PA | 2005 Cessna Grand Caravan | 1/11/14 | $19,000 | $55 | 02/04/16 |
| | | S/N 20081063 | | | | |
| JA Aero, Inc. | N900PA | 2002 Cessna Grand Caravan | 5/1/14 | $15,000 | $75 | 02/04/16 |
| | | S/N 20080935 | | | | |
| Caravan Air, LLC | N208TW | ____ Cessna Grand Caravan | 4/8/15 | $15,000 | $90 | 01/16/16 |
| | | S/N 20080671 | | | | |
| Avion Capital | N1029Y | 1992 Cessna Grand Caravan | 1/24/14 | $16,000 | $80 | 01/16/16 |
| | | S/N 20080325 | | | | |
| Avion Capital | N803TH | 1992 Cessna Grand Caravan | 1/30/15 | $16,000 | $80 | 01/16/16 |
| | | S/N 20080321 | | | | |
| Avion Capital | N9642F | 1987 Cessna Carvan | 11/1/14 | $12,000 | $80 | 01/16/16 |
| | | S/N 20080010 | | | | |
| Avion Capital | N9841F | 1985 Cessna Caravan | 10/24/14 | $12,000 | $80 | 01/16/16 |
| | | S/N 200800070 | | | | |
| Avion Capital | N473TW | 2001 Cessna Grand Caravan | | $15,000 | | 01/16/16 |
| Avion Capital | N803TH | | | $16,000 | | 01/16/16 |
| Avion Capital | N24MG | 2000 Cessna Grand Caravan | 1/28/12 | $16,000 | $80 | 01/16/16 |
| | | S/N 208B0850 | | | | |
| Avion Capital | N1154F | 2004 Cessna Grand Caravan | 4/21/14 | $18,000 | $80 | 01/16/16 |
| | | S/N 208B1065 | | | | |