# VANDEN BOS & CHAPMAN, LLP
## ATTORNEYS AT LAW

ROBERT J VANDEN BOS
ANN K. CHAPMAN

DOUGLAS R. RICKS
CHRISTOPHER N. COYLE *

*Also Admitted in Washington

SUITE 520, THE SPALDING BUILDING
319 SW WASHINGTON STREET
PORTLAND, OREGON 97204-2690
Website: vbcattorneys.com

Sender's Email:
doug@vbcattorneys.com

TELEPHONE
(503) 241-4869

FAX
(503) 241-3731

April 1, 2016

The Honorable Randall L. Dunn
US Bankruptcy Judge
US Bankruptcy Court
1001 SW Fifth Avenue, Suite 700
Portland, Oregon 97204

Re: In re SeaPort Airlines, Inc.;
Chapter 11 Case No. 16-30406-rld11
File No. 7133

**Second Order Extending Interim Order Authorizing Use
of Cash Collateral (United States of America)**

Dear Judge Dunn:

Ms. McClurg has advised that the U.S. Trustee's office has no objection to the form of Order referenced above. The Order was uploaded to the Court yesterday (March 31, 2016).

Sincerely,

VANDEN BOS & CHAPMAN, LLP

/s/Douglas R. Ricks
Douglas R. Ricks

DRR:sc

cc: SeaPort Airlines, Inc.
Douglas Pahl (counsel to the Committee) (via ECF)
Carla McClurg (United States Trustee) (via ECF)