Below is an Order of the Court.

_Trish M. Brown_
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | **SECOND** ORDER EXTENDING INTERIM |
| | ) | ORDER AUTHORIZING USE OF CASH |
| Debtor-in-Possession. | ) | COLLATERAL |
| | | (United States of America) |

    Based on Paragraph 11 of this Court's prior Interim Order (Docket No. 121) authorizing Debtor's use of the cash collateral of United States of America. ("United States") which permits an extension of the use of United State's cash collateral without further motion or notice upon stipulation of Debtor and United States, and based on the stipulation of Debtor and counsel for the United States, endorsed hereon, it is

    ORDERED that Debtor's right to use cash collateral is extended from March 31 through April 6, 2016, under the same terms and conditions of this Court's Interim Order authorizing Debtor's use of cash collateral entered February 29, 2016 (Docket No. 121) in accordance with the budget attached to this Order marked **Exhibit 1**.

Page 1 of 2 - ORDER EXTENDING INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL
(United States of America)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 204    Filed 04/01/16

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

**IT IS SO STIPULATED**:

| | |
|---|---|
| VANDEN BOS & CHAPMAN, LLP | UNITED STATES OF AMERICA, Department of Justice |
| By:/s/Robert J Vanden Bos<br>　　Robert J Vanden Bos, OSB #78100<br>　　Douglas R. Ricks, OSB #044026<br>　　Christopher N. Coyle, OSB #07350<br>　　Of Attorneys for Debtor-in-Possession | By:/s/Andrea Handel<br>　　Ruth A. Harvey<br>　　Margaret M. Newell<br>　　Andrea Handel<br>　　Of Attorneys for United States of America |

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

　　Of Attorneys for Debtor-in-Possession

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

Tulare County Tax Collector
Attn Jorge Garcia Depty Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Michael J. Edelman
VEDDER PRICE
1633 Broadway
47th Floor
New York, New York 10019

Franklin C. Adams
POB 1025
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 2 of 2 - ORDER EXTENDING INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL
　　(United States of America)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 204    Filed 04/01/16

SeaPort Airlines, Inc.
16-30406-rld11
Cash Collateral Budget 3/15/16 - 4/6/16

| | Forecasted Budget | March Totals | April Totals | May Totals | 31-Mar-16 Thu | 1-Apr-16 Fri | 2-Apr-16 Sat | 3-Apr-16 Sun | 4-Apr-16 Mon | 5-Apr-16 Tue | 6-Apr-16 Wed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | | | $80,623.61 | $635,172.21 | $167,717.99 | $168,562.59 | $168,296.59 | $168,030.59 | $2,351.18 |
| **REVENUE** | | | | | | | | | | | |
| Gross Credit Card Sales - Gravity | | $3,565.39 | $104,524.69 | $110,527.09 | $3,565.39 | $3,017.78 | $1,675.99 | $3,565.39 | $3,565.39 | $3,565.39 | $3,565.39 |
| Credit Card Sales - American Express | | $1,085.00 | $32,550.00 | $33,635.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 |
| Less Segment and Excise Taxes | | | | | -$296.39 | -$296.39 | -$296.39 | -$296.39 | -$296.39 | -$296.39 | -$296.39 |
| EAS Subsidy | $600,000.00 | $0.00 | $682,489.00 | $620,000.00 | | | | | | | |
| SIS - Interline | | $0.00 | ($10,392.00) | ($10,392.00) | | | | | | ($2,598.00) | |
| DIP Line of Credit Draw | $635,756.40 | $575,756.40 | $60,000.00 | $0.00 | $575,756.40 | | | | | | |
| ARC - Travel Agents | | $0.00 | $15,000.00 | $15,000.00 | | | $3,000.00 | | | | |
| **Asset Sales** | | | | | | | | | | | |
| Aircraft Parts | | | | | | | | | | | |
| Surplus Vehicles | | | | | | | | | | | |
| Surplus IT Equipment | | | | | | | | | | | |
| **Tenant Rent - Juneau Hangar** | | | | | | | | | | | |
| Juneau Hangar Rent | | $0.00 | $10,000.00 | $10,000.00 | | $10,000.00 | | | | | |
| TOTAL CASH RECEIVED | | $580,110.40 | $905,279.99 | $909,582.00 | $580,110.40 | $13,806.39 | $5,464.60 | $4,354.00 | $4,354.00 | $1,756.00 | $4,354.00 |
| **DAILY OPERATING EXPENDITURES** | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | |
| Aircraft Fuel | $121,992.90 | $2,800.00 | $84,000.00 | $86,800.00 | $ 2,800 | $ 2,800 | $ 2,800 | $ 2,800 | $ 2,800 | $ 2,800 | $ 2,800 |
| Insurance | $26,928.00 | $14,405.00 | $14,405.00 | $14,405.00 | $14,405.00 | | | | | | |
| Pilot Salaries, Taxes & Benefits | $ 76,723 | $0.00 | $53,643.00 | $58,000.00 | | | | | | $24,643.00 | |
| Maintenance - Salaries, Taxes, & Benefits | $ 23,328.76 | $0.00 | $27,142.00 | $27,142.00 | | | | | | $13,571.00 | |
| Repairs & Maintenance | $ 112,708 | $3,733.00 | $89,592.00 | $115,723.00 | $3,733.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Landing Fees | $ 6,288.00 | $0.00 | $5,900.00 | $5,900.00 | | | | | | | |
| **Other Expenses** | | | | | | | | | | | |
| Other Salaries & Wages, Taxes & Benefits | $161,612.00 | $0.00 | $190,000.00 | $170,000.00 | | | | | | $105,000.00 | |
| Headquarters Expense | $ 38,048 | $1,000.00 | $39,000.00 | $40,000.00 | $1,000.00 | $10,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Travel & Expenses | | $400.00 | $12,000.00 | $12,400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Pilot Training - Ground & Flight | | $0.00 | $9,600.00 | $0.00 | | | | | | $4,800.00 | |
| Maintenance Overhead | $ 6,950.00 | $0.00 | $6,950.00 | $6,950.00 | | $6,950.00 | | | | | |
| Marketing & Sales | $ 12,120 | $0.00 | $7,500.00 | $0.00 | | | | | | | |
| Reservation & Distribution Expenses | $ 28,126.00 | $400.00 | $12,800.00 | $12,400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PDX Lease Security Deposit | | $0.00 | $17,000.00 | $17,000.00 | | | | | | | |
| Station Expenses | $ 50,451 | $500.00 | $44,720.00 | $45,220.00 | $500.00 | $30,220.00 | | | | | |
| Utilities | $ 15,000 | $0.00 | $20,000.00 | $20,000.00 | | | | | | | |
| Pre-petition expense checks | | $0.00 | $0.00 | $0.00 | | | | | | | |
| One time pre-petition tax payment | $ 65,806.00 | $0.00 | $0.00 | $0.00 | | | | | | | |
| **Cure Payments** | | | | | | | | | | | |
| Aircraft Leases | $145,000.00 | $0.00 | $378,139.65 | $145,000.00 | | $378,139.65 | | | | | |
| Passenger Refunds | $ 59,000.00 | $0.00 | $0.00 | $0.00 | | | | | | | |
| **Auto-Payment Obligations** | | | | | | | | | | | |
| Amadeus | $ 52,000.00 | $0.00 | $42,000.00 | $37,000.00 | | $9,000.00 | | | | | |
| 24x7 - IT Support | | $0.00 | $9,000.00 | $9,000.00 | | $9,000.00 | | | | | |
| Sub-Total | $ 1,002,081 | $ 23,238 | $ 1,063,392 | $ 822,940 | $23,238.00 | $437,509.65 | $4,200.00 | $4,200.00 | $4,200.00 | $152,214.00 | $4,700.00 |
| 10% Contingency | $100,208.07 | $2,323.80 | $106,339.17 | $82,294.00 | $2,323.80 | $43,750.97 | $420.00 | $420.00 | $420.00 | $15,221.40 | $470.00 |
| TOTAL CASH OUT | $1,102,288.73 | $25,561.80 | $1,169,730.82 | $905,234.00 | $25,561.80 | $481,260.62 | $4,620.00 | $4,620.00 | $4,620.00 | $167,435.40 | $5,170.00 |
| Daily Income | $0.00 | $580,110.40 | $905,279.99 | $909,582.00 | $580,110.40 | $13,806.39 | $5,464.60 | $4,354.00 | $4,354.00 | $1,756.00 | $4,354.00 |
| Daily Expenses | $1,102,288.73 | $25,561.80 | $1,169,730.82 | $905,234.00 | $25,561.80 | $481,260.62 | $4,620.00 | $4,620.00 | $4,620.00 | $167,435.40 | $5,170.00 |
| Net Daily | ($1,102,288.73) | $554,548.60 | ($264,450.83) | $4,348.00 | $554,548.60 | ($467,454.23) | $844.60 | ($266.00) | ($266.00) | ($165,679.40) | ($816.00) |
| Ending Daily Balance | | | | | 80623.61 | $635,172.21 | $168,562.59 | $168,296.59 | $168,030.59 | $2,351.18 | $1,535.18 |

Case 16-30406-rld11  Doc 64  Filed 04/01/16

Exhibit A - Page 1 of 1