UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
) Case No. _____
)
) RULE 2014 VERIFIED STATEMENT
Debtor(s) ) FOR PROPOSED PROFESSIONAL

**Note:** To file an amended version of this statement per ¶19, file a fully completed amended Rule 2014 statement on LBF #1114 and clearly identify any changes from the previous filed version.

1. The applicant is not a creditor of the debtor except:

2. The applicant is not an equity security holder of the debtor.

3. The applicant is not a relative of the individual debtor.

4. The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5. The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6. The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7. The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8. The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9. The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:

14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15. Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16. The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)). Please list and explain the relationship between the debtor and the affiliate:

17. The applicant is not an affiliate of the debtor.

18. Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19. The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20. List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

1114 (11/30/09)     Page 2 of 3

Case 16-30406-rld11    Doc 211    Filed 04/07/16

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed. Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee. Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor. Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any. Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21. List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22. Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

_____
Applicant

1114 (11/30/09)    Page 3 of 3

Continuation of **AMENDED** Rule 2014 Verified Statement
For Proposed Professional
(Vanden Bos and Chapman, LLP)

**Continuation Statement No. 13**:

Applicant served as counsel for the Debtor-in-Possession in the case of In re Historic U.S. National Bank Block LLC, filed in the U.S. Bankruptcy Court for the District of Oregon, Case No. 09-38304-rld11.  That case is now closed and the Debtor's Plan has been fully performed.  John Beardsley was the person designated to perform the duties of the Debtor in the *Historic US National Bank Block, LLC* case.  John Beardsley is an affiliate of Seaport Airlines, Inc., the Debtor in this case.  It is expected that John Beardsley will provide postpetition financing to the Debtor.

Lane Powell PC is a creditor and a shareholder.  A partner at Vanden Bos & Chapman, LLP (Robert Vanden Bos) worked as an associate at Lane Powell PC from 1978 through 1981.  Additionally, Applicant retained Lane Powell PC in approximately 1992 on business matters and again in 2015.  These matters are unrelated to the Debtor's case or to any issues in Debtor's case.  The current matter for which Lane Powell PC has been engaged is still open but Applicant could terminate the relationship if required to qualify for appointment as counsel for the Debtor-in-Possession.  **Lane Powell did not receive any payments from the Debtor within 90 days of the Petition Date.  Within one year of the Petition Date, Lane Powell received one payment of $10,451.50 on approximately 02/15/15.  Lane Powell acquired its equity position in the Debtor in 2009 in exchange for cancellation of open invoices for legal services totalling approximately $80,000.**

Tonkon Torp LLP currently represents John Beardsley individually.  Mr. Beardsley is an affiliate of the Debtor and will likely be a provider of postpetition financing to the Debtor.  Applicant has been hired by Tonkon Torp LLP to serve as an expert witness in an unrelated bankruptcy case.  The matter is still open.

In 2012, Applicant jointly represented SeaPort Airlines, Inc. (then known as Alaska Juneau Aeronautics, Inc.) and John Beardsley as co-defendants in a collection action brought by Epic Aviation.   Beardsley was named as a defendant because he had personally guaranteed the debt of the Debtor.  The matter was resolved in 2012 by settlement payment without the necessity of an appearance by the defendants.  Applicant's file was closed in June of 2012.

The spouse of one of the partners of Applicant is a Tier One PERS retiree.  PERS is a major investor in the Oregon Angels' Fund which holds 39.6% stake of the preferred voting shares of the Debtor.

Applicant has represented the following creditors on certain unrelated matters (on a one-time basis), and in each instance, the representation has concluded:

1. Alaska Communication Systems.  The representation concluded in 2003;

2. Atlantic Aviation Oregon FBO, Inc.; Atlantic Aviation PDX.  Applicant represented these creditors on a one-time basis for defense of preference claims brought by the Plan Agent in the bankruptcy case of In re Beall Corporation, filed in the U.S. Bankruptcy Court for the District of Oregon, Case No. 12-37291-elp11; in the adversary proceeding *Beall Corporation v. Atlantic Aviation Oregon FBO Inc., dba Flightcraft*, Adversary Proceeding No. 14-03222-elp.  The claims were settled and paid.  The representation concluded in 2015.

3. Cessna Aircraft Company.  Applicant represented Cessna Aircraft Company with respect to its purchase of the assets of the Debtor in the case of In re Columbia Aircraft Manufacturing Corporation; filed in the U.S. Bankruptcy Court for the District of Oregon, Case No. 07-33850-elp11.  The representation concluded in 2009.

Continuation of **AMENDED** Rule 2014 Verified Statement
For Proposed Professional
(Vanden Bos and Chapman, LLP)

**Continuation Statement No. 15** (Amendment is in Bolded Print):

On behalf of Debtor, on February 4, 2016. John Beardsley/John Beardsley Building Development ("Beardsleys") paid Applicant a retainer amount of $50,000.  **This payment represents a voluntary contribution and is not a loan.  No re-payment by SeaPort Airlines, Inc. is required or expected**. The Beardsleys understand this payment is deemed "earned on receipt."  The Beardsleys reserve the right, and intend to assert credit for this payment, and any additional retainer payments, as a "new value" contribution in Debtor's bankruptcy case.  Post-petition, the Beardsleys intend to pay Applicant an additional retainer of $50,000.00 on a purely voluntary basis.  Applicant does not assert any right to such additional retainer payment, nor does Applicant rely upon the Beardsleys' stated intention to make an additional retainer payment. If and when such additional retainer payment is made, Applicant will amend this Rule 2014 Statement to disclose payment of any additional retainer amount.

**As of February 4, 2016, calculated at Applicant's standard hourly rates, plus expenses (including payment of the filing fee) the amount of the earned on receipt retainer utilized was approximately $43,300 (subject to possible adjustments as part of ordinary billing procedures when all time is reviewed and finalized at month's end).**

CONTINUATION OF
2ND AMENDED
RULE 2014 VERIFIED STATEMENT
FOR PROPOSED PROFESSIONAL
(Vanden Bos Chapman, LLP)

| No. | Affiliate | Creditor | Description | Date | Amount Guaranteed (Current Balance) | Collateral Yes/No/Describe |
|---|---|---|---|---|---|---|
| 1 | AMENDED - ENTRY NO. 1 DELETED. | | (Further review indicates the Aircraft Finance Lease III, Inc. (aka Residco) obligations are not guaranteed by Mr. nor Mrs. Beardsley.) | | | |
| 2 | John Beardsley Janet Beardsley | Wings Airline Services, Inc. | Wings Airline Services, Inc. asserts the existence of a guarantee which Beardsleys deny. | Disputed | Disputed | |
| 3 | Fountain Village Development Company | Wells Fargo | 1st Trust Deed on Juneau Hangar | 1/26/2011 | $ 2,106,507.57 | Yes - Airplane Hangar in Juneau Alaska |
| 4 | John Beardsley | Axis Capital | Guarantee on Lease for Flight Simulator | 12/4/2014 | $ 154,685.92 | Yes - Cessna Caravan Flight Simulator |
| 5 | John Beardsley Janet Beardsley | Robert N. Jacobsen and Darlene F. Jacobsen Living Trust and Wings Airline Services, Inc. | Guarantee on 2nd Trust deed on Juneau Hangar. Debtor will be investigating the potential avoidability of the security interest. | 6/1/2010 | $ 1,393,194.35 | Yes - Airplane Hangar in Juneau Alaska |
| 6 | John Beardsley | Fountain Village Development/Beardsley Building Development/US National Bank Block (subject to verification) | Note Payable | | $ 4,154,500.00 | No |
| 7* | Historic US National Bank Block | Wells Fargo | Historic US National Bank Block LLC's ("Historic") Plan of Reorganization provides that Historic will pay Wells Fargo any unpaid deficiency balance after foreclosure of the obligation owed by Fountain Village Development Company to Wells Fargo secured by the Juneau Hangar. | | | |

*Item No. 7 was added by Amendment.

In re SeaPort Airlines, Inc.
Ch 11 Case No. 16-30406-rld11
CONTINUATION STATEMENT No. 22

CONTINUATION OF
AMENDED RULE 2014 VERIFIED
STATEMENT FOR PROPOSED
PROFESSIONAL
(Vanden Bos & Chapman, LLP)

**Wings Airline Services,**

| Type | Date | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 2200-00 · Notes Payable - Short Term | | | | | | | 108,896.47 |
| Security: Juneau Airline Hangar | | | | | | | 108,896.47 |
| Bill | 7/1/2014 | | Wings Airline Services, Inc. | July2014 JNU Hangar Mtg Note to WAS | 8,846.31 | | 100,050.16 |
| Bill | 7/1/2014 | | Wings Airline Services, Inc. | July2015 JNU Hangar Mortgage reclass to ST from LT | | 9,322.08 | 109,372.24 |
| Bill | 8/1/2014 | | Wings Airline Services, Inc. | Aug2014 JNU Hangar Mtg Note to WAS | 8,885.02 | | 100,487.22 |
| Bill | 8/1/2014 | | Wings Airline Services, Inc. | Aug2015 JNU Hangar Mortgage reclass to ST from LT | | 9,362.87 | 109,850.09 |
| Bill | 9/1/2014 | | Wings Airline Services, Inc. | Sept2014 JNU Hangar Mtg Note to WAS | 8,923.89 | | 100,926.20 |
| Bill | 9/1/2014 | | Wings Airline Services, Inc. | Sept2015 JNU Hangar Mortgage reclass to ST from LT | | 9,403.83 | 110,330.03 |
| General Jou | 9/30/2014 | * | | Adjust NP to actual @ 09/30/2014 | 148.72 | | 110,181.31 |
| Bill | 10/1/2014 | | Wings Airline Services, Inc. | Oct2014 JNU Hangar Mtg Note to WAS | 8,962.93 | | 101,218.38 |
| Bill | 10/1/2014 | | Wings Airline Services, Inc. | Oct2015 JNU Hangar Mortgage reclass to ST from LT | | 9,444.97 | 110,663.35 |
| Bill | 11/1/2014 | | Wings Airline Services, Inc. | Nov2014 JNU Hangar Mtg Note to WAS | 9,002.14 | | 101,661.21 |
| Bill | 11/1/2014 | | Wings Airline Services, Inc. | Nov2015 JNU Hangar Mortgage reclass to ST from LT | | 9,486.29 | 111,147.50 |
| Bill | 12/1/2014 | | Wings Airline Services, Inc. | Dec2014 JNU Hangar Mtg Note to WAS | 9,041.53 | | 102,105.97 |
| Bill | 12/1/2014 | | Wings Airline Services, Inc. | Dec2015 JNU Hangar Mortgage reclass to ST from LT | | 9,527.80 | 111,633.77 |
| Bill | 1/1/2015 | | Wings Airline Services, Inc. | Jan2015 JNU Hangar Mtg Note to WAS | 9,081.08 | | 102,552.69 |
| Bill | 1/1/2015 | | Wings Airline Services, Inc. | Jan2016 JNU Hangar Mortgage reclass to ST from LT | | 9,569.48 | 112,122.17 |
| Bill | 2/1/2015 | | Wings Airline Services, Inc. | Feb2015 JNU Hangar Mtg Note to WAS | 9,120.81 | | 103,001.36 |
| Bill | 2/1/2015 | | Wings Airline Services, Inc. | Feb2016 JNU Hangar Mortgage reclass to ST from LT | | 9,611.35 | 112,612.71 |
| Bill | 3/1/2015 | | Wings Airline Services, Inc. | Mar2015 JNU Hangar Mtg Note to WAS | 9,160.72 | | 103,451.99 |
| Bill | 3/1/2015 | | Wings Airline Services, Inc. | Mar2016 JNU Hangar Mortgage reclass to ST from LT | | 9,653.40 | 113,105.39 |
| Bill | 4/15/2015 | | Wings Airline Services, Inc. | Apr2015 JNU Hangar Mtg Note to WAS | 9,200.79 | | 103,904.60 |
| Bill | 4/15/2015 | | Wings Airline Services, Inc. | Apr2016 JNU Hangar Mortgage reclass to ST from LT | | 9,695.63 | 113,600.23 |
| Bill | 5/1/2015 | | Wings Airline Services, Inc. | May2015 JNU Hangar Mtg Note to WAS | 9,241.05 | | 104,359.18 |
| Bill | 5/1/2015 | | Wings Airline Services, Inc. | May2016 JNU Hangar Mortgage reclass to ST from LT | | 9,738.05 | 114,097.23 |
| Bill | 6/1/2015 | | Wings Airline Services, Inc. | June2015 JNU Hangar Mtg Note to WAS | 9,281.48 | | 104,815.75 |
| Bill | 6/1/2015 | | Wings Airline Services, Inc. | June2016 JNU Hangar Mortgage reclass to ST from LT | | 9,780.65 | 114,596.40 |
| Bill | 7/1/2015 | | Wings Airline Services, Inc. | July2015 JNU Hangar Mtg Note to WAS | 9,322.08 | | 105,274.32 |
| Bill | 7/1/2015 | | Wings Airline Services, Inc. | July2016 JNU Hangar Mortgage reclass to ST from LT | | 9,823.44 | 115,097.76 |
| Bill | 8/1/2015 | | Wings Airline Services, Inc. | Aug2015 JNU Hangar Mtg Note to WAS | 9,362.87 | | 105,734.89 |
| Bill | 8/1/2015 | | Wings Airline Services, Inc. | Aug2016 JNU Hangar Mortgage reclass to ST from LT | | 9,866.42 | 115,601.31 |
| Bill | 9/1/2015 | | Wings Airline Services, Inc. | Sept2015 JNU Hangar Mtg Note to WAS | 9,403.83 | | 106,197.48 |
| Bill | 9/1/2015 | | Wings Airline Services, Inc. | Sept2016 JNU Hangar Mortgage reclass to ST from LT | | 9,909.59 | 116,107.07 |
| Bill | 10/1/2015 | | Wings Airline Services, Inc. | Oct 2015 JNU Hangar Mtg Note to WAS | 9,444.97 | | 106,662.10 |
| Bill | 10/1/2015 | | Wings Airline Services, Inc. | Oct 2016 JNU Hangar Mortgage reclass to ST from LT | | 9,952.94 | 116,615.04 |
| Bill | 11/1/2015 | | Wings Airline Services, Inc. | Nov 2015 JNU Hangar Mtg Note to WAS | 9,444.97 | | 107,170.07 |
| Bill | 11/1/2015 | | Wings Airline Services, Inc. | Nov 2016 JNU Hangar Mortgage reclass to ST from LT | | 9,996.48 | 117,166.55 |
| Bill | 12/1/2015 | | Wings Airline Services, Inc. | Dec 2015 JNU Hangar Mtg Note to WAS | 9,486.29 | | 107,680.26 |
| Bill | 12/1/2015 | | Wings Airline Services, Inc. | Dec 2016 JNU Hangar Mortgage reclass to ST from LT | | 10,040.22 | 117,720.48 |
| Bill | 1/1/2016 | | Wings Airline Services, Inc. | Jan 2016 JNU Hangar Mtg Note to WAS | 9,569.48 | | 108,151.00 |
| Bill | 1/1/2016 | | Wings Airline Services, Inc. | Jan 2017 JNU Hangar Mortgage reclass to ST from LT | | 10,084.15 | 118,235.15 |
| Total 2200-09 · Note Pay ST - Wings Air Svcs | | | | | 174,930.96 | 184,269.64 | 118,235.15 |

CONTINUATION OF
AMENDED RULE 2014 VERIFIED
STATEMENT FOR PROPOSED
PROFESSIONAL
(Vanden Bos & Chapman, LLP)

**Wings Airline Services,**

| Type | Date | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 2800-00 · Notes Payable - Long Term | | | | | | | 1,467,968.79 |
| Security: Juneau Airline Hangar | | | | | | | 1,467,968.79 |
| Bill | 7/1/2014 | | Wings Airline Services, Inc. | July2015 JNU Hangar Mortgage reclass to ST from LT | 9,322.08 | | 1,458,646.71 |
| Bill | 8/1/2014 | | Wings Airline Services, Inc. | Aug2015 JNU Hangar Mortgage reclass to ST from LT | 9,362.87 | | 1,449,283.84 |
| Bill | 9/1/2014 | | Wings Airline Services, Inc. | Sept2015 JNU Hangar Mortgage reclass to ST from LT | 9,403.83 | | 1,439,880.01 |
| General Jou | 9/30/2014 | * | | Reclass Wings Air Service Payment | 8,769.41 | | 1,431,110.60 |
| General Jou | 9/30/2014 | * | | Adjust NP to actual @ 09/30/2014 | | 29.46 | 1,431,140.06 |
| Bill | 10/1/2014 | | Wings Airline Services, Inc. | Oct2015 JNU Hangar Mortgage reclass to ST from LT | 9,444.97 | | 1,421,695.09 |
| Bill | 11/1/2014 | | Wings Airline Services, Inc. | Nov2015 JNU Hangar Mortgage reclass to ST from LT | 9,486.29 | | 1,412,208.80 |
| Bill | 12/1/2014 | | Wings Airline Services, Inc. | Dec2015 JNU Hangar Mortgage reclass to ST from LT | 9,527.80 | | 1,402,681.00 |
| Bill | 1/1/2015 | | Wings Airline Services, Inc. | Jan2016 JNU Hangar Mortgage reclass to ST from LT | 9,569.48 | | 1,393,111.52 |
| Bill | 2/1/2015 | | Wings Airline Services, Inc. | Feb2016 JNU Hangar Mortgage reclass to ST from LT | 9,611.35 | | 1,383,500.17 |
| Bill | 3/1/2015 | | Wings Airline Services, Inc. | Mar2016 JNU Hangar Mortgage reclass to ST from LT | 9,653.40 | | 1,373,846.77 |
| Bill | 4/15/2015 | | Wings Airline Services, Inc. | Apr2016 JNU Hangar Mortgage reclass to ST from LT | 9,695.63 | | 1,364,151.14 |
| Bill | 5/1/2015 | | Wings Airline Services, Inc. | May2016 JNU Hangar Mortgage reclass to ST from LT | 9,738.05 | | 1,354,413.09 |
| Bill | 6/1/2015 | | Wings Airline Services, Inc. | June2016 JNU Hangar Mortgage reclass to ST from LT | 9,780.65 | | 1,344,632.44 |
| Bill | 7/1/2015 | | Wings Airline Services, Inc. | July2016 JNU Hangar Mortgage reclass to ST from LT | 9,823.44 | | 1,334,809.00 |
| Bill | 8/1/2015 | | Wings Airline Services, Inc. | Aug2016 JNU Hangar Mortgage reclass to ST from LT | 9,866.42 | | 1,324,942.58 |
| Bill | 9/1/2015 | | Wings Airline Services, Inc. | Sept2016 JNU Hangar Mortgage reclass to ST from LT | 9,909.59 | | 1,315,032.99 |
| Bill | 10/1/2015 | | Wings Airline Services, Inc. | Oct 2016 JNU Hangar Mortgage reclass to ST from LT | 9,952.94 | | 1,305,080.05 |
| Bill | 11/1/2015 | | Wings Airline Services, Inc. | Nov 2016 JNU Hangar Mortgage reclass to ST from LT | 9,996.48 | | 1,295,083.57 |
| Bill | 12/1/2015 | | Wings Airline Services, Inc. | Dec 2016 JNU Hangar Mortgage reclass to ST from LT | 10,040.22 | | 1,285,043.35 |
| Bill | 1/1/2016 | | Wings Airline Services, Inc. | Jan 2017 JNU Hangar Mortgage reclass to ST from LT | 10,084.15 | | 1,274,959.20 |
| Total 2800-09 · Note Pay LT - Wings Air Svcs | | | | | 193,039.05 | 29.46 | 1,274,959.20 |
| | | | | | | | |
| TOTAL | | | | | | | 1,393,194.35 |

CONTINUATION OF
AMENDED RULE 2014 VERIFIED
STATEMENT FOR PROPOSED
PROFESSIONAL
(Vanden Bos & Chapman, LLP)

## WELLS FARGO

2800-00 · Notes Payable - Long Term
Security: Juneau Airline Hangar

| Type | Date | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 2,240,231.66 |
| | | | | | | | 2,240,231.66 |
| Bill | 7/1/2014 | | Wells Fargo | July 2014 Hangar Payment | 10,936.26 | | 2,229,295.40 |
| Bill | 8/1/2014 | | Wells Fargo | August 2014 Hangar Payment | 10,556.65 | | 2,218,738.75 |
| Bill | 9/1/2014 | | Wells Fargo | September 2014 Hangar Payment | 10,994.46 | | 2,207,744.29 |
| General Jou | 9/30/2014 | * | | Reclass Wings Air Service Payment | | 8,769.41 | 2,216,513.70 |
| Bill | 10/1/2014 | | Wells Fargo | October 2014 Hangar Payment | 11,024.24 | | 2,205,489.46 |
| Bill | 11/1/2014 | | Wells Fargo | November 2014 Hangar Payment | 10,852.43 | | 2,194,637.03 |
| Bill | 12/1/2014 | | Wells Fargo | December 2014 Hangar Payment | 11,083.49 | | 2,183,553.54 |
| Bill | 1/1/2015 | | Wells Fargo | January 2015 Hangar Payment | 10,514.44 | | 2,173,039.10 |
| Bill | 2/1/2015 | | Wells Fargo | February 2015 Hangar Payment | 11,340.72 | | 2,161,698.38 |
| Bill | 3/1/2015 | | Wells Fargo | March 2015 Hangar Payment | 11,568.13 | | 2,150,130.25 |
| General Jou | 3/31/2015 | * | | | 106,922.28 | | 2,043,207.97 |
| General Jou | 3/31/2015 | * | | To adjust to consolidate current portion of LT Debt | | 135,302.28 | 2,178,510.25 |
| Bill | 4/1/2015 | | Wells Fargo | April 2015 Hangar Payment | 11,007.38 | | 2,167,502.87 |
| Bill | 5/1/2015 | | Wells Fargo | May 2015 Hangar Payment | 11,233.86 | | 2,156,269.01 |
| Bill | 6/1/2015 | | Wells Fargo | June 2015 Hangar Payment | 11,069.62 | | 2,145,199.39 |
| Bill | 7/1/2015 | | Wells Fargo | July 2015 Hangar Payment | 11,294.25 | | 2,133,905.14 |
| Bill | 8/1/2015 | | Wells Fargo | Aug 2015 Hangar Payment | 11,132.18 | | 2,122,772.96 |
| Bill | 9/1/2015 | | Wells Fargo | Sept 2015 Hangar Payment | 11,163.34 | | 2,111,609.62 |
| Bill | 10/1/2015 | | Wells Fargo | Oct 2015 Hangar Payment | 11,163.34 | | 2,100,446.28 |
| Bill | 11/1/2015 | | Wells Fargo | Nov 2015 Hangar Payment | 11,793.80 | | 2,088,652.48 |
| Bill | 12/1/2015 | | Wells Fargo | Dec 2015 Hangar Payment | 11,446.43 | | 2,077,206.05 |
| General Jou | 12/31/2015 | * | | Wells Fargo Loan ADJ to Interest | | 355.66 | 2,077,561.71 |
| Bill | 1/1/2016 | | Wells Fargo | January 2016 Hangar Payment | 10,871.47 | | 2,066,690.24 |
| TOTAL | | | | | 317,968.77 | 144,427.35 | 2,066,690.24 |

**CONTINUATION OF**
**AMENDED RULE 2014 VERIFIED STATEMENT FOR PROPOSED PROFESSIONAL**
**(Vanden Bos & Chapman, LLP)**

**Axis Capital, Inc.**

2800-00 · Notes Payable - Long Term
Security - Cessna Caravan Flight Simulator

| Type | Date | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| Bill | 12/4/2014 | | Axis Capital, Inc. | Down Payment | 35,224.60 | | -35,224.60 |
| General Jou | 12/8/2014 | * | | Record Axis Capital Loan for Flight Simulator | | 192,974.69 | 157,750.09 |
| General Jou | 3/31/2015 | * | | To adjust balances to actual. | 10,214.20 | | 147,535.89 |
| General Jou | 3/31/2015 | * | | To adjust balances to actual. | | 40,360.99 | 187,896.88 |
| Check | 4/15/2015 | | Axis Capital, Inc. | 4th Installment of Flight Simulator | 3,139.13 | | 184,757.75 |
| Check | 5/15/2015 | | Axis Capital, Inc. | 5th Installment of Flight Simulator | 3,178.24 | | 181,579.51 |
| Check | 6/15/2015 | | Axis Capital, Inc. | 6th Installment of Flight Simulator | 3,217.84 | | 178,361.67 |
| Check | 7/15/2015 | | Axis Capital, Inc. | 7th Installment of Flight Simulator | 3,257.92 | | 175,103.75 |
| Check | 8/15/2015 | | Axis Capital, Inc. | 8th Installment of Flight Simulator | 3,298.51 | | 171,805.24 |
| Check | 9/15/2015 | | Axis Capital, Inc. | 9th Installment of Flight Simulator | 3,339.61 | | 168,465.63 |
| Check | 10/16/2015 | | Axis Capital, Inc. | 10th Installment of Flight Simulator | 3,381.21 | | 165,084.42 |
| Check | 11/17/2015 | | Axis Capital, Inc. | 11th Installment of Flight Simulator | 3,423.34 | | 161,661.08 |
| Check | 12/16/2015 | | Axis Capital, Inc. | 12th Installment of Flight Simulator | 3,465.99 | | 158,195.09 |
| Check | 1/15/2016 | | Axis Capital, Inc. | 13th Installment of Flight Simulator | 3,509.17 | | 154,685.92 |
| TOTAL | | | | | 78,649.76 | 233,335.68 | 154,685.92 |

CONTINUATION OF
AMENDED RULE 2014 VERIFIED
STATEMENT FOR PROPOSED
PROFESSIONAL
(Vanden Bos & Chapman, LLP)

## Fountain Village Development/Beardsley Building Development/ US National Bank Block (subject to verification)

| Type | Date | Nam | Memo | | Amount | Balance |
|---|---|---|---|---|---|---|
| 2200-00 · Notes Payable - Current | | | | | | |
| Security: None | | | | | | 183,000 |
| Deposit | 6/3/2014 | Beardsley Building Development | Repayment of Note | | 30,000 | 213,000 |
| Deposit | 10/31/2014 | Beardsley Building Development | Advance on Note | | 75,000 | 288,000 |
| Deposit | 11/6/2014 | Beardsley Building Development | Advance on Note | | 65,000 | 353,000 |
| Deposit | 12/5/2014 | Beardsley Building Development | Advance for Sim Financing | | 35,000 | 388,000 |
| Deposit | 12/18/2014 | Beardsley Building Development | Payroll Advance Note | | 200,000 | 588,000 |
| Deposit | 12/23/2014 | Beardsley Building Development | Advance of Funds | | 125,000 | 713,000 |
| Deposit | 12/31/2014 | Beardsley Building Development | Loan for 12/31/14 | | 50,000 | 763,000 |
| Deposit | 1/2/2015 | Beardsley Building Development | Advance | | 50,000 | 813,000 |
| Deposit | 1/2/2015 | Beardsley Building Development | Advance | | 300,000 | 1,113,000 |
| Deposit | 1/28/2015 | Beardsley Building Development | Loan Advancement | | 125,000 | 1,238,000 |
| Deposit | 2/2/2015 | Beardsley Building Development | Note Advance | | 50,000 | 1,288,000 |
| Deposit | 2/4/2015 | Beardsley Building Development | Note Advance | | 500,000 | 1,788,000 |
| Deposit | 2/11/2015 | Beardsley Building Development | Note Advance | | 50,000 | 1,838,000 |
| Deposit | 2/27/2015 | Beardsley Building Development | Note Advance | | 250,000 | 2,088,000 |
| Deposit | 3/2/2015 | Beardsley Building Development | Note Advance | | 114,000 | 2,202,000 |
| Deposit | 3/5/2015 | Beardsley Building Development | Note Advance | | 175,000 | 2,377,000 |
| Deposit | 3/13/2015 | Beardsley Building Development | Note Advance | | 200,000 | 2,577,000 |
| Deposit | 3/26/2015 | Beardsley Building Development | Advance | | 20,000 | 2,597,000 |
| Deposit | 3/26/2015 | Beardsley Building Development | Advance | | 10,000 | 2,607,000 |
| Deposit | 5/4/2015 | Beardsley Building Development | Note Advance | | 300,000 | 2,907,000 |
| Bill | 5/7/2015 | Beardsley Building Development | Repayment of Note 5/4/15 | | -300,000 | 2,607,000 |
| Check | 6/30/2015 | Aerodynamics, Inc. | Deposit on Aircraft | | -57,000 | 2,550,000 |
| Deposit | 7/6/2015 | Beardsley Building Development | Advance for Payroll | | 130,000 | 2,680,000 |
| Deposit | 7/30/2015 | Beardsley Building Development | Attorney's Fees for Klevansky Piper LLP | | 45,000 | 2,725,000 |
| Deposit | 9/2/2015 | Beardsley Building Development | Advance on Note | | 350,000 | 3,075,000 |
| Deposit | 9/23/2015 | Beardsley Building Development | Note Advance | | 200,000 | 3,275,000 |
| Deposit | 10/2/2015 | Beardsley Building Development | Note Advance for Payroll | | 310,000 | 3,585,000 |
| Deposit | 11/4/2015 | Beardsley Building Development | Payroll Deposit from Beardsley | | 210,000 | 3,795,000 |
| Deposit | 11/20/2015 | Beardsley Building Development | Payroll Advance 11/20/15 | | 107,500 | 3,902,500 |
| Deposit | 12/3/2015 | Beardsley Building Development | Beardsley Deposit 6248 | | 10,000 | 3,912,500 |
| Deposit | 12/21/2015 | Beardsley Building Development | Beardsley Deposit | | 89,000 | 4,001,500 |
| Deposit | 12/31/2015 | Beardsley Building Development | Deposit | | 22,000 | 4,023,500 |
| Deposit | 1/5/2016 | Beardsley Building Development | Payroll Deposit | | 250,000 | 4,273,500 |
| Bill | 1/13/2016 | Fountain Village Development | Note Payment | | -250,000 | 4,023,500 |
| Deposit | 1/28/2016 | Beardsley Building Development | Deposit | | 10,000 | 4,033,500 |
| Deposit | 1/28/2016 | Beardsley Building Development | Deposit | | 10,000 | 4,043,500 |
| Deposit | 1/29/2016 | Beardsley Building Development | Deposit | | 15,000 | 4,058,500 |
| Deposit | 2/4/2016 | Beardsley Building Development | Payroll Deposit | | 96,000 | 4,154,500 |
| Total 2200-12 · Note Pay ST - HUSNBB | | | | | 3,971,500 | 4,154,500 |

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

CERTIFICATE - TRUE COPY

DATE: April 7, 2016

DOCUMENT: 2ND AMENDED RULE 2014 VERIFIED STATEMENT FOR PROPOSED PROFESSIONAL (Vanden Bos & Chapman, LLP)

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

Michael J. Edelman
VEDDER PRICE
1633 Broadway, 47th Floor
New York, New York 10019

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Tulare County Tax Collector
Attn Jorge Garcia Depty Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

by mailing a copy of the above-named document to the above party(ies) in a sealed envelope, addressed to the above at his, her or their last known address. Said envelope(s) were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: April 7, 2016

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession

PAGE 1 - CERTIFICATE OF SERVICE