Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | APPLICATION FOR AUTHORITY TO |
| | ) | EMPLOY PROFESSIONAL Special Counsel - |
| | ) | Waller, Lansden, Dortch & Davis, LLP |
| Debtor-in-Possession. | ) | (James M. Doran) |

Pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, SeaPort Airlines, Inc., ("Debtor") makes application to the court for authority to employ the law firm of Waller, Lansden, Dortch & Davis, LLP (James M. Doran), 511 Union Street, Ste. 2700, Nashville, TN 37219-1760, Phone: (615) 244-6380 (the "Professional") as the estate's special counsel to represent and defend Debtor regarding litigation filed against SeaPort Airlines, Inc. with respect to an alleged passenger injury that occurred on or about March 18, 2016 at 6:35 pm at the Nashville Airport in Nashville, TN ("Nashville Litigation"). In support of this application, Debtor represents:

     1.     On February 5, 2016 (the "Petition Date), Debtor filed a petition under Chapter 11 of the United States Bankruptcy Code.

Page 1 of 3 - APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL - Special Counsel - Waller, Lansden, Dortch & Davis, LLP (James M. Doran)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-30406-rld11    Doc 218    Filed 04/14/16

2. Debtor wishes to employ the Professional as its special counsel in this proceeding.

3. Debtor has selected Professional for the reason that Professional has substantial experience in the areas of insurance defense litigation. Debtor's insurance carrier has or will accept the responsibility for the defense of all claims and for payment of all of Debtor's litigation costs and to pay any settlement or judgment up to coverage limits. Accordingly, the Professional does not expect compensation from the bankruptcy estate for services rendered.

4. To the best of Debtor's knowledge, the Professional has no connection with the creditors or any other adverse party or its attorneys, except as disclosed in the Rule 2014 Verified Statement on file herein.

5. To the best of Debtor's knowledge the Professional represents no interest adverse to Debtor or the estate, except as disclosed in the Rule 2014 Verified Statement on file herein.

6. Compensation shall be set by the court in accordance with 11 U.S.C. §330. Professional's fees shall be paid by Debtor's insurance carrier and Professional will not be paid from the bankruptcy estate for such fees.

7. Attached as **Exhibit A** is a copy of the Professional's curricula vitae which shows the qualifications of the Professional to perform the services required to be performed on behalf of the Debtor.

/ / /

/ / /

/ / /

/ / /

Page 2 of 3 - APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL - Special Counsel - Waller, Lansden, Dortch & Davis, LLP (James M. Doran)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-30406-rld11    Doc 218    Filed 04/14/16

WHEREFORE, Debtor prays that Debtor be authorized to employ and appoint Professional as special counsel to Debtor-in-Possession in this proceeding under Chapter 11 of the Bankruptcy Code, with all compensation to be paid by Debtor's insurance carrier.

DATED: April 14, 2016

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession

Page 3 of 3 - APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL - Special Counsel - Waller, Lansden, Dortch & Davis, LLP (James M. Doran)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-30406-rld11    Doc 218    Filed 04/14/16



Search Site                GO

Advanced Search | Search Tips

Our People | Industries | Services | About Us | News / Events | Diversity | Giving Back | Join Us

Home > Our People > James "Jim" M. Doran, Jr.

| Offices | Allied Law Firms | Waller Alumni | Connect With Waller | Share |
| | | Employee Access | | |
| | | Awards | | |

## JAMES "JIM" M. DORAN, JR.
Partner



615.850.8843 direct
jim.doran@wallerlaw.com
v-Card

Location

Legal Services
Industries Served
Assistant

Overview    Experience    Professional    News/Events    Up Close

For more than 40 years, national and international clients from a wide range of industries have relied on Jim Doran for representation in complex commercial and contract disputes, products liability litigation and insurance coverage disputes. His experience spans the automotive, chemical, pharmaceutical, insurance, healthcare and real estate industries. Jim has successfully defended attorneys, physicians and dentists in professional liability and malpractice lawsuits. He also represents both insurers and insureds in insurance disputes involving issues related to:

- Commercial and general liability coverage
- Directors and officers liability coverage
- Professional liability coverage

Pharmaceutical companies, medical device manufacturers, and other corporate clients turn to Jim for counsel when they are faced with complex products liability claims. Jim served as National Settlement Counsel for Bayer in PPA mass tort litigation, and he has earned a reputation for success in high-profile products liability cases involving asbestos, breast implants, latex gloves, bone fixation devices and products such as , DES, Fen-Phen, Baycol, Vioxx, Fosamax, Gadolinium, Trasylol, Ketek, Yaz/Yazmin and ReNu litigation.

Known for his intellectual curiosity, Jim enjoys tackling complicated issues and presenting them in a relatable way.

*Chambers USA* recognizes Jim as a leading attorney in commercial litigation. Additionally, Best Lawyers lists Jim in four categories of top practitioners: Bet-the-Company Litigation, Commercial Litigation, Mass Tort Litigation/Class Actions – Defendants, and Product Liability Litigation – Defendants. Furthermore, Jim has been named Nashville's 2013 "Lawyer of the Year" by *Best Lawyers in America* for Product Liability Litigation-Defendants.

Education

Bar Admissions

Court Admissions







Waller Blogs    Client Login

Contact Us | Site Map | Disclaimer | Allied Law Firms | Employee Login | Client Login
© 2016 Waller Lansden Dortch & Davis, LLP. All Rights Reserved.

POWERED BY CONTENT PILOT.

Exhibit A - Page 1 of 1

http://www.wallerlaw.com/Our-People/James-Jim-M-Doran-Jr

Case 16-30406-rld11    Doc 218    Filed 04/14/16

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                      )
                                           ) Case No. _____
                                           )
                                           ) RULE 2014 VERIFIED STATEMENT
Debtor(s)                                  ) FOR PROPOSED PROFESSIONAL

**Note:** To file an amended version of this statement per ¶19, file a fully completed amended Rule 2014 statement on LBF #1114 and clearly identify any changes from the previous filed version.

1. The applicant is not a creditor of the debtor except:

2. The applicant is not an equity security holder of the debtor.

3. The applicant is not a relative of the individual debtor.

4. The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5. The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6. The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7. The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8. The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9. The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:

14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15. Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16. The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)). Please list and explain the relationship between the debtor and the affiliate:

17. The applicant is not an affiliate of the debtor.

18. Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19. The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20. List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed. Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee. Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor. Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any. Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21. List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22. Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

_____
Applicant

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

CERTIFICATE - TRUE COPY

DATE:     April 14, 2016

DOCUMENT: APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL - Special Counsel - Waller, Lansden, Dortch & Davis, LLP (James M. Doran) and RULE 2014 VERIFIED STATEMENT FOR PROPOSED PROFESSIONAL Waller, Lansden, Dortch & Davis, LLP (James M. Doran)

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

| | | |
|---|---|---|
| SeaPort Airlines, Inc.<br>Attn: Timothy Sieber<br>7505 NE Airport Way<br>Portland, OR 97218 | Franklin C. Adams<br>POB 1028<br>Riverside, CA 92502-1028 | Michael J. Edelman<br>VEDDER PRICE<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |
| James M. Doran<br>Waller, Lansden, Dortch<br>  & Davis, LLP<br>511 Union Street, Ste. 2700,<br>Nashville, TN 37219-1760 | Mark J. Wolfson<br>100 N Tampa St #2700<br>Tampa, FL 33602 | Tulare County Tax Collector<br>Attn Jorge Garcia Depty Tax Collector<br>221 S Mooney Blvd Rm 104-E<br>Visalia, CA 93291-4593 |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

    Dated: April 14, 2016

                          VANDEN BOS & CHAPMAN, LLP

                          By:/s/Robert J Vanden Bos
                              Robert J Vanden Bos, OSB #78100
                              Douglas R. Ricks, OSB #044026
                              Christopher N. Coyle, OSB #07350
                              Of Attorneys for Debtor-in-Possession