IT IS ORDERED that the Application below is approved.

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

**SEAPORT AIRLINES, INC.**

Debtor(s)

Plaintiff(s)

v.

Defendant(s)

Case No: **16-30406-rld11**
First Amended
APPLICATION FOR SPECIAL
ADMISSION *PRO HAC VICE,*
**AND ORDER THEREON**

Adv. Proc. No. (if applicable):_____

The undersigned, attorney for the following named party(s): **San Diego County Regional Airport Authority** _____, moves for admission of the following attorney *pro hac vice*:

(a) **APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data**:

   (A) Attorney's Name: **Franklin C. Adams**

   (B) Firm or Business Affiliation: **Best Best & Krieger LLP**

   (C) Mailing Address: **P.O. Box 1028, Riverside, California 92502-1028.**

   (D) Business Telephone Number: **(951) 686-1450**

   (E) Fax Telephone Number: **(951) 686-3083**

   (F) E-Mail Address: **Franklin.Adams@bbklaw.com**

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

  (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number:
  **California State Bar Admission on 5-21-79, California State Bar No. 85381**
  (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:
  **Federal Bar Admission to Central District of California on 12-13-79, California State Bar No. 85351**

(3) **Certification of Disciplinary Proceedings**:

  [X] I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

  [ ] I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

  (A) Name and Oregon State Bar ID Number: **Nicholas J. Henderson, 074027**

  (B) Firm or Business Affiliation: **Motschenbacher & Blattner LLP**

  (C) Mailing Address: **117 SW Taylor St., Suite 300, Portland, OR 97204**

  (D) Business Telephone Number: **(503) 417-0508**

  (E) Fax Telephone Number: **(503) 417-0528**

  (F) E-Mail Address: **nhenderson@portlaw.com**

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

| /s/ Nicholas J. Henderson | /s/ Franklin C. Adams |
|---|---|
| Local Counsel | Special Admissions Applicant |
| NAME: **Nicholas J. Henderson, 074027** | NAME: **Franklin C. Adams** |
| ADDRESS: **117 SW Taylor St., Suite 300 Portland, OR 97204** | ADDRESS: **3390 University Ave., 5th Floor Riverside, CA 92501** |
| PHONE: **(503) 417-0508** | PHONE: **(951) 686-1450** |