Carla G. McClurg, CSB# 227738
U.S. Department of Justice
Office of the United States Trustee
620 SW Main St., Rm 213
Portland, OR  97205
Telephone: (503) 326-7659
Email:  carla.mcclurg@usdoj.gov

Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No.  16-30406-rld11 |
|---|---|
| SeaPort Airlines, Inc., | **UNITED STATES TRUSTEE'S MOTION FOR CASE MANAGEMENT CONFERENCE** |
| Debtor. | |

The Acting United States Trustee for Region 18, Gail Brehm Geiger (the "UST"), by and through Trial Attorney Carla G. McClurg, respectfully requests that the court set a case management conference in the above-referenced chapter 11 case.  In support hereof, the UST represents as follows:

1. The debtor, SeaPort Airlines, Inc., filed a voluntary chapter 11 petition on February 5, 2016.  Timothy Sieber was designated to perform the duties of the debtor pursuant to an order entered on February 5, 2016.

2. The UST appointed a committee of unsecured creditors on February 12, 2016.  No trustee has been appointed in this case.

3. The debtor's exclusive right to file a proposed chapter 11 plan expires on or about June 6, 2016.  The court has not set a deadline for the debtor to file a plan and disclosure statement.

4. The court has not yet conducted a case management conference in this case.

5. The debtor is incurring a number of administrative expenses, including cure payments for various leases and professional fees for a number of professionals that have been employed or that the debtor is seeking to employ.

Based on the foregoing, a case management conference would be helpful and appropriate to discuss the status of the debtor's operations, finances, and intended budget for professional and other administrative expenses. Wherefore, the UST respectfully requests that the court schedule a case management conference.

DATED this 15th day of April, 2016.

> Respectfully submitted,
> GAIL BREHM GEIGER
> Acting United States Trustee for Region 18
>
> /s/ Carla G. McClurg
> CARLA G. McCLURG, CSB #227738
> Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2016 I served a copy of the foregoing **UNITED STATES TRUSTEE'S MOTION FOR CASE MANAGEMENT CONFERENCE** by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| SeaPort Airlines, Inc.<br>7505 NE Airport Way<br>Portland, OR 97218 | Timothy Sieber<br>8949 North McKenna Ave<br>Portland, OR 97203 |
| FRANKLIN C. ADAMS<br>POB 1028<br>Riverside, CA 92502-1028 | Tulare County Tax Collector<br>Attn Jorge Garcia Depty Tax Collector<br>221 S Mooney Blvd Rm 104-E<br>Visalia, CA 93291-4593 |
| MICHAEL J. EDELMAN<br>1633 Broadway 47th Floor<br>New York, NY 10019 | MARK J. WOLFSON<br>100 N Tampa St #2700<br>Tampa, FL 33602 |
| ROBERT L. RICHMOND<br>Richmond & Quinn<br>367 K Street Ste 200<br>Anchorage, AK 99501 | |

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

/s/ Carla G. McClurg
CARLA G. McCLURG, CSB #227738
Trial Attorney