Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Brian A. Jennings, *admitted pro hac vice*
BJennings@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel to Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

SeaPort Airlines, Inc.

Debtor.

Case No. 16-30406-tmb11

LIMITED OBJECTION TO DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL Special Counsel - Barran Liebman LLP (Nelson D. Atkin, II)

The Official Committee of Unsecured Creditors (the "Committee") for its limited objection to the Application for Authority to Employ Professional, Special Counsel - Barran Liebman LLP (Nelson D. Atkin, II) (the "Application") (ECF No. 216) filed by SeaPort Airlines, Inc. ("SeaPort" or the "Debtor") states as follows:

**LIMITED OBJECTION**

1. The Debtor seeks to employ Barran Liebman LLP to serve as special counsel to advise the Debtor on employment issues, including the possible defense of an OSHA complaint filed by Robert McKinney, the Debtor's former president.

2. The Committee understands and appreciates the complex nature of the industry in which the Debtor operates. The Committee does not seek to substitute its judgment for that of the Debtor on the topic of retention of professionals. Nor does the Committee question the

PAGE 1- LIMITED OBJECTION TO DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL Special Counsel - Barran Liebman LLP (Nelson D. Atkin, II)
LEGAL130636370.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 16-30406-rld11    Doc 221    Filed 04/15/16

qualifications of the Barran Liebman firm to handle the employment matter identified by the Debtor or the rates proposed to be charged.

3. The Committee has two essential concerns. First, it appears that the McKinney complaint was filed in violation of the automatic stay. Prior to the retention of special counsel to appear and defend on the merits, the Committee urges the Debtor to consider raising the automatic stay in an attempt to have the complaint either dismissed or transferred to this Court.

4. Second, the Committee notes that in this relatively small case, the Debtor has retained or is seeking to retain eight separate sets of professionals, not including counsel to the Committee. Counsel for the Committee has discussed the need for each professional as the applications have been filed. While legitimate needs have been articulated by the Debtor, the Committee is concerned about the administrative burden such a large fleet of professionals potentially places on this case and, in particular, on the Debtor's ability to successfully restructure while making meaningful payments to its creditors.

5. Prior to the approval of any further estate professionals, the Committee requests that the Court require the Debtor to fully report on the administrative expenses incurred to date by the estate's professionals and provide budgeted amounts for each.

///

PAGE 2- LIMITED OBJECTION TO DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL Special Counsel - Barran Liebman LLP (Nelson D. Atkin, II)
LEGAL130636370.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 16-30406-rld11    Doc 221    Filed 04/15/16

6. In light of the rapidly approaching termination of exclusivity, the Committee is anxious to engage in discussions with the Debtor regarding the outline of a plan of reorganization.

Respectfully submitted.

DATED: April 15, 2016

**PERKINS COIE LLP**

By: /s/ Douglas R. Pahl
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Brian A. Jennings, Admitted Pro Hac Vice
BJennings@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel to Official Committee of Unsecured Creditors.

PAGE 3- LIMITED OBJECTION TO DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL Special Counsel - Barran Liebman LLP (Nelson D. Atkin, II)
LEGAL130636370.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 16-30406-rld11    Doc 221    Filed 04/15/16

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below the foregoing **LIMITED OBJECTION TO DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY PROFESSIONAL Special Counsel - Barran Liebman LLP (Nelson D. Atkin, II)** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants, which includes Debtor's counsel, the United States Trustee's office and parties requesting notice electronically, and a copy of the pleading will be sent via U.S. Mail on the date shown below to the following parties:

| | |
|---|---|
| Franklin C. Adams<br>POB 1028<br>Riverside, CA 92502-1028<br>*Creditor San Diego County Regional Airport Authority* | Michael J. Edelman<br>1633 Broadway 47th Floor<br>New York, NY 10019<br>*Creditor Aircraft Lease Finance III* |
| Tulare County Tax Collector<br>Attn Jorge Garcia Depty Tax Collector<br>221 S Mooney Blvd Rm 104-E<br>Visalia, CA 93291-4593 | Mark J. Wolfson<br>100 N Tampa St #2700<br>Tampa, FL 33602<br>*Interested Party Airlines Reporting Corp.* |

DATED this 15th of April, 2016

PERKINS COIE LLP

/s/ Douglas R. Pahl
Douglas R. Pahl, OSB No. 950476

Counsel to Official Committee of Unsecured Creditors

PAGE 1- CERTIFICATE OF SERVICE

LEGAL130636370.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 16-30406-rld11    Doc 221    Filed 04/15/16