IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | NOTICE OF HEARING |
| | ) | |
| Debtor-in-Possession. | ) | |

YOU ARE NOTIFIED THAT A HEARING to consider and act on the following:

**Application for Authority to Employ Professional Special Counsel - Barran Liebman LLP (Nelson D. Atkin, II) (Dkt. No. 216)**

**WILL BE HELD ON 04/20/16 AT 10:00 a.m. in hearing room number #3, U.S. Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, Oregon.**

Testimony may be offered and received if admissible.

Out of town parties wishing to appear at the hearing by telephone may call the Toll Free Call In No. (888) 684-8852; Access Code: 5870400. See attached Court's LBF 888 (Telephone Hearing Requirements on reverse). Each participant must also comply with each hearing requirement listed on LBF 888. [Note: If you have problems connecting, call the court at (503) 326-1500.]

YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll free in Oregon at (800) 452-7636.

On April 18, 2016, a copy of this notice was served on the Debtor, Chairperson of the Official Committee of Unsecured Creditors (if any), attorney(s) for the Chairperson of the Official Committee of Unsecured Creditors (if any) [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)], U.S. Trustee, and parties requesting special notice as follows:

SEE ATTACHED LIST. **(The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)**

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

# TELEPHONE HEARING REQUIREMENTS

1.  You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2.  You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3.  Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4.  When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5.  Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6.  Whenever speaking, first identify yourself.  When the court calls your case, it's helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

7.  Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

888 (12/1/13)

<u>In re  SeaPort Airlines, Inc.;</u>
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn:  Timothy Sieber
7505 NE Airport Way
Portland, OR  97218

**CHAIRPERSON OF COMMITTEE
OF UNSECURED CREDITORS:**

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

**SPECIAL NOTICE:**

Tulare County Tax Collector Attn
Jorge Garcia Deputy
Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Michael J. Edelman
VEDDER PRICE
1633 Broadway
47th Floor
New York, New York 10019

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Nelson D. Atkin, II
Barran Liebman LLP
610 SW 2nd Ave., Ste. 2300
Portland, OR 97204

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the
Court's Case Management/
Electronic Case File system.