Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Brian A. Jennings, *admitted pro hac vice*
BJennings@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel to Official Committee of
Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.<br><br>                Debtor. | Case No. 16-30406-tmb11<br><br>VERIFIED STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 |

I, Douglas R. Pahl, declare and state as follows:

1. I am an attorney licensed to practice law in Oregon, and a partner with the law firm Perkins Coie LLP.

2. On February 1, 2016, Clara McClurg of the United States Trustee's Office, appointed a committee of unsecured creditors (ECF No. 59). On February 29, 2016, this Court entered an Order Authorizing Retention of Perkins Coie as Attorneys for the Official Committee of Unsecured Creditors (the "Committee") (ECF No. 120). I am the attorney primarily responsible for representing the Committee in connection with this case. The following creditors have agreed to serve on the Committee:

PAGE 1- VERIFIED STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

120284-0001/LEGAL130452940.1

Case 16-30406-rld11    Doc 226    Filed 04/19/16

| Creditor | Creditor's Address | Unsecured Claim Amount as February 5, 2016 |
|---|---|---|
| JA Flight Services, LLC | c/o Bruce A. Jacobs President 43 W 700 US Route 30 Sugar Grove, IL 60554 | Affiliate: Executive Express Aviation, LLC - $165,458.50 |
| Olson Brooksby PC | c/o Scott Brooksby, Esq. 200 Pacific Building 520 SW Yamhill Street Portland, OR 97204 | $55,676.09 |
| Memphis Propeller Service, Inc. | c/o Mark Matthews President 11098 Willow Ridge Drive Olive Branch, MS 38654 | $27,788.42 |

3. The Committee elected Mr. Jacobs to serve as chairman of the Committee.

4. Mr. Jacobs serves as the representative of Executive Express Aviation, LLC, which is owned by Southern Airways Corp ("Southern"). JA Flight Services, LLC ("JA Flight") owns approximately 10% of Southern. Mr. Jacobs is a 50% partner of JA Flight and serves as its president. JA Aero LLC ("JA Aero") and JA Flight were prepetition lessors of aircraft to the Debtor. The Debtor terminated these leases prior to the petition date. Although presently unscheduled as unsecured creditors, JA Aero and JA Flight anticipate filing proofs of claim. Both JA Aero and JA Flight currently lease aircraft to Southern. Finally, on or about February 26, 2016, Southern purchased Sun Air Express LLC ("Sun"), a commuter airline business that is licensed to serve Essential Air Service routes and therefore could be eligible to serve such routes now being served by the Debtor.

*I hereby declare that the above statement is true to the best of my knowledge and that I understand it is made for use as evidence in court and is subject to penalty of perjury.*

DATED this 19th day of April, 2016

/s/ Douglas R. Pahl
Douglas R. Pahl

PAGE 2- VERIFIED STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

120284-0001/LEGAL130452940.1

Case 16-30406-rld11    Doc 226    Filed 04/19/16

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below the foregoing VERIFIED STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 was electronically filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants, which includes Debtor's counsel, the United States Trustee's office and parties requesting notice electronically, and a copy of the pleading will be sent via U.S. Mail on the date shown below to the following parties:

| | |
|---|---|
| Franklin C. Adams<br>POB 1028<br>Riverside, CA 92502-1028<br>*Creditor San Diego County Regional Airport Authority* | Michael J. Edelman<br>1633 Broadway 47th Floor<br>New York, NY 10019<br>*Creditor Aircraft Lease Finance III* |
| Tulare County Tax Collector<br>Attn Jorge Garcia Depty Tax Collector<br>221 S Mooney Blvd Rm 104-E<br>Visalia, CA 93291-4593 | Mark J. Wolfson<br>100 N Tampa St #2700<br>Tampa, FL 33602<br>*Interested Party Airlines Reporting Corp.* |

DATED this 19th of April, 2016

PERKINS COIE LLP

/s/ Douglas R. Pahl
Douglas R. Pahl, OSB No. 950476

Counsel to Official Committee of Unsecured Creditors

PAGE 1- CERTIFICATE OF SERVICE

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

120284-0001/LEGAL130452940.1

Case 16-30406-rld11   Doc 226   Filed 04/19/16