| | | |
|---|---|---|
| 04/20/2016 | WEDNESDAY | Judge Randall L. Dunn |
| 10:00   16-30406 rld 11  bk | SeaPort Airlines, Inc. | |

Application to Employ Professional Nunc Pro Tunc to Petition Date Hogan Lovells US LLP (Robert E. Cohen) as Special Counsel
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (148)

Motion for Authority to Enter into Settlements
with Former Pilots Within Certain Parameters
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (187)

Application to Employ Barran Liebman LLP (Nelson D. Atkin, II)
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (216)

Status Conference/Case Management Conference
Motion for Case Management Conference
Filed by U.S. Trustee, Portland (McClurg, Carla) (220)

Debtor s Motion for an Order Authorizing Debtor
to Assume Certain Aircraft Leases
(Aircraft Lease Finance III, Inc.)
Filed by Debtor SeaPort Airlines, Inc. (RICKS, DOUGLAS) (224)

SeaPort Airlines, Inc. - db          ROBERT J VANDEN BOS

*Sign in Sheet attached*

Status Conference/Case Management Conference:

A 6-months fee budget and a detailed list of what professionals the Debtor expects to employ to be filed by Debtor by Wed. 5/4/16.

June 6, 2016 is deadline for filing a Plan and Disclosure Stmt.
UST to prepare order re 6-mos. fee budget and deadline to file Plan and Disclosure Stmt.

Hearing re Doc #228 - Application to Employ Embark Aviation Corp.
set on Wed. 4/27/16 at 9:00am, Courtroom #3 w/ TEL for out-of-town parties.
Mr. Vanden Bos to send notice of hearing.

Debtor will provide whatever Minute Books exist to UST - Ms. McClurg for review.

Application to Employ Professional Nunc Pro Tunc to Petition Date Hogan Lovells US LLP as Special Counsel (148):

No objections filed. Court will review for reasonableness.
Court approved the application.
Mr. Vanden Bos to submit order approved as to form by the UST and the Creditor's Committee.

Case 16-30406-rld11    Doc 230    Filed 04/20/16

Motion for Authority to Enter into Settlements with Former Pilots Within Certain Parameters (187):

For the reasons stated on the record, the Court will not require negative notice or further service.
The Court approved the Motion.
Mr. Vanden Bos to submit order approved as to form by the UST and the Creditor's Committee.


Application to Employ Barran Liebman LLP (Nelson D. Atkin, II) (216):

Following discussion, the Court approved the application to employ Barran Liebman LLP.
Mr. Vanden Bos to submit order approved as to form by the UST and the Creditor's Committee.


Debtor's Motion for an Order Authorizing Debtor to Assume Certain Aircraft Leases (Aircraft Lease Finance III, Inc.):

Hearing on this motion is set over to 4/27/16 at 9:00am, Courtroom #3 w/ out-of-town parties to appear by telephone.
Mr. Vanden Bos to send notice of hearing.

In Re: ) Case # 16-30406-rld11

SeaPort Airlines, Inc. )

Debtor

## List of Persons Attending

Date of Hearing 4/20/16

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Jason Ayres | Wells Fargo Bank |
| Jason Ayres | Axis Capital |
| Timothy Sieber | SeaPort Airlines |
| Doug Miles | SeaPort |
| Bob Vander Bos | SeaPort |
| Doug Pahl | Committee |
| Brandy Sargent | Aircraft Lease Finance |
| Carla McClurg | UST |
| by TEL | |
| Andrea Hundel | DOJ |
| Kathryn Perkins | UST - Seattle |
| Michael Edelman | Aircraft Lease Finance III |