Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.,<br><br>               Debtor. | Case No. 16-30406-rld11<br><br>STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY<br>(WELLS FARGO BANK, N.A.) |

Based on the stipulation of Wells Fargo Bank, N.A. ("Wells Fargo") and Seaport Airlines, Inc. (the "Debtor"), by and through their respective counsel, it is hereby

ORDERED as follows:

Wells Fargo is granted relief from the automatic stay existing pursuant to 11 USC §362(a) to foreclose on, and obtain possession of the following property to the extent permitted by applicable nonbankruptcy law through any action necessary:

> The interest granted to Wells Fargo pursuant to that Deed of Trust dated April 11, 2008, and recorded April 14, 2008, in Juneau Recording District, First Judicial District, State of Alaska, under Serial No. 2008-002705-0 in that the Leasehold Estate created by that certain Lease executed April 1, 1997 by and between the City and Borough of Juneau, Alaska, as lessor, and Alaska Juneau

Page 1 of 2 – STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
       (WELLS FARGO BANK, N.A.)
P:\DOCS\WELLSF\42016\DOC\3O2961502.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-30406-rld11   Doc 233   Filed 04/21/16

Aeronautics, Inc., d.b.a. Wings of Alaska n.k.a. Seaport Airlines, Inc., as lessee, as disclosed by that certain Memorandum of Lease, Recorded April 1, 1997 in Book 468 at Page 705. The Lease affects the real property commonly known as 8421 Livingston Way, Juneau, Alaska 99801, Tax Identification Number 3b1501000100, and as more particularly described in the Deed of Trust.

# # #

**IT IS SO STIPULATED:**

FARLEIGH WADA WITT


By: /s/ Jason M. Ayres
    Jason M. Ayres, OSB #001966
    Of Attorneys for Wells Fargo Bank, N.A.


VANDEN BOS & CHAPMAN, LLP


By:/s/ Robert J. Vanden Bos
    Robert J. Vanden Bos, OSB #78100
    Of Attorneys for Debtor

SUBMITTED BY:

FARLEIGH WADA WITT


By: /s/ Jason M. Ayres
    Jason M. Ayres, OSB #001966
    Of Attorneys for Wells Fargo Bank, N.A.

**Page 2 of 2** – STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
    (WELLS FARGO BANK, N.A.)
P:\DOCS\WELLSF\42016\DOC\3O2961502.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-30406-rld11    Doc 233    Filed 04/21/16