Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re

SeaPort Airlines, Inc.,

Debtor.

Case No. 16-30406-rld11

**ORDER SETTING DEADLINES (i) TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, AND (ii) TO FILE A PROFESSIONAL FEE BUDGET**

Following a case management conference on April 20, 2016, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

IT IS HEREBY ORDERED that:

1. The deadline for the debtor to file a Disclosure Statement and Plan of Reorganization is June 6, 2016.

2. By May 4, 2016, the debtor shall file a budget that reflects an estimate of the professional fees incurred through April 30, 2016 by the debtor and projected estimated professional fees for the period of May 1, 2016 through October 31, 2016.

### 

**Page 1 - ORDER SETTING DEADLINES (i) TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, AND (ii) TO FILE A PROFESSIONAL FEE BUDGET**

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18


/s/ Carla G. McClurg
Carla G. McClurg, CSB 227738
Trial Attorney
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7659


Copies to:

SeaPort Airlines, Inc.
7505 NE Airport Way
Portland, OR 97218

**Page 2 - ORDER SETTING DEADLINES (i) TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, AND (ii) TO FILE A PROFESSIONAL FEE BUDGET**

Case 16-30406-rld11    Doc 234    Filed 04/21/16