Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | ORDER *NUNC PRO TUNC* TO PETITION DATE |
| | ) | FOR THE EMPLOYMENT OF PROFESSIONAL FOR |
| | ) | DEBTOR-IN-POSSESSION - Special Counsel - |
| Debtor-in-Possession. | ) | Hogan Lovells US LLP (Robert E. Cohn) |

THIS MATTER having come before the court upon the application of Debtor-in-Possession, SeaPort Airlines, Inc., ("Debtor"), praying for authority to employ and appoint the firm of Hogan Lovells US LLP (Robert E. Cohn) ("Professional") as special counsel to provide legal representation and advice regarding regulatory matters with the U.S. Department of Transportation associated with Debtor's business, that Professional represents no interest adverse to the Debtor as Debtor-in-Possession herein, or to the estate, (except as disclosed in the Rule 2014 Verified Statement on file herein) on the matters upon which the Professional is to be engaged, that the Professional's employment is necessary and would be in the best interest of the estate, Debtor's request that its application to employ Professional be granted *nunc pro tunc* to February 5, 2016 (the

Page 1 of 2 - ORDER *NUNC PRO TUNC* TO PETITION DATE FOR THE EMPLOYMENT OF PROFESSIONAL FOR DEBTOR-IN-POSSESSION - Hogan Lovells US LLP (Robert E. Cohn)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 235    Filed 04/21/16

"Petition Date"), and the time for filing an objection having expired and the Court being otherwise fully advised, it is hereby

ORDERED as follows:

1. Debtor is authorized to employ the Professional as special counsel pursuant to 11 U.S.C. § 327(e) to provide legal representation and advice regarding regulatory matters with the U.S. Department of Transportation associated with Debtor's business;

2. Compensation shall be set by the court in accordance with 11 U.S.C. § 330. Unless modified by future Order of this Court, the Professional's fees shall not exceed $7,000 through April 19, 2016, and shall not exceed an additional amount of $18,000 for the 90-day period following April 19, 2016.

3. Professional's employment is *nunc pro tunc* to the Petition Date and

4. This Order shall be effective only if the firm to which it applies does not represent or hold an interest adverse to the estate.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

Of Attorneys for Debtor-in-Possession

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

Robert Cohn
HOGAN LOVELLS, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Michael J. Edelman
VEDDER PRICE
1633 Broadway, 47th Floor
New York, NY 10019

Tulare County Tax Collector
Attn Jorge Garcia
Deputy Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Page 2 of 2 - ORDER *NUNC PRO TUNC* TO PETITION DATE FOR THE EMPLOYMENT OF PROFESSIONAL FOR DEBTOR-IN-POSSESSION - Hogan Lovells US LLP (Robert E. Cohn)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 235    Filed 04/21/16