Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | ORDER RE DEBTOR'S MOTION FOR |
| | ) | AUTHORITY TO ENTER INTO SETTLEMENTS |
| | ) | WITH FORMER PILOTS WITHIN CERTAIN |
| Debtor-in-Possession. | ) | PARAMETERS (Dkt. No. 187) |

THIS MATTER having come before the Court on April 20, 2016 on Debtor's Motion for Authority to Enter into Settlements with Former Pilots Within Certain Parameters (Dkt. No. 187) ("Motion"), the Court having heard Debtor's reasons in support of the Motion and being otherwise fully advised, it is

ORDERED that Motion is granted.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

/ / /

/ / /

/ / /

Page 1 of 2 - ORDER RE DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENTS WITH FORMER PILOTS WITHIN CERTAIN PARAMETERS (Dkt. No. 187)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

Tulare County Tax Collector
Attn Jorge Garcia Deputy Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Michael J. Edelman
VEDDER PRICE
1633 Broadway, 47th Floor
New York, New York 10019

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 2 of 2 - ORDER RE DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENTS WITH FORMER PILOTS WITHIN CERTAIN PARAMETERS (Dkt. No. 187)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 236    Filed 04/21/16