| 04/27/2016 | WEDNESDAY | Judge Randall L. Dunn |
|---|---|---|

9:00 AM 16-30406 rld 11 bk     SeaPort Airlines, Inc.

1) **Application to Employ Waller, Lansden, Dortch & Davis, LLP (James M. Doran)**
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (218)

    SeaPort Airlines, Inc. - db     ROBERT J VANDEN BOS
    US Trustee, Portland - ust     CARLA G MCCLURG

2) **Application to Employ Embark Aviation Corp**
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (228)

    SeaPort Airlines, Inc. - db     ROBERT J VANDEN BOS
    US Trustee, Portland - ust     CARLA G MCCLURG

4) **Debtors Motion for an Order Authorizing Debtor to Assume a Certain Telecommunication Services Agreement with X5 Solutions, Inc.**
Filed by Debtor SeaPort Airlines, Inc. (RICKS, DOUGLAS) (239)

*sign in sheet attached*

    SeaPort Airlines, Inc. - db     ROBERT J VANDEN BOS
    US Trustee, Portland - ust     CARLA G MCCLURG

3) **Debtor's Motion for an Order Authorizing Debtor to Assume Certain Aircraft Leases (Aircraft Lease Finance III, Inc.)**
Filed by Debtor SeaPort Airlines, Inc. (RICKS, DOUGLAS) (224)

    SeaPort Airlines, Inc. - db     ROBERT J VANDEN BOS
    US Trustee, Portland - ust     CARLA G MCCLURG

Evidentiary Hearing:    Yes: ☐    No: ☒

No objs filed.
Following discussion, the Court granted both Applications and both Motions.

Mr. Vanden Bos + Mr. Ricks to submit agreed forms of orders for signature.

Run Date:    04/26/16

| In Re: | ) | Case # 16-30406-rld11 |
|---|---|---|
| Sea Port Airlines, Inc | ) ) ) ) | |
| Debtor | | |

## List of Persons Attending

Date of Hearing 4/27/16

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Brandy Sargent | Aircraft Lease France |
| Robert VandenBos | Seaport Airlines |
| Timothy Sieber | Sea Port Airlines |
| Doug Ricks | Sea Port Airlines |
| Carla McClurg | UST |
| Doug Pahl | Creditors Comm |
| by telephone | |
| John London | CFO for X5 Solutions |
| Ben Munson | Embark Aviation |

Case 16-30406-rld11    Doc 248    Filed 04/27/16