IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re ) Case No. 16-30406-rld11
)
SeaPort Airlines, Inc., ) NOTICE OF HEARING
)
      Debtor-in-Possession. )

YOU ARE NOTIFIED THAT A HEARING to consider and act on the following:

**DEBTOR'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR PROVISIONAL PAYMENT OF EMBARK AVIATION CORP.'S PROFESSIONAL FEES AND EXPENSES ON A TWICE-MONTHLY BASIS (Dkt. No. 253)**

WILL BE HELD ON **Wednesday, May 4, 2016** AT **9:30 a.m.** in hearing room number **#3**, U.S. Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, Oregon.

Testimony may be offered and received if admissible.

Out of town parties wishing to appear at the hearing by telephone may call the Toll Free Call In No. (888) 684-8852; Access Code: 5870400. See attached Court's LBF 888 (Telephone Hearing Requirements on reverse). Each participant must also comply with each hearing requirement listed on LBF 888. [Note: If you have problems connecting, call the court at (503) 326-1500.]

YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll free in Oregon at (800) 452-7636.

On April 29, 2016, a copy of this notice was served on the Debtor, Chairperson of the Official Committee of Unsecured Creditors (if any), attorney(s) for the Chairperson of the Official Committee of Unsecured Creditors (if any) [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)], U.S. Trustee, and parties requesting special notice as follows:

SEE ATTACHED LIST. **(The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)**

      Respectfully submitted;

      VANDEN BOS & CHAPMAN, LLP

      By:/s/Robert J Vanden Bos
         Robert J Vanden Bos, OSB #78100
         Douglas R. Ricks, OSB #044026
         Christopher N. Coyle, OSB #07350
         Of Attorneys for Debtor-in-Possession

Page 1 of 1 - NOTICE OF HEARING

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 255    Filed 04/29/16

## TELEPHONE HEARING REQUIREMENTS

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself. When the court calls your case, it's helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

888 (12/1/13)

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
816 SW First Avenue
Portland, Oregon 97204

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

Ben Munson
EMBARK AVIATION CORP.
745 Atlantic Ave.
Boston, MA 02111

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Michael J. Edelman
VEDDER PRICE
1633 Broadway, 47th Floor
New York, New York 10019

Tulare County Tax Collector
Attn Jorge Garcia
Deputy Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.