Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.,<br><br>                  Debtor. | Case No. 16-30406-rld11<br><br>STIPULATED ORDER AUTHORIZING AND DIRECTING THE TURNOVER OF RENTS TO WELLS FARGO BANK, N.A. |

       This matter comes before the court on the stipulation of Wells Fargo Bank, N.A. ("Wells Fargo") and Seaport Airlines, Inc. (the "Debtor"), by and through their respective counsel. On April 21, 2016, the Court entered a Stipulated Order granting Wells Fargo relief from the automatic stay [Doc 233] to enforce its interest in the Debtor's leasehold estate in the airport hanger located at 8421 Livingston Way, Juneau, Alaska 99801 (the "Juneau Hanger"). Prior to entry of the Stipulated Order, the Debtor received a partial rent payment from a tenant of the Juneau Hanger in the total sum of $3,601.30. The Debtor agrees that the rent and any future rents associated with the Juneau Hanger should be turned over to Wells Fargo to allow Wells Fargo to exercise its remedies pursuant to the loan documents associated with the Juneau Hanger.

Page 1 of 2 – STIPULATED ORDER AUTHORIZING AND DIRECTING THE TURNOVER OF RENTS

P:\DOCS\WELLSF\42016\DOC\3O64050.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-30406-rld11    Doc 275    Filed 05/10/16

Based on the stipulation of Wells Fargo and the Debtor, it is hereby

ORDERED as follows:

1. Upon entry of this Order, the Debtor shall turnover to Wells Fargo the rent check in the sum of $3,601.30 plus any additional rent received from a tenant of the Juneau Hanger; and

2. In the event the Debtor receives any future rents payments from a tenant of the Juneau Hanger, the Debtor shall immediately turnover the payments to Wells Fargo.

# # #

**IT IS SO STIPULATED:**

FARLEIGH WADA WITT


By: /s/ Jason M. Ayres
    Jason M. Ayres, OSB #001966
    Of Attorneys for Wells Fargo Bank, N.A.


VANDEN BOS & CHAPMAN, LLP


By: /s/ Robert J. Vanden Bos
    Robert J. Vanden Bos, OSB #78100
    Of Attorneys for Debtor

SUBMITTED BY:

FARLEIGH WADA WITT


By: /s/ Jason M. Ayres
    Jason M. Ayres, OSB #001966
    Of Attorneys for Wells Fargo Bank, N.A.

Page 2 of 2 – STIPULATED ORDER AUTHORIZING AND DIRECTING THE TURNOVER OF RENTS

P:\DOCS\WELLSF\42016\DOC\3O64050.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-30406-rld11    Doc 275    Filed 05/10/16