Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.,<br><br>            Debtor. | Case No. 16-30406-rld11<br><br>STIPULATED ORDER GRANTING ADEQUATE PROTECTION TO AXIS CAPITAL, INC. |

      Axis Capital, Inc. ("Axis") and Seaport Airlines, Inc. (the "Debtor"), by and through their respective counsel, stipulate to the following order for adequate protection of Axis' interest the Cessna Caravan Flight Simulator and related equipment (the "Equipment") financed by Axis for the Debtor pursuant to Equipment Finance Agreement No. 928401 executed on or about December 22, 2014. Based on the stipulation of the Parties, it is ORDERED as follows:

      1.      Commencing May 3, 2016 and continuing on or before the 3rd day of each month thereafter, the Debtor shall commence making adequate protection payments to Axis in the sum of $3,500 per month;

      2.      The Debtor shall timely perform all other obligations under Equipment

**Page 1 of 2** – STIPULATED ORDER GRANTING ADEQUATE PROTECTION TO AXIS CAPITAL, INC.

P:\DOCS\AXIS\23168\DOC\3O60346.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-30406-rld11    Doc 278    Filed 05/10/16

Finance Agreement No. 928401 as they come due, including but not limited to the payment of personal property taxes, maintaining insurance coverage, and ensuring the Equipment remains free and clear of any additional liens;

3. Debtor shall ensure that the Equipment is maintained, secured, and insured during the course of the bankruptcy and allow no action to place Axis at risk of loss; and

4. This Order shall remain in effect until the confirmation of a plan of reorganization by the Debtor in which case the terms of the plan shall be controlling; or if this case is converted to another chapter, or if the automatic stay is terminated, the repayment terms of this Order shall immediately cease in effect and become null and void and the terms and conditions of Equipment Finance Agreement No. 928401 shall be controlling.

# # #

**IT IS SO STIPULATED:**

FARLEIGH WADA WITT

By: /s/ Jason M. Ayres
    Jason M. Ayres, OSB #001966
    Of Attorneys for Axis Capital, Inc.

VANDEN BOS & CHAPMAN, LLP

By:/s/ Robert J. Vanden Bos
    Robert J. Vanden Bos, OSB #78100
    Of Attorneys for Debtor

SUBMITTED BY:

FARLEIGH WADA WITT

By: /s/ Jason M. Ayres
    Jason M. Ayres, OSB #001966
    Of Attorneys for Axis Capital, Inc.

Page 2 of 2 – STIPULATED ORDER GRANTING ADEQUATE PROTECTION TO AXIS CAPITAL, INC.

P:\DOCS\AXIS\23168\DOC\3O60346.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-30406-rld11    Doc 278    Filed 05/10/16