Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | ORDER ON DEBTOR'S MOTION TO LIMIT |
| | ) | NOTICE OF PROPOSED SALE OF CERTAIN |
| | ) | AIRPLANE PARTS |
| Debtor-in-Possession. | ) | |

Based on the Debtor's Motion to Limit Notice of Proposed Sale of Certain Airplane Parts (the "Motion") filed by SeaPort Airlines, Inc. (the "Debtor"), and that the Unsecured Creditors Committee and the United States Trustee do not object to the Motion,

IT IS HEREBY ORDERED that:

Notice of the Debtor's Proposed Sale of the Airplane Parts is limited to service on the 20 Largest Unsecured Creditors, members of the Unsecured Creditors Committee, all secured creditors; all governmental entity creditors and those parties who have requested special notice.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Page 1 of 2 - ORDER ON DEBTOR'S MOTION TO LIMIT NOTICE OF PROPOSED SALE OF CERTAIN AIRPLANE PARTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 279    Filed 05/10/16

PRESENTED BY:

/s/Douglas R. Ricks for Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

Olson Brooksby PC
c/o Scott Brooksby, Esq.
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204

Memphis Propeller Service, Inc.
c/o Mark Matthews, President
11098 Willow Ridge Drive
Olive Branch, MS 38654

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 2 of 2 - ORDER ON DEBTOR'S MOTION TO LIMIT NOTICE OF PROPOSED SALE OF CERTAIN AIRPLANE PARTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 279    Filed 05/10/16