Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Brian A. Jennings, *admitted pro hac vice*
BJennings@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel to Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.<br><br>            Debtor. | Case No. 16-30406-tmb11<br><br>OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) AND TO EXTEND DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION |

The Official Committee of Unsecured Creditors (the "Committee") for its objection to the Debtor's Motion to Extend Exclusivity Periods Pursuant to 11 U.S.C. § 1121(d) and to Extend Deadline to File Disclosure Statement and Plan of Reorganization (ECF No. 277) filed by SeaPort Airlines, Inc. ("SeaPort" or the "Debtor") states as follows:

**OBJECTION**

1. The Debtor's Disclosure Statement and Plan of Reorganization are due on June 6, 2016 (ECF No. 234).

2. The Debtor requests a 60-day extension of the plan filing deadline and exclusivity period under 11 U.S.C. § 1121. The Committee understands that the Debtor has retained Embark to assist it in analyzing plan issues and preparing a plan. Embark is scheduled to present its report to the Debtor's board on June 2, 2016.

PAGE 1- OBJECTION TO DEBTOR'S MOTION FOR EXTENSION OF EXCLUSIVITY PERIODS

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

120284-0001/LEGAL130942304.1

Case 16-30406-rld11    Doc 281    Filed 05/10/16

3. The Committee believes the Debtor has not established the need for a 60-day extension. A 30-day extension to July 6, 2016 would provide the Debtor and Embark with a full month following the presentation of the Embark report – and approximately two months from today – for the Debtor to prepare a plan for filing.

4. The Committee objects to a 60-day extension but would support a 30-day extension.

DATED: May 10, 2016

**PERKINS COIE LLP**

By: /s/ Douglas R. Pahl
    Douglas R. Pahl, OSB No. 950476
    DPahl@perkinscoie.com
    Brian A. Jennings, Admitted Pro Hac Vice
    BJennings@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel to Official Committee of Unsecured Creditors.

PAGE 2- OBJECTION TO DEBTOR'S MOTION FOR EXTENSION OF EXCLUSIVITY PERIODS

120284-0001/LEGAL130942304.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 16-30406-rld11    Doc 281    Filed 05/10/16

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below the foregoing **OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) AND TO EXTEND DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants, which includes Debtor's counsel, the United States Trustee's office and parties requesting notice electronically, and a copy of the pleading will be sent via U.S. Mail on the date shown below to the following parties:

| | |
|---|---|
| Franklin C. Adams<br>POB 1028<br>Riverside, CA 92502-1028<br>*Creditor San Diego County Regional Airport Authority* | Michael J. Edelman<br>1633 Broadway 47th Floor<br>New York, NY 10019<br>*Creditor Aircraft Lease Finance III* |
| Tulare County Tax Collector<br>Attn Jorge Garcia Depty Tax Collector<br>221 S Mooney Blvd Rm 104-E<br>Visalia, CA 93291-4593 | Mark J. Wolfson<br>100 N Tampa St #2700<br>Tampa, FL 33602<br>*Interested Party Airlines Reporting Corp.* |

DATED this 10th of May, 2016

PERKINS COIE LLP

/s/ Douglas R. Pahl
Douglas R. Pahl, OSB No. 950476

Counsel to Official Committee of Unsecured Creditors

PAGE 1- CERTIFICATE OF SERVICE

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

120284-0001/LEGAL130942304.1

Case 16-30406-rld11    Doc 281    Filed 05/10/16