| | | | |
|---|---|---|---|
| 05/11/2016 | | WEDNESDAY | Judge Randall L. Dunn |
| 10:00 | 16-30406 rld 11 bk | SeaPort Airlines, Inc. | |

**Motion to Reject Lease - Executory Contract (SFII Naito Old Town, LLC)**
Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (254)

*See Sign in sheet for additional parties

SeaPort Airlines, Inc. - db    ROBERT J VANDEN BOS ✓
US Trustee, Portland - ust    CARLA G MCCLURG ✓

**Continued Hearing re: Debtor's Motion for Order Establishing Procedures**
**for Provisional Payment of Embark Aviation Corp.'s Professional Fees**
**and Expenses on a Twice-Monthly Basis.** Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (253)

SeaPort Airlines, Inc. - db    ROBERT J VANDEN BOS

**Motion to Reject Lease - Executory Contract NonResidential Real Property Lease and Related Agreements**
**(Atlantic Aviation Oregon FBO, Inc.)** Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (269)

SeaPort Airlines, Inc. - db    ROBERT J VANDEN BOS

Evidentiary Hearing:    Yes: ☐    No: ☑

- [254] recently amended by #[268] Motion to Reject Lease- Executory Contract (SFI Naito Old Town LLC) &

[253] Motion to Reject Lease-Executory Contract (Atlantic Aviation Oregon FBO, Inc) are granted

-[269] Motion for Order Establishing Procedures for Provisional Payment of Embark Aviation Corp's

Professional Fees and Expenses is granted

- Agreed forms of order to be submitted by debtor

Run Date:    05/11/16

In Re: Motions to Reject Lease )   Case # 16-30406
Documents # 254 & 269          )
Motion # 253                   )
                               )
                               )
Debtor

## List of Persons Attending

Date of Hearing 5/11/16

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Carla McClurg | UST |
| Sonia Zaheer | " |
| Doug Ricky | Seaport Airlines |
| Bob Vander Pol | " " |
| Tim Sieber | Seaport Airlines |
| Doug Pahl | Committee |
| Phone | |
| Andrea Handel | United States |