Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
Spencer C. Wilson, OSB #154498
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | NOTICE OF PROPOSED SALE OF CERTAIN |
| | ) | PILOT TRAINING PROGRAM SLOTS |
| | ) | |
| Debtor-in-Possession. | ) | |

**NOTICE OF INTENT TO SELL PROPERTY**

NOTICE IS GIVEN that unless you file an objection to any aspect of the sale or fees disclosed below within 21 days of the service date of this filing that sets forth the specific facts upon which the objection is based and your relation to the case, with the Clerk of Court at 1001 SW 5th Ave #700, Portland, OR 97204, and proof that a copy of the response was served on the Debtor at Vanden Bos & Chapman, LLP, 319 SW Washington St. Ste 520, Portland, Oregon 97204, the undersigned will proceed to take the proposed action, or apply for an order if required, without further notice or a hearing.

**PROPOSED ACTION**
**Sale of Surplus Pilot Training Slots**

The Debtor Seaport Airlines, Inc. ("Debtor"), proposes to take the following action:

Debtor intends to sell certain surplus pilot training slots to East West Aircraft Sales, Inc. The purchase price for these parts is $10,000 (2 at $5000/each). The pilot training slots for sale are of no use to Debtor because Debtor possesses sufficient training slots to accommodate all of its pilots. These training slots are of little retail value when sold individually and outside of a larger training program.

Page 1 of 2 - NOTICE OF PROPOSED SALE OF CERTAIN PILOT TRAINING SLOTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

**Exhibit A - Page 1 of 2**

Case 16-30406-rld11    Doc 292    Filed 05/12/16

A copy of the full property description or inventory may be obtained by contacting:

    Noel McDermott, 7505 NE Airport Way, Portland, OR 97218;
    Phone: (971) 340-1700

The property details may be previewed upon request to:

    Noel McDermott, 7505 NE Airport Way, Portland, OR 97218;
    Phone: (971) 340-1700

    Debtor believes the sale price to be a fair and accurate estimate of the value of the property. There are no costs to Debtor associated with these transactions. All transfer costs will be borne by the purchasers. The property proposed for sale is not all or substantially all of Debtor's assets. Debtor owns this property free and clear of any and all liens. Debtor's plan has not been confirmed; however, the property is not necessary for Debtor's reorganization and the sale of this property will benefit the estate and creditors by providing working capital for Debtor's operations.

Any competing bids must be submitted within the notice period of this filing and must exceed the above offer by $1000 and be on the same or more favorable terms.

    Respectfully submitted;

    VANDEN BOS & CHAPMAN, LLP


    By: /s/Robert J Vanden Bos
        Robert J Vanden Bos, OSB #78100
        Douglas R. Ricks, OSB #044026
        Christopher N. Coyle, OSB #07350
        Spencer C. Wilson, OSB #154498
        Of Attorneys for Debtor-in-Possession


On May 12, 2016, I served copies of the above notice on all parties on the twenty largest unsecured creditors, the members of the creditors committee, all secured creditors, all governmental entity creditors, and all parties who requested special notice, per the service list attached to the original copy of this notice only.

    /s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor-in-Possession

Page 2 of 2 - NOTICE OF PROPOSED SALE OF CERTAIN PILOT TRAINING SLOTS

Exhibit A - Page 2 of 2

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 292    Filed 05/12/16

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

**COMMITTEE OF UNSECURED CREDITORS:**

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

Olson Brooksby PC
c/o Scott Brooksby, Esq.
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204

Memphis Propeller Service, Inc.
c/o Mark Matthews, President
11098 Willow Ridge Drive
Olive Branch, MS 38654

**20 Largest Unsecured:**

Kenyon International
  Emergency Svcs Inc.
612 Spring Hill Drive, Ste. 180
Spring, TX 77386

Executive Express Aviation, LLC
43W700 US Highway 30
Sugar Grove, IL 60554

Petro Marine Services/
Alaska Oil Sales
3201 C Street Suite 302
Anchorage AK 99503

American Express
PO Box 53852
Phoenix, AZ 85072

154 West Aviation Enterprises, Inc.
c/o Kirk A. Hoopingarner Attorney
Partner Quarles & Brady LLP
300 N LaSalle St, # 4000
Chicago, IL 60654

Prime Turbines
PO Box 956
Hyannis, MA 02601

Tom's Aircraft Maintenance
2641 E. Spring Street
Long Beach, CA 90806

City of Memphis, Treasurer
Box 185
Memphis, TN 38101

Sabre Group, Inc.
7285 Collection Center Dr.
Chicago, IL 60693

Olson Brooskby PC
200 Pacific Building
520 SW Yamhill Street
Portland, OR 97204

Lane Powell
Attn: David Hosenpud
601 S.W. Second Ave., Ste.2100
Portland, OR 97204

Aviall Services, Inc.
P.O. BOX 842267
Dallas, TX 75284

DASH CA, Inc.
250 St Andrews Way
Lompock, CA 93436

Travelport, LP
BV c/o Bank of America Lockbox
Attn: William Evans, Sr. Com.
Mgr Air Commerce
PO Box 402395
Atlanta, GA 30384

Hill Fuel LLC
Box 808
Hoonah, AK 99829

Memphis Propeller Service, Inc.
11098 Willow Ridge Drive
Olive Branch, MS 38654

Aero Services
1890 Renshaw Way
Juneau, AK 99801

Airline Maintenance Service Inc.
1 Terminal Way Suite 302
Nashville, TN 37214

Airline Maintenance Service Inc.
North, Pursell & Ramos, PLC
414 Union Street, Ste. 1850
Nashville, TN 37219

Accounting Principals
10151 Deerwood Park Blvd
Bldg 200 Suite 400
Jacksonville, FL 32256

Atlantic Burbank
PO Box 79648
City of Industry, CA 91716

R2 Tech Systems
25 West Middle Lane
Rockville, MD 20850

Duncan Aviation
PO Box 956153 S
St. Louis, MO 63195

Earthlink Business
1058 PO Box 2252
Birmingham, AL 35246

**Secured Creditors:**

Ally Financial
PO Box 130424
Roseville, MN 55113

Axis Capital
308 N Locust St
Grand Island, NE 68801

Donna Blake
10219 NE 82nd Ave.
Vancouver, WA 98662-1360

Chase
Attn: Home Equity
Servicing
Mail Code OH4-7304
3415 Vision Dr.
Columbus, OH 43219

City of Memphis
PO Box 185
Memphis, TN 38101

Coos County Tax Collector
250 N. Baxter
Coquille, OR 97423

Dallas County
c/o Elizabeth Weller
LINEBARGER GOGGAN
  BLAIR & SAMPSON, LLP
2777 N. Stemmons Fwy, Ste. 1000
Dallas, TX 75207

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

Fidelity Title Agency of
Alaska, LLC
re: Notice of Default -
2016-000397-0
3150 C St #220
Anchorage, AK 99503

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Robert N. Jacobsen
Darlene F. Jacobsen
Jacobsen Living Trust
c/o E. Budd Simpson, Esq.
One Sealaska Plaza, Ste 300
Juneau, Ak 99801

Robert N. Jacobsen
Darlene F. Jacobsen
Jacobsen Living Trust
845 Goldbelt Ave
Juneau, AK 99801

Multnomah County Assessment
Recording & Taxation
PO Box 2716
Portland, OR 97208

Peter A. Scully, Esq.
Atkinson Conway & Gagnon
420 L Street, #500
Anchorage, AK 99501

Shelby County Trustee
PO Box 2751
Memphis, TN 38101

Southland Tunneling, LLC
608 Henrietta Creek Rd.
Roanoke, TX 76262

Sunstone Business
Finance, LLC
4800 Meadows Rd., Ste. 300
Lake Oswego, OR 97035

Umatilla County Assessment
 & Taxation
PO Box 68
Pendleton, OR 97801

US Customs & Border Protection
Rev. Div. Debt Mngmnt Branch
Attn: User Fee Team
6650 Telecom Drive Ste100
Indianapolis, IN 46278-0000

USA - Department of
Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

USA - FAA - Penalty #4
AMK-322-NM
PO Box 25770
Oklahoma City, OK 73125

Wells Fargo
c/o Patrick B. Gilmore, Esq.
Atkinson Conway & Gagnon
420 L Street, Ste 500
Anchorage, AK 99501

Wings Airline Services, Inc.
Attn: Robert Jacobsen
845 GoldBelt Ave
Juneau, AK 99801

**Special Notice:**

Brandy A. Sargent
STOEL RIVES LLP
900 SW 5th Ave Ste 2600
Portland OR  97204

Michael J. Edelman
VEDDER PRICE
1633 Broadway
47th Floor
New York, New York 10019

Franklin C. Adams
POB 1025
Riverside, CA 92502-1028

 Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Tulare County Tax Collector
Attn Jorge Garcia Deputy
Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

**Governmental Creditors:**

USDA- Financial Mgmt Div
Minneapolis Financial Svcs Branch
100 North Sixth St
5th Floor, Suite 510C
Minneapolis, MN 55403-0000

Secretaria de Hacienda y Credito
Publico
Av. Hidalgo 77
Col. Guerrero Mexico  06300
MEXICO

San Diego County Treasurer
Tax Collector
P.O. Box 129009
San Diego, CA  95119-0000

Platte County Tax
15955 MO-273
Platte City, MO 64079

Municipality of Skagway
PO Box 415
Skagway, AK 99840-0000

Kansas Department of Revenue
915 SW Harrison St
Topeka, KS 66612-0000

Haines Borough
P.O. Box 1209
Haines, AK 99827-0000

Garland County Tax Collector
Attn: Rebecca Dodd-Talbert
200 Woodbine Rm 108
Hot Springs National Park, AR 71901

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-0000

City of Hoonah
P.O. Box 360
Hoonah, AK 99829-0000

City of Gustavis
PO Box 1209
Gustavus, AK 99826-0001

City & Borough of Juneau
155 S Seward St.
Juneau, AK 99801-0000

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

Canada Revenue Agency
- Other Levies Div
Summerside Tax Centre
275 Pope Rd Suite 101
Summerside, PE C1N 6E7
CANADA

Canada Revenue Agency
Customs & Excise
Revenue Canada
K1A 0L5 Canada
CANADA

California Franchise Tax Board
Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

ODR
ATTN: Bankruptcy Unit
955 Center St NE
Salem, OR 97301-0000

Sub Directo de Control de
Ingresos por D
Instituto Nacional de Micgracion Homero
1832, piso 8, Col. Los
Morales - Polanco Mexico 11510
MEXICO

State of Arkansas
PO Box 896, Room 2340
Little Rock, AR 72203-0000

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the Court's
Case Management/ Electronic Case File
system.