Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | NOTICE OF BILLING STATEMENT FILED BY |
| | ) | EMBARK AVIATION CORP. |
| | ) | |
| Debtor-in-Possession. | ) | |

Pursuant to this Court's Order (Dkt. No. 285) (the "Billing Procedures Order"), Embark Aviation Corp. ("Embark") hereby files its billing statement, which is attached to this Notice marked **Exhibit A**, itemizing services provided to the Debtor through May 12, 2016.

Unless, within 7 days of the date hereof, an interested party files a written objection to Debtor's payment of the billing statement, pursuant to the Billing Procedures Order the Debtor shall be authorized to pay Embark 80% of the fees and 100% of the costs shown on attached **Exhibit A**.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
   Robert J Vanden Bos, OSB #78100
   Of Attorneys for Debtor-in-Possession

Page 1 of 1 - NOTICE OF BILLING STATEMENT FILED BY EMBARK AVIATION CORP.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 299    Filed 05/13/16



**Embark Aviation**
745 Atlantic Ave
Boston, MA 02111
7273656353

05-12-2016

**Timothy Sieber**
SeaPort Airlines Inc.
7505 NE Airport Way
Portland, OR 97218

**Bank of America | Routing Number :** ▉▉▉▉▉▉ **| Account Number :** ▉▉▉▉▉ 0-210

Invoice Period: 04-13-2016 - 05-12-2016

**RE: Seaport**

Payment due on or before May 19, 2016

## Time Details

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04-14-2016 | Dissect internal P&L data history.  Familiarization with available data and determine necessary questions for call follow-up. | 1.500 | 175.00 | 262.50 |
| 04-15-2016 | Begin developing framework for 2016 5 year model, inputs to include capacity revenue and expenses | 4.000 | 175.00 | 700.00 |
| 04-20-2016 | Conference Call / weekly tie-in - Review project plan for business planning development | 0.750 | 175.00 | 131.25 |
| 04-25-2016 | Review route profitability model for 2015 and conduct sensitivity testing | 1.000 | 175.00 | 175.00 |
| 04-26-2016 | Adjustments to 2016 5 year system model based on sensitivity testing.  New allocation modeling for select expenses | 3.000 | 175.00 | 525.00 |
| 04-26-2016 | P&L model development: cost driver analysis and assignment | 2.000 | 175.00 | 350.00 |
| 04-26-2016 | P&L model development: base cost SQL/Access model programming | 4.000 | 175.00 | 700.00 |
| 04-27-2016 | P&L model development: post-programming costing model review and manual adjustments | 1.000 | 175.00 | 175.00 |
| 04-27-2016 | P&L model development: investigate drivers of high PDX costs | 1.000 | 175.00 | 175.00 |
| 04-27-2016 | Conference Call / weekly tie-in : Discuss methodology for 2015 Route P&L and update on progress, anticipate results next week | 0.750 | 175.00 | 131.25 |
| 04-28-2016 | Review results of 2015 Route P&L results based on Embark estimates from new model developed | 2.000 | 175.00 | 350.00 |
| 05-02-2016 | Framework built for 2016 5 year model - including capacity, revenue, and expenses.  Test sensitivities to estimate unit cost change with growth. | 2.000 | 175.00 | 350.00 |

We appreciate your business      Page   1   of   3

**Exhibit A - Page 1 of 2**

Case 16-30406-rld11    Doc 299    Filed 05/13/16

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 05-02-2016 | Modeling of 2015 Flight P&L Results - Regression / Cost Analysis to apply into route forecasts for new/potentially new markets | 3.000 | 175.00 | 525.00 |
| 05-03-2016 | Begin transforming base model (2016 5 year) from system level forecast to market level forecast | 5.000 | 175.00 | 875.00 |
| 05-03-2016 | Develop presentation to capture results of 2015 flight P&L modeling | 2.000 | 175.00 | 350.00 |
| 05-03-2016 | P&L model development: market group and insignificant market identification | 2.000 | 175.00 | 350.00 |
| 05-03-2016 | P&L model development: locate, pair Tabluea coupon data with T-100 for revenue allocation from ticket sales | 3.000 | 175.00 | 525.00 |
| 05-03-2016 | P&L model development: assignment of nonticket revenue by station per departure | 1.000 | 175.00 | 175.00 |
| 05-03-2016 | P&L model development: reconcilliation & full P&L production | 1.500 | 175.00 | 262.50 |
| 05-04-2016 | Conference Call / weekly tie-in - review results of Flight P&L modeling for YE 2015. Discuss next steps regarding modeling for forward years, new business plan. | 0.750 | 175.00 | 131.25 |
| 05-11-2016 | Extrapolate and transform the dynamic model to represent Seaport's 5 year plan of routes, revenue, costs, staffing / wages and the profit & loss associated with those assumptions / inputs. | 9.000 | 175.00 | 1,575.00 |
| 05-12-2016 | Finalize and test dynamic model that represents Seaport's 5 year plan of routes, revenue, costs, staffing / wages and the profit & loss associated with those assumptions / inputs. | 9.000 | 175.00 | 1,575.00 |
| 05-12-2016 | Conference call - weekly tie in. Update on 2016 5 year model, anticipate this can be shared and applied to new routes effective following week | 0.750 | 175.00 | 131.25 |
| | | | **Total Fees:** | 10,500.00 |

## Time Summary

| Plan Task | Hours | Amount |
|---|---:|---:|
| | 60.000 | 10,500.00 |
| **Total Fees:** | | 10,500.00 |

| | |
|---|---:|
| **Total for this Invoice:** | 10,500.00 |
| **Total Balance Due for Project:** | 10,500.00 |

In re  SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

CERTIFICATE - TRUE COPY

DATE: May 13, 2016

DOCUMENT: NOTICE OF BILLING STATEMENT FILED BY EMBARK AVIATION CORP.

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

| | | |
|---|---|---|
| SeaPort Airlines, Inc.<br>Attn:  Timothy Sieber<br>816 SW First Avenue<br>Portland, Oregon 97204<br><br>Franklin C. Adams<br>POB 1028<br>Riverside, CA 92502-1028 | Mark J. Wolfson<br>100 N Tampa St #2700<br>Tampa, FL 33602<br><br>Michael J. Edelman<br>VEDDER PRICE<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | Tulare County Tax Collector<br>Attn Jorge Garcia<br>Deputy Tax Collector<br>221 S Mooney Blvd Rm 104-E<br>Visalia, CA 93291-4593 |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address.  Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated:  May 13, 2016

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession