IT IS ORDERED that the Application below is approved.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

Case No:__**16-30406-rld11**_____

APPLICATION FOR SPECIAL
ADMISSION *PRO HAC VICE,*
**AND ORDER THEREON**

**WINGS AIRLINES SERVICES, INC.,**

Adv. Proc. No. (if applicable):_**16-03061**_____

Plaintiff(s)
v.

**SEAPORT AIRLINES, INC.,**

Defendant(s)

The undersigned, attorney for the following named party(s): **WINGS AIRLINES SERVICES, INC.**_____
_____, moves for admission of the following attorney *pro hac vice:*

(a) **APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data**:

      (A) Attorney's Name: **James Sheehan**

      (B) Firm or Business Affiliation: **Simpson, Tillinghast, Sorensen & Sheehan, P.C.**

      (C) Mailing Address: **One Sealaska Plaza, Ste. 300, Juneau, Alaska 99801**

      (D) Business Telephone Number: **907-586-1400**

      (E) Fax Telephone Number: **907-586-3065**

      (F) E-Mail Address: **jsheehan@stsl.com**

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

    (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number:
    **Alaska, in good standing, admitted to practice in 2005, Bar ID No. 0506056**

    (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:

(3) **Certification of Disciplinary Proceedings**:

    [x] I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

    [ ] I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

    (A) Name and Oregon State Bar ID Number: **Tim Miller, Oregon Bar ID No. 820910**

    (B) Firm or Business Affiliation: **Miller & Associates**

    (C) Mailing Address: **5005 SW Meadows Rd., Ste. 405, Lake Oswego, Oregon 97035**

    (D) Business Telephone Number: **503-598-1966**

    (E) Fax Telephone Number: **503-598-9593**

    (F) E-Mail Address: **timmiller@millerandassociatesavn.com**

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

| | |
|---|---|
| **/s/Tim Miller**_____ | **/s/James Sheehan**_____ |
| Local Counsel | Special Admissions Applicant |
| NAME: **Tim Miller** | NAME: **James Sheehan** |
| ADDRESS: **5005 SW Meadows Rd., Ste. 405, Lake Oswego, Oregon 97035** | ADDRESS: **One Sealaska Plaza, Ste. 300, Juneau, Alaska 99801** |
| PHONE: **503-598-1966** | PHONE: **907-586-1400** |