| | | |
|---|---|---|
| 05/31/2016 | TUESDAY | Judge Randall L. Dunn |
| 11:00　16-30406 rld 11 bk | SeaPort Airlines, Inc. | |

**Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (277)**

| | |
|---|---|
| SeaPort Airlines, Inc. - db | ROBERT J VANDEN BOS ✓ |
| United States of America/ IRS - cr | KATHLEEN LOUISE BICKERS |
| US Trustee, Portland - ust | |

**Motion to Extend Time by 90 Days The Time to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property i /i Filed by Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (298)**

| | |
|---|---|
| SeaPort Airlines, Inc. - db | ROBERT J VANDEN BOS ✓ |
| United States of America/ IRS - cr | KATHLEEN LOUISE BICKERS |

See attached sign in sheet

Evidentiary Hearing:　　Yes: ☐　　No: ☑

- Parties have agreed to extend exclusivity until July 11th / Both Motions are granted

Order to be prepared by: ☐ Clerk's Office　☐ Chamber　☑ Mr. Vanden Bos

DOCKET ENTRY:

Run Date:　05/31/16

Case 16-30406-rld11　Doc 325　Filed 05/31/16

In Re:
① Motion to extend exclusivity #277
② Motion to extend time to Assume/Reject Leases #298

Debtor

SeaPort Airlines, Inc.

Case # 16-30406

## List of Persons Attending

Date of Hearing 5/31/2016

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Brandy Sargent | Aircraft Lease Finance II |
| Timothy Sieber | SeaPort Airlines |
| Robert VandenBos | Seaport Airlines |
| Jason Ayres | Axis Capital / Wells Fargo |
| Jay Pall | Committee |
| Phone | |
| Carla McCleug | UST |
| Andrea Handel | US/Dept of Justice |