Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re ) | Case No. 16-30406-rld11 |
| ) | |
| SeaPort Airlines, Inc., ) | ORDER GRANTING DEBTOR'S MOTION TO |
| ) | EXTEND THE EXCLUSIVITY PERIODS |
| ) | PURSUANT TO 11 U.S.C. § 1121(d) AND TO |
| ) | EXTEND DEADLINE TO FILE DISCLOSURE |
| ) | STATEMENT AND PLAN OF |
| Debtor-in-Possession. ) | REORGANIZATION |

Based on the Motion to Extend the Exclusivity Periods Pursuant to 11 U.S.C. § 1121(d) and to Extend Deadline to File Disclosure Statement and Plan of Reorganization filed by Debtor-in-Possession, SeaPort Airlines, Inc., ("Debtor") (Docket No. 277) and the Court being otherwise fully advised, it is

ORDERED that Debtor's Motion is granted as follows:

1. The deadline for the Debtor to file a Disclosure Statement and a Plan of Reorganization is extended to and including July 11, 2016;

2. The exclusivity period contained in 11 U.S.C. 1121(b) is extended to and including July 11, 2016; and

Page 1 of 2 - ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) AND TO EXTEND DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

3. The exclusivity period contained in 11 U.S.C. 1121(c) is extended to and including September 9, 2016.

### ###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

Of Attorneys for Debtor-in-Possession

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
816 SW First Avenue
Portland, Oregon 97204

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

Tulare County Tax Collector
Attn Jorge Garcia
Deputy Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Michael J. Edelman
VEDDER PRICE
1633 Broadway, 47th Floor
New York, New York 10019

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 2 of 2 - ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) AND TO EXTEND DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 326    Filed 06/01/16