Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | ORDER AUTHORIZING EXTENSION OF TIME |
| | ) | TO ASSUME OR REJECT CERTAIN |
| | ) | UNEXPIRED LEASES OF NONRESIDENTIAL |
| Debtor-in-Possession. | ) | REAL PROPERTY |

Based on the Motion to Extend by 90 Days the Time to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property ("Motion") filed by Debtor-in-Possession, SeaPort Airlines, Inc., ("Debtor") (Docket No. 298), and the Court being fully advised, it is

ORDERED that Debtor's Motion is granted and the deadline for Debtor to assume or reject those certain unexpired leases of nonresidential real property (shown on **Exhibit A** attached hereto) is extended to and including August 29, 2016.

### ###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Page 1 of 2 - ORDER AUTHORIZING EXTENSION OF TIME TO ASSUME OR REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 328    Filed 06/01/16

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**Service:**

**SEE ATTACHED LIST.**

Page 2 of 2 - ORDER AUTHORIZING EXTENSION OF TIME TO ASSUME OR REJECT CERTAIN UNEXPIRED
    LEASES OF NONRESIDENTIAL REAL PROPERTY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 328    Filed 06/01/16

SeaPort Airlines, Inc.

Summary of Non-Residential Leases
Request for Extension of Time to Assume or Reject

| # | Name of Lessor | Lease Title | Description of Leased Premises |
|---|---|---|---|
| 1 | The Boone County Airport Administrative Board | Lease Agreement | Airport - Counter and office space |
| 2 | City of El Dorado | Unwritten Lease/Operating Agreement | Airport - Counter/office space |
| 3 | City of Hot Springs | Lease Agreement | Airport - Hot Springs Terminal Building - Ticket counter, office, holdroom |
| 4 | City of Pendleton | Eastern Oregon Regional Airport Non-Exclusive Use Agreement for Airline Operations - SeaPort Airlines, Inc. | Airport - Eastern Oregon Regional Airport - Ticket counter, office, holdroom |
| 5 | City of Houston | Airport Use and Lease Agreement by and between City of Houston and Seaport Airlines, Inc. - Effective September 14, 2015 | Airport - Office/gate/counter space |
| 6 | Signature Flight Support Corporation | Hangar Sublease and Limited Operating Rights Agreement by and between Signature Flight Support Corporation and Sea Port Air Operations LLC covering real property located at Memphis International Airport Memphis, Tennessee effective September 1, 2009 | Memphis International Airport - Hangar 1A -includes lobby/counter, hangar/mx office space/office and training area upstairs |
| 7 | Eastern Oregon Regional Airport (City of Pendleton) | Pilot House - Month to Month City of Pendleton | Crew Apartment at 2600 Airport Rd, Pendleton OR 97801 |
| 8 | Port of Portland | Amended and Restated Signatory Passenger Airline Lease and Operating Agreement | Airport - Portland International Airport - Ticket counter, office, shared use holdroom |

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
Service List

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
816 SW First Avenue
Portland, Oregon 97204

**CHAIRPERSON OF COMMITTEE OF UNSECURED CREDITORS:**

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

**SPECIAL NOTICE:**

Tulare County Tax Collector
Attn Jorge Garcia Deputy
Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Michael J. Edelman
VEDDER PRICE
1633 Broadway
47th Floor
New York, New York 10019

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Dan McAllister
Treasurer-Tax Collector
Attention: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101

**Leaseholders:**

Boone County Airport
P.O. Box 1114
Harrison, AR 72602-0000

The Boone County Airport
Administrative Board
P.O. Box 1114
Harrison, AR 72602-0000

City of El Dorado
PO Box 2170
El Dorado, AR 71731-0000

City of Hot Springs
133 Convention Boulevard
Hot Springs National Park, AR 71901-0000

City of Hot Springs
PO Box 700
Hot Springs, AR 71902

City of Pendleton - Airport
2016 Airport Road
Pendleton, OR 97801-0000

City of Pendleton
Airport Manager
500 SW Dorian Ave
Pendleton, OR 97801-0000

Houston Airport System
P.O. Box 204172
Houston, TX 77216-0000

City of Houston
Director of Aviation
16930 J.F. Kennedy Blvd
Houston Intercontinental Airport
Houston, TX 77032

City of Houston
Legal Department
c/o Sr. Asstnt City Attorney
M. Lucille Anderson
PO Box 368
Houston, TX 77001

Memphis International Airport
2491 Winchester Rd. Suite 113
Memphis, TN 38116-0000

Pendleton Crew Apartment
500 SW Dorian Ave
Pendleton, OR 97801-0000

Eastern Oregon Regional Airport
(City of Pendleton)
500 SW Dorian Ave
Pendleton, OR 97801

Port of Portland
Portland International Airport
P.O. Box 5095
Portland, OR 97208

Port of Portland
Attn: Chief Operating Officer
7200 SE Airport Way
Portland, OR 97218

Port of Portland
Attn: General Counsel
7200 SE Airport Way
Portland, OR 97218

Port of Portland
Attn: General Manager
Aviation Business & Properties
7200 SE Airport Way
Portland, OR 97218

Signature Flight Support Corp.
Attn: General Manager
Memphis International Airport
2488 Winchester Road
Memphis, TN 38116

Signature Flight Support Corp.
Attn: Contracts
201 South Orange Ave., Ste. 1100
Orlando, FL 32801

Signature Flight Support - Memphis
PO Box 402458
Atlanta, GA 30384-2458

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.