1:30 PM 16-30406 rld 11 bk   SeaPort Airlines, Inc.

**Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor s Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens.**
Filed By Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (265)

*Sign in sheet attached*

SeaPort Airlines, Inc. - db        ~~JAMES M. DORAN~~
US Trustee, Portland - ust         ~~KATHYRN EVANS PERKINS~~

Evidentiary Hearing:   Yes: ☐   No: ☒

Mr. Vanden Bos to prepare an order based on the discussion today. Proposed order to be approved as to form by Mr. Sheehan, Mr. Rasch & Mr. Pahl. When the Court receives the order, it will be signed.

Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ☒ Mr. Vanden Bos

DOCKET ENTRY:

Run Date:  06/06/16

In Re: ) Case # 16-30406-rld11

SeaPort Airlines, Inc. )

Debtor

## List of Persons Attending

Date of Hearing 6/7/16

PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT

Robert VandenBos — Seaport Airlines
Timothy Sieber — Seaport Airlines
Doug Pahl — Committee

by telephone:
Carlos Rasch — Multnomah County
James Sheehan — Wings Airlines Services Inc