Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | NOTICE OF BILLING STATEMENT FILED BY |
| | ) | EMBARK AVIATION CORP. |
| | ) | |
| Debtor-in-Possession. | ) | |

Pursuant to this Court's Order (Dkt. No. 285) (the "Billing Procedures Order"), Embark Aviation Corp. ("Embark") hereby files its billing statement, which is attached to this Notice marked **Exhibit A**, itemizing services provided to the Debtor through June 14, 2016.

Unless, within 7 days of the date hereof, an interested party files a written objection to Debtor's payment of the billing statement, pursuant to the Billing Procedures Order the Debtor shall be authorized to pay Embark 80% of the fees and 100% of the costs shown on attached **Exhibit A**.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
Robert J Vanden Bos, OSB #78100
Of Attorneys for Debtor-in-Possession




**Embark Aviation**
1875 Connecticut Ave NW
10th Floor
Washington, DC, DC 20009
7273656353

06-14-2016

**Timothy Sieber**
SeaPort Airlines Inc.
7505 NE Airport Way
Portland, OR 97218

**Bank of America | Routing Number : 054-001-204 | Account Number : 002-261-420-210**

Invoice Period: 06-01-2016 - 06-14-2016

**RE: Seaport**

## Time Details

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06-01-2016 | Revenue Summary Assumptions Slide | 0.500 | 175.00 | 87.50 |
| 06-02-2016 | Revenue Model Calibration | 3.000 | 175.00 | 525.00 |
| 06-02-2016 | Adjust Revenue Plan to new Frequency Plan | 1.500 | 175.00 | 262.50 |
| 06-02-2016 | Revenue Plan Narrative | 0.500 | 175.00 | 87.50 |
| 06-02-2016 | BoD presentation preparation and meeting for business plan go-ahead | 6.000 | 175.00 | 1,050.00 |
| 06-03-2016 | Meeting about business plan modification and next steps regarding capacity and P&L | 2.000 | 175.00 | 350.00 |
| 06-05-2016 | P&L update to reflect earlier launch | 2.000 | 175.00 | 350.00 |
| 06-06-2016 | Shift Mar Markets to Nov | 1.500 | 175.00 | 262.50 |
| 06-07-2016 | Iterations of Revenue Plan and Cost Assumptions | 6.500 | 175.00 | 1,137.50 |
| 06-07-2016 | Deck Preparation | 1.500 | 175.00 | 262.50 |
| 06-07-2016 | Internal Review of Board Materials | 1.000 | 175.00 | 175.00 |
| 06-07-2016 | Adjustments | 1.000 | 175.00 | 175.00 |
| 06-07-2016 | Model updates to business case - with clarifications to cost and revenue drivers along with timing of business scale. | 10.000 | 175.00 | 1,750.00 |
| 06-08-2016 | Case finalization, presentation and review with management. | 6.000 | 175.00 | 1,050.00 |
| 06-08-2016 | Updates to the model | 2.000 | 175.00 | 350.00 |
| 06-08-2016 | Individual Market Reviews and Adjustments | 2.000 | 175.00 | 350.00 |
| 06-08-2016 | Conference Call | 1.500 | 175.00 | 262.50 |
| 06-08-2016 | Market Deferral | 0.500 | 175.00 | 87.50 |
| 06-09-2016 | Final Adjustments before BoD | 2.500 | 175.00 | 437.50 |
| 06-09-2016 | Conference Call | 2.000 | 175.00 | 350.00 |
| 06-09-2016 | Updates from the meeting with SeaPort management - with final revision of all assumptions and preparation of | 4.000 | 175.00 | 700.00 |



| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | presentation to the Board of Directors. | | | |
| 06-09-2016 | Presentation of finalized plan to the SeaPort board of directors. | 2.000 | 175.00 | 350.00 |
| 06-13-2016 | Cost and capacity adjustments in the model | 2.500 | 175.00 | 437.50 |
| 06-13-2016 | Shift of market order, taper down mature revenue growth | 1.000 | 175.00 | 175.00 |
| 06-14-2016 | Final deck reconcile, build, and review. | 3.500 | 175.00 | 612.50 |
| 06-14-2016 | Final model review and powerpoint build-out for final plan submission. | 5.000 | 175.00 | 875.00 |
| | | | **Total Fees:** | 12,512.50 |

## Time Summary

| Plan Task | Hours | Amount |
|---|---|---|
| | 71.500 | 12,512.50 |
| | **Total Fees:** | 12,512.50 |

| | |
|---|---|
| **Sub-Total for this Invoice:** | 12,512.50 |
| **Adjustment:** | -7,187.50 |
| **Total for this Invoice:** | 5,325.00 |

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

CERTIFICATE - TRUE COPY

DATE: June 15, 2016

DOCUMENT: NOTICE OF BILLING STATEMENT FILED BY EMBARK AVIATION CORP.

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

SeaPort Airlines, Inc.
Attn: Timothy Sieber
816 SW First Avenue
Portland, Oregon 97204

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Ben Munson
EMBARK AVIATION CORP.
1875 Connecticut Ave NW
Washington, DC, DC 20009

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Michael J. Edelman
VEDDER PRICE
1633 Broadway, 47th Floor
New York, New York 10019

Tulare County Tax Collector
Attn Jorge Garcia
Deputy Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Dan McAllister
Treasurer-Tax Collector
Attention: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: June 15, 2016

VANDEN BOS & CHAPMAN, LLP

By: /s/Robert J Vanden Bos
Robert J Vanden Bos, OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
Of Attorneys for Debtor-in-Possession