| | | |
|---|---|---|
| 06/27/2016 | MONDAY | Judge Randall L. Dunn |
| 10:00  16-30406 rld 11 bk | SeaPort Airlines, Inc. | |

**Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor s Fees and Costs;**
**Motion for Authority to Sell Property Free and Clear of Liens. Filed By Debtor SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (319)**

SeaPort Airlines, Inc. - db     ROBERT J VANDEN BOS ✓
US Trustee, Portland - ust     ~~CARLA G MCCLURG~~

Evidentiary Hearing:     Yes: ☐     No: ☑

No objections.

Court will sign the order submitted by Mr. Vanden Bos.

N/A Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ☐

DOCKET ENTRY:

Run Date: 06/24/16

Case 16-30406-rld11    Doc 347    Filed 06/27/16

In Re: ) Case # 16-30406-rld11
)
SeaPort Airlines, Inc. )
)
)
Debtor )

## List of Persons Attending

Date of Hearing 6/27/16

PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT

Timothy Sieber — SeaPort Airlines
Robert VandenBos — Seaport Airlines