Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | MOTION TO EXTEND TIME TO FILE EMBARK |
| | ) | AVIATION CORP.'S INTERIM FEE |
| | ) | APPLICATION |
| Debtor-in-Possession. | ) | |

Debtor-in-Possession, SeaPort Airlines, Inc. ("Debtor"), moves the Court for entry of an Order extending the deadline for filing the interim fee application for Embark Aviation Corp. ("Embark"). Currently, the deadline is June 30, 2016, as set in this Court's Order of May 12, 2016 (Dkt. No. 285). Debtor requests an extension through and including August 29, 2016. Debtor and Debtor's counsel are in the process of drafting and preparing Debtor's Disclosure Statement and Plan of Reorganization for filing on or before the deadline of July 11, 2016 and need additional time to prepare the Embark fee application after completion of the Plan and Disclosure Statement.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor-in-Possession

Page 1 of 1 - MOTION TO EXTEND TIME TO FILE EMBARK AVIATION CORP.'S INTERIM FEE APPLICATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 352    Filed 06/30/16

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11

CERTIFICATE - TRUE COPY

DATE: June 30, 2016

DOCUMENT: MOTION TO EXTEND TIME TO FILE EMBARK AVIATION CORP.'S INTERIM FEE APPLICATION

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

| | | |
|---|---|---|
| SeaPort Airlines, Inc.<br>Attn: Timothy Sieber<br>816 SW First Avenue<br>Portland, Oregon 97204 | Michael J. Edelman<br>VEDDER PRICE<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | Dan McAllister<br>Treasurer-Tax Collector<br>Attention: Bankruptcy Desk<br>1600 Pacific Highway, Room 162<br>San Diego, California 92101 |
| Franklin C. Adams<br>POB 1028<br>Riverside, CA 92502-1028 | Tulare County Tax Collector<br>Attn Jorge Garcia<br>Deputy Tax Collector<br>221 S Mooney Blvd Rm 104-E<br>Visalia, CA 93291-4593 | |
| Mark J. Wolfson<br>100 N Tampa St #2700<br>Tampa, FL 33602 | | |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: June 30, 2016

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #07350
    Of Attorneys for Debtor-in-Possession