Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | STIPULATED ORDER AUTHORIZING AND |
| | ) | DIRECTING THE TURNOVER OF CASH |
| Debtor-in-Possession. | ) | COLLATERAL TO MULTNOMAH COUNTY |

THIS MATTER comes before the Court on the stipulation of Multnomah County and SeaPort Airlines, Inc. (the "Debtor"), by and through their respective counsel.

Based on the stipulation of Multnomah County and the Debtor, it is hereby

ORDERED as follows:

1. Upon entry of this Order, the Debtor shall turn over to Multnomah County the sum of $35,481.98 from the proceeds of the approved sale (DKT #337) of Debtor's aircraft parts located within Multnomah County, which sum represents the payoff to Multnomah County for the personal property taxes owing for the tax years 2014 and 2015, which amount became a lien on all personal property of the Debtor located within Multnomah County by statute on July 1 of the applicable tax years (July 1, 2014 and July 1, 2015);

Page 1 of 3 - STIPULATED ORDER AUTHORIZING AND DIRECTING THE TURNOVER OF CASH COLLATERAL TO MULTNOMAH COUNTY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 354    Filed 07/01/16

2. Multnomah County's lien on the remainder of the proceeds from the sale of the aircraft parts within Multnomah County is terminated and any proceeds from such sale above the amount of $35,481.98 shall be disbursed to the Debtor free and clear of any lien of Multnomah County;

3. Multnomah County stipulates that it has no lien on the proceeds from the sale (DKT #338) of the pilot training slots as Multnomah County concedes such pilot training slots were never located within Multnomah County; and

4. Multnomah County retains its rights, without prejudice, under statute and under warrant # U631915, to assert a lien on such other assets of the Debtor as may be subject to lien under applicable statutes for the 2016 personal property taxes. Notwithstanding, Debtor retains its rights to object to the amount owing and the extent and validity of the lien asserted by Multnomah County for 2016 taxes.

###

IT IS SO STIPULATED:

| VANDEN BOS & CHAPMAN, LLP | JENNY M. MADKOUR, COUNTY ATTORNEY FOR MULTNOMAH COUNTY, OREGON |
|---|---|
| By:/s/Robert J Vanden Bos<br>Robert J Vanden Bos, OSB #78100<br>Of Attorneys for Debtor-in-Possession | By:/s/ Carlos A. Rasch<br>Carlos A. Rasch, OSB No. 072179<br>Assistant County Attorney<br>Of Attorneys for Creditor Multnomah County |

/ / /

/ / /

/ / /

Page 2 of 3 - STIPULATED ORDER AUTHORIZING AND DIRECTING THE TURNOVER OF CASH COLLATERAL TO MULTNOMAH COUNTY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 354    Filed 07/01/16

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
816 SW First Avenue
Portland, Oregon 97204

JA Flight Services, LLC
c/o Bruce A. Jacobs, President
Creditors Committee Chairperson
43W700 US Route 30
Sugar Grove, IL 60554

Tulare County Tax Collector
Attn Jorge Garcia
Deputy Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

Michael J. Edelman
VEDDER PRICE
1633 Broadway, 47th Floor
New York, New York 10019

Franklin C. Adams
POB 1028
Riverside, CA 92502-1028

Mark J. Wolfson
100 N Tampa St #2700
Tampa, FL 33602

Dan McAllister
Treasurer-Tax Collector
Attention: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 3 of 3 - STIPULATED ORDER AUTHORIZING AND DIRECTING THE TURNOVER OF CASH COLLATERAL
    TO MULTNOMAH COUNTY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-30406-rld11    Doc 354    Filed 07/01/16