Stephen P. Arnot
PO Box 1963
Lake Oswego, OR  97035
Email: arnotlaw@sbcglobal.net
Telephone: 503-227-5093

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-30406-tmb7 |
| SeaPort Airlines, Inc., ) | |
| ) | TRUSTEE'S REPORT OF SALE |
| Debtor. ) | PURSUANT TO BR 6004 |

STEPHEN P. ARNOT, Trustee, hereby reports the sale by the Estate of the following described property per Notice dated November 2, 2016 (Dkt #454)

    Property Sold:    Insignia TVs and5 two way radios **($400.00)**
    Purchased by:    Noel McDermott *(Former Employee)*
    Date Funds Received:    December 20, 2016

    Property Sold:    Thinkpad T540, Dell Computer, Router & 2 Nortel/Avaya 1140s **($465)**
    Purchased by:    Tony Maldonnado *(Former Employee)*
    Date Funds Received:    January 24, 2017

Trustee reports the additional assets stated in Notice to Sell (Dkt #454) did not sell as the buyer(s) backed out of the sale after the notice was filed.  Trustee will abandon the remaining assets under this Notice as burdensome because assets were located out of state and would cost more to sell than liquidation value.

DATED:  March 15, 2018.

                            /s/ Stephen P. Arnot
                            Stephen P. Arnot, Chapter 7 Trustee