Albert N. Kennedy, OSB No. 821429
  Direct Dial: 503.802.2013
  Fax: 503.972.3713
  E-Mail: albert.kennedy@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204-2099

Attorneys for Fountain Village Development, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 16-30406-rld11 |
|---|---|
| SeaPort Airlines, Inc., | **OBJECTION OF FOUNTAIN VILLAGE DEVELOPMENT, LLC TO TRUSTEE'S FINAL REPORT AND PROPOSED PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE CLAIMS FOR PROFESSIONAL FEES AND EXPENSES** |
| Debtor. | |

Fountain Village Development, LLC ("FVD") objects to the Trustee's Final Report and proposed payments in respect of Chapter 11 administrative expense claims for professional fees and expenses for the reason that the Trustee has improperly applied the provisions of paragraph 5 of the Final Order Authorizing Debtor to Obtain Unsecured Credit [ECF No. 114] (the "Financing Order").

The Financing Order authorized Debtor to borrow up to $1 million from FVD during the term of the Chapter 11 case. Pursuant to Section 364(b) of the Bankruptcy Code, FVD was granted an administrative expense priority allowable under Section 503(b)(1) of the

**Page 1 of 3** - OBJECTION OF FOUNTAIN VILLAGE DEVELOPMENT, LLC TO TRUSTEE'S FINAL REPORT AND PROPOSED PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE CLAIMS FOR PROFESSIONAL FEES AND EXPENSES

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 16-30406-tmb7    Doc 583    Filed 06/18/18

Bankruptcy Code with respect to all loans and advances made pursuant to the Financing Order. Paragraph 5 of the Financing Order states, in relevant part:

> FVD's unsecured administrative expense claim under Sections 364(b) and 503(b)(1) shall be subject and subordinate to * * * (b) unpaid administrative expense claims in an amount not to exceed $100,000 for professional fees and expenses incurred prior to the entry of any order converting this case to a case under Chapter 7 of the Bankruptcy Code and allowed pursuant to 11 U.S.C. § 330.

On May 24, 2018, the Trustee filed a Final Report [ECF No. 580]. Exhibit C to the Final Report sets forth the Trustee's analysis of claims, including the Chapter 11 administrative expenses. On May 25, 2018, the Trustee filed a Notice of Trustee's Final Report and a Summary of Trustee's Final Report [ECF No. 581] ("Final Report Summary"). The Final Report and Final Report Summary reflect the following:

- $602,872.69 is available for distribution on Chapter 11 administrative expense claims.

- The Chapter 11 administrative expense claims total $3,638,466.90.

- FVD's allowed administrative expense claim ("FVD's Administrative Claim") is $771,127.80, or 21.1938% of all Chapter 11 administrative expense claims.

- The total of all allowed Chapter 11 administrative claims for professional fees and expenses ("Chapter 11 Professional Fees") is $543,941.32, or 14.9497% of all Chapter 11 administrative expense claims.

- Absent the subordination provisions of paragraph 5 of the Financing Order, a pro rata distribution to all Chapter 11 administrative expense claims would result in a distribution of $127,771 to FVD and $81,318 to Chapter 11 Professional Fees.

In his analysis, the Trustee takes the incorrect position that the Financing Order "required that the first $100,000 payable to Fountain Village would instead be paid to the UST for unpaid quarterly fees and applied towards the Chapter 11 professionals." The Trustee subtracts $100,000 from FVD's distribution and distributes an additional $100,000 to Chapter 11 Professional Fees.

**Page 2 of 3** - OBJECTION OF FOUNTAIN VILLAGE DEVELOPMENT, LLC TO TRUSTEE'S FINAL REPORT AND PROPOSED PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE CLAIMS FOR PROFESSIONAL FEES AND EXPENSES

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503-221-1440

Case 16-30406-tmb7    Doc 583    Filed 06/18/18

The subordination contained in paragraph 5 of the Financing Order is not an agreement to pay $100,000 to Chapter 11 Professional Fees. It is an agreement to subordinate to the payment of $100,000 to Chapter 11 Professional Fees. Subordination is different than payment. It does not mean that FVD will pay $100,000. Rather, it means that FVD will not receive a distribution until Chapter 11 Professional Fees have been paid $100,000. The appropriate application of paragraph 5 of the Financing Order is as follows:

- All Chapter 11 administrative claims are of equal priority except that FVD will not receive a distribution until Chapter 11 Professional Fees have received $100,000.

- As dollars are distributed, Chapter 11 Professional Fees will receive both their 14.9497% of each dollar and FVD's 21.1938% of each dollar until Chapter 11 Professional Fees have been paid $100,000.

- That threshold will be reached when $276,675 has been distributed. 36.1435% of $276,675 is $100,000. The subordination has been satisfied because $100,000 has been distributed to Chapter 11 Professional Fees.

- $326,198 remains to be distributed. FVD will be distributed 21.1938%, or $69,134.

- Chapter 11 Professional Fees will be distributed 14.9497%, or $48,766. A total of $148,766 will be distributed to Chapter 11 Professional Fees.

DATED this 18th day of June, 2018.

                                  TONKON TORP LLP

                                  By */s/ Albert N. Kennedy*
                                      Albert N. Kennedy, OSB No. 821429
                                      Attorneys for Fountain Village Development, LLC

030230/00055/9064329v1

**Page 3 of 3** - OBJECTION OF FOUNTAIN VILLAGE DEVELOPMENT, LLC TO TRUSTEE'S FINAL REPORT AND PROPOSED PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE CLAIMS FOR PROFESSIONAL FEES AND EXPENSES

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 16-30406-tmb7    Doc 583    Filed 06/18/18

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **OBJECTION OF FOUNTAIN VILLAGE DEVELOPMENT, LLC TO TRUSTEE'S FINAL REPORT AND PROPOSED PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE CLAIMS FOR PROFESSIONAL FEES AND EXPENSES** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 18th day of June, 2018.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
    Albert N. Kennedy, OSB No. 821429
    Attorneys for Fountain Village
    Development, LLC

Page 1 of 1 -   CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

*In re SeaPort Airlines, Inc.*
U.S. Bankruptcy Court Case No. 16-30406-tmb7

## ECF PARTICIPANTS

- STEPHEN P ARNOT    sarnot@williamskastner.com, ncartier@williamskastner.com
- JASON M AYRES    jayres@fwwlaw.com, krhine@fwwlaw.com
- STEPHEN P ARNOT    arnotlaw@sbcglobal.net, sparnot@ecf.epiqsystems.com;morriscyn1963@gmail.com
- KATHLEEN LOUISE BICKERS    kathleen.bickers@usdoj.gov, deryl.looney@usdoj.gov
- GARY L BLACKLIDGE    gblacklidge@williamskastner.com, lpavey@williamskastner.com
- STANFORD SCOTT BOYD    info@pattersonboyd.com
- SCOTT BROOKSBY    sbrooksby@olsonbrooksby.com
- CONDE T COX    conde@lawofficeofcondecox.com, trish@lawofficeofcondecox.com
- CHRISTOPHER N COYLE    vbcattorney4@yahoo.com, chris@vbcattorneys.com
- ROSE DARLING    darling.rose@dol.gov
- ANDREA HANDEL    andrea.handel@usdoj.gov
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com
- BRIAN A JENNINGS    bjennings@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- CARLA GOWEN MCCLURG    carla.mcclurg@usdoj.gov
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- KATHYRN EVANS PERKINS    kathryn.e.perkins@usdoj.gov
- LOREN PODWILL    loren.podwill@bullivant.com, risha.penk@bullivant.com
- CARLOS A RASCH    carlos.rasch@multco.us
- DOUGLAS R RICKS    vbcservicedougr@yahoo.com, doug@vbcattorneys.com
- CRAIG G RUSSILLO    crussillo@schwabe.com, lschauer@schwabe.com; docket@schwabe.com; ecfpdx@schwabe.com; bankruptcynotices@schwabe.com; gvance@schwabe.com
- SHAWN P RYAN    shawn@sryanlaw.com, lynette@sryanlaw.com
- BRANDY A SARGENT    brandy.sargent@klgates.com, docketclerk@stoel.com;erheaston@stoel.com
- TARA J SCHLEICHER    tschleicher@fwwlaw.com, dfallon@fwwlaw.com;kmuir@fwwlaw.com
- JAMES JOSEPH SHEEHAN    jsheehan@stsl.com
- STEPHEN C. STAPLETON    sstapleton@cowlesthompson.com, cmeeker@cowlesthompson.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov
- ROBERT J VANDEN BOS    vbcservice@yahoo.com, sara@vbcattorneys.com
- LAURA J WALKER    lwalker@cablehuston.com, fchandler@cablehuston.com
- HELEN E WELLER    dallas.bankruptcy@publicans.com

## NON-ECF PARTICIPANTS

Tulare County Tax Collector
Attn: Jorge Garcia, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA 93291-4593

Foley & Lardner LLP
Mark J. Wolfson
100 Tampa Street, Suite 2700
Tampa, FL 33602
   Attorneys for Airlines Reporting Corporation

Dan McAllister
Treasurer-Tax Collector
Attn:  Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101