# STEPHEN P. ARNOT
BANKRUPTCY TRUSTEE
P. O. Box 1963
Lake Oswego, OR 97035
Phone (503) 227-5093
Email: arnotlaw@sbcglobal.net

June 27, 2018

VIA ECF

Honorable Trish M. Brown
U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204

    Re:    *In re Seaport Airlines, Inc.*, U.S. Bankruptcy Court Case No. 16-30406-tmb7

Dear Judge Brown:

I wanted to inform you that the objection filed by Fountain Village Development (DKT #583) has been resolved. A stipulation resolving the objection was filed earlier today with a copy of the proposed order attached thereto (DKT #588). I have uploaded a revised order on final compensation and distribution for your consideration.

Thank you.

Very Truly Yours

/s/ Stephen P. Arnot

Stephen P. Arnot
Chapter 7 Trustee

SPA/nlc

6525191.1