Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (541) 465-6561
Email: jonas.v.anderson@usdoj.gov

Attorney for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.,<br><br>Debtor. | Case No. 16-30406-tmb7<br><br>**UNITED STATES TRUSTEE'S MOTION TO REOPEN** |

Gregory M. Garvin, Acting United States Trustee for Region 18 (the "UST"), by and through Acting Assistant United States Trustee Jonas V. Anderson, moves this court for an order reopening the above-referenced case pursuant to 11 U.S.C. § 350(b). The UST seeks to reopen this case so that a chapter 7 trustee may be appointed to administer a newly discovered asset.

The UST is not required to pay a filing fee with respect to this motion to reopen. If this case is reopened, the chapter 7 trustee who is next on rotation should be appointed as successor trustee in lieu of the former chapter 7 trustee in this case.

DATED this 13th day of February, 2019.

    Respectfully submitted,
    GREGORY M. GARVIN
    Acting United States Trustee for Region 18

    /s/ Jonas V. Anderson
    JONAS V. ANDERSON, VA SB #78240
    Acting Assistant United States Trustee

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I served a copy of the foregoing UNITED STATES TRUSTEE'S MOTION TO REOPEN by mailing a copy of this document, by United States first-class mail, postage prepaid, addressed to the following:

SeaPort Airlines, Inc.
816 SW First Avenue
Portland, OR 97204

Christopher N. Coyle
319 SW Washington St #520
Portland, OR 97204-2690

        GREGORY M. GARVIN
        Acting United States Trustee for Region 18

        /s/ Jonas V. Anderson
        JONAS V. ANDERSON, VA SB #78240
        Acting Assistant United States Trustee